RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel:   +1.310.826.7474
Fax:   +1.310.826.6991

Attorneys for Plaintiff TS-Optics Corporation

MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.2000

Natalie A. Bennett (*phv forthcoming*)
natalie.bennett@morganlewis.com
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel:   +1.212.739.3000
Fax:   +1.212.739.3001

Attorneys for Defendant Microsoft Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01974<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [L.R.6-1]**<br><br>**Filed Concurrently With:** [Proposed] Order<br><br>**Complaint Served: 10/01/24**<br>**Response Due: 10/22/24**<br>**New Response Date: 12/06/24**<br><br>Judge:  Hon. David O. Carter<br><br>Dept.:  Courtroom 10A |

**WHEREAS**, on September 12, 2024, Plaintiff TS-Opics Corporation ("Plaintiff") filed its Complaint against Defendant Microsoft Corporation ("Defendant") (ECF No. 1);

**WHEREAS**, Plaintiff served its Complaint on Defendant on October 1, 2024;

**WHEREAS**, based on this date of service, the deadline for Defendant to serve its response to the Complaint is currently October 22, 2024;

**WHEREAS**, in order to allow Defendant to analyze the allegations in the Complaint and the asserted patents and to confer with Plaintiff's counsel, the Parties' respective counsel have conferred and stipulated that the time for Microsoft to file and serve its answer or otherwise respond to the Complaint is extended by forty-five (45) days—from October 22, 2024 to and including December 6, 2024;

**BASED ON THE FOREGOING, THE PARTIES HEREBY REQUEST AND STIPULATE AS FOLLOWS:**

Pursuant to Local Rule 8-3, the parties respectfully request and stipulate that the deadline for Defendant to file and serve its response to the to the Complaint shall be extended to and including December 6, 2024.

**IT IS SO AGREED AND STIPULATED.**

Dated: October 15, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  *s/ Andrew V. Devkar*
Andrew V. Devkar
Attorneys for Defendant Microsoft Corporation

Dated: October 15, 2024

RUSS AUGUST & KABAT

By  *s/ Christian W. Conkle*
Christian W. Conkle
Attorney for Plaintiff TS-Optics

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    I, Andrew V. Devkar, pursuant to L.R. 5-1(i)(3), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.  Executed this 15th day of October at Los Angeles, CA.

                          *s/ Andrew W. Devkar*
                          Andrew V. Devkar
                          Attorney for Defendant Microsoft Corporation