# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01974<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**Complaint Served: 10/01/24**<br>**Response Due: 10/22/24**<br>**New Response Date: 12/06/24**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff TS-Optics Corporation ("Plaintiff") and Defendant Microsoft Corporation ("Defendant"), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Defendant to respond to Plaintiff's Complaint.

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiff's Complaint is to be filed on or by December 6, 2024.

DATED: _____, 2024          _____
                                                                      DAVID O. CARTER
                                                                      United States District Judge