**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TS-OPTICS CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-(DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [12]**<br><br>**Complaint Served: 10/01/24**<br>**Response Due: 10/22/24**<br>**New Response Date: 12/06/24**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

1 | The Court, having read and considered the joint stipulation filed on behalf of Plaintiff TS-Optics Corporation ("Plaintiff") and Defendant Microsoft Corporation ("Defendant"), and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Defendant to respond to Plaintiff's Complaint.

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiff's Complaint is to be filed on or by December 6, 2024.

DATED: October 16, 2024

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge