# Exhibit 2

# Exhibit 2
# U.S. Patent No. 7,266,055
# v.
# Microsoft XBOX Series X ("Exemplary Product")

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| **Claim 1** | |
| 1. An optical pickup actuator for use with an objective lens on a base, comprising: | The Exemplary Product is an optical pickup actuator for use with an objective lens on a base.<br><br>For example, Microsoft XBOX One, XBOX One S, XBOX One X, and XBOX Series X all include optical drives that utilize an optical pickup actuator for use with an objective lens on a base.[1] Below is an exemplary image of such a device: |

---

[1] The XBOX One uses a module with a model number of DG-6M1S. XBOX One S, XBOX One X, and XBOX Series X use a module with a model number of DG-5M5S. On information and belief, both version of the module infringe for at least similar reasons.

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
|  | Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [a] a blade holding the objective lens; | The Exemplary Product includes a blade holding the objective lens.<br><br>For example, these features are exemplified on the image below: |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| |  Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [b] a plurality of suspension wires supporting the blade | The Exemplary Product includes a plurality of suspension wires supporting the blade on the base so that the blade is elastically movable. |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| on the base so that the blade is elastically movable; | For example, these features are exemplified in the image below:<br><br>[Image: photograph of disc drive optical pickup assembly with annotations pointing to "suspension wires" (top and bottom) and "elastically movable" with a vertical double-headed arrow]<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [c] a magnetic element positioned on the base; and | The Exemplary Product includes a magnetic element positioned on the base. |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| | For example, these features are exemplified below:<br><br>magnetic element<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [d] a coil positioned horizontally on the blade to generate an electromagnetic | The Exemplary Product includes a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing and/or tilting direction through an interaction with the magnetic element. |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| force in a focusing and/or tilting direction through an interaction with the magnetic element, | For example, these features are exemplified on the image below:<br><br>*[Image: Annotated photographs of an optical pickup assembly. Labels indicate "having interation with magnetic element" (green circle), "blade" (red arrow), and "a coil positioned horizontally on the blade" (pink arrow).]*<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [e] wherein the coil is divided into a plurality of subcoils, where each subcoil | The Exemplary Product includes a coil that is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction. |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| is separated from an adjacent subcoil in a vertical direction, and | For example, these features are exemplified below.<br><br>[Figure: photograph of an optical pickup actuator with a circled region enlarged at right. Labels point to "subcoil 1 (divided)", "subcoil 2 (divided)", and "a coil positioned horizontally on the blade". An arrow indicates "vertical direction".]<br><br>*See also* '055 patent at 9:45-50 ("For example, as shown in Fig. 8, a first coil 130 in (a)-type and (b)-type optical pickup actuators is exposed to two sides of a blade 110. In this case, the first coil 130 is vertically divided into a plurality of subcoils to facilitate installation of the hinges 160.").<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| [f] wherein the coil comprises a pair of first | The Exemplary Product includes a coil that comprises a pair of first coils positioned on the blade in a first direction and facing each other with respect to the objective lens. |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| coils positioned on the blade in a first direction and facing each other with respect to the objective lens. | For example, these features are exemplified below:  |

'055 Patent v. Microsoft XBOX Series X



'055 Patent v. Microsoft XBOX Series X

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
|  | *See also* '055 patent at Figs. 4, 8, 6:39-48 ("First, second and third coils 130, 140, and 150, respectively, are positioned on the blade 110. The first coil 130 is positioned horizontally on the blade 110 and includes a pair of coils 131 and 132 positioned in an X direction (first direction) symmetrically with respect to the objective lens 120. The second coil 140 is disposed on either one or two sides 113 and 114 in the Y direction (second direction) of the blade 110 (i.e., opposite the magnets 180) to generate an electromagnetic force in tracking direction a X due to interaction with the magnets 180.").<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| **Claim 2** |  |
| The optical pickup actuator according to claim 1, wherein the coil comprises a coil surrounding an outer surface of the blade. | The Exemplary Product includes a coil surrounding an outer surface of the blade.<br><br>For example: |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| | *[Image: photographs of an optical pickup actuator with a callout labeled "a coil surrounding an outer surface of the blade"]*<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| **Claim 3** | |
| The optical pickup actuator according to claim 1, further comprising a second coil positioned vertically on a side of the blade in a second direction substantially perpendicular to the first direction, the second coil | The Exemplary Product includes a second coil positioned vertically on a side of the blade in a second direction substantially perpendicular to the first direction, the second coil generating an electromagnetic force in a tracking direction through interaction with the magnetic element.<br><br>For example, this aspect of the invention is described in Figure 4 and 6:39-52. The Exemplary Device is similar to the preferred embodiment in the '055 patent: |

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
| generating an electromagnetic force in a tracking direction through interaction with the magnetic element. | [Annotated image of optical pickup actuator showing: "perpendicular", "X direction (first direction) = tracking direction", "Y direction (second direction)", "the second coil is positioned on both sides of the blade" (labeled on both left and right sides), with purple circles highlighting coils.]<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |
| **Claim 4** | |
| The optical pickup actuator according to claim 3, wherein the second coil is positioned on both sides of the blade. | The Exemplary Product includes a second coil is positioned on both sides of the blade.<br><br>For example, *see* claim 3.<br><br>Investigation of both the patent and the Exemplary Product (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. TS-Optics reserves the right to update and amend its contentions, including adding additional claims and evidence, as the litigation progresses and discovery is provided by the defendant. |

'055 Patent v. Microsoft XBOX Series X

| Claim Language | Selected Analysis and Evidence Regarding Exemplary Product |
|---|---|
|  |  |