MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.2000

Natalie A. Bennett (*phv forthcoming*)
natalie.bennett@morganlewis.com
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel:   +1.212.739.3000
Fax:   +1.212.739.3001

Attorneys for Defendant Microsoft Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**MICROSOFT CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND L.R. 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES**<br><br>**JURY TRIAL DEMANDED** |

CORPORATE DISCLOSURE
STATEMENT AND NOTICE OF
INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation ("Microsoft") states that it has no parent company, and as of the date of this filing, Microsoft is not aware of any publicly held corporation that owns ten percent (10%) or more of Microsoft's stock.  No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

In accordance with the Local Rule 7.1-1 of the Central District of California, the undersigned, counsel of record for Microsoft, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Microsoft Corporation

Dated:  December 10, 2024

*s/ Andrew V. Devkar*
MORGAN, LEWIS, & BOCKIUS, LLP
Andrew V. Devkar
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel: 310.907.1000
andrew.devkar@morganlewis.com

Natalie A. Bennett
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: 212.739.3000
natalie.bennett@morganlewis.com

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024, I caused a true and correct copy of the foregoing document to be served on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, which satisfies service requirements pursuant to L.R. 5-3.2

*s/ Andrew V. Devkar*
Andrew V. Devkar