RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Scheduling Conf.: January 13, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A |

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

1  Plaintiff TS-Optics Corporation ("TS-Optics") and Defendant Microsoft Corporation ("Microsoft") (TS-Optics and Microsoft collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request that the Court continue the scheduling conference to February 10, 2025 or a later date at the Court's convenience.

Good cause exists for this request for a continuance. On December 13, 2024, the Court set a schedule conference for January 13, 2025 at 8:30 a.m. Dkt. 17. Lead counsel for TS-Optics has a previously-scheduled trial set to start on January 13, 2025 in Texas. Similarly, lead counsel for Microsoft has a previously-scheduled trial beginning on January 27, 2025. Accordingly, due to previously scheduled commitments in other cases, and the Federal holiday of Martin Luther King, Jr. Day on January 20, 2025, lead counsel for the Parties is not available for Monday scheduling conference until February 10, 2025 or later.

Good cause having been shown, the Parties request that the scheduling conference be extended to Monday, February 10, 2025 or later.

DATED:  December 18, 2024                    Respectfully submitted,

/s/ Benjamin T. Wang

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

|   |   |
|---|---|
| 1 | ***Attorneys for Plaintiff*** |
| 2 | ***TS-Optics Corporation*** |
| 3 | /s/ Andrew V. Devkar |
| 4 |   |
| 5 | Andrew V. Devkar, CA SBN 228809 |
|   | andrew.devkar@morganlewis.com |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 2049 Century Park East |
|   | Suite 700 |
| 8 | Los Angeles, CA 90067-3109 |
|   | Telephone:  (310) 907-1000 |
| 9 | Facsimile:   (310) 907-2000 |

Natalie A. Bennett (*pro hac vice forthcoming*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (212) 739-3000
Facsimile:   (212)739-3001

Karon N. Fowler, CA SBN 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

***Attorneys for Defendant Microsoft Corporation***

2

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## CERITICATE OF WORD COUNT

The undersigned hereby certifies that the foregoing document contains 167 words, which complies with the word limit of L.R. 11-6.1.

/s/  Benjamin T. Wang

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: December 18, 2024          /s/ Benjamin T. Wang
                                  Benjamin T. Wang