1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Scheduling Conf.: January 13, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A |

# ORDER

WHEREAS, on December 18, 2024, the parties filed a Joint Stipulation to Continue Scheduling Conference, and good cause appearing, the Court orders as follows:

The scheduling conference is continued from January 13, 2025 to February 10, 2025.

**IT IS SO ORDERED.**

Dated: _____           _____
                                   Honorable David O. Carter
                                   United States District Judge