UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION, | Case No. 8:24-cv-01974-DOC-DFM |
| Plaintiff, | **ORDER DENYING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| MICROSOFT CORPORATION, | Scheduling Conf.: January 13, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A |
| Defendant. | |

# ORDER

WHEREAS, on December 18, 2024, the parties filed a Joint Stipulation to Continue Scheduling Conference, and because of a lack of good cause, the Court DENIES the continuance.

**IT IS SO ORDERED.**

Dated: December 19, 2024

_____
Honorable David O. Carter
United States District Judge