Name and address:

Karon N. Fowler
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TS-OPTICS CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:24-cv-01974 |
| v. | |
| MICROSOFT CORPORATION | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Bennett, Natalie A.
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Morgan, Lewis & Bockius LLP
*Firm/Agency Name*

1111 Pennsylvania Avenue                  202-739-3000                   202-739-5001
                                           *Telephone Number*             *Fax Number*
*Street Address*

Washington, DC  20004-2541                 natalie.bennett@morganlewis.com
*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

Microsoft Corporation                     ☐ *Plaintiff(s)*  [x] *Defendant(s)*  [x] *Other:* Counter Claimant
                                          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of the United States | 4/18/2016 | Yes |
| U.S.D.C. E.D. of Texas | 7/7/2010 | Yes |
| U.S. Court of Appeals for Veterans Claims | 5/12/2015 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 1/9/25

Natalie A. Bennett
*Applicant's Name (please type or print)*

*/s/ Natalie A. Bennett*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Karon N. Fowler
*Designee's Name (Last Name, First Name & Middle Initial)*

Morgan, Lewis & Bockius LLP
*Firm/Agency Name*

110 North Wacker Drive, Suite 2800
*Street Address*

Chicago, IL 60606
*City, State, Zip Code*

312-324-1000
*Telephone Number*

312-324-1001
*Fax Number*

karon.fowler@morganlewis.com
*Email Address*

308145
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 01/08/2025

Karon N. Fowler
*Designee's Name (please type or print)*

*/s/ Karon N. Fowler*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

United States Court of Appeals for the Federal Circuit (Note - Two Natalie A. Bennett's listed) - 5/22/2012 and 7/11/2013
Supreme Court of Illinois (ID# 6304611) - 5/5/2011
Supreme Court of Minnesota (ID# 390661) - 2/19/2010
District of Columbia (ID# 1022647) - 10/6/2014
U.S.D.C. N.D. of Illinois (ID# 0390661) - 8/15/2011
U.S.D.C. N.D. of Texas (ID# 6304611 IL) - 8/28/2017



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *Natalie Ann Bennett*

*was duly qualified and admitted on October 6, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 23, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# Certificate of Admission
## To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Natalie Ann Bennett

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/05/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of December, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

NATALIE ANN BENNETT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

February 19, 2010

Given under my hand and seal of this court on

December 24, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration

