Karon N. Fowler
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TS-OPTICS CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:24-cv-01974 |
| v. | |
| MICROSOFT CORPORATION | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bennett, Natalie A.    of    MORGAN, LEWIS & BOCKIUS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1111 Pennsylvania Avenue, NW
202-739-3000    202-739-5001    Washington, DC  20004-2541
*Telephone Number*    *Fax Number*
natalie.bennett@morganlewis.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Microsoft Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Fowler, Karon N.    of    MORGAN, LEWIS & BOCKIUS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    110 North Wacker Drive, Suite 2800
308145    312-324-1000    312-324-1001    Chicago, IL  60606
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
karon.fowler@morganlewis.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

**Dated** _____    _____
                     U.S. District Judge/U.S. Magistrate Judge