Andrew V. Devkar
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION<br><br>Plaintiff(s)<br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant(s) | CASE NUMBER<br><br>8:24-cv-01974<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bennett, Natalie A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-739-3000          202-739-5001
*Telephone Number*    *Fax Number*

natalie.bennett@morganlewis.com
*E-Mail Address*

of

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Microsoft Corporation

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Devkar, Andrew V.
*Designee's Name (Last Name, First Name & Middle Initial)*

228809          310-907-1000          310-907-1001
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

andrew.devkar@morganlewis.com
*E-Mail Address*

of

MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1