# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**ORDER APPOINTING SPECIAL MASTER** |

During the Scheduling Conference held on February 24, 2025, the parties and Court agreed that it is appropriate to appoint a Special Master in this action. *See* Dkt. 30. Mr. David Keyzer has agreed to serve as the Special Master. In light of the complexity of the above-captioned case involving patent infringement claims, and Mr. Keyzer's qualifications and experience in serving as a Special Master for this Court, the Court ORDERS that, pursuant to Federal Rule of Civil Procedure 53:

1. The Court hereby appoints David M. Keyzer to serve as a Special Master for the Court in the above-captioned case. Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> (916) 243-5259
> david@keyzerlaw.com

2. The Special Master will be compensated at a rate of $571 per hour. The Special Master will apportion fees and expenses incurred for his work on these matters equally between Plaintiff (one half) and Defendant (one half). Payment will be due within 30 days of the Parties receiving an invoice from the Special Master. Late payment may incur reasonable interest and/or penalties and/or other remedies at the discretion of the Special Master.

3. The Parties understand that the Special Master may provide written work product to the Court confidentially and may meet with the Court in person or by telephone confidentially.

4. The Parties are instructed to provide to the Special Master, by e-mail at david@keyzerlaw.com or by electronic media, courtesy copies of all motion briefing promptly upon filing. The Parties shall not provide paper copies to the Special Master unless directed to do so by the Special Master.

5. The Special Master shall have authority to hear arguments and to enter: (a) Reports and Recommendations on claim construction disputes in the above-captioned case, wherein the Special Master need not receive any specific referral or direction from the Court before the Special Master addresses such disputes; (b) orders resolving any discovery disputes in the above-captioned case, wherein the Special Master need not receive any specific referral or direction from the Court before the Special Master enters orders resolving such disputes; and (c) orders resolving other non-dispositive matters in the above-captioned case as the Court may direct. Orders entered by the Special Master shall take effect immediately, and the enforcement of such orders shall not be affected by the filing of an objection unless the Special Master and/or the Court explicitly stays the enforcement of such orders.

6. In furtherance of this authority, the Special Master shall have authority to conduct hearings, to set the date, time, location, and manner of such hearings, to conduct any status conferences that may be appropriate to facilitate the proceedings (either in person or by telephone or videoconference), to determine the manner of briefing (for example, simultaneous briefing or sequential briefing), to set and to modify briefing deadlines and other deadlines relating to the proceedings, to set and to modify page limits for briefing, to enter orders resolving procedural disputes, and to enter any other orders necessary for the prompt and efficient resolution of disputes referred to the Special Master.

7. The Special Master may communicate with counsel in person, by telephone, by videoconference, and/or by e-mail to direct actions by the Parties pursuant to the authority set forth above and/or to obtain information relevant thereto. No party shall communicate with the Special Master ex parte without the express consent or involvement of at least one counsel

1  of record for each of the Parties (except as to communications that relate only to payment of Special
2  Master invoices).

3      8.    Mr. Keyzer shall make any appropriate disclosures to the Parties and
4  execute a Rule 53 affidavit. This Order Appointing Special Master shall become effective seven
5  days after the signing date below, and any objections to this Order must be filed with the Court
6  prior to that date.

Dated: March 5, 2025

*David O. Carter*

Honorable David O. Carter
United States District Court

3

ORDER APPOINTING SPECIAL MASTER