DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>        Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>        Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**AFFIDAVIT OF DAVID M. KEYZER<br>AS SPECIAL MASTER** |

I, David M. Keyzer, declare as follows:

1.    Pursuant to Fed. R. Civ. P. 53(a)(2), I have reviewed information related to the above-captioned case and, to the best of my knowledge and belief, I know of no reasons or grounds for disqualification under 28 U.S.C. Section 455.

2.    On February 26, 2025, I provided, by electronic mail, my curriculum vitae to counsel for all parties. My curriculum vitae sets forth my prior employment during and after law school, including my employment as an associate at Fish & Richardson P.C. Information regarding my prior employers and years of employment during and after law school has also been publicly available at www.keyzerlaw.com throughout the pendency of the above-captioned case. No party has advised me of any potential ground for disqualification under 28 U.S.C. Section 455.

AFFIDAVIT OF DAVID M. KEYZER AS SPECIAL MASTER - 1

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of March, 2025, in El Dorado Hills, California.

By: _____

DAVID M. KEYZER