1  RUSS AUGUST & KABAT
2  Benjamin T. Wang (CA SBN 228712)
   bwang@raklaw.com
3  Andrew D. Weiss (CA SBN 232974)
   aweiss@raklaw.com
4  Neil A. Rubin (CA 250761)
   nrubin@raklaw.com
5  Christian W. Conkle (CA SBN 306374)
   cconkle@raklaw.com
6  Daniel B. Kolko (CA SBN 341680)
7  dkolko@raklaw.com
   12424 Wilshire Boulevard, 12th Floor
8  Los Angeles, California 90025
   Telephone: (310) 826-7474
9  Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION, | Case No. 8:24-cv-01974-DOC-DFM |
| Plaintiff, | **JOINT NOTIFICATION OF MEDIATOR** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

JOINT NOTIFICATION OF MEDIATOR

1 | Pursuant to Scheduling Order & Order Re: Pretrial And Trial Procedures (Dkt. 31), the Parties hereby notify the Court that they have agreed to use the following mediator pursuant to ADR Procedure No. 3:

Hon. Margaret A. Nagle (Ret.)
JAMS
1925 Century Park East
14th Floor
The Watt Plaza
Los Angeles, CA 90067

DATED: March 18, 2025              Respectfully submitted,

/s/ Benjamin T. Wang

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff***
***TS-Optics Corporation***

/s/ Andrew V. Devkar

Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP

1

2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Telephone:  (310) 907-1000
Facsimile:   (310) 907-2000

Natalie A. Bennett (*pro hac vice*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (212) 739-3000
Facsimile:   (212)739-3001

Karon N. Fowler, CA SBN 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

***Attorneys for Defendant Microsoft Corporation***

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: March 18, 2025          */s/ Benjamin T. Wang*
                                              Benjamin T. Wang