1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10                                  )
   TS-OPTICS CORPORATION,           )  Case No. 8:24-cv-01974-DOC-DFM
11         Plaintiff,                )     Hon. David O. Carter
                                    )     Special Master David M. Keyzer
12      v.                          )
                                    )  **SPECIAL MASTER ORDER**
13 MICROSOFT CORPORATION,           )  **No. SM-1**
           Defendant.                )
14                                  )

15
        Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34)
16
   and e-mail correspondence between the Special Master and counsel for Plaintiff TS-
17
   Optics Corporation and Defendant Microsoft Corporation ("the parties") on March 14,
18
   18, 19, and 24, 2023, the Special Master hereby ORDERS the schedule set forth herein as
19
   having being agreed upon and jointly proposed by the parties (with the exception that the
20
   Special Master has selected the date and time for the claim construction hearing):

SPECIAL MASTER ORDER No. SM-1 - 1

| Event | Deadline |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions with Accompanying Document Production | March 28, 2025 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | April 28, 2025 |
| Exchange of Proposed Terms for Construction | July 3, 2025 |
| Exchange of Preliminary Claim Constructions and Supporting Intrinsic/Extrinsic Evidence | July 14, 2025 |
| If affirmatively relying on expert evidence, serve opening declaration | July 25, 2025 |
| Rebuttal expert declaration (if any) | August 8, 2025 |
| Claim Construction discovery completion | August 22, 2025 |
| Both Parties file Opening Claim Construction Briefs (simultaneous) | September 4, 2025 at 5:00 PM (Pacific Time) |
| Both Parties file Responsive Claim Construction Briefs (simultaneous) | September 25, 2025 at 5:00 PM (Pacific Time) |
| Claim Construction Hearing | October 9, 2025, at 10:00 A.M. (Pacific Time) |

As jointly proposed by the parties, opening and responsive claim construction briefs shall be limited to 25 pages each (excluding exhibits), and there shall be no

"rollover" of pages from the opening briefs to the responsive briefs (in other words, if a party's opening brief is below the page limit, unused pages shall *not* be added to the page limit for that party's responsive brief). Either party may request that the Special Master grant additional pages.

To whatever extent any uncertainty arises regarding whether deadlines for infringement contentions and invalidity contentions are within the scope of the Special Master's authority, the Special Master notes that these are agreed-upon deadlines being jointly proposed by the parties for inclusion as part of a schedule leading up to the claim construction hearing. The Special Master also assumes that the parties, having conferred regarding this proposed schedule, have a mutual understanding of the expected form and requirements for the infringement contentions and invalidity contentions.

The parties shall jointly submit to the Special Master, by e-mail **no later than 12:00 P.M. Pacific Time three business days before the claim construction hearing**: (1) the parties' estimates of the appropriate total duration of the claim construction hearing (including arguments by all parties as to all disputed terms and including the technology tutorials); and (2) the order of disputed terms for oral argument.

If the parties are unable to reach agreement as to the order of terms, then the order of terms shall be determined by Plaintiff selecting the first term, Defendant selecting the second term, Plaintiff selecting the third term, and so forth. The selected ordering shall be set out in the joint email.

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half).  The parties shall provide the Reporter's contact information to the Special Master **no later than 12:00 P.M. Pacific Time on the business day before the hearing**.

Each side may present a technology tutorial, not to exceed 10 minutes for Plaintiff(s) and 10 minutes for Defendant(s), at the beginning of the claim construction hearing.  This technology tutorial will be optional, and an election by one party to forego a technology tutorial will not affect the opportunity of other parties to present a technology tutorial.

The parties shall provide the Special Master and the Reporter with a list of expected participants **no later than 12:00 P.M. Pacific Time on the business day before the hearing**.  This list shall be submitted by e-mail and shall indicate each name together with e-mail address and status as counsel, client representative, or other relevant affiliation.

Each party shall provide all other parties, the Reporter, and the Special Master with an electronic copy of any demonstrative presentation slides that the party intends to use during the claim construction hearing **no later than 12:00 P.M. Pacific Time on the business day before the hearing.**  Such demonstrative presentative slides should also be filed in PDF form on the Court's docket (as an attachment to a Notice).

1   Pursuant to Local Rule 83-6, audio or video recording of the claim construction
2   hearing (other than by the Reporter for the purpose of generating a transcript) is hereby
3   prohibited.
4   Zoom information for this hearing is as follows:
5       Webinar ID: 889 3453 5369
6       Passcode: 82401974
7   IT IS SO ORDERED.

10  Dated: March 27, 2025   By: _____
                                David M. Keyzer
11                              Special Master

SPECIAL MASTER ORDER No. SM-1 - 5