RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Plaintiff TS-Optics Corporation ("TS-Optics") and Defendant Microsoft Corporation ("Microsoft") (TS-Optics and Microsoft collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request that the Court enter the attached stipulated Protective Order. Good cause exists for the requested Protective Order because discovery in this action is likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. The Parties have agreed that the attached proposed Order provides appropriate protections for such information.

Good cause having been shown, the Parties request that the Court enter the attached Protective Order.

DATED:  May 22, 2025                                  Respectfully submitted,

                                                                                 */s/ Benjamin T. Wang*

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff***
***TS-Optics Corporation***

*/s/ Andrew V. Devkar*

Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Telephone:  (310) 907-1000
Facsimile:   (310) 907-2000

Natalie A. Bennett (*pro hac vice forthcoming*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (212) 739-3000
Facsimile:   (212)739-3001

Karon N. Fowler, CA SBN 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

***Attorneys for Defendant Microsoft Corporation***

**CERITICATE OF WORD COUNT**

The undersigned hereby certifies that the foregoing document contains 112 words, which complies with the word limit of L.R. 11-6.1.

/s/  Benjamin T. Wang

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: May 22, 2025                              /s/ Benjamin T. Wang
                                                              Benjamin T. Wang