Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone:  (310) 907-1000
Facsimile:   (310) 907-2000

Attorneys for Defendant
Microsoft Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS Corporation,<br><br>      Plaintiff,<br>  v.<br>Microsoft Corporation,<br><br>      Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>DEFENDANT'S *SOTERA WIRELESS* STIPULATION REGARDING INVALIDITY CONTENTIONS |

Defendant Microsoft Corporation ("Microsoft") submits this stipulation regarding invalidity contentions.

On March 31, 2025, Microsoft filed an *inter partes* review ("IPR") petition in case no. IPR2025-00767. Microsoft's IPR petition asserts the following grounds of unpatentability based on obviousness under 35 U.S.C. § 103:

| IPR Ground | Prior Art Reference(s) | Challenged Claims |
|---|---|---|
| 1 | Choi[1] alone or with AAPA[2] | 1-4, 7-8, 10-13, 15, and 40 |
| 2 | Choi in view of Ogata[3] | 1-4, 7-8, 10-13, 15, 40, and 43-45 |
| 3 | Choi in view of Ogata and Santo | 41-42 |
| 4 | Choi in view of Ikeda[4] | 7-8 |
| 5 | Choi in view of Ogata and Ikeda | 40, 43-45 |
| 6 | Choi in view of Ogata, Santo[5], and Ikeda | 41-42 |
| 7 | Ogata in view of Kamata[6] | 36-38 |
| 8 | Kabasawa[7] alone or with AAPA | 17, 21, 23-24, 28 |
| 9 | Miura[8] (alone or with AAPA) in view of Kamata | 17, 19, 23-24, 26 |
| 10 | Sugiyama[9] alone or in view of AAPA | 1, 3-4, 10, 12-13 |
| 11 | Sugiyama (alone or with AAPA) in view of Kabasawa | 5-6, 14 |

Microsoft hereby stipulates that if the PTAB institutes the IPR2025-00767 proceeding, then Microsoft will not argue in this case that the asserted claims of the

---

[1] Korean Patent Appl. Pub. No. 2001-0038068A to Choi
[2] Applicant-Admitted Prior Art
[3] Japanese Patent Appl. Pub. No. H4-113524A to Ogata
[4] U.S. Patent Appl. Pub. No. 2003/0007430 A1 to Ikeda et al.
[5] U.S. Patent No. 6,344,936 B1 to Santo
[6] Japanese Patent Appl. Pub. No. 11-203697A to Kamata
[7] U.S. Patent Appl. Pub. No. 2003/0067848 A1 to Kabasawa et al.
[8] Japanese Patent Appl. Pub. No. JP2000123386A to Miura
[9] Japanese Patent Appl. Pub. No. JP200118269A to Sugiyama

'055 patent are invalid in view of the grounds Microsoft either raised or could reasonably have raised in IPR2025-00767.

Dated: May 29, 2025                              Respectfully submitted,

/s/ Andrew V. Devkar
Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Natalie A. Bennett (*pro hac vice*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (212) 739-3000
Facsimile: (212)739-3001

Karon N. Fowler, CA SBN 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

**Attorneys for Defendant Microsoft Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: May 29, 2025                              /s/ Andrew V. Devkar
                                                 Andrew V. Devkar