DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>      Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br>      Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br>  Hon. David O. Carter<br>  Special Master David M. Keyzer<br><br>**NOTICE OF**<br>**SPECIAL MASTER ORDER** |

Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34), the Special Master attaches hereto the Special Master Order No. SM-2.

Dated: June 17, 2025

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master