DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br>　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br>Hon. David O. Carter<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER ORDER**<br>**No. SM-2** |

　　　　Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34) and e-mail correspondence between the Special Master and counsel for Plaintiff TS-Optics Corporation and Defendant Microsoft Corporation ("the parties") on at least May 30 and June 2, 9, 10, and 11, 2025, the Special Master hereby SETS a status conference regarding discovery for **June 18, 2025, at 8:00 A.M. Pacific Time** by videoconference.

1	If one of both parties desire a Reporter, the parties shall confer and select a
2	Reporter, and the cost of reporting and of ordering transcripts shall be apportioned
3	equally between Plaintiff(s) (one half) and Defendant(s) (one half).
4	The parties shall provide the Special Master and the Reporter (if any) with a list of
5	expected participants **no later than one hour prior to the start of the hearing**.  This list
6	shall be submitted by e-mail and shall indicate each name together with e-mail address
7	and status as counsel, client representative, or other relevant affiliation.
8	Pursuant to Local Rule 83-6, audio or video recording of the status conference
9	(other than by a Reporter, if present, for the purpose of generating a transcript) is hereby
10	prohibited.
11	Based on e-mail correspondence with counsel for both sides, the Special Master
12	anticipates that this discovery status conference will likely involve discussion of
13	confidential business information and also will be of minimal interest to the public,
14	particularly when considering that the Court of Appeals for the Ninth Circuit has
15	observed that the public has a lesser interest in non-dispositive discovery matters; the
16	Special Master therefore *sua sponte* finds good cause for this status conference to be
17	closed to the public.  *See, e.g., Kamakana v. City & County of Honolulu*, 447 F.3d 1172,
18	1179–80 (9th Cir. 2006) (discussing *Foltz v. State Farm Mutual Auto. Insurance Co.*, 331
19	F.3d 1122 (9th Cir. 2003)).  The Special Master has separately provided videoconference
20	information to the parties.

IT IS SO ORDERED.

Dated: June 17, 2025     By: /s/ David M. Keyzer
David M. Keyzer
Special Master