DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br>　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>Hon. David O. Carter<br>Special Master David M. Keyzer<br><br>**NOTICE OF**<br>**SPECIAL MASTER MINUTES** |

Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34), the Special Master attaches hereto the Special Master Minutes for a discovery status conference held on June 18, 2025.

Dated: June 18, 2025          By:     /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master