DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br>　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>Hon. David O. Carter<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER MINUTES** |

　　　　Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34), the Special Master held a discovery status conference on June 18, 2025.  *See* Dkt. 42-1, Special Master Order No. SM-2 (setting conference).  The parties appeared as follows:

SPECIAL MASTER MINUTES - 1

| Plaintiff TS-Optics<br>Benjamin Wang<br>Andrew Weiss | Defendant Microsoft<br>Natalie Bennett<br>Andrew Devkar | Reporter<br>Sandra Petritsch |
|---|---|---|

The Special Master convened the status conference by videoconference on June 18, 2025, at 8:05 A.M. Pacific Time. The Special Master heard discussion by Benjamin Wang and Andrew Weiss on behalf of Plaintiff TS-Optics Corporation and by Natalie Bennett on behalf of Defendant Microsoft Corporation. The Special Master resolved disagreements regarding an otherwise agreed-upon process for submitting discovery disputes to the Special Master through letter briefing. The parties stated that they will submit a proposed Special Master Order to the Special Master in this regard. The Special Master adjourned the conference at 8:40 A.M.

Dated: June 18, 2025          By: _David Keyzer_
                                  David M. Keyzer
                                  Special Master