RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 8:24-cv-01974-DOC-DFM <br><br> **DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE [LETTER ROGATORY]** |

I, Andrew D. Weiss, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel of record for Plaintiff TS-Optics Corporation in the above-captioned action. I submit this declaration in support of Plaintiff's Application for Issuance of Letters Rogatory I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Microsoft Corporation's Initial Disclosures, served on March 4, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 18th of July, 2025 at Lititz, Pennsylvania.

By: */s/ Andrew D. Weiss*
Andrew D. Weiss

1

DECLARATION OF ANDREW. D. WEISS IN SUPPORT OF *EX PARTE* APPLICATION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
[LETTER ROGATORY]