# EXHIBIT A

Case 8:24-cv-01974-DOC-DFM   Document 45-1   Filed 07/21/25   Page 1 of 2   Page ID #:374

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>                Plaintiff,<br><br>      vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE [LETTER ROGATORY]** |

Having considered Plaintiff TS-Optics Corporation's Application for Issuance of Request for International Judicial Assistance and the concurrently submitted Letter of Request for International Judicial Assistance, the Court finds good cause to grant the Application and execute the Request for International Judicial Assistance.

IT IS HEREBY ORDERED THAT:

Plaintiff TS-Optics Corporation's Application for Issuance of Request for International Judicial Assistance [Letter Rogatory] is GRANTED.

The Request for International Judicial Assistance to the appropriate judicial authority of Japan to compel the production of evidence from Hitachi-LG Data Storage, Inc. shall issue.

SO ORDERED.

Dated: _____    By: _____
                                                                   UNITED STATES DISTRICT JUDGE