**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>     Plaintiff,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**ORDER DENYING APPLICATION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

   Having considered Plaintiff TS-Optics Corporation's Application for Issuance of Request for International Judicial Assistance and the concurrently submitted Letter of Request for International Judicial Assistance, the Court does not find good cause to grant the Application and execute the Request for International Judicial Assistance.

   IT IS HEREBY ORDERED THAT:

Plaintiff TS-Optics Corporation's Application for Issuance of Request for International Judicial Assistance [Letter Rogatory] is **DENIED**.

   The Parties are ordered to meet and confer re this request and after this conference Plaintiff may resubmit this request as a regular Motion.

   SO ORDERED.

Dated: July 22, 2025     By: *David O. Carter*

            UNITED STATES DISTRICT JUDGE