DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>    Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br>  Hon. David O. Carter<br>  Special Master David M. Keyzer<br><br>**SPECIAL MASTER ORDER**<br>**No. SM-3** |

Pursuant to authority provided by the March 5, 2025 Order Appointing Special Master (Dkt. 34), and further pursuant to discussion during a June 18, 2025 status conference conducted by the Special Master as well as agreement between the parties as set forth in a Jointly Proposed Order for Procedure Governing Discovery Disputes Before the Special Master, the Special Master hereby ORDERS that the parties may submit

SPECIAL MASTER ORDER No. SM-3 - 1

discovery disputes to the Special Master in the above-captioned case according to the following procedure:

(1) A party seeking relief on a discovery issue must first send a letter to opposing counsel and must request a meet-and-confer. Opposing counsel shall be available for a meet-and-confer within five (5) business days of receiving the letter from the party seeking relief.

(2) After the meet-and-confer, if the meet-and-confer does not resolve the issue, the party seeking relief shall provide opposing counsel with a written itemized list of requested relief that is still in dispute and that is still being requested. The party seeking relief shall then contact the Special Master to request a hearing date, such requested hearing date being at least ten (10) business days after the date of contacting the Special Master.

(3) At least seven (7) business days in advance of the hearing date provided by the Special Master, the party seeking relief shall submit to the Special Master a letter brief (not to exceed three single-spaced pages, and with no attachments or exhibits other than any written discovery requests and responses in dispute) that outlines the dispute. This submission to the Special Master shall also include a proposed order that itemizes the relief that is being sought in sufficient detail such that, if the relief is granted, the opposing party will understand what it needs to do, and by when, so as to comply.

(4) At least four (4) business days in advance of the hearing date provided by the Special Master, the opposing party shall submit to the Special Master a letter brief (not to exceed three single-spaced pages, and with no attachments or exhibits other than a copy of the particular written discovery requests and responses in dispute, to the extent not provided in paragraph (3) above) that explains the opposition to the requested relief.

(5) If a party decides to seek the Court's review of the Special Master's discovery order(s) on the discovery issues presented, the sealing rules governing this case will be followed at that time and the letter briefs will be filed with confidential information submitted for sealing. The parties will endeavor to minimize the amount of confidential information in the letter briefs that requires sealing.

1  The parties conferred with the Special Master through e-mail communications and
2  during the June 18, 2025 status conference, and the parties have jointly proposed the
3  essential elements of this Special Master Order.  All parties have agreed to the specific
4  wording of the procedure as set forth above.  In any event, if any portion of this
5  procedure as set forth above is disputed, then the parties should bring such dispute to the
6  attention of the Special Master immediately or no later than August 12, 2025, at 5:00
7  P.M. Pacific Time.

8  This procedure is being put in place as an alternative to facilitate resolution of
9  discovery disputes in the present case, but this is not intended to preclude a party from
10 using Local Rule 37-1 *et seq.*  The procedure set forth above is intended to complement,
11 not supplant, Local Rule 37-1 *et seq.*  In other words, a party may elect to use the Local
12 Rule 37-2 process regarding a joint stipulation in lieu of the procedure set forth above.

13 Finally, the procedure above is subject to modification by the Special Master
14 and/or by agreement of the parties with the approval of the Special Master as may be
15 appropriate to facilitate the speedy and efficient resolution of particular disputes.

16 IT IS SO ORDERED.

18 Dated: August 5, 2025       By: _____
19                                  David M. Keyzer
                                     Special Master