UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING CORRECTED UNOPPOSED NOTICE OF MOTION AND MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

    Having considered Plaintiff's Motion for Issuance of Letter Request for International Judicial Assistance to the Judicial Authority of Japan ("Japan") to procure evidence from Hitachi-LG Data Storage, Inc. ("HLDS"), and it appearing that this Letter Request is appropriate, the Court finds that the Motion should be and hereby is **GRANTED**. The Court **APPROVES** the Letter Request addressed to the Judicial Authority of Japan, attached to the Motion as Exhibit 1.

Dated:                           By: _____
                                      UNITED STATES DISTRICT JUDGE