UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>[~~PROPOSED~~] ORDER GRANTING CORRECTED UNOPPOSED NOTICE OF MOTION AND MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE [52] |

　　　Having considered Plaintiff's Motion for Issuance of Letter Request for International Judicial Assistance to the Judicial Authority of Japan ("Japan") to procure evidence from Hitachi-LG Data Storage, Inc. ("HLDS"), and it appearing that this Letter Request is appropriate, the Court finds that the Motion should be and hereby is **GRANTED**. The Court **APPROVES** the Letter Request addressed to the Judicial Authority of Japan, attached to the Motion as Exhibit 1.

Dated: September 2, 2025　　　By: _____
　　　　　　　　　　　　　　　　HONORABLE DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING CORRECTED UNOPPOSED MOTION FOR ISSUANCE OF
LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE