# Exhibit 3

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

MICROSOFT CORPORATION,

Petitioner,

v.

TS-OPTICS CORPORATION,

Patent Owner.

PTAB Case No. IPR2025-00767

Patent No. 7,266,055

**PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,266,055 B2**

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

direction through the interaction with the current flowing through those coils and the magnetic element. Mansuripur, ¶¶63-64.

       5.    **Claims 4/13: "…wherein the second coil is positioned on both sides of the blade."**

Choi's tracking coils (113) (second coil) are positioned on both sides of the bobbin (Choi, 131-135), as shown in annotated Figure 9 (above), and annotated Figure 11 (below). Mansuripur, ¶65.



Choi's Figure 11
(annotated)

       6.    **Claim 7: "…wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade and have the same polarity."**

As Professor Mansuripur explains, all magnets are bipolar, having a north pole and a south pole, and a true unipolar magnet does not exist. Mansuripur, ¶¶66-67. In the optical pickup actuator context, a unipolar magnet refers to using

-21-

Case 8:24-cv-01974-DOC-DFM   Document 55-4   Filed 09/04/25   Page 4 of 7   Page ID
#:493
Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

the magnet such that only one pole–either north or south (but not both)–faces and interacts with a particular coil. This type of unipolar interaction is described in '055 patent's Figure 5 (annotated below), where north pole (N) of magnetic Element 180 is facing, and interacting with, coils 141 and 142. Ex. 1001, 6:19-54.



Figure 5 of '055 patent
(annotated)

This is also shown in '055 patent's Figure 2 (below), where the north pole of each magnet 22a,b interacts with coils 12a,b. Figure 2 also shows a bipolar interaction where both north and south poles of magnets 21a,b face, and interact with, coils 11a,b.

-22-

Case 8:24-cv-01974-DOC-DFM   Document 55-4   Filed 09/04/25   Page 5 of 7   Page ID
#:494
Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



Figure 2 of '055 patent
(annotated)

Ex. 1001, 1:36-37, 1:48-52; Mansuripur, ¶¶67-70.

It is inherent and/or obvious that Choi's magnets (130) have unipolar interactions with focusing coil (112). Notably, focusing coil (112) completely wraps around the blade, and when energized, produces an electromagnetic field around the bobbin's periphery that interacts with magnets (130). To move the bobbin in focusing direction (A), both ends of the bobbin must move either up or down, and this is possible only when the same polarity (either both N or both S poles) of magnets (130) faces the coil (112).

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



Figure 9 of Choi
(annotated)

  e. **40[d]: "a pair of unipolar magnets positioned on the base; and"**

*See* claim 8. For Element 40[d] in Ground 1, magnets (140, 140') of Choi are construed as the pair of unipolar magnets positioned on the base.

  f. **40[e]: "a plurality of coils connected to an electric circuit and interacting with the unipolar magnets to create an electromagnet force to move the blade; and"**

Choi describes a plurality of coils as tilt coils (114), and it would have been obvious to a POSITA that they are connected to an electric circuit because Choi describes driving the coils with an electric current (Choi, 24-30, 182-182); it was

-30-

accompanied by the expert testimony of Prof. Mansuripur, which the Office lacked during the prosecution.

## VII. CONCLUSION

Petitioner requests institution of an IPR and cancellation of the challenged claims.

Dated: March 31, 2025

PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
Fax: (858) 720-5834

Respectfully submitted,

　　*/Babak Tehranchi/*
Lead Counsel
Babak Tehranchi, Reg. No. 55,937

Back-up Counsel
Patrick J. McKeever, Reg. No. 66,019
Christina J. McCullough, Reg No. 58,720

Attorneys for Petitioner