# Exhibit 14



# client
### NOUN

**Factsheet** | **Etymology** | **Meaning & use** | **Pronunciation** | **Forms** | **Frequency** | **Compounds & derived words**

**QUOTATIONS**

☐ Hide all quotations

**CONTENTS**

▸ 1. A person under the patronage or protection of another; a…

▸ 2. A person or organization using the services of a lawyer or…

▸ 3. gen. A person using the services of a professional person…

 4. Computing. A program used to access a service or data that…

**EARLIER VERSION**

*client* in OED Second Edition (1989)

**IN OTHER DICTIONARIES**

*client, n.* in Middle English Dictionary

**1.a.** A person under the patronage or protection of another; a dependant; (sometimes) *spec.* a feudal vassal or retainer. Formerly also: †a person who tries to win the favour or patronage of an influential person (*obsolete*). Also *figurative*. Now *historical*.    a1393–

(*a*1393) As he [*sc.* love] is blind himself, riht so He makth his client blind also.
J. Gower, *Confessio Amantis* (Fairfax MS.) iii. l. 160
[Composed *a*1393]

c1450 (?*a*1400) First cald I ȝow my clyentis þat now I call lordis.
*Wars of Alexander* (Ashmole MS.) l. 3195 (Middle English Dictionary)
[Composed ?*a*1400]

1532 To..Hugh Faryngton Abbot of Redynge his pore client and perpetuall seruaunt Leonarde Cockes desyreth longe & prosperouse lyfe.
L. Cox, *Art or Crafte of Rhetoryke* sig. Aii (heading)

1569 The king was miserably compelled kneelyng on his knees to geue ouer both his crowne and scepter to the Pope of Rome..and as his client, vassall, feodary, and tenant, to receyue it of him againe.
R. Grafton, *Chronicle* vol. II. 109

1604 Slaue, client.
R. Cawdrey, *Table Alphabeticall* at *Vassall*

1630 These Flowers are true Clients of the Sunne..in the morning, they welcome his rising..and at noone, are fully display'd, in a free acknowledgment of his bounty.
Bishop J. Hall, *Occasionall Meditations* §lv

1711 We are very Curious to observe the Behaviour of great Men and their Clients.
R. Steele, *Spectator* No. 49. ¶1

1799 That friendship had been preserved through life on the footing of perfect equality, without feeling on either side the degrading relation of patron and client.
H. J. Pye, *Aristocrat* vol. I. i. 6

1841 Posterity seem to follow his steps as a train of clients.
R. W. Emerson, *Essays* 1st Series (new edition) ii. 53

1865 The liberal sees the man..not as a chance companion to life's table, but as the host, the guest, the client of God.
A. Vinet, *Outline Philos. Literature* ii. iii. 257

1918 His eight years sojourn at Milan as the client of the Visconti..was as perplexing to his friends as it is to us.
A. Tilley, *Dawn French Renaissance* i. 10

1986 A patron is expected to give material benefits because he can do so, while a client offers in exchange more intangible assets of loyalty and service.
S. Kettering, *Patrons, Brokers & Clients 17th-century France* 4

2007 *Tribute* describes the traditional practice of gift exchange in peasant societies in which patron and client are engaged in bonds of reciprocity and trust.
N. van de Walle in *Patrons, Clients & Policies* ii. 51

**1.b.** † An adherent or follower. *Obsolete*.    a1464–1724

*a*1464 This cardinal..fled oute of Rome with his clientis.
J. Capgrave, *Abbreuiacion of Cronicles* (Cambridge MS. Gg.4.12) (1983) 182

?1536 God nowe doth punysshe and scourge the world by the Pope & his clyents.
W. Marshall, *Luther's Images Verye Chrysten Bysshop* sig. f. iii

1668 The Doctrin of Galen and his Clients.
N. Culpeper & A. Cole, translation of T. Bartholin, *Anatomy* (new edition) ii. viii. 114

1724 What the rare Humanist, and polite Master said of his fine Client..is no Anticipation of your Credit.

66 Cite    **T** Historical thesaurus ▼

**1.c.** *Roman History.* A person offering deference and certain services to someone of greater wealth or status in return for aid and protection. Cf. **patron** *n.* I.2b.    ?1520–

| | | |
|---|---|---|
| ?1520 | Noble men..hauynge many clyentes [Latin *multae clientelae*] and seruantes retayned with them. | |
| | A. Barclay, translation of Sallust, *Cronycle of Warre agaynst Iugurth* xvii. f. xxv … | |
| 1561 | How should the patrone condemne his owne clientes [Latin *clientes*]? | |
| | T. Norton, translation of J. Calvin, *Institution of Christian Religion* ii. xvi. f. 167 … | |
| 1647 | The Client..was bound by Law to contribute towards their Patrons Assessements, and the Marriages of his Daughters. | |
| | R. Stapleton in translation of Juvenal, *Sixteen Satyrs* 14 … | |
| 1741 | Assassinated..by Pompey's clients. | |
| | C. Middleton, *History of Life Cicero* vol. I. ii. 133 … | |
| 1834 | 'So, she is a sort of client of yours, this child,' said Clodius. | |
| | E. Bulwer-Lytton, *Last Days of Pompeii* vol. I. i. ii. 11. … | |
| 1863 | The Greek Eupatrid or the Roman Patrician..had to court the votes of his Phyle or of his clients. | |
| | *Blackwood's Edinburgh Magazine* September 290 … | |
| 1910 | One must not expect a Roman noble to deign always to remember the names of humble persons..and therefore a slave, known as the 'name-caller', announces each client in turn. | |
| | T. G. Tucker, *Life in Roman World of Nero & St. Paul* xii. 209 … | |
| 1978 | By immemorial custom, each aristocratic family acted as patron to a group of plebians known as their clients. | |
| | E. G. Huzar, *Mark Antony* i. 5 … | |
| 2010 | A patron's most lowly clients..were expected to act as his *anteambulo*, preceding their patron when he passed along the street. | |
| | S. Dando-Collins, *Great Fire of Rome* iii. 37 … | |

66 Cite    **T** Historical thesaurus ▼            Roman history   medieval history   medieval law

**1.d.** A country dependent on another for military, political, or economic support; = **client state** *n.*    1875–

| | | |
|---|---|---|
| 1875 | France, which was then the protector of Egypt, gave a gentle encouragement to the proposals of its client. | |
| | *Saturday Review* 11 December 736/1 … | |
| 1899 | The Free State became the patron of the Transvaal, interesting itself for the benefit of its client in a controversy in which its own material interests were not involved. | |
| | *Spectator* 21 October 565/2 … | |
| 1958 | This new republic will now be a client of Russia… The other Arab States..are clients of the West. | |
| | *Spectator* 7 February 159/2 … | |
| 1991 | Russian economy could no longer afford the heavy subsidies to its clients. | |
| | K. Maguire, *Politics in South Africa* iii. 69 … | |
| 2010 | Previously a client of Austria-Hungary, Serbia now reorientated its policy towards St Petersburg. | |
| | W. Mulligan, *Origins First World War* ii. 64 … | |

66 Cite    **T** Historical thesaurus ▼            military

**2.a.** A person or organization using the services of a lawyer or legal adviser.    c1400–

| | | |
|---|---|---|
| c1400 (?*a*1387) | Reccheþ þei neuere Of þe cours of þe case..Nyme he a numbre of nobles oþer of shullenges, How þat clyentes acorde mede a-counteþ lytel. | |
| | W. Langland, *Piers Plowman* (Huntington MS. HM 137) (1873) C. iv. l. 396 (Middle English Dictionary) … [Composed ?*a*1387] | |
| 1474 | Pletynge of a cause for his clyent. | |
| | W. Caxton, translation of *Game & Playe of Chesse* (1883) ii. iii. 38 … | |
| 1483 (1413) | Ye wold putte your clyentes at the more cost in fyllynge of youre pourses. | |
| | translation of G. Deguileville, *Pilgrimage of Soul* (Caxton) iii. iv. f. liijᵛ … [Composed 1413] | |
| ?1518 | The lawier in pleding for his pore client Before his owne profite shulde set Justyce and ryght. | |
| | A. Barclay, translation of D. Mancinus, *Myrrour of Good Maners* sig. G.v … | |
| 1591 | When the Clyents are come from Westminster hall. | |

| | | |
|---|---|---|
| a1616 | Good Counsellors lacke no clients. | |
| | W. Shakespeare, *Measure for Measure* (1623) i. ii. 99 | |
| 1648 | The Clyent is discharged of his pain, Till to his cost, he do recruit again. | |
| | *Foure Ages of England* 16 | |
| 1706 | Thou art as Snappish and as Surly as a Covetous Lawyer to a Pauper Client. | |
| | T. D'Urfey, *Wonders in Sun* i. i. 9 | |
| 1782 | The poor thy clients, and heaven's smile thy fee. | |
| | W. Cowper, *Charity* in *Poems* 195 | |
| 1818 | In no civil case would a counsel have been permitted to plead his client's case in the teeth of the law. | |
| | W. Scott, *Heart of Mid-Lothian* xi, in *Tales of my Landlord* 2nd Series vol. II. 280 | |
| 1879 | The lawyers have a saying that 'the man who pleads his own case has a fool for a client'. | |
| | G. C. Harlan, *Eyesight* i. 11 | |
| 1914 | Even a compromise by an insolvent client of the judgment or decree obtained by the attorney will not be surveilled or interfered with by a court of equity. | |
| | *Southern Reporter* vol. 65 162 | |
| 1970 | Until recently pro bono practitioners confined themselves to the representation of individual indigent clients. | |
| | *New York Times* 23 August 38/4 | |
| 2014 | Contact between lawyers and their clients is covered by 'legal professional privilege'. | |
| | *Daily Telegraph* 7 November 12/1 | |

66 Cite    Historical thesaurus ▼    law

**2.b.** A person who has, or seeks to have, a particular person or figure, such as the Virgin Mary or a saint, as a spiritual advocate or intercessor.    1609–

| | |
|---|---|
| 1609 | They..solicitous for us their dearest clientes, incessantly intercede before Christ's Divine Majestie. |
| | *Bible* (Douay) vol. I. Preface |
| 1674 | I had thoughts of prosecuting what a devout Client of this Saint had to his honor rather scarce well designed. |
| | R. Strange, *Life S. Thomas Cantilupe* 4 |
| 1765 | Go then, devout Client, go to the Heart of Jesus. |
| | T. Lawson, *Devotion Sacred Heart Jesus* 73 |
| 1884 | The Christians were in imminent peril in Italy and all along the European seaboard. But the client of Mary prevailed. |
| | G. Dillon, *Virgin Mother Good Counsel* i. 8 |
| 1922 | The most ardent client of Mary but follows meekly in the footsteps of her Son. |
| | H. P. Smyth, *Testimony Truth* 78 |
| 1982 | As special clients of God and the saints, worshipers are also conscious of a privileged power of intercession. |
| | N. Mitchell, *Cult & Controv.* ii. viii. 414 |
| 2004 | The client of Mary in these hymns was presented as ill at ease in the world. |
| | E. Duffy, *Faith Fathers* iv. 33 |

66 Cite

**3.a.** *gen.* A person using the services of a professional person or organization; a customer of a person or organization offering services.    1833–

| | |
|---|---|
| 1833 | He called his shop an office, his customers clients. |
| | *New Monthly Magazine* December 483 |
| 1872 | Clients..of the money-borrowing order. |
| | E. Peacock, *Mabel Heron* vol. I. iii. 38 |
| 1926 | A fortune-teller suggests to his client that a magnetized horseshoe carried in the rear pants pocket will cure his..thrombolymphangitis. |
| | *American Mercury* July 370/2 |
| 1977 | The advent of the general contractor..profoundly affected the historic tripartite relationship between client, designer, and craftsman. |
| | J. Wilton-Ely in S. Kostof, *Architect* 193 |
| 2014 | If you're only providing a couple of services, it's easy for a client to swap you out for another business. |
| | *Daily Telegraph* 1 October (Business section) 8/3 |

66 Cite    Historical thesaurus ▼

**3.b.** A person receiving support or supervision from social services. Also: a person receiving care or treatment from a counsellor or therapist.

1907–

| 1907 | The social worker cannot often..share in the financial, artistic, political or scientific interests of his client. |
| | *Charities & Commons* 2 November 1003/1 |
| 1925 | Aged clients of Boston social agencies. |
| | L. Eaves (title) |
| 1960 | The central themes of counselling work with all clients. |
| | L. Pincus, *Marriage* iii. 222 |
| 1991 | Social work client Mrs Slutsky.., unable to bear her adopted niece Rose's unhappiness and resulting unruliness after Mrs Slutsky married and had a baby, blamed Rose's biological father for her bad behaviour. |
| | J. Sayers, *Mothering Psychoanalysis* ii. vii. 74 |
| 2013 | Feelings that the therapist has in response to the client are called counter-transference. |
| | *Psychologies* (U.K. edition) May 98/2 |

66 Cite     Historical thesaurus ▼

**4.** *Computing.* A program used to access a service or data that is provided and managed centrally by a server, esp. over a computer network; a networked computer used to access such a service or data.

1969–

Sometimes with a modifying word specifying what kind of service the client is designed to access, as *email client*, *FTP client*, etc.

Recorded earliest in *client program* at Compounds C.2.

| 1969 | Items covered here regularly include processing the waiting list of incoming and outgoing teletypewriter messages, including such functions as timing..and distribution of messages to client programs. |
| | *Bell System Technical Journal* vol. 48 2773 |
| 1989 | With asynchronous transmission, both the client and the server can send packets to each other without waiting for replies. |
| | *UnixWorld* September 106/2 |
| 1997 | The mail client is much improved and resembles Exchange or other more traditional mail packages. |
| | *Internet Magazine* January 46/3 |
| 2000 | A user contacts a server via the FTP client, establishes a connection, logs on to the network, requests directory listings and copies files. |
| | *Computerworld* 17 April 74/2 |
| 2005 | A smartphone crammed with top-end features, including an email client and Bluetooth. |
| | *Mobile Choice* 10 March 65 |
| 2011 | Notebook computers..can be used either as stand-alone computers or clients. |
| | G. B. Shelly et al., *Microsoft Windows 7* i. 4 |

66 Cite     (computing)

About OED     How to use the OED     Accessibility     Oxford University Press     Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide
Historical Thesaurus     Purchasing     Contact us     Oxford Languages
Editorial policy     Help with access     Upcoming events     Oxford Academic
Updates     World Englishes     Case studies     Oxford Dictionary of National Biography
Institutional account management     Contribute     Media enquiries



     Cookie policy     Privacy policy     Legal notice     Copyright © 2025 Oxford University Press