# EXHIBIT 3

**RONALD M. BARRETT**                                                              1
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

# Curriculum Vitae
*www.aerodoc.tech*



Citizenship:              US
Month of Birth:           November 1965
Present Rank:             Full Professor and Director
Marital Status:           Married
Children:                 Amalia (28), Cassandra (31)

Home Address:
823 Missouri Street
Lawrence, Kansas 66044 USA
+001 (785) 760-4614
adaptivebarrett@gmail.com

## EDUCATION

| | | | |
|---|---|---|---|
| University of Kansas | Ph.D. with Honors | Aerospace Engineering | May 1993 |
| University of Maryland | Master of Science | Aerospace Engineering | May 1990 |
| University of Kansas | B.S. with Distinction | Aerospace Engineering | May 1988 |

## EMPLOYMENT HISTORY

**PROFESSIONAL EXPERIENCE:**

| | | |
|---|---|---|
| University of Kansas | Director, Aerospace Design Laboratory | 8/06 – present |
| University of Kansas | Full Professor | 8/15 – present |
| American Association of University Professors | President, KU Chapter | 5/15 – 12/17 |
| American Association of University Professors | President, Kansas Conference | 5/13 – 5/15 |
| American Association of University Professors | Vice President, Kansas Conference | 5/11 – 5/13 |
| University of Kansas | Associate Professor | 8/05 –  8/15 |
| Technische Universiteit Delft, Holland | Visiting Professor | 8/03 – 8/04 |
| Auburn University, AL | Alumni Associate Professor | 9/99 – 5/05 |
| Auburn University, AL | Associate Professor | 9/98 – 9/99 |
| Auburn University, AL | Assistant Professor | 12/93 - 9/98 |
| US Air Force, Eglin AFB, FL | USAF Faculty Fellow | 6/95 - 9/95 |
| Auburn University, AL | Visiting Assistant Professor | 9/93 - 11/93 |
| Barrett Aero. Technologies | President and O.E.O. | 6/93 -  present |
| University of Kansas | Ph.D. Cand. & Space Grant Fellow | 5/90 - 5/93 |
| University of Maryland | US Army Rotorcraft Fellow | 9/88 - 5/90 |
| Skytrader Corporation, MO | Flight Test Engineer | 5/86 - 8/88 |
| Trans-World Airlines, MCI, KCMO | MRO Intern | 5/84 - 5/88 |

RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

Contents                                                                                                     page

Performance Overview ....................................................................................................................3

1. Detailed KU Teaching Record ....................................................................................................4
    1.1 Courses Taught............................................................................................................4
    1.2 Undergraduate Advising Record ................................................................................9
    1.3 Graduate and Postgraduate Advising Record ............................................................9
    1.4 Committee Chair & Major Technical Advisor: Doctoral ..........................................9
    1.5 Committee Chair & Major Technical Advisor: Masters ..........................................10
    1.6 Other Graduate Committee Service ..........................................................................10
    1.7 Honors and Awards for Teaching and Advising.......................................................12
    1.8 Record of Instructing, Supporting and  Coaching of Undergraduate and Graduate Technical Competitors    (Primary Appointment Function at KU) ......................................................................................................12
        1.8.1 Award Winning International Undergraduate Spacecraft Designs  Supported.................13
        1.8.2 Award Winning International Undergraduate Propulsion Designs  Supported ................13
        1.8.3 Award Winning International Undergraduate Research Projects  Coached .....................14
        1.8.4 Award Winning International Undergraduate Spacecraft Designs  Coached ...................14
        1.8.5 Award Winning International Graduate Aircraft Designs Coached ................................14
        1.8.6 Award Winning International Undergraduate Aircraft Designs Coached .......................15

2. Professional Performance Record:  Technical Demonstrations & Airshows ...............................18

3. Professional Publications and Creative Works ...........................................................................20
    3.1 Overview of Research Publications and Creative Works .........................................20
    3.2 Major Publications or Creative Works ......................................................................21
        3.2.1 Selected Books and Book Chapters............................................................21
        3.2.2 Refereed Journal Articles ..........................................................................21
        3.2.3 Selected Peer-Reviewed Conference Proceedings ....................................25
        3.2.4 Issued Patents ............................................................................................31
        3.2.5 Selected Patent Applications ......................................................................33
    3.3 Minor Publications or Creative Works ......................................................................34
        3.3.1 Selected Unclassified Technical Reports ...................................................34
        3.3.2 Selected Open & Technical Press Articles, Radio & Television Interviews Detailing Technical Work............38
    3.4 Scholarly Presentations ............................................................................................43
        3.4.1 Invited Lectures .........................................................................................43
        3.4.2 Selected Short Courses ..............................................................................48
        3.4.3 Invited Expert Panelist Readings ...............................................................49
    3.5 Minor Presentations: Selected Lectures ...................................................................42

4. Grants and/or Other Funded Projects .......................................................................................50
    4.1 External Funding ......................................................................................................64
        4.1.1 Funded Proposals ......................................................................................64
        4.1.2 Proposals Under Review ............................................................................67
        4.1.3 Other Proposals Submitted ........................................................................67
    4.2 Internal Funding ......................................................................................................70

5. Honors and Awards for Research ..............................................................................................70
    5.1 International Research Awards ..................................................................................70
    5.2 Domestic Research Competition Awards ..................................................................70
    5.3 KU Specific Research Competition Awards ..............................................................71

6. Service Record ..........................................................................................................................71
    6.1 University of Kansas Service ....................................................................................71
        6.1.1 Departmental Service Activities .................................................................71
        6.1.2 School Service Activities ............................................................................72
        6.1.3 University Service Activities .......................................................................72
    6.2 Professional Service Beyond Academia ....................................................................72

7. References ................................................................................................................................76

# RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

3

## Performance Overview

**Teaching Load**
Courses Taught, Average hrs/9MoAY since 2006 .............................................................................................17

**Listed Among Stanford University's Top 2% Most Independently Cited/Influential Technologists**
https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/4

**Awards and Honors**
Fellow, National Academy of Inventors
Associate Fellow, American Institute of Aeronautics and Astronautics
Named by Stanford/Scopus in top 2% most cited technologist in the world
Winner of Discover Magazine's *Discover Award for Aviation and Aerospace Technology*
International Aerospace Design Awards Supported and Advised ...............................................................51
International Aerospace Designs Award Winning Students Supported and Advised .............................224
Global rank in the world among all aerospace design instructors by AIAA award count ........................1
International Awards for Mentoring Graduate Research .............................................................................2
International Awards for Mentoring Graduate Scholarship .......................................................................3
International Awards for Mentoring Undergraduate Research ...................................................................1
International Awards for Mentoring Undergraduate Scholarship .............................................................21
Domestic Awards for Mentoring Student Research ....................................................................................6
Department/School/College-Level Awards for Mentoring Student Research ............................................3
School-Level Awards for Advising ...............................................................................................................1

**Professional Works**
Total Professional Works .........................................................................................................................403

**Major Publications**
Books and Book Chapters ............................................................................................................................8
Refereed Journal Articles (excluding journals of the USPTO & EPO) .....................................................60
Peer-Reviewed Proceedings .......................................................................................................................90
Issued Patents ............................................................................................................................................24

**Other Publications and Works**
Unclassified Technical Reports & Edited Volumes ...................................................................................66
Invited and Keynote Lectures ...................................................................................................................84
Short Courses .............................................................................................................................................18
Open Lectures ..........................................................................................................................................184
Technical Exhibitions and Airshows .........................................................................................................16
Citations as of 1/15/25 (#1 in the world for AIAA ADTC members) ....................................................3217
h-index as of 1/15/25 (#1 in the world for AIAA ADTC members) ..........................................................33
i10-index as of 1/15/25 (#1 in the world for AIAA ADTC members) ........................................................84

**Graduate Advising Record**
Committee Chair of Graduated Students & Major Technical Advisor: Doctoral ........................................5
Committee Chair of Graduated Students & Major Technical Advisor: Masters .......................................22

**Funding Record**
Funded Proposals (number) ......................................................................................................................38
Funded Proposals (total amount) ...........................................................................................................$18M

**Honors and Awards for Research**
International Research-Related Awards .......................................................................................................1

# Ronald M. Barrett

**Professor of Aerospace Engineering, Fellow, National Academy of Inventors**
Director of the Adaptive Aerostructures and Aircraft Design Laboratories, University of Kansas, Lawrence

Outstanding Paper Awards and Certificates of Merit .................................................................... 4

**Journal Editorships and Committee Memberships**
Journal Editorships and Associate Editorships ............................................................... 3

Technical and Standing Committee Memberships ......................................................... 12

## 1. Detailed KU Teaching Record

### 1.1 Courses Taught

* = assigned course as only Aircraft Design Instructor at KU

‡ = necessary graduate class as only Adaptive Structures and Helicopters Instructor at KU



**Teaching Load of Made Classes 2005 – 2024**

| Course Number & Title | Sem/Year | Hrs | # Enrolled |
|---|---|---|---|
| **2023 – 2024 Academic year:** | | | |
| AE 522 Aerospace Systems Design II | Sp/2024 | 4hrs | 14* |
| AE 592 Special Problems | Sp/2024 | 3hrs | 2 |
| AE 722 Aerospace Design Lab II | Sp/2024 | 4hrs | 8* |
| AE 790 Special Problems | Sp/2024 | 3hr | 2 |
| AE 521 Aerospace Systems Design I | Fa/2023 | 4hrs | 54* |
| AE 721 Aerospace Design Lab I | Fa/2023 | 4hrs | 33* |
| | | | |
| *Total number of courses taught 2023 – 2024 Academic Year, classes ≥ 5 students:* | | **4** | |
| *Total course hours taught 2023 – 2024 Academic Year, classes ≥ 5 students:* **16** | | | |

| Course Number & Title | Sem/Year | Hrs | # Enrolled |
|---|---|---|---|
| **2022 – 2023 Academic year:** | | | |
| AE 522 Aerospace Systems Design II | Sp/2023 | 4hrs | 13* |
| AE 592 Special Problems | Sp/2023 | 3hrs | 7 |
| AE 722 Aerospace Design Lab II | Sp/2023 | 4hrs | 6* |
| AE 895 MS Thesis Project | Sp/2023 | 3hr | 2 |
| AE 521 Aerospace Systems Design I | Fa/2022 | 4hrs | 32* |

**RONALD M. BARRETT**                                                                                    5
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | |
|---|---|---|---|
| AE 721 Aerospace Design Lab I | Fa/2022 | 4hrs | 10* |
| *Total number of courses taught 2022 – 2023 Academic Year, classes ≥ 5 students:* | | *4* | |
| *Total course hours taught 2022 – 2023 Academic Year, classes ≥ 5 students:* | ***16*** | | |

**2021 – 2022 Academic year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2022 | 4hrs | 18* |
| AE 592 Special Problems | Sp/2022 | 3hrs | 3 |
| AE 722 Aerospace Design Lab II | Sp/2022 | 4hrs | 13* |
| AE 790 Special Problems | Sp/2022 | 3hr | 2 |
| AE 521 Aerospace Systems Design I | Fa/2021 | 4hrs | 32* |
| AE 721 Aerospace Design Lab I | Fa/2021 | 4hrs | 8* |
| *Total number of courses taught 2021 – 2022 Academic Year, classes ≥ 5 students:* | | *4* | |
| *Total course hours taught 2021 – 2022 Academic Year, classes ≥ 5 students:* | ***16*** | | |

**2020 – 2021 Academic year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2021 | 4hrs | 22* |
| AE 592 Special Problems | Sp/2021 | 3hrs | 1 |
| AE 722 Aerospace Design Lab II | Sp/2021 | 4hrs | 5* |
| AE 521 Aerospace Systems Design I | Fa/2020 | 4hrs | 32* |
| AE 592 Special Problems | FA/2020 | 3hrs | 1 |
| AE 721 Aerospace Design Lab I | Fa/2020 | 4hrs | 13* |
| *Total number of courses taught 2020 – 2021 Academic Year, classes ≥ 5 students:* | | *4* | |
| *Total course hours taught 2020 – 2021 Academic Year, classes ≥ 5 students:* | ***16*** | | |

**2019 – 2020 Academic year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2020 | 4hrs | 6* |
| AE 592 Special Problems | Sp/2020 | 3hrs | 3 |
| AE 722 Aerospace Design Lab II | Sp/2020 | 4hrs | 10* |
| AE 892 Special Problems for AE Grad. Students | Sp/2020 | 3hr | 2 |
| AE 895 MS Thesis Project | Sp/2020 | 3hr | 1 |
| AE 996 Ph.D. Dissertation | Sp/2020 | 3hrs | 1* |
| AE 521 Aerospace Systems Design I | Fa/2019 | 4hrs | 43* |
| AE 721 Aerospace Design Lab I | Fa/2019 | 4hrs | 20* |
| AE 996 Ph.D. Dissertation | Fa/2019 | 3hrs | 1* |
| *Total number of courses taught 2019 – 2020 Academic Year, classes ≥ 5 students:* | | *4* | |
| *Total course hours taught 2019 – 2020 Academic Year, classes ≥ 5 students:* | ***16*** | | |

**2018 – 2019 Academic year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2019 | 4hrs | 5* |
| AE 722 Aerospace Design Lab II | Sp/2019 | 4hrs | 8* |
| AE 592 Weaponeering | Sp/2019 | 3hrs | 12 |
| AE 790 Special Problems | Sp/2019 | 3hr | 2 |
| AE 996 Ph.D. Dissertation | Sp/2019 | 3hrs | 1* |
| AE 521 Aerospace Systems Design I | Fa/2018 | 4hrs | 28* |
| AE 721 Aerospace Design Lab I | Fa/2018 | 4hrs | 5* |
| AE 996 Ph.D. Dissertation | Fa/2018 | 3hrs | 1* |
| *Total number of courses taught 2018 – 2019 Academic Year, classes ≥ 5 students:* | | *5* | |
| *Total course hours taught 2018 – 2019 Academic Year, classes ≥ 5 students:* | ***19*** | | |

**2017 – 2018 Academic year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2018 | 4hrs | 5* |
| AE 722 Aerospace Design Lab II | Sp/2018 | 4hrs | 1* |
| AE 748   Helicopter Aerodynamics | Sp/2018 | 3hrs | 12‡ |

**RONALD M. BARRETT**                                                                 6
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | |
|---|---|---|---|
| AE 790 Special Problems | Sp/2018 | 3hr | 2 |
| AE 521 Aerospace Design I | Fa/2017 | 4hrs | 35* |
| AE 592   Special Problems in Aero. Engineering | Fa/2017 | 3hrs | 3 |
| AE 721 Aerospace Design Lab I | Fa/2017 | 4hrs | 10* |
| AE 996 Ph.D. Dissertation | Fa/2017 | 3hrs | 1* |
| | | | |
| *Total number of courses taught 2017 – 2018 Academic Year, classes ≥ 5 students:* | | ***4*** | |
| *Total course hours taught 2017 – 2018 Academic Year, classes ≥ 5 students:* | | **15** | |

### 2016 – 2017 Academic year:

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2017 | 4hrs | 5 |
| AE 592 Weaponeering | Sp/2017 | 3hrs | 14 |
| AE 790 Special Problems | Sp/2017 | 3hr | 1 |
| AE 892 MS Thesis | Sp/2017 | 3hrs | 2* |
| AE 521 Aerospace Design I | Fa/2016 | 4hrs | 29* |
| AE 592   Special Problems in Aero. Engineering | Fa/2016 | var. | 1 |
| AE 721 Aerospace Design Lab I | Fa/2016 | 8rs | 7* |
| AE 895 MS Thesis | Fa/2016 | 3hrs | 2* |
| | | | |
| *Total number of courses taught 2016 – 2017 Academic Year, classes ≥ 5 students:* | | ***3*** | |
| *Total course hours taught 2016 – 2017 Academic Year, classes ≥ 5 students:* | | **15** | |

### 2015 – 2016 Academic year:

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2016 | 4hrs | 10* |
| AE 592 Special Problems | Sp/2016 | 3hrs | 3 |
| AE 690 Professional Development | Sp/2016 | 1hr | 9 |
| AE 895 MS Thesis | Sp/2016 | 3hrs | 2* |
| AE 521 Aerospace Systems Design I | Fa/2015 | 4hrs | 35* |
| AE 592   Special Problems in Aero. Engineering | Fa/2015 | var. | 5 |
| AE 721 Aerospace Design Lab I | Fa/2015 | 4hrs | 18* |
| | | | |
| *Total number of courses taught 2015 – 2016 Academic Year, classes ≥ 5 students:* | | ***4*** | |
| *Total course hours taught 2015 – 2016 Academic Year, classes ≥ 5 students:* | | **16** | |

### 2014 – 2015 Academic year:

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2015 | 4hrs | 6* |
| AE 592 Special Problems | Sp/2015 | 3hrs | 1 |
| AE 722 Aerospace Design Lab II | Sp/2015 | 4hrs | 11* |
| AE 781 Adaptive Aerostructures | Sp/2015 | 3hrs | 8‡ |
| AE 521 Aerospace Systems Design I | Fa/2014 | 4hrs | 32* |
| AE 592   Special Problems in Aero. Engineering | Fa/2014 | var. | 3 |
| AE 721 Aerospace Design Lab I | Fa/2014 | 4hrs | 14* |
| | | | |
| *Total number of courses taught 2014 – 2015 Academic Year, classes ≥ 5 students:* | | ***5*** | |
| *Total course hours taught 2014 – 2015 Academic Year, classes ≥ 5 students:* | | **19** | |

| | | | |
|---|---|---|---|
| AE 895 MS Thesis | Su/2014 | var. | 2 |

### 2013 – 2014 Academic Year:

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2014 | 4hrs | 11* |
| AE 722 Aerospace Design Lab II | Sp/2014 | 4hrs | 6* |
| AE 748 Helicopter Aerodynamics | Sp/2014 | 3hrs | 8‡ |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2014 | var. | 1 |
| AE 892 Special Problems in Aero. Engineering Ph.D. | Sp/2014 | var. | 1 |
| AE 895 M.S. Thesis or Project | Sp/2014 | var. | 2 |
| AE 521 Aerospace Systems Design I | Fa/2013 | 4hrs | 26* |
| AE 592   Special Problems in Aero. Engineering | Fa/2013 | var. | 2 |
| AE 721 Aerospace Design Lab I | Fa/2013 | 4hrs | 11* |
| AE 892 Special Problems in Aero. Engineering Ph.D. | Fa/2013 | var. | 1 |
| AE 895 M.S. Thesis or Project | Fa/2013 | var. | 1 |

**RONALD M. BARRETT**                                                                 7
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | |
|---|---|---|---|
| *Total number of courses taught 2013 – 2014 Academic Year, classes ≥ 5 students:* | | | **5** |
| *Total course hours taught 2013 – 2014 Academic Year, classes ≥ 5 students:* | | | **19** |

**2012 – 2013 Academic Year:**

| | | | |
|---|---|---|---|
| AE 221 History of Aircraft Design w/J. Roskam(50%) | Sp/2013 | 3hrs | 14 |
| AE 522 Aerospace Systems Design II | Sp/2013 | 4hrs | 12* |
| AE 592    Special Problems in Aero. Engineering | Sp/2012 | var. | 2 |
| AE 722 Aerospace Design Lab II | Sp/2013 | 4hrs | 2 |
| AE 781 Adaptive Aerostructures | Sp/2013 | 3hrs | 19*‡ |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2013 | var. | 1 |
| AE 245 Intro. To Aerospace Engineering | Fa/2012 | 3hrs | 79* |
| AE 521 Aerospace Systems Design I | Fa/2012 | 4hrs | 23* |
| AE 592    Special Problems in Aero. Engineering | Fa/2012 | var. | 1 |
| AE 721 Aerospace Design Lab I | Fa/2012 | 4hrs | 6* |
| AE 790    Special Problems in Aero. Engineering MS | Fa/2012 | var. | 1 |
| AE 890 ME Internship | Fa/2012 | var. | 1 |
| | | | |
| *Total number of courses taught 2012 – 2013 Academic Year, classes ≥ 5 students:* | | | **6** |
| *Total course hours taught 2012 – 2013 Academic Year, classes ≥ 5 students:* | | **21** | |

| | | | |
|---|---|---|---|
| AE 790 Special Problems in Aero. Engineering MS | Su/2012 | var. | 1 |
| AE 895 M.S. Thesis or Project | Su/2012 | var. | 2 |

**2011 – 2012 Academic Year:**

| | | | |
|---|---|---|---|
| AE 221 History of Aircraft Design w/J. Roskam(50%) | Sp/2012 | 2hrs | 24 |
| AE 522 Aerospace Systems Design II | Sp/2012 | 4hrs | 7* |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2012 | var. | 1 |
| AE 895 M.S. Thesis or Project | Sp/2012 | var. | 3 |
| AE 245 Intro. To Aerospace Engineering | Fa/2011 | 3hrs | 63* |
| AE 521 Aerospace Systems Design I | Fa/2011 | 4hrs | 31* |
| AE 592    Special Problems in Aero. Engineering | Fa/2011 | var. | 1 |
| AE 6/721 Advanced Aircraft Design Techniques I | Fa/2011 | 3-4hrs | 6‡* |
| AE 895 M.S. Thesis or Project | Fa/2011 | var. | 2 |
| | | | |
| *Total number of courses taught 2011 – 2012 Academic Year, classes ≥ 5 students:* | | | **5** |
| *Total course hours taught 2011 – 2012 Academic Year, classes ≥ 5 students:* | | **16** | |

| | | | |
|---|---|---|---|
| AE 895 M.S. Thesis or Project | Su/2011 | var. | 2 |
| AE 996 Ph.D. Dissertation | Su/2011 | var. | 1 |

**2010 – 2011 Academic Year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2011 | 4hrs | 12* |
| AE 592 History of Aircraft Design w/J. Roskam(50%) | Sp/2011 | 1hrs | 27 |
| AE 592    Special Problems in Aero. Engineering | Sp/2011 | var. | 3 |
| AE 781 Adaptive Aerostructures | Sp/2011 | 3hrs | 2‡ |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2011 | var. | 1 |
| AE 895 M.S. Thesis or Project | Sp/2011 | var. | 3 |
| AE 996 Ph.D. Dissertation | Sp/2011 | var. | 1 |
| AE 245 Intro. To Aerospace Engineering | Fa/2010 | 3hrs | 67* |
| AE 521 Aerospace Systems Design I | Fa/2010 | 4hrs | 28* |
| AE 592    Special Problems in Aero. Engineering | Fa/2010 | var. | 1 |
| AE 621 Advanced Aircraft Design Techniques I | Fa/2010 | 3hrs | 14‡ |
| AE 721 Aerospace Design Lab I | Fa/2010 | 4hrs | 7* |
| AE 895 M.S. Thesis or Project | Fa/2010 | var. | 1 |
| | | | |
| *Total number of courses taught 2010 – 2011 Academic Year, classes ≥ 5 students:* | | | **6** |
| *Total course hours taught 2010 – 2011 Academic Year, classes ≥ 5 students:* | | **19** | |

| | | | |
|---|---|---|---|
| AE 790 Special Problems in Aero. Engineering MS | Su/2010 | var. | 1 |
| AE 895 M.S. Thesis or Project | Su /2010 | var. | 1 |

# RONALD M. BARRETT

8

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

**2009 – 2010 Academic Year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2010 | 4hrs | 16* |
| AE 748 Helicopter Aerodynamics | Sp/2010 | 3hrs | 14*‡ |
| AE 895 M.S. Thesis or Project | Sp /2010 | var. | 2 |
| AE 245 Intro. To Aerospace Engineering | Fa/2009 | 3hrs | 50* |
| AE 521 Aerospace Systems Design I | Fa/2009 | 4hrs | 30* |
| AE 621 Advanced Aircraft Design Techniques I | Fa/2009 | 3hrs | 12*‡ |
| AE 790 Special Problems in Aero. Engineering MS | Fa/2009 | var. | 1 |
| AE 895 M.S. Thesis or Project | Fa/2009 | var. | 1 |
| | | | |
| *Total number of courses taught 2009 – 2010 Academic Year, classes ≥ 5 students:* | | **5** | |
| *Total course hours taught 2009 – 2010 Academic Year, classes ≥ 5 students:* **17** | | | |

| | | | |
|---|---|---|---|
| AE 895 M.S. Thesis or Project | Su/2009 | var. | 2 |
| AE 996 Ph.D. Dissertation | Su/2009  v | ar. | 1 |

**2008 – 2009 Academic Year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2009 | 4hrs | 8* |
| AE 592    Special Problems in Aero. Engineering | Sp/2009 | var. | 2 |
| AE 781 Adaptive Aerostructures | Sp/2009 | 3hrs | 12‡ |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2009 | var. | 2 |
| AE 895 M.S. Thesis or Project | Sp /2009 | var. | 1 |
| AE 996 Ph.D. Dissertation | Sp/2009 | var. | 1 |
| AE 521 Aerospace Systems Design I | Fa/2008 | 4hrs | 26* |
| AE 592    Advanced Aircraft Design Lab I | Fa/2008 | 3-4hrs | 13*‡ |
| AE 790 Special Problems in Aero. Engineering MS | Fa/2008 | var. | 1 |
| AE 895 M.S. Thesis or Project | Fa/2008 | var. | 2 |
| AE 996 Ph.D. Dissertation | Fa/2008 | var. | 1 |
| | | | |
| *Total number of courses taught 2008 – 2009 Academic Year, classes ≥ 5 students:* | | **4** | |
| *Total course hours taught 2008 – 2009 Academic Year, classes ≥ 5 students:* **14** | | | |

| | | | |
|---|---|---|---|
| AE 790 Special Problems in Aero. Engineering MS | Su/2008 | var. | 1 |
| AE 895 M.S. Thesis or Project | Su/2008 | var. | 2 |
| AE 996 Ph.D. Dissertation | Su/2008 | var. | 1 |

**2007 – 2008 Academic Year:**

| | | | |
|---|---|---|---|
| AE 521 Aerospace Systems Design I | Sp/2008 | 4hrs | 1 |
| AE 522 Aerospace Systems Design II | Sp/2008 | 4hrs | 10* |
| AE 592    Special Problems in Aero. Engineering | Sp/2008 | var. | 3 |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2008 | var. | 1 |
| AE 895 M.S. Thesis or Project | Sp/2008 | var. | 1 |
| AE 996 Ph.D. Dissertation | Sp/2008 | var. | 1 |
| AE 521 Aerospace Systems Design I | Fa/2007 | 4hrs | 19* |
| AE 592 Advanced Aircraft Design Lab I | Fa/2007 | 3-4hrs | 12*‡ |
| AE 895 M.S. Thesis or Project | Fa/2007 | var. | 2 |
| AE 896 M.E. Project | Fa/2007 | var. | 1 |
| AE 996 Ph.D. Dissertation | Fa/2007 | var. | 1 |
| | | | |
| *Total number of courses taught 2007 – 2008 Academic Year, classes ≥ 5 students:* | | **3** | |
| *Total course hours taught 2007 – 2008 Academic Year, classes ≥ 5 students:* **11** | | | |

| | | | |
|---|---|---|---|
| AE 895 M.S. Thesis or Project | Su/2007 var. | | 1 |

**2006 – 2007 Academic Year:**

| | | | |
|---|---|---|---|
| AE 522 Aerospace Systems Design II | Sp/2007 | 4hrs | 15* |
| AE 592    Adaptive Aerostructures | Sp/2007 | 3hrs | 7*‡ |
| AE 790 Special Problems in Aero. Engineering MS | Sp/2007 | var. | 1 |
| AE 895 M.S. Thesis or Project | Sp/2007 | var. | 3 |
| Hnrs 190 Freshman Honors Tutorial | Fa/2006 | 1hr | 13 |
| AE 521 Aerospace Systems Design I | Fa/2006 | 4hrs | 28* |

**RONALD M. BARRETT**                                                                                                                9
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | |
|---|---|---|---|
| AE 592   Aircraft Design Lab I | Fa/2006 | 3-4hrs | 4 |
| AE 790 Advanced Aircraft Design Lab/MS | Fa/2006 | 3hrs | 5*‡ |
| AE 895 M.S. Thesis or Project | Fa/2006 | var. | 2 |
| | | | |
| *Total number of courses taught 2006 – 2007 Academic Year, classes ≥ 5 students:* | | **5** | |
| *Total course hours taught 2006 – 2007 Academic Year, classes ≥ 5 students:*   15 | | | |

| 2005 – 2006 Academic Year: | | | |
|---|---|---|---|
| AE 421 Aerospace Computer Graphics | Sp/2006 | 4hrs | 26* |
| AE 592   Adaptive Aerostructures | Sp/2006 | 3hrs | 1 |
| AE 895 M.S. Thesis or Project | Sp/2006 | var. | 1 |
| AE 790 Adaptive Aerostructures | Fa/2005 | 3hrs | 8*‡ |
| | | | |
| *Total number of courses taught 2005 – 2006 Academic Year, classes ≥ 5 students:* | | **2** | |
| *Total course hours taught 2005 – 2006 Academic Year, classes ≥ 5 students:* | | **7** | |

## 1.2 UNDERGRADUATE ADVISING RECORD

| Academic Year | Approximate Number of Students (Source: A. Borton) |
|---|---|
| 2006 -- 2022 | 22/yr domestic |
| 2006 -- 2022 | 6/yr exchange/foreign/study abroad |

## 1.3 GRADUATE AND POSTGRADUATE ADVISING RECORD

**Record of Doctoral Student Mentoring**

| | |
|---|---|
| No. of Fulbright Scholar Ph.D. Students as Major Technical Advisor | 1 |
| No. of Minority Ph.D. Students Advised as Major Technical Advisor | 1 |
| No. of Female Ph.D Students Advised as Major Technical Advisor | 2 |
| No. of Nontraditional Ph.D. Students advised as Major Technical Advisor | 1 |
| Number of former Ph.D. Students Currently Serving as Faculty Members | 2 |
| No. of International AIAA Awards Won Directly by Ph.D. Students | 3 |
| No. of Aircraft Design Competition Awards won by Students of Ph.D. Students | 4 |
| No. of Ph.D. Students Advised Since Arriving at KU Major Technical Advisor | 5 |
| No. of Ph.D. Students Advised over Working Lifetime as Committee Member | 23 |



**Graduate Students Mentored and Graduated 1993 - 2022**

## 1.4 COMMITTEE CHAIR & MAJOR TECHNICAL ADVISOR: DOCTORAL

| Ms. (Dr.) Lauren Schumacher | Graduation Date: 5/20 |
|---|---|
| FUNCTIONS AS MAJOR TECHNICAL ADVISOR: All traditional duties including securing funding for student and funding all equipment and supplies for project. Accommodated project in Adaptive Aerostructures Laboratory | |

**RONALD M. BARRETT**                                                                                      10
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

ADVISING LOAD: 1 – 2 hrs/wk for three years

Mr. (Dr.) Richard Bramlette          Co-Advisor with C. Depcik          Graduation Date: 12/14
FUNCTIONS AS MAJOR TECHNICAL ADVISOR: wrote dissertation funding proposal, secured funding, built part of test rig, developed first-order analytical models. Accommodated project in Adaptive Aerostructures Laboratory
ADVISING LOAD: 1 – 2 hrs/wk for three years

Ms. (Dr.) Alisha Elmore          Co-Advisor with S. Rolfe          Graduation Date: 8/14
FUNCTIONS AS MAJOR TECHNICAL ADVISOR: designed, built, analyzed artificial crack test apparatus and piezoelectric H-frame sensor. Designed, built & analyzed all electronics & ran tests.
ADVISING LOAD: 1 – 2 hrs/wk for two years

Mr. (Dr.) Roelof Vos          Aerospace Engineering (Honors)          Graduation Date: 9/09
FUNCTIONS AS MAJOR TECHNICAL ADVISOR: wrote dissertation funding proposal, secured funding, built part of test rig, developed first-order analytical models. Accommodated project in Adaptive Aerostructures Laboratory
ADVISING LOAD: 1 – 2 hrs/wk for three years

## 1.5 COMMITTEE CHAIR & MAJOR TECHNICAL ADVISOR: MASTERS

**Major Technical Advisor and Chair:**

| | | |
|---|---|---|
| Mr. Bo Xu | Aerospace Engineering (KU) | Graduation Date: 12/23 |
| Mr. Mason Denneler | Aerospace Engineering (KU) | Graduation Date: 5/23 |
| Ms. Shanya Dorsey | Aerospace Engineering (KU) | Graduation Date: 5/23 |
| Mr. Nathan Wolf | Aerospace Engineering (KU) | Graduation Date: 5/23 |
| Mr. Patrick McNamee | Aerospace Engineering (KU) | Graduation Date: 12/19 |
| Mr. Drew Darrah | Aerospace Engineering (KU) | Graduation Date: 5/18 |
| Ms. Lauren Schumacher | Aerospace Engineering (KU) | Graduation Date: 8/15 |
| Ms. Samantha Schueler | Aerospace Engineering (KU) | Graduation Date: 8/14 |
| Mr. Ryan Barnhart | Aerospace Engineering (KU) | Graduation Date:  5/12 |
| Mr. Scott Cravens | Aerospace Engineering (KU) | Graduation Date: 5/12 |
| Mr. Richard Bramlette | Aerospace Engineering (KU) | Graduation Date: 5/12 |
| Mr. Thomas Sinn | Aerospace Engineering (Honors) (KU) | Graduation Date: 5/10 |
| Mr. Michael Brennison | Aerospace Engineering (KU) | Graduation Date: 5/10 |
| Mr. Kenneth Lee | Aerospace Engineering (KU) | Graduation Date: 12/09 |
| Mr. David Borys | Aerospace Engineering (KU) | Graduation Date: 5/08 |
| Ms. Chiara de Zanna | Aerospace Eng (TU Delft) | Graduation Date:  7/07 |
| Mr. Roelof Vos | Aerospace Eng (TU Delft) | Graduation Date:7/05 |
| Mr. Rushabh Kothari | Aerospace Engineering (KU) | Graduation Date:5/03 |
| Mr. Kenneth Fidler | Aerospace Engineering (KU) | Graduation Date: 12/02 |
| Mr. Joshua Frommer | Aerospace Engineering (KU) | Graduation Date: 5/02 |
| Mr. Christoph Burger | Aerospace Eng. (TU Stuttgart) | Graduation Date: 12/01 |
| Mr. Juan Pablo Melian | Aerospace Eng. (TU Stuttgart) | Graduation Date: 5/01 |
| Mr. Nathan Howard | Aerospace Engineering (AU) | Graduation Date: 5/00 |
| Mr. James Stutts | Aerospace Engineering (AU) | Graduation Date: 6/98 |
| Mr. Daniel Bryant | Aerospace Engineering (AU) | Graduation Date: 6/98 |
| Mr. Frederick1 Brozoski | Aerospace Engineering (AU) | Graduation Date: 12/97 |

## 1.6 OTHER GRADUATE COMMITTEE SERVICE

**Major Ph.D. Technical Advisor** (heavy advising load, that of a chair, but named neither chair nor co-chair):

Mr. (Dr.) Gary Gene Simmons          Chair, C. Bennett          Graduation Date: 12/13
FUNCTIONS AS MAJOR TECHNICAL ADVISOR: Conceived topic of Ph.D. research, wrote much of Ph.D. funding proposal, secured funding, conceived tool configuration, designed, modeled and reduced experimental apparatus to practice, acquired piezoelectric elements, assembled piezoelectric elements, rendered experimental apparatus safe, assembled experimental apparatus, assembled high voltage driving network, treated specimens,

# RONALD M. BARRETT

11

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

accommodated treatment apparatus in Adaptive Aerostructures Laboratory, reduced data & presented paper at open conference (neither student nor chair chose to attend conference).

ADVISING LOAD: 1 – 3 hrs/wk for 2 yrs + 2 – 5 hrs/wk for two years

**Ph.D. Committee Member:**

| | | |
|---|---|---|
| Ms. Zhenghao Lin | Aerospace Engineering (KU) | Graduation Date: 5/26 |
| Mr. Khaled Almazam | Architecture (KU) | Graduation Date: 5/23 |
| Mr. Omar Humadian | Architecture (KU) | Graduation Date: 5/23 |
| Mr. Ankur Santaji | Aerospace Engineering (KU) | Graduation Date: 5/21 |
| Ms. Eileen Cadel | Mechanical Engineering (KU) | Graduation Date: 12/20 |
| Mr. Marwan Dessouki | Aerospace Engineering (KU) | Graduation Date: 12/20 |
| Mr. Akshay Basavaraj | Aerospace Engineering (KU) | Graduation Date: 8/19 |
| Ms. Afnan Barri | Architecture (KU) | Graduation Date: 5/18 |
| Ms. Chenqi Zhou | Civil Engineering (KU) | Graduation Date: 5/17 |
| Ms. Leslie Smith | Aerospace Engineering (KU) | Graduation Date: 5/15 |
| Mr. Deep Kumar Khatri | Civil Engineering (KU) | Graduation Date: 5/14 |
| Ms. Emily Arnold | Aerospace Engineering (KU) | Graduation Date: 6/13 |
| Mr. Fatih Aldemar | Civil Engineering (KU) | Graduation Date:  5/12 |
| Ms. Amanda Hartman | Civil Engineering (KU) | Graduation Date: 5/12 |
| Mr. Roeland de Breuker | Aerospace Engineering (TU Delft) | Graduation Date: 6/09 |
| Mr. Nicolas Jaumard | Mechanical Engineering (KU) | Graduation Date: 5/09 |
| Mr. Kyung Pyo Kim | Aerospace Engineering (KU) | Graduation Date: 5/09 |
| Mr. Wonjin Jin | Aerospace Engineering (KU) | Graduation Date 5/09 |
| Mr. Seung Jae Hwang | Aerospace Engineering (KU) | Graduation Date 5/08 |
| Mr. Wanbo Liu | Aerospace Engineering (KU) | Graduation Date 5/07 |
| Mr. Giorgos Giannopolos | Royal Military Acad., BE | Graduation Date 5/08 |
| Mr. Christoph Burger | Aerospace Engineering (AU) | Graduation Date: 12/06 |
| Mr. Ashok Ghandi | Aerospace Engineering (KU) | Graduation Date: 5/06 |
| Mr. Samikkannu Raja | Mech. Eng. (IIT Kharagpur) | Graduation Date: 5/06 |
| Mr. Paolo Tiso | Aerospace Engineering (TU Delft) | Graduation Date: 5/06 |
| Mr. Jeremy Hanna | Physics (KU) | Graduation Date: 5/05 |

**MS Committee Member:**

| | | |
|---|---|---|
| Mr. Joseph Knighton | Aerospace Engineering (KU) | Graduation Date: 12/18 |
| Ms. Alejandra Escalera | Aerospace Engineering (KU) | Graduation Date: 12/18 |
| Ms. Lindsay Freund | Architecture (KU) | Graduation Date: 5/18 |
| Mr. Riley Sprunger | Aerospace Engineering (KU) | Graduation Date: 5/18 |
| Mr. Pedro Mendoza | Aerospace Engineering (KU) | Graduation Date: 12/17 |
| Mr. Brandon Neal | Mechanical Engineering (KU) | Graduation Date: 12/14 |
| Mr. Eric Bonet | Civil Engineering (KU) | Graduation Date: 5/14 |
| Ms. Amanda Renth | Mechanical Engineering (KU) | Graduation Date: 12/13 |
| Mr. Jeffrey Wheeler | Civil Engineering (KU) | Graduation Date: 5/13 |
| Mr. Joshua Crain | Civil Engineering (KU) | Graduation Date: 5/10 |
| Mr. Michael van Schravendijk | Aerospace Eng. (TU Delft) | Graduation Date: 6/09 |
| Mr. Mark Groen | Aerospace Eng. (TU Delft) | Graduation Date: 6/09 |
| Mr. Roelof Vos | Aerospace Eng. (TU Delft) | Graduation Date: 6/05 |
| Mr. Ross McMurtry | Aero. Eng. (Imperial College, UK) | Graduation Date: 5/04 |
| Mr. Arjen de Jong | Aerospace Eng. (TU Delft) | Graduation Date: 5/04 |
| Mr. Koen Artois | Aerospace Eng. (TU Delft) | Graduation Date: 5/04 |
| Mr. Roeland De Breuker | Aerospace Eng. (TU Delft) | Graduation Date: 5/04 |
| Mr. Eelco Manders | Aerospace Engineering (TU Delft) | Graduation Date: 5/04 |
| Mr. Guido Kerbusch | Aerospace Eng. (TU Delft) | Graduation Date: 1/04 |
| Mr. Laurence Venne | Aerospace Engineering (TU Delft) | Graduation Date: 5/00 |
| Mr. Brett Blazer | Materials Engineering (AU) | Graduation Date: 12/96 |
| Ms. Debra Vasquez | Aerospace Engineering (AU) | Graduation Date: 8/96 |

12

## RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| Mr. David Anderson | Materials Engineering (AU) | Graduation Date: 8/97 |
| Mr. Daniel Ball | Aerospace Engineering (AU) | Graduation Date: 5/94 |

### 1.7 HONORS AND AWARDS FOR TEACHING AND ADVISING

1. Named 2014 Gould Award Winner for School of Engineering Advising
2. Winner of the 2008 American Institute of Aeronautics and Astronautics Abe Zarem Educator Award
3. Named the 2003 Outstanding Faculty Member for the Aerospace Engineering Curriculum
4. Named the 2003 Outstanding Faculty Member for the College of Engineering
5. Awarded the Fred H. Pumphrey Teaching Award for 2003
6. President William F. Walker Merit Teaching Award, 2001 – 2002 Academic Year
7. College of Engineering Outstanding Faculty Member for the 1999 – 2000 Academic Year
8. Auburn University Mortar Board Favorite Educator Award, 1995 - 1996 Academic Year
9. Outstanding Faculty Member of the Year Award, 1993 - 1994, Auburn University Chapter of the AIAA

### 1.8 RECORD OF INSTRUCTING, SUPPORTING AND COACHING OF UNDERGRADUATE AND GRADUATE TECHNICAL COMPETITORS  (PRIMARY APPOINTMENT FUNCTION AT KU)



*Award-Winning Student Competitions Supported and Coached (62 total, 4/yr average 2012 - 2022)*

RONALD M. BARRETT

13

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE



*Award-Winning Students Supported and Coached (236 total, 20/yr average 2012 - 2022)*

### 1.8.1 AWARD WINNING INTERNATIONAL UNDERGRADUATE SPACECRAFT DESIGNS SUPPORTED

1. **First Place,** American Institute of Aeronautics and Astronautics Spacecraft Design Competition, 2017 - 2018, "Pluto Research Orbiter Studying Experimental Rocket Propulsion for Improving trans-Neptunian Exploration (Proserpine)," Taylor George (Team Leader), Jordan Alonzo, Frank Bonet III, Jack Cozzi, Miranda Myer, James Peters, Nathaniel Routh, Bradley Schroeder, Joseph Vincent, Luke Wehrkamp, Dr. Mark Ewing Advisor, R. Barrett Aerospace Design I Instructor.

2. **First Place,** American Institute of Aeronautics and Astronautics Spacecraft Design Competition, 2016 - 2017, "Mars Orbiter Operating Near Satellites (MOONS)," Bailey Miller (Team Leader), Arno Prinsloo, Brian Frew, Brooke Reid, Colin Murphy, Conner Murphy, Philip Guzman, Dr. Mark Ewing Advisor, R. Barrett Aerospace Design I Instructor.

3. **Second Place,** American Institute of Aeronautics and Astronautics Spacecraft Design Competition, 2012 - 2013, "Jay Hopper Reusable Launch System," Jordan Ashley (Team Leader), Hanna Cosgrove, Samona Estwick, Ben Hofmeier, Chris Melvin, Phi Nguyen, Alex Polsey, Matt Vestal, Dr. Mark Ewing Primary, R. Barrett Aerospace Design I Instructor.

### 1.8.2 AWARD WINNING INTERNATIONAL UNDERGRADUATE PROPULSION DESIGNS SUPPORTED

1. **First Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2016 - 2017, Thomas Row (Team Leader), Elliot Bicker, Alex Carnoali, Antonio Schoneich, Austin Tuggle, Christopher Bynum, Cody Hill, Juan Castro, Libby Stoops, Drs. Saeed Farokhi and Ray Taghavi, Advisors, R. Barrett Aerospace Design I Instructor.

2. **First Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2015 - 2016, Kyle Thompson

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

14

(Team Leader), Daniel Fought, Charles Yeo, Timothy Luna, Weitung Liu, Zachary Smith, Drs. Saeed Farokhi and Ray Taghavi, Advisors, R. Barrett Aerospace Design I Instructor.

3.  **First Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2013 - 2014, Sunayan Mullick (Team Leader), Samuel Cott, Adrian Kok Chang Lee, Alex Sizemore, Drs. Saeed Farokhi and Ray Taghavi, Advisors, R. Barrett Aerospace Design I Instructor.

4.  **Second Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2013 - 2014, Mary Pat Whittaker (Team Leader), Sean Derry, Tonderai Kambarami, Yinglong Xu, Drs. Saeed Farokhi and Ray Taghavi, Advisors, R. Barrett Aerospace Design I Instructor.

5.  **Second Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2012 - 2013, Abhishek Chakarbati (Team Leader), Shina Gupta, Kanin Homsvarian, Adam D'Silva, Dr. Saeed Farokhi, Advisor, R. Barrett Aerospace Design I Instructor.

6.  **First Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2011 - 2012, Daniel Prather (Team Leader), Aditya S. Ghate, William VanSkike, Matthew Williams, Drs. Saeed Farokhi, Advisor, R. Barrett Aerospace Design I Instructor.

7.  **Third Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2011 - 2012, Justin Howard (Team Leader), Jin Seon Kim, Sara Elizabeth McCandless, Ryan Schirmer, Drs. Saeed Farokhi, Advisor, R. Barrett Aerospace Design I Instructor.

8.  **First Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2008 - 2009, "Jackt-524 Smart Variable-Cycle Propulsion System Design for Commercial Aircraft," Carl Amerine (Team Leader), Jake Bowden, Kodi Caster, Travis Cravens, Adam Saverino, Dr. Saeed Farokhi, Advisor, R. Barrett Aerospace Design I Instructor.

9.  **Second Place,** American Institute of Aeronautics and Astronautics Propulsion Design Competition, 2008 - 2009, "Janus," William Pflug (Team Leader), Matthew Brown, Piyush Metha, Thai Nguyen, Leslie Smith, Jake Wooten, Dr. Saeed Farokhi, Advisor, R. Barrett Aerospace Design I Instructor.

**1.8.3 AWARD WINNING INTERNATIONAL UNDERGRADUATE RESEARCH PROJECTS COACHED**

- **First Place Winner,** American Institute of Aeronautics and Astronautics International Undergraduate Student Paper Competition, Bramlette, R. and Leurck, R., "A Method for Control Surface Deflection Utilizing Piezoceramic Bimorph Actuators," January 2006.

**1.8.4 AWARD WINNING INTERNATIONAL UNDERGRADUATE SPACECRAFT DESIGNS COACHED**

- **Top-3 Finish,** NASA/Revolutionary Aerospace Systems Concepts - Academic Linkage (RASC-AL) 2016 "*1-G Earth Independent Space Station,* Colin Murphy, John Ink, Brian Frew, Ian Shepard, Kyri Barton, Brooke Reid, Sebastian Thomas."

**1.8.5 AWARD WINNING INTERNATIONAL GRADUATE AIRCRAFT DESIGNS COACHED**

1.  **Second Place Winner,** American Institute of Aeronautics and Astronautics 2022 - 2023 International Graduate Team Missile Design Competition, "*AIGM-138 Chimera,*" Adam Andresen (Leader), Kang Chen, Jonas Knickenberg, Chukwuemeka Mba, Nicholas Sandusky, Muhammad Yakawu.

**RONALD M. BARRETT**                                                                                    15
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

2. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2021 - 2022 International Graduate Team Missile Design Competition, "*HyperHawk,*" Nathan Wolf (Leader), Isaac Beech, Justin Clough, Garin McKenna, Gerell Miller, Zach Rhodes, Jack Schneider.

3. **First Place Winner,** American Institute of Aeronautics and Astronautics 2020 - 2021 International Graduate Team Aircraft Design Competition, "*Skyblazer,*" Lendon Jackson (Team Leader), Olivia Scharf, Bhawantha Nilaweera, Matthew Grebe, Raghav Parikh, Skyler Jacob, Krisna Sitaula, Brennan Wheatley, Renaldo Rivera, Ethan Seiler.

4. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2020 - 2021 International Graduate Team Missile Design Competition, "*HFB-WEB,*" Jack Barkei, Bobby Bowes, Christopher Eavenson, Samantha Friess, Brian Von Holtz, Alex Welicky.

5. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2020 - 2021 International Graduate Team Missile Design Competition, "*Valkyrie,*" Nathan Wolf, Joe Coldiron, Austin Dooley

6. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2019 - 2020 International Graduate Team Missile Design Competition, "*MQM-1A Road Runner,*" Nathan Sunnarborg (Team Leader), Jacob Gorman, Justin Matt, Steven Meis, Andrew Mills, Maxwell Johnson.

7. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2019 - 2020 International Graduate Team Missile Design Competition, "*FREEDOM (Fast Response Enemy Emulating Defense Operations Missile* Nicolas Stefan (Team Leader), Jackie Rech, Kyle Herda, Kylie Crawford, Paul Pedari.

8. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2019 - 2020 International Graduate Team Aircraft Design Competition, Brio Ratzlaff (Team Leader), Grand Godfrey, Francisco Caceres, Thomas Kennedy, Tyler Schwallie.

9. **First Place Award,** Boeing GoFly Competition 2018, "Mamba," Lauren Schumacher (Team Leader), John Haug, Martin Mendoza, Patrick McNamee, Joshua Mudd, Ankur Patil, Dalton Prins, Nicholas Werner.

10. **First Place Winner,** American Institute of Aeronautics and Astronautics 2016 - 2017 International Graduate Team Aircraft Design Competition, Desprüngdarcost Aerospace Tachion Business Jet Series, Marwan Dessouki, Italo Costa, Drew Darrah, Martin Mendoza, Riley Sprunger, Michael Moschetti, Taylor George, Kyle Herda, Megan Burns, Yizi Zhou.

11. **First Place Winner,** Wing-in-Ground Effect Aircraft/Power Electronics Systems and Applications (PESA), Eric Bodlak (Team Leader), Lauren Schumacher, Dhruv Chawla, Vidyasagar Jaju, Jeevan Teja Kolli, Ankur Patil, 2015 International Graduate Team Aircraft Design Competition, Hong Kong.

12. **First Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Graduate Team Aircraft Design Competition, "Supersonic Multi-Utility Aeroelastic Reconfigurable Test-bed," Co-Advisor, Prof. Roelof Vos, Malcom Brown, Koen van de Kerkhof, Raphael Klein, Martijn Roelofs, Niels Singh, Daan Westerveld.

13. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Graduate Team Aircraft Design Competition, "The Delta Spike, Supersonic Multi-Use Technology Test-bed," James Sellers, Julian McCafferty, Katie Constant, Adam D'Silva, Richard Bramlette.

14. **First Place Winner,** American Institute of Aeronautics and Astronautics 2012 - 2013 International Graduate Team Aircraft Design Competition, "High Altitude Airborne Laser Counterweapon System, Cyclops Uninhabited Aerial System (UAS)," Samantha Schueler (Team Leader), Amir Bachelani, Julian Bettoni, Stuart Hunsinger, Kirill Nadtochiy, Trevor Schlieper, Graham Ray, Davis Woodward.

### 1.8.6 AWARD WINNING INTERNATIONAL UNDERGRADUATE AIRCRAFT DESIGNS COACHED

1. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2023 - 2024 International Undergraduate

**RONALD M. BARRETT**                                                                                                16
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

Individual Aircraft Design Competition, "Echo," Maggie Bonham.

2. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2023 - 2024 International Undergraduate Individual Aircraft Design Competition, "High Altitude Aerosol Delivery and Evaluation System (HADES)," Carson Denault.

3. **First Place Winner,** American Institute of Aeronautics and Astronautics 2022 - 2023 International Undergraduate Individual Aircraft Design Competition, "Little Goose," Daniel Pacheco.

4. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2022 - 2023 International Undergraduate Individual Aircraft Design Competition, "Frog Hopper," Riley Schwartzhoff.

5. **First Place for New Entrants Winner,** Vertical Flight Society (VFS) 2020 - 2021 International Undergraduate Individual Rotorcraft Design Competition, "QuadRocket," Mason Denneler, Zach Schwab, Micaela Crispin.

6. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2018 - 2019 International Undergraduate Individual Aircraft Design Competition, "Pteslauar," Nathon Simon.

7. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2018 - 2019 International Undergraduate Individual Aircraft Design Competition, "De Hond," Jake Rogers.

8. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2017 - 2018 International Undergraduate Individual Aircraft Design Competition, "A-21 Valkyrie," Frank Bonet.

9. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2017 - 2018 International Undergraduate Individual Aircraft Design Competition, "A-X Overseer," Pedro Toledo.

10. **First Place Winner,** American Institute of Aeronautics and Astronautics 2015 - 2016 International Undergraduate Team Aircraft Design Competition, "Screaming Dingos Aerobatic Aircraft," Riley Sprunger (Team Leader), Joel Eppler, Jefferson Vlasnik, Taylor George, Cameron Clanchy, Justin Fox, Michael Gritsch, Joel Kennedy, Liam Murphy.

11. **First Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Undergraduate Team Aircraft Design Competition, "Design and Analysis of the Jayhawk Economic Turboprop Transport (J.E.T.T), Brandon Basgall, Katie Constant, Eleazar Lachino, Adrian Lee, Emily Thompson, Alejandra Escalera.

12. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Undergraduate Team Aircraft Design Competition, "Preliminary Design of the Dragonfly," Ryan Evans, Nathan Smith, Ryan Su, Yinglong Xu, Luiz Toledo.

13. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Undergraduate Individual Aircraft Design Competition, "Preliminary Design of the Spica Nox Jet Trainer," Alejandra Escalera.

14. **Third Place Winner,** American Institute of Aeronautics and Astronautics 2013 - 2014 International Undergraduate Individual Aircraft Design Competition, "Design and Analysis of the Pegasus Jet Trainer," Eleazar Lachino.

15. **First Place Winner,** American Institute of Aeronautics and Astronautics 2013 International Undergraduate Aircraft Design Competition, Raphael Klein, "High Endurance Lightweight Program," 2012 - 2013 Academic Year.

16. **Second Place Winner,** American Institute of Aeronautics and Astronautics International Undergraduate Aircraft Design Competition, Joshua Holland and Steven Brust, "Rukh HALE UAV," 2012 - 2013 Academic Year.

17. **Third Place Winner,** American Institute of Aeronautics and Astronautics International Undergraduate Aircraft Design Competition, Malcom Brown, "Sky-i," 2012 - 2013 Academic Year.

18. **First Place Winner,** American Institute of Aeronautics and Astronautics International Undergraduate Aircraft Design Competition, Samantha Schueler, "Cratus," 2011 - 2012 Academic Year.

# RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

17

19. **Second Place Winner,** American Institute of Aeronautics and Astronautics 2012 International Undergraduate Aircraft Design Competition, Jorrit Vervoordeldonk, "Renosaur," 2011 - 2012 Academic Year.

20. **Third Place Winner,** American Institute of Aeronautics and Astronautics International Undergraduate Aircraft Design Competition, Alex Lopez, "Atlas RX," 2011 - 2012 Academic Year.

21. **2nd Place Winning Team for most weight lofted, 3rd Place Overall,** Society of Automotive Engineers, AeroDesign West Competition, 2010 - 2011 Academic Year.

22. **3rd Place Winner,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, Nathan Roush, "Headless Horseman," 2010 - 2011 Academic Year.



23. **First Place Winner,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, Lauren Fitzpatrick, "Air Fitz," 2009 - 2010 Academic Year.

24. **Second Place Winner,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, Sarah Kulhanek, "Wrigley Jet," 2009 - 2010 Academic Year.

25. **Third Place Winner,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, Christopher Vaughn, "Modern Pioneer," 2009 - 2010 Academic Year.

26. **Highest Scoring Student,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, *Arnold, Emily,* "Cooper STOL LSA," Spring 2008 - 2009 Academic Year.

27. **First Place Winner,** American Institute of Aeronautics and Astronautics International Student Aircraft Design Competition, Nishio, Nobuya, "A Light Sport Aircraft Design," 2006-2007 Academic Year.

28. **Third Place Winner,** American Institute of Aeronautics and Astronautics International Team Aircraft Design Competition, Alikhanbagi, R., Buczynski, A., Conradi, I., Foeken, M., De Leege, A., Miedema, T., Scheps, C., Schimmel, E., Talagani, M., De Wachter, A., "Firefly Airport Adaptive Regional Transport," Technical University of Delft, Holland July 2004.



*All AIAA International Aircraft Design Competition Award Winning Coaches 2004 - 2022* (grey = retired)

18

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE



*Record of All AIAA International Aerospace Design Competition Awards 1980 - 2023 by Institution*

**RONALD M. BARRETT**                                                                                    19
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 2. PROFESSIONAL PERFORMANCE RECORD: TECHNICAL DEMONSTRATIONS & AIRSHOWS

1   Barrett, R., and Yang, X. F., "Miniaturization of Patterned Multilayer PZT Actuators using Integrated Circuit Technology," demonstration at the SPIE 1995 Smart Structures and Materials Conference, San Diego, CA, February, 1994.

2   Barrett, R., "Flight Control Applications of Adaptive Aerostructures," invited lecture and associated technical exhibition and demonstration at the NASA Langley Research Center Workshop on Enabling Technologies for Smart Aircraft Systems," May 14 - 16, Hampton, VA 1996.

3   Flight demonstration and initial public presentation of the LuMAV-1AS "Kolibri," the world's first rotary-wing micro aerial vehicle (MAV) for Department of Defense CounterDrug Technology Office, Carbondale, Illinois, 9 September 1997.



4   Barrett, R., "Recent Advances in Adaptive Aerostructures: Designing for Flight Control," invited paper, lecture and demonstrations at the 1st European Workshop on Smart Systems, Demonstrators, Concepts and Applications, Harrogate, UK, 6 - 8 July 1998.

5   Barrett, R., Adaptive Aerostructures: Demonstration of Flightworthy Hardware, exhibition of flightworthy Flexspar Stabilators at the SMART Demonstrator Workshop, Harrogate, England 6 - 8 July 1998.

6   Flight demonstration and initial public presentation of the LuMAV-2AS, the world's first free-flight rotary-wing micro aerial vehicle (MAV) for the Defense Advanced Research Projects Agency, MacDill AFB, Florida, 27 November 1999.

7   Flight demonstration and initial enabled presentation of the LuMAV-2AS, the world's first free-flight rotary-wing micro aerial vehicle (MAV) for the Defense Advanced Research Projects Agency program manager and SETA, Auburn University, Adaptive Aerostructures Laboratory 17 December 1999.

8   Flight demonstration and initial public presentation of the LuMAV-3AGF, the world's first militarily enabled free-flight rotary-wing micro aerial vehicle (MAV) for the Defense Advanced Research Projects Agency, Quantico Marine Corps Base, Virginia, 23 – 26 September 2000.

9   Barrett, R., "Adaptive Aerostructures Demonstrators – Hover through Hypersonic," Invited Lecture and demonstrators displayed for the technical community at the 4th European Demonstrators Conference, 10 – 15 December 2001, Edinburgh, Scotland.

10  Barrett, R., Fidler, K., and Burger, C., "The XQ-138, a Demonstration of In-Flight Conversion," flying demonstration delivered for Asia Aerospace Managers, Auburn, AL 19 December 2001.

11  Barrett, R., Fidler, K., and Burger, C., "The XQ-138, a Demonstration of In-Flight Conversion," flying demonstration delivered for Asia Aerospace 2002 International Airshow, 26 February – 2 March 2002, Singapore.

12  Barrett, R., Fidler, K., and Burger, C., "The XQ-138, a Demonstration of In-Flight Conversion," flying demonstration delivered at Redstone Arsenal, AL 17 April 2002.

13  Barrett, R., Fidler, K., and Burger, C., "The XQ-138, a Demonstration of In-Flight Conversion, Remote Launch, Surveillance and Battle-Damage Assessment," flying demonstration delivered at Eglin AFB, FL 30 April – 3 May 2002.

14  Barrett, R., Fidler, K., and Burger, C., "The XQ-138, a Demonstration of In-Flight Conversion, Remote Launch, Surveillance and Battle-Damage Assessment," flying demonstration delivered at Ft. Benning, GA, 19 May 2002.

15  Shuler, A., and Barrett, R., "Flight Demonstration of ArcFlex Weapon System Elevon Flight Control Surface," Ft. Sill, OK, 16 December 2013.

16  Barrett, R. and Honea, R., "Flight Demonstration of the XQ-139 QuadRocket Family of Aircraft," Aerospace Industries Association (AIA), Senate Aerospace Caucus Prototyping Reception, Hart Senate Office Building, 20 October 2015.

17  Barrett, R., "Demonstration of µAMA Flight Control Actuators for Hard-Launch Munitions," Picatinny Arsenal, NJ, 14 November 2016.

# RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 3. PROFESSIONAL PUBLICATIONS AND CREATIVE WORKS

### 3.1 OVERVIEW OF RESEARCH PUBLICATIONS AND CREATIVE WORKS



**Lifetime Cumulative Scholarly Production** (>400 unique works total as of 12/22)



**Cumulative Citations as of 12/22** (#1 in the world for AIAA ADTC Designers, #2 for All Aerospace Technologists in Kansas)

RONALD M. BARRETT
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 3.2 MAJOR PUBLICATIONS OR CREATIVE WORKS

### 3.2.1 SELECTED BOOKS AND BOOK CHAPTERS

1. Barrett, R., "Convertible UAV Design, Modeling and Development," companion book to the short course presented through Singapore Technologies Aerospace Corporation, Paya Lebar, Singapore 21 July 2003  328 pp.
2. Melkert, J. (ed.), Barrett, R., Bergsma, O, Kamp, A., Reith, B., Saunders-Smits, G., Vermeeren, C. and Zandbergen, B., "Delft Aerospace Design Projects," published by B.V. Uitgeversbedrijf Het Goede Boek, Huizen, Netherlands, 2004, 152pp. (One chapter per author outside of the editor ˜12.5%.)
3. Barrett, R., "Adaptive Aerostructures for Missiles, Munitions and UAVs," short course taught to engineers from the Naval Surface Warfare Center, Dahlgren, Virginia December 2004.
4. Barrett, R.,  "Introduction to Adaptive Aerostructures," companion book to the short courses presented through the University of Kansas Continuing Education Department, Lawrence, Kansas 1998, 2000, 2002, 2005, 207-328 pp.
5. Barrett, R., "Chapter 1 §§§Adaptive Fight Control Actuators and Mechanisms for Missiles, Munitions and Uninhabited Aerial Vehicles (UAVs)," Advances in Flight Control Systems, Edited by Agneta Balint, ISBN 978-953-307-218-0, Hard cover, 296 pages, InTech Publishing, April 11, 2011.
6. Barrett, R., Bennett C., Matamoros, A. and Rolfe, S., "Rehabilitation of Metallic Civil Infrastructure using Fiber-reinforced Polymer (FRP) Composites, Chapter 11 Extending the fatigue life of steel bridges using fiber-reinforced polymer (FRP)," Part 3, pp. 269 - 320, Woodhead Publishing, Cambridge, UK, ISBN: 978-0-85709-653-1, 2014.
7. Barrett, R. (2017). Hybrid Aircraft Aerodynamics and Aerodynamic Design Considerations of Hover-to-Dash Convertible UAVs. In Advanced UAV Aerodynamics, Flight Stability and Control: Novel Concepts, Theory and Applications (pp. pp. 423-446). New York, NY: John Wiley & Sons, Inc..
http://www.wiley.com/WileyCDA/WileyTitle/productCd-1118928687.html
http://www.wiley.com/WileyCDA/WileyTitle/productCd-1118928687.html ISBN: 978-1-118-92868-4, 5 May 2017 (Refereed, Invited)
8. Barrett, R.M., Advising Editor, "How It's Built, Rocket," Children's Press, an Imprint of Scholastic, Inc., July 2021.

Nota Bene: The following works are cataloged chronologically.
As of 12/31/17 351 distinct professional works have been produced by R. Barrett-Gonzalez.
Because many invited lectures are also associated with invited conference papers and journal articles, every effort is made to avoid double-counting. Accordingly, the reader is encouraged to note that the RHS of the sections carefully tracks each category numerically. A full chronological Excel file of all 336 works is available upon request.

The following superscripts describe the contributions of R. Barrett for each work:
1. Principal author, responsible for idea generation and research design, data analysis, completion of first draft of the manuscript; collected and analyzed the data, wrote the first draft of the results section, others only advisory;
2. Major author, responsible for idea generation, research design, data analysis, first draft of manuscript, others contributed much less;
3. Major author, responsible for idea generation, wrote one or more sections others contributed similar amounts;
4. Minor author, responsible for idea generation and oversight others contributed the bulk of the technical data and writing;
5. Low input, mostly limited to idea generation, contribution to Introduction section and proof-reading.
6. Publication of others describing, detailing, reporting work done by R. Barrett-Gonzalez & co-investigators

### 3.2.2 REFEREED JOURNAL ARTICLES (EXCLUDING THE JOURNALS OF THE  USPTO & EPO)

1. Barrett, R., "Active Plate and Missile Wing Development Using EDAP Elements," Journal of Smart Materials and Structures, Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 1, ISSN 0964-1726, September 1992, pp. 214-226.

2. Barrett, R., "Aeroservoelastic DAP Missile Fin Development,"  Journal of Smart Materials and Structures, Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 2, No. 2, ISSN 0964-1726, September 1993, pp. 55-64.

3. Barrett, R., "Active Plate and Missile Wing Development Using Directionally Attached Piezoelectric Elements," AIAA Journal, Volume 32, No. 3, March, 1994, pp. 601 - 609.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

4. Barrett, R., "Method and Apparatus for Sensing and Actuating in a Desired Direction," US Utility Patent No. 5,440,192, Journal of the US Patent and Trademark Office, Patent Gazette, Issued 8 August 1994. (Licensed)

5. Barrett, R., "All-Moving Active Aerodynamic Surface Research," Journal of Smart Materials and Structures, Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 4, No. 4, June 1995, pp. 65 - 73. Also proceeding article and invited paper.

6. Barrett, R., and Farokhi, S., "Subsonic Aerodynamics and Performance of a Smart Vortex Generator System," AIAA Journal of Aircraft, Volume 33, No. 2 March - April, 1996, pp. 393 - 398.

7. Barrett, R. and Brozoski, F., "Missile Flight Control using Active Flexspar Actuators," Journal of Smart Materials and Structures, Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 5, No. 2, March 1996, pp. 121 - 128.

8. Barrett, R., and Gross, R. S., "Super-Active Shape Memory Alloy Composites," Journal of Smart Materials and Structures, Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 5, No. 3, June 1996, pp. 255 - 260.

9. Barrett, R., "Active Aeroelastic Tailoring of an Adaptive Flexspar Stabilator," Journal of Smart Materials and Structures, Vol. 5, No. 6 December 1996, Techno House, Bristol, UK, 1996, pp. 723 - 730.

10. Barrett, R., Brozoski, F., and Gross, R. S., "Design and Testing of a Subsonic All-Moving Adaptive Flight Control Surface," AIAA Journal, published by the American Institute of Aeronautics and Astronautics, Reston, VA, Volume 35, No. 7, July 1997, pp. 1217 - 1219.

11. Barrett, R. and Stutts, J., "Design and Testing of a 1/12th Scale Solid State Adaptive Rotor," Journal of Smart Materials and Structures, Vol. 6, No. 4 August 1997, Techno House, Bristol, UK, 1997, pp. 491 - 497. Featured technical paper for IOP Publishing, Fall 1997, http://www.iop.org.

12. Barrett, R., and Frye, P., and Schliesman, M., "Design, Construction and Characterization of a Flightworthy Piezoelectric Solid State Adaptive Rotor," Journal of Smart Materials and Structures Vol. 7, No. 3, June 1998, pp. 422 – 431.

13. Barrett, R., "Auburn University's Aerospace Engineering Program, Adaptive Aerostructures Research," American Institute of Aeronautics and Astronautics Student Journal, Vol. 39, no. 2, Summer Issue, June 2001, pages 4 – 13.

14. Barrett, R., "Convertible Vertical Take-Off and Landing Miniature Aerial Vehicle," US Utility Patent 6,502,787, Journal of the US Patent and Trademark Office, Patent Gazette, issued 22 February 2002. (Licensed)

15. Lee, G., R. Barrett & C. Burger, "The XQ-138 Vertical Take-Off and Landing Convertible Uninhabited Aerial Vehicle, All Things to All Men," Unmanned Vehicles, Volume 8, No. 4, July – August 2003, pages 27 - 28.

16. Barrett, R., Corpening, J., and Reasonover, C., "Method and Apparatus for Boundary Layer Reattachment using Piezoelectric Synthetic Jet Actuators," US Utility Patent 6,796,533, Journal of the US Patent and Trademark Office, Patent Gazette, issued 28 September 2003.

17. Barrett, R., McMurtry, R., Vos, R., Tiso, P., and De Breuker, R., "Post-Buckled Precompressed Piezoelectric Flight Control Actuator Design, Development and Demonstration," Journal of Smart Materials and Structures, Vol. 15, No. 5, October 2006, pp. 1323 - 1331.

18. Vos, R., Barrett, R., De Breuker, R. and Tiso, P., "Post-buckled Precompressed Elements: A New Class of Control Actuators for Morphing Wing UAVs," Journal of Smart Materials and Structures, Vol. 16, No. 3, June 2007, pp. 919 - 926.

19. Vos, R., De Breuker, R., Barrett, R., and Tiso, P., "Morphing Wing Flight Control via Postbuckled Precopressed Piezoelectric Actuators, Journal of Aircraft, Vol. 44, No. 4, pp. 1060 - 1068, July-August 2007. (Invited Journal Article)

20. Barrett, R., "Post-Buckled Precompressed (PBP) Subsonic Micro Flight Control Actuators," Journal of Smart Materials and Structures, vol. 17, no. 5, 10pp., October 2008.

21. Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Journal of Aerospace Sciences and Technologies, Vol. 60, No. 1, 12 pp., January 2009.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

22. Vos, R., and Barrett, R., "Dynamic Elastic Axis Shifting: An Important Enhancement of Piezoelectric Postbuckled Precompressed Actuators," The Journal of the American Institute of Aeronautics and Astronautics, Vol. 48, No. 3 March 2010.

23. Vos, R., and Barrett, R., "Post-Buckled Precompressed Techniques In Adaptive Aerostructures: An Overview," MD-08-1306 Journal of Mechanical Design, Vol. 132, Issue 3, March 2010.

24. Barrett, R., (Invited Journal Article) "Hypermaneuverability and Visual Cloaking; New Adaptive Aerostructures Technologies for Uninhabited Aerial Vehicles (UAVs)," The Aeronautical Journal, Royal Aeronautical Society, London, UK, Vol. 114, No. 1156, June 2010.

25. Crain, J., Simmons, G., Bennett, C., Barrett, R., Matamoros, A., Rolfe, S., "Development of a Technique to Improve Fatigue Lives of Crack-Stop Holes in Steel Bridges," Journal of the Transportation Research Board, Bridge Engineering 2010, Volume 1, pp. 69 - 77, December 2010.

26. Barrett, R., "(Post-Buckled Precompressed) Actuator," US Utility Patent 7,898,153, Journal of the US Patent and Trademark Office, Patent Gazette, issued 1 March 2011. (Licensed)

27. Vos, R., Barrett, R., Romkes, R., "Mechanics of Pressure Adaptive Honeycomb," Journal of Intelligent Material Systems and Structures, Vol. 22, No. 10, July 2011.

28. Kaan, B., Aldemar, F., Bennett, C., Matomoros, A., Barrett, R., and Rolfe, S., "Fatigue Enhancement of Welded Details in Steel Bridges using CFRP Overlay Elements," Journal of Composites for Construction, August 2011.

29. Vos, R., and Barrett, R., "Mechanics of Pressure-Adaptive Honeycomb and its Application to Wing Morphing," Journal of Smart Materials and Structures, Vol. 20, No. 9, August 2011.

30. Cravens, S., and Barrett, R., "Infra-through Ultrasonic Piezoelectric Acoustic Vector Sensor Particle Rejection System," Journal of Smart Materials Research, Vol. No. 1/356190 16 January 2012.

31. Barrett, R., and Barnhart, R., "Solid State Adaptive Rotor using Post-Buckled Precompressed, Bending-Twist Coupled Piezoelectric Actuator Elements," Journal of Smart Materials Research, Vol. 2012, No. 1/832939 16 January 2012.

32. Fatih Alemdar, Regan Gangel, Adolfo Matamoros, Caroline Bennett, Ron Barrett, Stan Rolfe, Hao Liu, " Use of CFRP Overlays to Repair Fatigue Damage in Steel Plates under Tension Loading," Journal of Composites for Construction, American Society of Civil Engineers, February 2013.

33. Kaan, B., Aldemar, F., Bennett, C., Matamoros, A., Barrett, R. and Rolfe, S., "Fatigue Enhancement of Welded Details in Steel Bridges Using CFRP Overlay Elements," American Society of Civil Engineers Journal of Composites for Construction, Vol. 16, No. 2, April 2012.

34. Aldemar, F., Matamoros, A. B., Bennett, C., Barrett, R. and Rolfe, S., "Use of CFRP Overlays to Strengthen Welded Connections under Fatigue Loading," American Society of Civil Engineering, Journal of Bridge Engineering, Vol. 17, No. 3, May 2012.

35. Giannopoulos, G., Groen, M., Vos, R., and Barrett, R., "Dynamic Performance of Post-Buckled Precompressed Piezoelectric Actuator Elements," International Journal of Structural Stability and Dynamics, Vol. 12, No. 5 May (2012), 1250042.

36. Brennison, M., Barrett, R. and Kerth, L., "Multistrand, Fast Reaction Shape Memory Alloy System for Uninhabited Aerial Vehicle (UAV) Flight Control," Journal of Smart Materials Research, Vol. 2012, No. 6/238313 14 June 2012.

37. Barrett, R., Bennett, C., Matamoros, A., and Rolfe, S., "Apparatus and Method for Enhancement of Connection Performance and Fatigue Detection," US Utility Patent 8,202,378 B2, Journal of the US Patent and Trademark Office, Patent Gazette, issued 19 June 2012.

38. Barrett, R., Bennett, C., Matamoros, A., and Rolfe, S., "Method of Enhancing the Fatigue Life of a Structure," US Utility Patent 8,343,294 B2, Journal of the US Patent and Trademark Office, Patent Gazette, issued 1 January 2013.

39. Barrett, R., and Vos, R., "Method and Apparatus for Pressure Adaptive Morphing Structure," US Utility Patent 8,366,057 B2 Journal of the US Patent and Trademark Office, Patent Gazette, issued 5 February 2013.

**RONALD M. BARRETT**                                                                    24
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

40.  Fatih Alemdar, Regan Gangel, Adolfo Matamoros, Caroline Bennett, Ron Barrett, Stan Rolfe, Hao Liu, " Use of
CFRP Overlays to Repair Fatigue Damage in Steel Plates under Tension Loading," Journal of Composites for
Construction, American Society of Civil Engineers, February 2013.

41.  Barrett, R, "Statistical Time and Market Predictive Engineering Design (STAMPED)
Techniques for Aerospace System Preliminary Design,"Journal of Aeronautics & Aerospace Engineering, Omics
Publishing Group, Editorial, Vol. 3, No. 1, February 2014.

42.  Barrett, R., Cravens, S., "Method and Apparatus for Anti-Fouling an Anemometer," US Utility Patent 8,747,563
Journal of the US Patent and Trademark Office, Patent Gazette, issued 10 June 2014.

43.  Barrett, R., Barrett, C., "Biomimetic FAA-Certifiable Artificial Muscle Structures for Commercial Aircraft Wings,"
Special Issue on Biomimetics of the Journal of Smart Materials and Structures, Vol. 23, No. 7, July 2014.

44.  Barrett, R., Borys, D., Gladbach, A. and Spalding, A., "Tethered Hovering Platform," US Patent 8,777,157, Journal
of the US Patent and Trademark Office, Patent Gazette, issued 15 July 2014.

45.  Alemdar, F., Gangel, R., Matamoros, A., Bennett, C., Barrett-Gonzalez, R., Rolfe, S., & Liu, H. (2014). Use of
CFRP Overlays to Repair Fatigue Damage in Steel Plates under Tension Loading. Journal of Composites for
Construction.  https://utsa.influuent.utsystem.edu/en/publications/use-of-cfrp-overlays-to-repair-fatigue-damage-in-
steel-plates-und (Refereed)

46.  Barrett, R, "Statistical Time and Market Predictive Engineering Design (STAMPED)
Techniques for Aerospace Preliminary Design: Regional Turboprop
Application,"Journal of Aeronautics & Aerospace Engineering, Omics Publishing Group, Editorial, Vol. 3, No. 2,
October 2014.

47.  Tobaben, E., Goetzinger, N., Domann, J., Barrett, R., Arnold, P., Friis, E., "Stacked macro fiber piezoelectric
composite generator for a spinal fusion implant," Journal of Smart Materials and Structures, Vol. 24, No. 1, January
2015, https://iopscience.iop.org/article/10.1088/0964-1726/24/1/017002

48.  Barrett, R. M. "Supersonic Hovering Air Vehicle," US Patent 9,004,393, Journal of the US Patent and Trademark
Office, Patent Gazette, issued 14 April 2015

49.  Sinn, T., & Ronald, B. (2015). Design, Manufacturing and Test of a High Lift Secondary Flight Control Surface
with Shape Memory Alloy Post-Buckled Precompressed Actuators. Actuators, 4(3), 156 - 171.
http://www.mdpi.com/2076-0825/4/3/156 doi:doi:10.3390/act4030156 (Refereed, Invited) (28 July 2015)

50.  Barrett, R. (2016). Thermally adaptive building covering field test. Procedia Engineering, 145, 26 - 33. http://ac.els-
cdn.com/S1877705816300091/1-s2.0-S1877705816300091-main.pdf?_tid=e789cd8a-7ce5-11e6-
a66700000aab0f01&acdnat=1474123935_d84322f1f787b76e922b6e2a2157bc65 ISBN: 978-1-5108-2461-4
(REFEREED, INVITED)  18 May 2016

51.  Barrett, R. M., "Radar Energy Absorbing Deformable Low Drag Vortex Generator," US Patent 9,416,802, Journal of
the US Patent and Trademark Office, Patent Gazette, issued 16 August 2016.

52.  Barrett, R. M., Bramlette, R., and Honea, B., "Aerial Vehicle," US Patent 29/529,811Journal of the US Patent and
Trademark Office, Patent Gazette, issued 2 September 2016.

53.  Barrett, R. M., Bramlette, R., and Honea, B., "Aerial Vehicle," US Patent USD 776571 Journal of the US Patent and
Trademark Office, Patent Gazette, issued 17 January 2017.

54.  Barrett, R. M., Bramlette, R., and Honea, B., "Flat Stock Aerial Vehicles," US Patent 9,601,040 Journal of the US
Patent and Trademark Office, Patent Gazette, issued 21 March 2017.

55.  Barrett, R. M., "Radar Energy Abrosbing Deformable Low Drag Vortex Generator," US Patent 9,677,580B2 Journal
of the US Patent and Trademark Office, Patent Gazette, issued 13 June 2017.

56.  Barrett, R. M., Barrett, R. P., & Barrett, C. M. (2017). Design and testing of botanical thermotropic actuator
mechanisms in thermally adaptive building coverings. Journal of Smart Materials and Structures, 26(9), 12.
http://iopscience.iop.org/article/10.1088/1361-665X/aa797a http://iopscience.iop.org/article/10.1088/1361-
665X/aa797a, 17 August 2017 (Refereed, Invited)

RONALD M. BARRETT

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

57.  Krech, E., Cadel, E., Barrett, R., and Friis, E., "Effect of compliant layers within piezoelectric composites on power generation providing electrical stimulation in low frequency applications," Journal of the Mechanical Behavior of Biomedical Materials, August 2018. https://doi.org/10.1016/j.jmbbm.2018.08.027

58.  Barrett, R., and Wolf, N., "High Speed Microactuators for Low Aspect Ratio High Speed Micro Aircraft Surfaces," Actuators, Vol. 10, No. 10, September 2021.

59.  Barrett, R. and Wolf, N., "High-Precision Wing Twist Actuation for Drone, Missile, and Munition Flight Control," MDPI Actuators, Vol. 11, No. 8, 16 August 2021.  https://www.mdpi.com/2076-0825/10/10/265

60.  Barrett, R., "High Performance Convertible Coleopter Drones," MDPI Drones, Vol. 6 No. 11, 8 November 2022. https://www.mdpi.com/2504-446X/6/11/346

### 3.2.3 PEER-REVIEWED CONFERENCE PROCEEDINGS

1.  Barrett, R., "Intelligent Rotor Blade Actuation through Directionally Attached Piezoelectric Crystals," National Runner-Up and Winner of the Southeast Region Robert Lichten Award for the Best Technical Paper at the 46th American Helicopter Society National Conference and Forum, Washington, D.C., May, 1990.

2.  Barrett, R., "Actuation Strain Decoupling Through Enhanced Directional Attachment in Plates and Aerodynamic Surfaces," proceedings of the First European Conference on Smart Structures and Materials, Glasgow, Scotland, 12 - 14 May 1992, edited by B. Culshaw, P. T. Gardiner, and A. McDonach, Institute of Physics Publishing, Bristol, UK 1992, pp. 383 - 386.

3.  Barrett, R., "Active Composite Torque-Plate Fins for Subsonic Missiles," invited paper presented at the Dynamic Response of Composite Structures conference, New Orleans, LA, August 30 - September 1, 1992.

4.  Barrett, R., "Modeling Techniques and Design Principles of a Low Aspect Ratio Active Aeroservoelastic Wing," proceedings of the SPIE 1993 Symposium on Smart Structures and Materials, Albuquerque, NM, 1 - 4 February 1993, published by the SPIE, Bellingham, WA, Vol. 1917, pp. 107 - 118.

5.  Barrett, R., and Farokhi, S., "On the Aerodynamics and Performance of Active Vortex Generators," proceedings of the AIAA 11th Applied Aerodynamics Conference, Monterey, CA, August 9-11, 1993, AIAA paper 93-3446, published by the American Institute of Aeronautics and Astronautics, Washington, D.C., pp. 376 - 386.

6.  Barrett, R., "Design and Manufacturing of Adaptive Composites for Active Flight Control Surfaces," proceedings of the 2nd International Conference on Composites Engineering, New Orleans, LA, August 21 - 24, 1994.

7.  Barrett, R., Gross, R. S., and Brozoski, F., "Missile Flight Control using Active Flexspar Actuators," proceedings of the SPIE 1995 Symposium on Smart Structures and Materials, San Diego, CA, 26 February - 3 March, 1995, published by the SPIE, Bellingham, WA, Vol. 2443, pp. 52 - 61.

8.  Barrett, R., and Gross, R. S., "Super-Active Shape Memory Alloy Composites," proceedings of the SPIE 1995 Symposium on Smart Structures and Materials, San Diego, CA, 26 February - 3 March, 1995, published by the SPIE, Bellingham, WA, Vol. 2441, pp. 110 - 117.

9.  Barrett, R., Brozoski, F., and Gross, R. S., "Design and Testing of Subsonic All-Moving Smart Flight Control Surfaces," proceedings of the 36th Structures, Structural Dynamics and Materials Conference, New Orleans, LA, April 10 - 12, 1995, published by the AIAA, Washington, D.C., pp. 2289 - 2296.

10. Barrett, R., "Aeroservoelastic Characteristics of All-Moving Adaptive Flight Control Surfaces," proceedings of the 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA,  May 8 - 10, 1995, published by VPI, Blacksburg, VA. pp. 215 - 224.

11. Barrett, R., "All-Moving Active Aerodynamic Surface Research," proceedings of the Society of Engineering Science 31st Annual Technical Meeting, Texas A&M University, College Station, TX, October 10-12, 1994, published by the Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 4, No. 4, June 1995, pp. 65 - 73.

12. Barrett, R. and Brozoski, F., "Adaptive Flight Control Surfaces, Wings, and Active Aerodynamics," proceedings of the SPIE 1996 Symposium on Smart Structures and Materials, San Diego, CA, 26 - 29 February, 1996, published by the Society of Photo-Optical Instrumentation Engineers, Bellingham, WA, Vol. 2717, pp. 178 - 198. Featured paper

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

26

in The Active Sound and Vibration Control News, published by Tech Pubs, Inc. Columbia, MD, Vol. 03, No. 4, April, 1996.

13. Barrett, R., and Cook, G., "The Solid State Adaptive Rotor, Design, Development and Implications for Future Rotorcraft," (Invited) proceedings of the NATO/AGARD Flight Vehicle Integration Panel Symposium on Advances in Rotorcraft Technology, Ottawa, Canada, 27 - 30 May 1996.

14. Barrett, R., Frye, P, and Schliesman, M., Design, Development and Testing of a Solid State Adaptive Rotor, invited paper presented at the Indian Institute of Science, Bangalore, India 11 - 14 December, 1996. Keynote Address delivered at the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 11 - 14 December 1996.

15. Barrett, R., and Law, D., "Design Fabrication and Testing of a New Twist-Active Wing Design," proceedings of the 5th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 1 - 5 March 1998.

16. Barrett, R., Frye, P., and Schliesman, M., "Design, Development and Testing of a Solid State Adaptive Rotorcraft," proceedings of the 4th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 3 - 6 March 1997 SPIE paper no. 3041-19, pp. 231 - 242.

17. Barrett, R., and Stutts, J., "Modeling, Design and Testing of a Barrel-Launched Adaptive Munition," proceedings of the 4th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 3 - 6 March 1997, SPIE paper no. 3041 - 49, pp. 578 - 589.

18. Stutts, J., and Barrett, R., "Development and Experimental Validation of a Barrel-Launched Adaptive Munition," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2037.

19. Barrett, R., and Stutts, J., "Development of a Piezoceramic Flight Control Surface Actuator for Highly Compressed Munitions," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2033.

20. Clement, J., Brei, D., Moskalik, A., and Barrett, R., "Bench-Top Performance Characterization of a C-Block Driven Active Flap System," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2039.

21. Barrett, R., "Recent Advances in Adaptive Aerostructures: Designing for Flight Control," invited paper, lecture and demonstrations at the 1st European Workshop on Smart Systems, Demonstrators, Concepts and Applications, Harrogate, UK, 6 - 8 July 1998.

22. Clement., J., Brei., D., and Barrett, R., "Wind Tunnel Testing of a High Authority Airspeed Insensitive Rotor Blade Flap," 40th AIAA Structural Dynamics and Materials Conference and Exhibit, St. Louis, Missouri, USA, 12 April 1999. AIAA-99-1503. https://deepblue.lib.umich.edu/bitstream/handle/2027.42/76700/AIAA-1999-1503-882.pdf;sequence=1

23. Barrett, R., and Howard, N., "Adaptive Aerostructures for Subscale Aircraft," refereed proceedings of the 20th Southeastern Conference on Theoretical and Applied Mechanics," Pine Mountain, GA, 17 April 2000.

24. Barrett, R. and Lee, G., "Design Criteria, Aircraft Design, Fabrication and Testing of Sub-Canopy and Urban Micro-Aerial Vehicles," proceedings of the AIAA/AHS International Powered Lift Conference, Alexandria, Virginia, 1 November 2000.

25. Barrett, R., "Recent Advances in Adaptive Aerostructures for UAVs," Keynote Lecture at AeroIndia 2001, Yelahanka Air Force Base, India, 9 February 2001.

26. Barrett, R., Burger, C., and Melian, J. P., "Recent Advances in Uninhabited Aerial Vehicle (UAV) Flight Control with Adaptive Aerostructures," Proceedings of the 4th European Demonstrators Conference, 10 – 15 December 2001, Edinburgh, Scotland.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

27

27. Barrett, R., "Adaptive Aerostructures – The First Decade of Flight on Uninhabited Aerospace Systems," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2 March 2003.

28. Barrett, R., "Design and Testing of Piezoelectric Flight Control Actuators for Hard-Launch Munitions," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2  March 2003.

29. Knowles, G., R. Barrett and M. Valentino, "Self-Contained High Authority Control of Miniature Flight Control Systems for Area Dominance," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2 March 2003.

30. Barrett, R., "Adaptive Aerostructures: Improving Militarily Enabled, High Performance Subscale UAVs," proceedings of the 12th AIAA/ASME/AHS Adaptive Structures Conference, Palm Springs, California April 2003.

31. Barrett, R., and Lee, G., "Design and testing of piezoelectric flight control actuators for hard-launch munitions," Presented at the 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2004, SPIE Paper 5390-52.

32. Barrett, R., "Adaptive aerostructures: the first decade of flight on uninhabited aerial vehicles," Presented at the 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2004, SPIE Paper 5388-19.

33. Barrett, R. and Melkert, J., "UAV Visual Signature Suppression via Adaptive Materials," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5762-14.

34. Barrett, R., Corpening, J. and Reasonover, C., "Airfoil Drag Elimination and Stall Suppression via Piezoelectric Dynamic Tangential Synthetic Jet Actuators," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5764-19.

35. Barrett, R., McMurtry, R., Vos, R., Tiso, P. and De Breuker, R., "Post-Buckled Precompressed Elements: A New Class of Flight Control Actuators Enhancing High-Speed Autonomous VTOL MAVs," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5762-16.

36. Barrett, R., Vos, R., Tiso, P. and De Breuker, R., "Post-Buckled Precompressed (PBP) Actuators: Enhancing VTOL Autonomous High Speed MAVs," presented at the 13th Annual AIAA/ASME/AHS Adaptive Structures Conference, 18 - 21 April 2005, Austin, Texas, AIAA Paper no. 2005-2112.

37. Barrett, R., " Lightweight Flight Control, Morphing, Visual Stealth: New Adaptive Technologies Enhancing Micro and Nano Aerial Vehicles," proceedings of the Society of Automotive Engineers AeroTech International Powered Lift (IPLC) Conference and Exhibition, 6 October 2005, Dallas, Texas SAE Paper 05IPLC-40.

38. Barrett, R., "Adaptive Aerostructures: Curriculum Changes Needed to Close the Aerospace Knowledge Gap," Proceedings of the 44th AIAA Aerospace Sciences Meeting and Exhibition, Reno, Nevada 9 – 12 January 2006, AIAA Paper AIAA-2006-0283.

39. Vos, R., Barrett, R., Van Tooren, M. and Krakers, L., "Post-Buckled Precompressed (PBP) Piezoelectric Actuators for UAV Flight Control," Proceedings of the 13th Annual International Symposium on Smart Structures and Materials, San Diego, California, 26 – 29 February 2006, SPIE Paper 6173-14.

40. De Breuker, R., Tiso, P., Vos, R. and Barrett, R., "Nonlinear Semi-Analytical Modeling of Post-Buckled Precompressed (PBP) Piezoelectric Actuators for UAV Flight Control," Proceedings of the 47th AIAA SDM Conference, Newport, R.I., 1 – 4 May 2006,  AIAA Paper AIAA-2006-1794.

41. Barrett, R., "Adaptive Aerostructures: An Abundance of Continuing Education Options," American Society of Mechanical Engineers (ASME) and American Institute of Aeronautics and Astronautics (AIAA) Adaptive Structures and Materials Systems Newsletter, Summer, 2006.

42. Barrett, R., "Adaptive Materials: A New Approach to Autopilot Actuators and Flight Control," Proceedings of the Society of Automotive Engineers (SAE) General Aviation Technology Conference and Exhibition, Wichita, Kansas 29 – 31 August, 2006, SAE Paper no. 06GATC-49.

RONALD M. BARRETT
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

28

43. Barrett, R., Vos, R. and De Breuker, R., "Post-Buckled Precompressed (PBP) Subsonic Micro Flight Control Actuators and Surfaces," Proceedings of the Society of Photo-Optical Instrumentation Engineers 14th Annual International Symposium on Smart Structures and Materials, No. 6525-21, San Diego, CA 19 – 22 March 2007.

44. Barrett, R., "Improvements to Commercial and General Aviation via Adaptive Aerostructures," Proceedings of the 46th American Institute of Aeronautics and Astronautics (AIAA) 7th AIAA Aviation, Technology, Integration and Operations Conference, Belfast, Northern Ireland, paper no: AIAA-2007 - 7873, 18 - 20 September 2007.

45. Barrett, R. and Gluhareff, I., "Gluhareff Pressure Jet Engine: Past, Present and Future Opportunities," Proceedings of the 46th American Institute of Aeronautics and Astronautics (AIAA) Aerospace Sciences Meeting and Exhibit, Reno, Nevada 7 - 10 January 2008, paper no: AIAA-2008-867.

46. Barrett, R. and Vos, R., "Design, Development and Testing of a Transonic Missile Fin Employing PBP/DEAS Actuators," Proceedings of the Smart Materials and Systems, Industrial and Commercial Applications of Smart Structures Technologies Conference, Vol. 6930, paper no: SPIE-693011, 31 March 2008.

47. Vos, R. and Barrett, R., "Magnification of Work Output in PBP Class Actuators Using Buckling/Converse Buckling Techniques," Proceedings of the 49th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 16th AIAA/ASME/AHS Adaptive Structures Conference, Schamburg, IL 7 - 10 April 2008, paper no: AIAA-2008-1906.

48. Barrett, R., "Hypermaneuverability and Visual Cloaking; New Adaptive Aerostructures Technologies for Uninhabited Aerial Vehicles (UAVs)," Proceedings of the Bristol International Unmanned Air Vehicle Systems (UAVS) Conference, 7 - 9 April 2008, Bristol, UK.

49. Kaan, B., Barrett, R., Bennett, C., Matamoros, A., and Rolfe, S., "Fatigue Enhancement of Welded Coverplates Using Carbon-Fiber Composites," Structures Congress 24 - 26 April 2008, Vancouver, British Columbia, Canada. DOI: 10.1061/41016(314)3

50. Long, R. and Barrett, R., "Testing of a Piezoelectrically Driven Airspike System on a Projectile," American Society of Mechanical Engineers (ASME), Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Ellicott City, Maryland, 28 – 30 October 2008, SMASIS08-497.

51. Vos, R. and Barrett, R., "Post-Buckled Precompressed Techniques in Adaptive Aerostructures: An Overview," Best Paper Competition Runner Up in the American Society of Mechanical Engineers (ASME), Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Ellicott City, Maryland, 28 – 30 October 2008, SMASIS08-458.

52. Aldemar, F., Kaan, B., Bennett, C., Matamoros, A., Barrett, R., and Rolfe, S., "Parameters Affecting Behavior of CFRP Overlay Elements as Retrofit Measure for Fatigue Vulnerable Steel Bridge Girders," International Fatigue and Fracture Conference, Philadelphia, Pennsylvania, January 2009.

53. Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Plenary Paper presented at Aero India 2009 International Seminar, Aerospace Prospectives and Trends in Technologies, 9 February 2009.

54. Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Keynote Lecture at AeroIndia 2009, Yelahanka Air Force Base, India 12 February 2009.

55. Mark Groen; Michiel Van Schravendijk; Ronald Barrett; Roelof Vos, " Advanced control techniques for post-buckled precompressed (PBP) flight control actuators," Proceedings Vol. 7288, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 12 March 2009.

56. Michiel Van Schravendijk, Mark Groen, Roelof Vos, Ron Barrett, " Closed-Loop Control for High Bandwidth, High Curvature Post-Buckled Precompressed Actuators." 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference 17th AIAA/ASME/AHS Adaptive Structures Conference AIAA-2009-2113, Palm Springs, California, May 4-7, 2009

57. Barrett, R., "Adaptive materials and aerostructures: revolutionizing uninhabited aerospace systems," (Invited Paper) Second International Conference on Smart Materials and Nanotechnology in Engineering, Proceedings Vol. 7493, Weihai, China, 8 - 11 July 2009.

58. Vos, R. and Barrett, R., "Pressure Adaptive Honeycomb: a New Adaptive Structure for Aerospace Applications," Proceedings Vol. 7647, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7647-2B.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

59. Sinn, R. and Barrett, R., "Shape Memory Alloy Post Buckled Precompressed (SMAPBP) Actuator Concepts and Theory," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-08.

60. Bramlette, R., and Barrett, R., "Semi-Solid State Adaptive Impedance Composites for HIRF Protection," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, March 2010, paper no. 7643-92.

61. Cravens, S., and Barrett, R., "Ultrasonic Piezoelectric Cleaning of Acoustic Vector Sensing Elements," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-108.

62. Brennison, M., Barrett, R., and Kerth, L., "Development & Flight Test of a Shape Memory Alloy Actuator Flight Control System," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-116.

63. Barrett, R. and Barnhart, R., "Post-Buckled Precompressed Solid State Adaptive Rotor," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-74.

64. Vos, R., and Barrett, R., "Pressure Adaptive Honeycomb: Mechanics, Modeling and Experimental Investigation," proceedings of the 18 AIAA/ASME/AHS Adaptive Structures Conference, Orlando, Florida, AIAA-2010-2664, 13 April 2010.

65. Sinn, T. and Barrett, R., Design, Manufacturing and Test of a High Lift Secondary Flight Control Surface with Shape Memory Alloy Post-Buckled Precompressed Actuators, American Society of Mechanical Engineers Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Paper No. SMASIS2010-3681, September 28 - October 1, 2010.

66. Vos, R. and Barrett, R., Applications and Mechanics of Pressure Adaptive Honeycomb, American Society of Mechanical Engineers Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Paper No. SMASIS2010-3634, September 18 - 1 October 2010.

67. Vos, R., Scheepstra, J., and Barrett, R., "Topology Optimization of Pressure Adaptive Honeycomb for a Morphing Flap," Proceedings Volume 7977 , Active and Passive Smart Structures and Integrated Systems, San Diego, California, 8 - 9 March 2011, paper no. 7977-54.

68. Barrett, R., Barnhart, R. and Bramlette, R., "Steerable Adaptive Bullet (StAB) Piezoelectric Flight Control System," Society of Photo-Optical Instrumentation Engineers, Smart Structures and Non-Destructive Evaluation Symposium, Active and Passive Smart Structures and Integrated Systems Conference, 11 - 15 March 2012, San Diego, CA, 8341-32.

69. Vos, R., Scheepstra, J., and Barrett, R., "Topology Design of Pressure Adaptive Honeycomb for a Morphing Fowler Flap," 52nd AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 19th AIAA/ASME/AHS Adaptive Structures Conference, AIAA-2011-2130-170, Denver, CO 4 - 7 April 2011.

70. Aldemar, F., Matamoros, A., Bennett, C., Barrett, R., and Rolfe, S., "Improved Method for Bonding CFRP Overlays to Steel for Fatigue Repair," Structures Congress 2011, Las Vegas, Nevada. DOI: 10.1061/41171(401)13

71. Barrett, R., Barnhart, R. and Bramlette, R., "Steerable Adaptive Bullet (StAB) Piezoelectric Flight Control System," Society of Photo-Optical Instrumentation Engineers, Smart Structures and Non-Destructive Evaluation Symposium, Active and Passive Smart Structures and Integrated Systems Conference, 11 - 15 March 2012, San Diego, CA, 8341-32.

72. Barnhart, R., and Barrett, R., "Piezoelectric Adaptive Flutter Test Vane: Low Net Passive Stiffness Techniques for Deflection Amplification," 53rd AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 23 - 26 April 2012, Honolulu, Hawaii, paper no. AIAA 2012-1906.

73. Simmons., G., Bennett, C., Barrett, R., Matamors, A., and Rolfe, S., "Design, modeling, and testing of a piezoelectric impact compressive kinetic (PICK) tool for crack-stop hole treatment," Proceedings of the SPIE Conference on Smart Materials, 19 April 2013, San Diego, California. https://doi.org/10.1117/12.2009796

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

30

74. Barrett, R. and Barrett, C., " Biomimetic FAA-Certifiable, Artificial Muscle Structures for Commercial Aircraft Wings," Invited Lecture and Presentation at the 7th World Congress on Biomimetics, Artificial Muscles and Nano-Bio (BAMN2013), Jeju Island, South Korea, 26 - 30 August 2013.

75. Barrett, R., and Barrett C., " Revolutionary Adaptive Aerostructures, Changing Flight via Nature's Analogs for Dramatic Fuel Savings," 1st international Conference and Exhibition on Mechanical and Aerospace Engineering, San Antonio, Texas, 30 September – 2 October 2013.

76. Barrett, R. M. (2014). 20 Years of Adaptive Aerostructures in Flying Missiles, Munitions and UAVS. In ASME 2014 Conference on Smart Materials, Adaptive Structures and Intelligent Systems SMASIS 2014, September 8–10, Newport, Rhode Island USA, Paper No. SMASIS2014-7662 (pp. 10). Washington, DC: The American Society for Mechanical Engineers. (Refereed).

77. Barrett, R. (2015). Statistical Time and Market Predictive Engineering Design (STAMPED) Techniques for Preliminary Aircraft Sizing, CEAS2015-206. In 5th Annual Challenges in European Airspace Conference (CEAS) Conference, Delft, Holland. (Refereed) 7-11 Sept 2015

78. Barrett, R. (2016). Thermally adaptive building covering field test. Procedia Engineering, 145, 26 - 33. http://ac.els-cdn.com/S1877705816300091/1-s2.0-S1877705816300091-main.pdf?_tid=e789cd8a-7ce5-11e6-a66700000aab0f01&acdnat=1474123935_d84322f1f787b76e922b6e2a2157bc65    ISBN:   978-1-5108-2461-4 (REFEREED, INVITED)  18 May 2016

79. Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS INSPIRED BY BOTANICAL THERMOTROPISM. In Proceedings of the ASME 2016 Conference on Smart Materials, Adaptive Structures and Intelligent Systems (SMASIS) (pp. SMASIS2016-9105). Washington, D.C.: American Society of Mechanical Engineers.    http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589293    September (Refereed) 18 - 20, 2016.

80. Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS: THEORY AND APPLICATION. In Proceedings of the ASME 2016 Conference on Smart Materials, Adaptive Structures and Intelligent Systems (SMASIS) (pp. SMASIS2016-9014). Washington, D.C.: American Society of Mechanical Engineers. http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589286 (Refereed) September 18 - 20, 2016.

81. Richard B. Bramlette, Ronald M. Barrett-Gonzalez, Christopher Depcik, and Irina Gluhareff. "The Effects of Scaling on the Design and Performance of the Brayton-Gluhareff Pressure Jet Engine", 55th AIAA Aerospace Sciences Meeting, AIAA SciTech Forum, (AIAA 2017-0120), 8 - 12 January 2017.

82. Richard B. Bramlette and Ronald M. Barrett-Gonzalez. "Design and Flight Testing of a Convertible Quadcopter for Maximum Flight Speed", 55th AIAA Aerospace Sciences Meeting, AIAA SciTech Forum, (AIAA 2017-0243) http://dx.doi.org/10.2514/6.2017-0243 8 - 12 January 2017.

83. Richard B. Bramlette, Christopher Depcik, and Ronald M. Barrett-Gonzalez. "The Effects of Planar Symmetry and Radiative Heat Losses in a Three-Dimensional Transient CFD Simulation of Right Angle Flow Through a Brayton-Gluhareff Cycle Pressure Jet Engine", 55th AIAA Aerospace Sciences Meeting, AIAA SciTech Forum, (AIAA 2017-1539) 8 - 12 January 2017.

84. Richard B. Bramlette, Taylor A. Johnston, and Ronald M. Barrett-Gonzalez. "Design, Construction, and Flight Testing of the World's Fastest Micro-Scale Quadcopter", 55th AIAA Aerospace Sciences Meeting, AIAA SciTech Forum, (AIAA 2017-0012) 8 - 12 January 2017.

85. Schumacher, L. N., & Barrett, R. M. (2018). Guided Munition Adaptive Trim Actuation System for Aerial Gunnery. In Proceedings of the ASME Conference on Smart Materials, Adaptive Structures and Intelligent Systems, SMASIS2018. Proceedings of the ASME Conference on Smart Materials, Adaptive Structures and Intelligent Systems, SMASIS2018 (Vol. 2, pp. 6). New York, NY: ASME (American Society of Mechanical Engineers). http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716056 http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716056 ISBN: 978-0-7918-5195-1

86. Cadel, E., Barrett, R. M., & Friis, L. (2018). Power Generation Amplification and Stack Toughening via Compliant Layer Interdigitation. In Proceedings of the ASME 2018 Conference on Smart Materials, Adaptive Structures and Intelligent Systems Volume 2: Mechanics and Behavior of Active Materials; Structural Health Monitoring; Bioinspired Smart Materials and Systems; Energy Harvesting; Emerging Technologies San Antonio, Texas, USA,

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

September 10–12, 2018 (Vol. 2, pp. 7). New York, NY: ASME (American Society of Mechanical Engineers). http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716043 http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716043 ISBN: ISBN: 978-0-7918-5195-1

87. Schumacher, L. N., McNamee, P. I., Haug, J. A., & Barrett, R. M. (2019). Development of a Safe, Quiet, Certifiable Personal VTOL System. In Proceedings of the AIAA Aviation Forum 2019 (pp. 8). Reston, VA: American Institute of Aeronautics and Astronautics. https://doi.org/10.2514/6.2020-1959 doi:10.2514/6.2020-1959

88. Schumacher, L. N., & Barrett, R. M. (2020). Guided Air-to-Air Hard-Launch Munitions: A Case Study in Increased Mission Effectiveness. In Proceedings of the AIAA SciTech Exposition and Conference, 2020. Reston, VA: American Institute of Aeronautics and Astronautics. https://doi.org/10.2514/6.2020-1959 doi:10.2514/6.2020-1959

89. Schumacher, L. N., & Barrett, R. M. (2020). Guided Hard-Launch Munitions: Enabling Advanced Air to Ground Combat. In Proceedings of the AIAA SciTech Exposition and Conference, 2020. Reston, VA: American Institute of Aeronautics and Astronautics. https://doi.org/10.2514/6.2020-1960 doi:10.2514/6.2020-1960

90. Schumacher, L. N., & Barrett, R. M. (2020). Effectiveness Enhancement of Medium Caliber Munitions for Aerial Combat. In Proceedings of the AIAA Aviation 2020 Forum, June 15 - 19 2020 Virtual Event https://arc.aiaa.org/doi/book/10.2514/MAVIAT20 (Session: Complete Aircraft Design I, AIAA Paper No: AIAA 2020-2631, ACD-03: Complete Aircraft Design I • Tuesday, 16 June 2020 • 0930 hrs ed.). Reston, VA: American Institute of Aeronautics and Astronautics. https://doi.org/10.2514/6.2020-2631 doi:10.2514/6.2020-2631

91. Barrett, R., Wolf, N., and Coldiron, J., "A History of Flight Safe Discarding Sabot Rounds," AIAA paper no. 2022-2228 Session: Military History, 2022 AIAA SciTech Conference and Exhibition, 3 - 7 January 2022 San Diego, California.  https://arc.aiaa.org/doi/10.2514/6.2022-2228

92. Coldiron, J., Wolf, N., and Barrett, R., "New Attack Aircraft Designs and Tactics Enabled by Discarding Sabot Aerial Gunnery," AIAA paper no. 2022-0544 Session: Aircraft Structural Design and Analysis, 2022 AIAA SciTech Conference and Exhibition, 3 - 7 January 2022 San Diego, California.  https://arc.aiaa.org/doi/abs/10.2514/6.2022-0544

### 3.2.4 ISSUED PATENTS

(Nota Bene: patents are also expert reviewed articles published in the Journal of the US Patent and Trademark Office)

1. Barrett, R., "Method and Apparatus for Sensing and Actuating in a Desired Direction," US Utility Patent No. 5,440,192, Journal of the US Patent and Trademark Office, Patent Gazette, Issued 8 August 1994. (Licensed)
2. Barrett, R., "Convertible Vertical Take-Off and Landing Miniature Aerial Vehicle," US Utility Patent 6,502,787, Journal of the US Patent and Trademark Office, Patent Gazette, issued 22 February 2002. (Licensed)
3. Barrett, R., "Vehicule Aerien Miniature Convertible a Decollage et Atterrissage Verticaux," European Patent *EP 1476354B1*, Journal of the European Patent and Trademark Office, issued 5 November 2008.
4. Barrett, R., Corpening, J., and Reasonover, C., "Method and Apparatus for Boundary Layer Reattachment using Piezoelectric Synthetic Jet Actuators," US Utility Patent 6,796,533, Journal of the US Patent and Trademark Office, Patent Gazette, issued 28 September 2003.
5. Barrett, R., "(Post-Buckled Precompressed) Actuator," US Utility Patent 7,898,153, Journal of the US Patent and Trademark Office, Patent Gazette, issued 1 March 2011. (Licensed)
6. Barrett, R., and Vos, R., "Method and apparatus for pressure adaptive morphing structure" European Patent EP 2459442 A2, Issued 6 June 2012, Journal of the European Patent Office.
7. Barrett, R., Bennett, C., Matamoros, A., and Rolfe, S., "Apparatus and Method for Enhancement of Connection Performance and Fatigue Detection," US Utility Patent 8,202,378 B2, Journal of the US Patent and Trademark Office, Patent Gazette, issued 19 June 2012.
8. Barrett, R., Bennett, C., Matamoros, A., and Rolfe, S., "Method of Enhancing the Fatigue Life of a Structure," US Utility Patent 8,343,294 B2, Journal of the US Patent and Trademark Office, Patent Gazette, issued 1 January 2013.
9. Barrett, R., and Vos, R., "Method and Apparatus for Pressure Adaptive Morphing Structure," European Utility Patent, EP 2459442 A2, June 2012, also US Utility Patent 8,366,057 B2 Journal of the US Patent and Trademark Office, Patent Gazette, issued 5 February 2013.
10. Barrett, R., Cravens, S., "Method and Apparatus for Anti-Fouling an Anemometer," US Utility Patent 8,747,563 Journal of the US Patent and Trademark Office, Patent Gazette, issued 10 June 2014.
11. Barrett, R., Borys, D., Gladbach, A. and Spalding, A., "Tethered Hovering Platform," US Patent 8,777,157, Journal of the US Patent and Trademark Office, Patent Gazette, issued 15 July 2014.

**RONALD M. BARRETT**                                                                       32
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

12. Barrett, R. M. "Supersonic Hovering Air Vehicle," US Patent 9,004,393, Journal of the US Patent and Trademark Office, Patent Gazette, issued 14 April 2015

13. Barrett, R. M., "Radar Energy Absorbing Deformable Low Drag Vortex Generator," US Patent 9,416,802, Journal of the US Patent and Trademark Office, Patent Gazette, issued 16 August 2016.

14. Barrett, R. M., Bramlette, R., and Honea, B., "Aerial Vehicle," US Patent USD 776571 Journal of the US Patent and Trademark Office, Patent Gazette, issued 17 January 2017.

15. Barrett, R. M., Bramlette, R., and Honea, B., "Flat Stock Aerial Vehicles," US Patent 9,601,040 Journal of the US Patent and Trademark Office, Patent Gazette, issued 21 March 2017.

16. Barrett, R. M., "Radar Energy Absorbing Deformable Low Drag Vortex Generator," US Patent 9,677,580B2 Journal of the US Patent and Trademark Office, Patent Gazette, issued 13 June 2017.

17. Barrett, R. M., "Aerial Vehicles and Methods of Use," US Patent 9,878,257 Journal of the US Patent and Trademark Office, Patent Gazette, issued 30 January 2018.

18. Barrett, R. M., Bramlette, R., and Honea, R., "Aerial Vehicle," US Patent D853939, Journal of the US Patent and Trademark Office, Patent Gazette, issued 16 July 2019.

19. Barrett, R. M., Bramlette, R., and Honea, R., "Movable Member Bearing Aerial Vehicles and Methods of Use," US Patent 10,561,956, Journal of the US Patent and Trademark Office, Patent Gazette, issued 18 February 2020.

20. . Barrett, R., Schumacher, L., McNamee, P., Haug, J., Mudd, J., Prins, D., Werner, N., "Acoustic Noise Suppressing Ducted Fan Propulsor Mounting Arrangement and Treatments," US Patent 11,767,097 B2, Journal of the US Patent and Trademark Office, Patent Gazette, issued 26 September 2023.

21. Barrett, R., Schumacher, L.,"Maneuvering Aeromechanically Stable Sabot System," US Patent 11,852,447, Journal of the US Patent and Trademark Office, Patent Gazette, issued 26 December 2023.

22. Barrett, R., "Aerial Vehicle," Journal of the US Patent and Trademark Office, Patent Gazette, US Patent D1050949, 12 November 2024.

23. Barrett, R. "Aerial Vehicle," Journal of the US Patent and Trademark Office, Patent Gazette, US Patent D1052455, November 26, 2024.

24. Barrett, R., Schumacher, L., McNamee, P., Haug, J., Mudd, J., Prins, D., Werner, N., "Acoustic Noise Suppressing Ducted Fan Propulsor Mounting Arrangement and Treatments," US Patent 12,195,167, Journal of the US Patent and Trademark Office, Patent Gazette, issued 14 January 2025.


**Comments on Most Important Publications: Licensed, US Utility Patents:**

The following publication is my single most important as it represents conception, reduction to practice, analytical and computational modeling, wind tunnel testing, flight testing, live fire range testing, demos for the US DoD, flight demonstrations at some of the world's largest airshows, licensing, transition to industry and subsequent support of serial production and employment of both development and production staffs. Seven figures in IP royalties were generated with $14M in RDT&E funds being expended between research facilities in Singapore and Auburn University. More than a decade after first flight, the aircraft still claims the greatest hover endurance, range, useful load and dash speed of any OAV class aircraft:

> **Barrett, R., "Convertible Vertical Take-Off and Landing Miniature Aerial Vehicle," US Utility Patent 6,502,787, issued 22 February 2002. (Licensed)**

The world's first patent on an adaptive aerostructure is centered on making isotropic actuator materials behave as if they are highly orthotropic. By doing so, it became possible to directly twist aerostructures and their substrates. Conceived in 1989, reduced to practice, modeled, tested and transitioned to industry in 1990, the following patent generated six-figures in IP royalties for the University of Maryland. The patent describes the basic technology which went into prototype fins, wings and the longitudinal and lateral cyclic flight control systems of the world's first rotorcraft to take to the air using piezoelectric actuators in its *solid state adaptive rotor*. The work and aircraft associated with this invention lead directly to capturing Discover Magazine's *Discover Award* for aerospace technology:

> **Barrett, R., "Method and Apparatus for Sensing and Actuating in a Desired Direction," US Utility Patent No. 5,440,192. Issued 8 August 1994. (Licensed)**

One of the latest flight control devices to be licensed to major aerospace companies dramatically enhances flight control surface deflections for negligible weight gain and no loss in blocked forces and moments. As one of the first applications of near-buckled low net passive stiffness actuators, this device has generated six figures in IP royalties and has been licensed to three aerospace companies.

> **Barrett, R., "(Post-Buckled Precompressed) Actuator," US Utility Patent 7,898,153, 1 March 2011. (Licensed))**

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

**3.2.5 SELECTED PATENT APPLICATIONS**

1    Barrett, R., and Tiso, P., "PBP Adaptive Actuator Device and Embodiments," International Patent Application Number PCT/NL2005/000054 via TU Delft, Holland, 2 February 2005.

2    Blunt, Shannon D., Deavours, Daniel D., Barrett, Ronald M., Allen, Christopher T., "Low SINR backscatter communications system and method," US Patent Application 11/750,080, 17 May 2007.

3    Barrett, R., Borys, D., Gladbach, A. and Spalding, A., "Tethered Hovering Platform," US Patent Application, US 2010/0108807.

4    Barrett, R., "Supersonic Hovering Air Vehicle," US Patent Application, US20120097801 A1.

5    Barrett, R., "Radar Energy Absorbing Deformable Low Drag Vortex Generator," US Patent Application January 2013.

6    Barrett, R., White, E., Anemaat, W. and Fisher, S., "Low Drag Pop-Down Vortex Generator," Invention Disclosure Filed, February 2013.

7    Barrett, R., Bramlette, R., and Honea, R., "Remote Controlled Multi-Propeller Aircraft," US Patent Application 2 June 2014.

8    Barrett, R., Bramlette, R., and Honea, R., "Remote Controlled Convertible Flat-Stock Aircraft," US Patent Application 11 June 2014.

9    Barrett, R., Bramlette, R., and Honea, R., "Arched Aerial Vehicles and Methods of Use," US Patent Application, Invention Disclosure Filed 11 July 2014.

10    Barrett, R., Bramlette, R., and Honea, R., "Annular Aerial Vehicles and Methods of Use," US Patent Application, Invention Disclosure Filed 11 July 2014.

11    Barrett, R., Bramlette, R., and Honea, R., "Feather-Bearing Ball Aerial Vehicles and Methods of Use," US Patent Application, Invention Disclosure Filed 14 July 2014.

12    Barrett, R., and Bramlette, R., "Method and Application of Induction of Aircraft External Surface Vibration," US Patent Application, Invention Disclosure Filed 23 July 2014.

13    Barrett, R., and Bramlette, R., "SPHERICAL AERIAL VEHICLE WITH FOLDING PROPULSORS," US Patent Application, Invention Disclosure Filed 25 July 2014.

14    Barrett, R., and Bramlette, R., "PEAKED AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

15    Barrett, R., and Bramlette, R., "ROTATING OBLATE AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

16    Barrett, R., and Bramlette, R., "IRREGULAR SPHERICAL AERIAL VEHICLE AND METHODS OF USE," US Patent Application, Invention Disclosure Filed 25 July 2014.

17    Barrett, R., and Bramlette, R., "SHROUDED AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

18    Barrett, R., and Bramlette, R., "CHANGEABLE AERIAL TARGET," US Patent Application, Invention Disclosure Filed 25 July 2014.

19    Barrett, R., and Bramlette, R., "AERIAL TARGET," US Patent Application, Invention Disclosure Filed 25 July 2014.

20    Barrett, R., and Bramlette, R.,, "CONVERTIBLE AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

21    Barrett, R., and Bramlette, R., "RECTANGULOID AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

22    Barrett, R., and Bramlette, R., "METHOD AND APPARATUS FOR ENHANCEMENT OF AERIAL VEHICLE PILOT TRAINING," US Patent Application, Invention Disclosure Filed 25 July 2014.

23    Barrett, R., and Bramlette, R., "CIRCULAR AERIAL VEHICLE," US Patent Application, Invention Disclosure Filed 25 July 2014.

24    Barrett, R. et al., "Acoustic Noise Suppressing Ducted Fan Propulsor Mounting Arrangement and Treatments," US Provisional Patent Filing Number 65/659,026, April 17, 2018.

**RONALD M. BARRETT**

34

PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 3.3 MINOR PUBLICATIONS OR CREATIVE WORKS

### 3.3.1 SELECTED UNCLASSIFIED TECHNICAL REPORTS

1. Barrett, R., Demoss, S., Dirkzwager, A., Evans, D., gomer, C., Keiter, J., Knipp, D., Seiner, G., Smith, S., and Wenninger,                                      E.,                 "
   Preliminary design studies of an advanced general aviation aircraft," NASA USRA Advanced Design Program (NASA-CR-190024), 1 May 1991, Lawrence, Kanas USA.

2. Barrett, R.M., "An Assessment of the Viability of Smart Structures for Aircraft Flight Control," publication presented to General Dynamics Defense Initiatives Office, Washington, DC in support of contracting work performed for General Dynamics Corporation October 1990 - March 1992.

3. Farokhi, S., Hardin, C., Zandieh, F. and Barrett R., "Delta Wing Lift Enhancement Via Dynamic Leading Edge Vortex Flap Systems," Contractor Report to the United States Navy Air Systems Command, Contract No. N00019-91-C-0180, Aerotech Engineering and Research, September 1992 (restricted).

4. Barrett, R. and Farokhi S., "Inflatable Smart Missile Wing Design Evaluation," Contractor Report to the United States Air Force Armament Directorate, Eglin Air Force Base, Florida, Contract No. F0 8630-92-C-0027, for Aerotech Engineering and Research, November 1992(restricted).

5. Barrett, R., "Advanced Low-Cost Smart Missile Fin Technology Evaluation," Contractor Report to the United States Air Force Armament Directorate, Eglin Air Force Base, Florida, Contract No. F0 8630-93-C-0039, for Barrett Aerospace Technologies, November 1993(restricted).

6. Barrett, R., "Inflatable Smart Missile Wing Design Evaluation," Contractor Report for AeroTech Engineering and Research, Phase II Report to the USAF Armament Directorate, 31 May 1995, 52pp.

7. Barrett, R., "Invention and Evaluation of the Barrel-Launched Adaptive Munition (BLAM)," Final Report to the USAF Armament Directorate, Wright Laboratory, Eglin AFB, FL and the AFOSR, for Research and Development Laboratory, Assc. No. 95-0003, August, 1995(restricted).

8. Barrett, R., "Weight Sizing, Rotor Design and Configuration Layout of a Coaxial Counterrotating Micro Unmanned Aerial Rotorcraft," Lutronix Corporation Technical Report, Del Mar, CA, 31 March 1996.

9. Barrett, R., "Powerplant Selection and Associated Aircraft Sizing for a Micro Unmanned Aerial Rotorcraft," Lutronix Corporation Technical Report, Del Mar, CA, 2 May 1996.

10. Barrett, R., Gross, R. S., "Adaptive Stabilization and Flight Control Surface Research for Compressed Carriage," Phase I Report to McDonnell Douglas Aerospace Corporation and the USAF Armament Directorate, WL/MNAV, Eglin AFB, Florida 31 May 1996.

11. Barrett, R.M., "Summary of Gust Response Estimations for Fixed and Rotary-Wing MAVs." Lutronix Corporation Technical Report, Del Mar, CA, 14 June 1996.

12. Barrett, R., and Gross, R. S., "Shape Memory Alloy Artificial Muscle Research," final report to the AU Research Grant-in-Aid Program, Auburn, AL, 30 June 1996.

13. Barrett, R., "Design, Construction and Testing of a Proof-of-Concept Smart Compressed Reversed Adaptive Munition," Final Report to the USAF Armament Directorate, Wright Laboratory, Eglin AFB, FL contract no. AF-FO8630-95-K-0079, September, 1996(restricted).

14. Barrett, R., "Design, Construction and Testing of a Proof-of-Concept Smart Compressed Reversed Adaptive Munition," Final Report to the USAF Armament Directorate, Wright Laboratory, Eglin AFB, FL contract no. AF-FO8630-95-K-0079, November, 1996(restricted).

15. Barrett, R., "Barrel-Launched Adaptive Munition (BLAM) Experimental Round Research," Final Report for the Air Force Office of Scientific Research and Wright Laboratory Weapon Flight Mechanics Division, Flight Branch, WL/MNAV, Contract no. F49620-93-C-0063, subcontract no. 96-0869, November 1996(restricted).

16. Barrett, R., "Barrel-Launched Adaptive Munition Experimental Round Research," Final Report to the USAF Armament Directorate, WL/MNAV, Wright Laboratory, Eglin AFB, FL 31 December 1996.

17. Fergus, J., Gale, B., Fenx, X., Jang, B., Barrett, R., "Smart Materials for Transport Control," Final Report Submitted to the National Science Foundation, Alexandria, VA 8 July 1997, 148pp.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

35

18. Barrett, R., "Low Drag, Low Observable Compressed Air-to-Ground Smart Weapons Research," Final Report to the USAF Armament Directorate, (WL/MNAV), Flight Mechanics Branch, 31 August 1997.

19. Barrett, R., "Construction and Test Report for the Rotationally Active Linear Actuator (RALA) Adaptive Canard, Final Test Report for McDonnell Douglas Aerospace/Boeing Aircraft Company Advanced Missile Systems and Subsystem Applications, St. Louis, MO contract no. FO 8630-95-C-0009, August, 1997(restricted).

20. Barrett, R., "Rotationally Adaptive Flight Test Surface Instructions for Wiring and Ground Test," report for NASA Dryden Flight Research Center, Structural Dynamics Branch, Edwards, CA 93524, under contract no. NCC4-103, 22 January 1998(restricted).

21. Barrett, R., "Range-Extended Adaptive Munition (REAM)," Final report the US Army Advanced Munitions Concepts Branch and the Defense Advanced Research Projects Agency (DARPA) and Lutronix Corporation, 30 April 1999(restricted).

22. Barrett, R., and Gray, C., "The Aerodynamic and Structural Dynamic Characteristics of an Adaptive C-Block Helicopter Rotor Blade Section," Final report for the US Army Research Office and the University of Michigan, 1 May 1999(restricted).

23. Barrett, R., and Brei, D., "Development of a Balanced, Active Rotor Blade Flap System usign Piezoceramic C-Block Actuators," Final Report Submitted to the US Army Research Office, Research Triangle Park, NC, 31 May 1999.

24. Barrett, R., and Lee, G., "50 Caliber Range-Extended Adaptive Munition, Phase I," Final report the US Army Advanced Munitions Concepts Branch and the Defense Advanced Research Projects Agency (DARPA) and Lutronix Corporation, 30 June 1999 (restricted).

25. Barrett, R., "Aerodynamic Characterization of a Micro Aerial Vehicle," Lutronix Corporation Final Report to the Defense Advanced Research projects Agency, DARPA, Alexandria, VA 30 October 1999.

26. Barrett, R., and Lee, G., "Development of a Miniature Interceptor Technology Testbed," Final report submitted to the US Army Space and Missile Defense Command, Huntsville, AL, 30 October 1999.

27. Barrett, R., "Wind Tunnel Report on the LuMAV-1 Rotary-Wing Micro Aerial Vehicle," final program report for Lutronix Corporation for the DARPA Micro Aerial Vehicle Program 15 November 1999(restricted).

28. Barrett, R., "Hypervelocity Interceptor Technology Testbed (HITT) Adaptive Switchblade Actuator Mechanism (ASAM) Final Report, Schafer Corporation, Huntsville, AL 22 February 2000(restricted).

29. Barrett, R, " Wind Tunnel Test Results on the 1 ft Chord C-Block and Recurve Piezoceramic Actuator Flapped Rotor Blade Sections," final report submitted to the University of Michigan Mechanical Engineering Department, US Army Research Office Adaptive Rotor Project, 11 April 2000(restricted).

30. Barrett, R., "Hypersonic Interceptor Test Technology," Final Report to Schafer Corporation, Huntsville, AL 5 May 2000.

31. Clement, J., Brei, D., Maskalik, A., and Barrett, R., "Design and Characterization of Novel Piezoceramic C-Block Actuators for a Balanced Active Flap System," Final Report for DAAH04-96-1-0186, 31 October 2000. https://apps.dtic.mil/sti/pdfs/ADA384790.pdf

32. Barrett, R., "Micro Aerial Vehicle (MAV) Phase II Report," final report submitted to Lutronix Corporation for the DARPA Micro Aerial Vehicle Program, November 2000(restricted).

33. Barrett, R., "Hypervelocity Interceptor Technology Testbed Adaptive Switchblade Actuator Mechanism," Final Report submitted to the Space and Missile Defense Command, SMDC, Prime Contractor, Schafer Corporation, Huntsville, Alabama, February 2001, 37 pages (restricted).

34. Barrett, R., "Design and Fabrication of a 25mmø Projectile Wind Tunnel Model with Piezoelectrically Actuated Fixed Switchblade Fins," final report on US Army, 8 October 2001, 28 pages (restricted).

35. Barrett, R., Fidler, K., and Burger, C., "Flight Dynamics Report of the XQ-138," Singapore Technologies Aerospace Corporation, Jalan Boon Lay Singapore, 30 October 2001.

36. Barrett, R., "Lutronix Micro Aerial Vehicle Stability and Control Modeling with Gust Survey Data and Models," Interim Report submitted to the Defense Advanced Research Projects Agency, DARPA, Prime Contractor, Lutronix Corporation, Del Mar, California, November 2001, 23 pages (restricted).

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

36

37. Barrett, R., "Micro Aerial Vehicle (MAV) Phase II Report," Final Report submitted to the Defense Advanced Research Projects Agency, DARPA, Prime Contractor, Lutronix Corporation, Del Mar, California, November 2001, 81 pages (restricted).

38. Barrett, R., Fidler, K., and Burger, C., "XQ-138 Flight Readiness Review and Technology Maturity Report," Singapore Technologies Aerospace, Jalan Boon Lay, Singapore 15 January 2002.

39. Barrett, R., Fidler, K., and Burger, C., "Flight Test Report of the XQ-138," Singapore Technologies Aerospace Corporation, Jalan Boon Lay Singapore, 26 February 2002.

40. Lee, G. and R. Barrett, "The XQ-138 Convertible Mini Aerial Vehicle," published by Micro Autonomous Systems, LLC, Del Mar, California, June 2002, 97 pages (restricted).

41. Barrett, R. "Independent Survey of Traffic Flow Characteristics in Auburn, Alabama," published by Crime and Accident Victims of Auburn, Auburn, Alabama 8 August 2002, 64 pages.

42. Barrett, R., and Lee, G., "Shipborne Countermeasure Range Extended Adaptive Munition (SCREAM)," Final Report to the Defense Advanced Research Projects Agency, Alexandria VA, via Lutronix Corporation, Del Mar, CA, 30 October 2002.

43. Barrett, R., "Phase I Evaluation of the Moller M400 Skycar," evaluation report to Singapore Technologies Aerospace, Ltd., Jalan Boon Lay, Singapore, December, 2002, 15 pages (restricted).

44. Barrett, R., "Piezoelectronically Activated THUNDER Control Surfaces for Miniaturized Munitions," Final Report to QorTek Corporation of Willismsport, PA for TACOM-ARDEC, Picatinny Arsenal, NJ 5 August 2003.

45. Barrett, R. "Piezoelectrically Activated Thunder Control Surfaces for Miniaturized Munitions," Final Report to the United States Air Force, Prime Contractor, QorTek, Inc., of Williamsport, Pennsylvania, Contract No. FO8630-01-C-0058, August 2003, 31 pages (restricted).

46. Barrett, R. M., "A Pattern of Mishandling of Patentable Technology at AU: A Review and Response to Auburn University's Office of the Vice President for Research," Barrett Aerospace Technologies Technical Report, Vol. 1, No. 1, Oct. 2003, 95pp.

47. Barrett, R. M., "Further Details on Mishandling of Patentable Technology at AU: A Detailed and Substantiated Response", Barrett Aerospace Technologies Technical Report, Vol. 2, No. 1, Feb. 2004, 28 pp.

48. Barrett, R., "Fast Steering Mirror Actuator," Final Report Submitted to Radiance Technologies, Inc., Huntsville, AL 1 August 2008.

49. Barrett, R., "Adjustable Size Inlet System (ASIS)," Final report to Thomas International, Kansas City, MO 30 November 2009.

50. Barrett, R., "An Assessment of the patentability of US 11/462/177," Report rendered to USPTO and Silverlit Manufactory of Hong Kong, 26 June 2010.

51. Barrett, R., "An Assessment of the patentability of EP 1 843 944 and 1 893 314," Report rendered to European patent office and Silverlit Manufactory of Hong Kong, 17 June 2012.

52. Barrett, R., "Due Diligence Study on the ASIS System and Embodiments thereof,"  Final report to Thomas International, Kansas City, MO 29 June 2012.

53. Barrett, R., "Patent Search and Technology Assessment on ASIS Technologies," Final report to Thomas International, Kansas City, MO 5 August 2013.

54. Bennett, C., Matamoros, A., Barrett, R., and Rolfe, S., "TPF-5(189): Enhancement of Welded Steel Bridge Girders Susceptible to Distortion-Induced Fatigue," Transportation Pooled Fund Study TPF-5 (189), Structural Engineering and Engineering Materials SM Report No. 106, January 2014. DOI: 10.13140/2.1.1067.1688

55. Bennett, C., Liu, H., Matamoros, A., Li, J., Barrett, R., and Roelf, S., "Improving Infrastructure Sustainability I: Extending Useable Lives of Steel Bridges by Halting Distortion- Induced Fatigue Crack Propagation Using Pretensioned Bolts and Plate Washers," Kansas Department of Transportation Report KU-11-3, Structural Engineering and Engineering Materials, SM Report 109, September 2015.

**RONALD M. BARRETT**
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

37

56. Liu, Hao, Bennett, C., Matamoros, A., Li, J., Barrett, R., and Rolfe, S., "Improving Infrastructure Sustainability 1: Extending Useable Lives of Steel Bridges by Halting Distortion-Induced Fatigue Crack Propagation Using Pretensioned Bolts and Plate Washers," K-Tran: KU-11-3, January 2016.

57. Bun, H. B., Bonet, E., Matomoros, A., Bennett, C., Barrett, R., Li, J., and Rolfe, S., "Improving Infrastructure Sustainability 2: Repairing Existing Fatigue Cracks in Steel Bridges Using Carbon Fiber Reinforced Polymer Materials," K-Tran: KU-11-5, January 2016.

58. Barrett, R. M., (Editor) & Schumacher, L. N. (Assistant Editor) (2019). Journal of Management and Engineering Integration, 12(1), Summer, 2019, 184pp. https://www.journalmei.com/

59. Barrett, R. M., (Editor) & Schumacher, L. N. (Assistant Editor) (2019). Journal of Management and Engineering Integration, 12(2), Winter, 2019, 90pp. https://www.journalmei.com/

60. Barrett, R. M. (2020). Proceedings of the International Conference on Industry, Engineering and Management Systems, March 15- 17, 2020 (1st ed., Vol. 26). Turlock, CA: International Engineering and  Management Systems. https://608d8bb9-5325-4efa-8c14-653f8f06544f.filesusr.com/ugd/f76c8e_8da9ae8feb9e4f2d91bcf9fd559b2238.pdf

61. Barrett, R. M. (2020). Journal of Management and Engineering Integration. Journal of Management and Engineering Integration,                       13(1).                       https://6179c4c4-3616-4341-bad4-06afeeb22e14.filesusr.com/ugd/f76c8e_473a1e3ce4e344fda99a5d6d2041276e.pdf

62. Barrett, R. M. (2020). Journal of Management and Engineering Integration. Journal of Management and Engineering Integration,                       13(2).                       https://6179c4c4-3616-4341-bad4-06afeeb22e14.filesusr.com/ugd/f76c8e_194c0fe1a1054e098e43044d9ad80069.pdf

63. Barrett, R., and Catlett, R, "Opinion of the State of Kansas Conference of the American Association of University Professors in the matter of the Dismissal of Tenured Professor from Washburn University," 20 June 2021.

64. Barrett, R., "Advanced Actuators for Aerospace Systems," Special Issue for Actuators ISSN 2076-0825, MDPI, 15 November 2022.  https://www.mdpi.com/journal/actuators/special_issues/aerospace_actuators

RONALD M. BARRETT                                                                                      38
PROFESSOR OF AEROSPACE ENGINEERING, FELLOW, NATIONAL ACADEMY OF INVENTORS
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

**3.3.2 SELECTED OPEN & TECHNICAL PRESS ARTICLES, RADIO & TELEVISION INTERVIEWS DETAILING TECHNICAL WORK**

1. Howard, Cody, "KU Aerospace Engineering Students Continue Excellence in National Design Competitions," University of Kansas KU News, 15 September 2022.

2. Lawhorn, Chad, "KU engineering students win the 'pinnacle' of aerospace design competitions; school tops all-time rankings for wins," Lawrence Journal World, Lawrence, Kansas 29 November 2021.

3. Hale, Libby, "KU aerospace engineering takes first in international design competition," University Daily Kansan, Lawrence, Kansas, 8 November 2021.

4. Belshe, S., "Engineering Students Take Home Top Prizes at Aerospace Competitions," University Daily Kansan, Lawrence, Kansas 20 September 2018.

5. Kite, A., "KU Aviation Team Moves Forward in Boeing Competition," Kansas City Star, Kansas City, Missouri 22 June 2018.

6. Kite, A., "'Pod Racer,' Meets Reality? Kansas U Aviation Team Advances in Boeing Competition," The Star Online, Kansas City Star, Kansas City, Missouri 21 June 2018.

7. Dattillio, N., "KU Aerospace Students Win 1st Prize for Creating Hovercraft," WIBW TV 13, Topeka, Kansas 15 June 2018.

8. KOMO Staff, "Boeing Picks Top 10 'Thrilling' Designs for Personal Flying Machine," KVAL Eugene Oregon, 14 June 2018.

9. Stewart, J., "Boeing's $2 Million Challenge to Make the Sky Fun Again - 'Flying Motorbikes,'" Wired Magazine, 14 June 2018.  with

10. Anon., "GoFly Announces 10 Winners in Phase I of the $2M Competition," Boeing Corporation News, 14 June 2018.

11. Hawkens, A., "Here are the Finalists for Boeing's $2 Million 'Personal Flying Device' Contest," The Verge, 14 June 2018.

12. Street, F., "Personal Flying Machine Designs Revealed in Boeing GoFly Contest," Cable News Network, CNN, 15 June 2018.

13. Margaritoff, M., "Boeing-Sponsored GoFly Design Competition Selects 10 Passenger Drone Concept Winners," The Drive, 14 June 2018.

14. Schafer, J., "Team KU Advances in Boeing's Global Personal Aircraft Design Contest," Kansas Public Radio, KANU FM 91.5, 14 June 2018.

15. Shepherd, S., "KU Students Nab Top Prize at International Spacecraft Design Competition," Lawrence, Journal World, Lawrence, Kansas 14 December 2017.

16. Schafer, J., "KU Aerospace Engineering Students Dominate International Design Competition," Kansas Public Radio, KANU FM 91.5, 13 September 2017.

17. Anon., "Aerospace Students Claim Top Spot in International Competition," College News Updates, 14 - 21 August 2017.

18. Shepherd, S., "Screamin' Dingo Plane Design Earns International Award for KU Engineering Students," Lawrence, Journal World, Lawrence, Kansas 1 January 2017.

19. Thompson, A., "Meet the Incredibly Fast Quadcopter Shaped Like a Rocket," Popular Mechanics, 3 August 2016.

20. Vincent., J. "The QuadRKT is Half-Quadcopter, Half-Missile and Built for Speed," Circuit Breaker, 3 August 2016.

21. Schafer, J., "KU Aerospace Students Design Next Gen. Space Station; Why Their Plan is Better than Yours," Kansas Public Radio, KANU FM 91.5, 13 April 2016.

22. Williams, Mará Rose, "KU Aerospace Engineering Students Soar in Aircraft Design Competition," Kansas City Star, Kansas City, Missouri 28 December 2014.

23. Shepherd, S., "Graduates from KU's Aerospace Design Team Win Numerous Awards," Lawrence, Journal World,

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

39

Lawrence, Kansas 2 October 2014.

24. Schafer, J., "KU Aerospace Students Win International Awards," Kansas Public Radio, KANU FM 91.5, 29 September 2014.

25. Schafer, J., "University of Kansas Takes Multiple Aircraft Design Awards," KANU FM 91.5, 9 October 2013.

26. Garrison, A., "Student's Aircraft Design Wins Top Honor," Lawrence Journal World, Lawrence, Kansas 3 October 2012.

27. Anon., "Univ. of Kansas Students Dominate Competition," Aerospace Manufacturing and Design, 1 October 2012.

28. Schafer, J., "University of Kansas Students Sweep Individual Aircraft Design Awards," KANU FM 91.5, 28 September 2012.

29. Hambling, D., "Awesome, Tiny Planes: Micro Air Vehicles Spotlight," Popular Mechanics, 19 April 2010.

30. Schafer, J., "University of Kansas Wins Top Design Awards," KANU FM 91.5, 5 October 2009.

31. Lopez, R., "The Revolution will not be Piloted," Class I Micro UAVs, Popular Science Magazine, June 2003, pp. 61.

32. LaFranchi, P., "UAV Directory 2006," Flight International, 22 - 28 August 2006, pp. 58.

33. Anon., "Award Rewarding for AU Researcher," *Opelika-Auburn News,* Vol. 94, No. 283, Monday, 7 December 1998, pp. A1,2.

34. Anon., "'Smart' Bullet in Development," Marion Star and Mullins Enterprise, Marion, SC 2 December 1998.

35. "Auburn University's Leading Authorities," published by Auburn University Relations Department, Auburn, AL, pp. 2 - 3, 1998.



36. "Current Events," *Auburn Magazine,* published by Auburn University Outreach Office, Auburn, AL, vol. 5, no. 3, Fall 1998, pp. 46 - 50.

37. "Superkogels Altijd Raak," *Kijk,* Nederlands Uitgeversverbond Groep Publieks - en opinietijdschriften, August 1998, pp. 4 - 9.

38. "Tiny Planes, Big Tasks," *Compressed Air,* Ingersoll - Rand, Bryan, Ohio, Vol. 103, No. 5, July - August 1998, pp. 14 - 20.

39. "Composites Add New Twist to Minihelicopter Rotor System," *High Performance Composites,* Vol. 6, No. 3, May/June 1998, pp. 88 - 90.

40. "AU Engineer Wins Award," *Opelika-Auburn News,* Vol. 94, No. 147, Monday, 22 June 1998, pp. A1,2.

41. "AU Engineer Wins Discover Award," *Opelika-Auburn News,* Vol. 94, No. 145, Friday, 19 June 1998, p. A2.

42. "In Surveillance, Smaller is Better, Auburn Professor Design, Builds Miniature Helicopter," *The Birmingham News,* Vol. 111, Edition 396, Section, 8, Thursday, 18 June 1998, pp. D1, D3.

43. "Auburn Professor Revolutionizing Aerospace," Channel 9 Columbus, GA *Nightline*, 10:00 pm CST, 6/17/98.



44. "Auburn Engineer Receives Award," *Business, Montgomery Advertiser,* Vol. 171, No. 168, 17 June 1998, p. 7C.

45. "1998 Discover Award for Aviation and Aerospace Winner: Auburn University's Solid State Adaptive Stabilator, Whirly Like a Bird, Innovator: Ron Barrett," *Discover Magazine*, Vol. 19, No. 7 July 1998, pp. 56 - 57.

46. "Composites Add New Twist to Minihelicopter Rotor Design," *Focus on Design, High Performance Composites,* Ray Publishing, Inc., May/June 1998, pp. 88 - 90.

47. "AU Engineer Named as Finalist for Tech Innovation Award," *Opelika-Auburn News,* 10 April 1998.

48. "AU Researcher Finalist for *Discover Magazine* Award," Auburn University News, 9 April 1998.

49. "Researchers Make Sensitive Aircraft," *The Discover Channel Europe*, Europe-wide airing 4 April 1998.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

40

50. "Smart Bullet may Change the Nature of War," *The Learning Channel,* U.S. wide airing 26 March 1998.

51. "Jetzt wird das Flugzeug neu erfunden!," *PM Magazin,* Gruner + Jahr AG, München, Duitsland, C5844E, Februar 1998, p. 6 - 11.

52. "Snigskyttens nye kugle finder selv sit bevægelige mål," *Illustreiret Videnskab,* Specialmagasiner A/S, København, Dansk, Nr. 12 1997, p. 22.

53. "Die Kugel die auf Laserstrahlen reitet," *PM Magazin,* Gruner + Jahr AG, München, Duitsland, C5844E, 22 Augustus 1997, p. 44.

54. "Five Easy Pieces," *Popular Science Magazine,* published by Times Mirror Magazines, New York, Ny, Vol. 251, No. 3 September 1997, pp. 88, 89.

55. "Smart Bullet," *Popular Science Magazine,* published by Times Mirror Magazines, New York, Ny, Vol. 251, No. 2 August 1997, p. 16.

56. "Flight Control Steers Bullets on the Horizon," *Machine Design,* Penton Publishing, Vol. 69, No. 14, 24 July 1997, p. 50.

57. "Neue Hubschrauber Rotor-blätter mit Gedächtnis," *PM Magazin,* Gruner + Jahr AG, München, Duitsland, C5844E, 25 Juli 1997, p. 56.

58. "New Munition Could Replace Some Missiles," *Aviation Week and Space Technology,* McGraw-Hill, New York, NY, Vol. 146, No. 27, 30 June 1997 p. 49.

59. "Smart Bullets, Hitting the Mark," *CNN Technology Watch,* 5 June 1997.

60. "The Barrel-Launched Adaptive Munition," *ABC News.Com Internet News Service* 4 June 1997.

61. "Barrel-Launched Adaptive Munition," *BBC World News Radio Service,* London, UK 10 April 1997.

62. "The Guided Bullet, Barrel-Launched Adaptive Munition," *FM Radio 702 Morning Show, Johannesburg, South Africa,* 28 May 1997.

63. "Barrel-Launched Adaptive Munition," *WSFA Channel 12 Montgomery,* 6 May 1997.

64. "Barrel-Launched Adaptive Munitions, Changing the Nature of War," *BBC Five Alive Radio Show,* London, UK, 9 April 1997.

65. Proctor, Paul, "Adaptive Rotor Makes First Flight," *Aviation Week and Space Technology,* McGraw-Hill, New York, NY, Vol. 146, No. 13, 31 March 1997. p. 47.

66. "Adaptive Aerostructures, First Flight," *Discovery Channel Europe,* Tel-Aviv, Israel, 29 March 1997.

67. "Innovative Rotor Developed by Auburn Engineering Students," *The Institute*, published by the IEEE, Vol. 20, No. 10, October, 1996.

68. "Helicopter Rotor Does the Twist," *Mechanical Engineering,* published by the American Society of Mechanical Engineers, New York, NY Vol. 118, No. 9, September 1996, pp. 25 - 26.

69. "Rotor Design Patented," *Naval Aviation News*, published by the U.S. Navy, Office of Naval Operations, Washington, D., August 1996, p. 9.



RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

41

70. "Bendy Blades Cut Rotors Down to Size," *New Scientist*, published by IPC Magazines, London, England, Vol. 151, No. July 1996, p. 21.

71. "Helikopter krijgt intelligente weiken*," Intermediare*, *Rijnsburgstraat* 11, 1059 AT Amsterdam, Nederland, 2 Augustus 1996, p. 31.

72. "Adaptive Rotor Design Wins U.S. Patent," *Rotor and Wing*, published by Phillips Business Information, Inc., Potomac, Vol. 30, No. 5, May 1996, p. 16.

73. "Adaptive Materials Simplify Copter Rotor," *Eureka, Research Development Magazine*, published by Cahners Publishing, Plaines, IL, Vol. 38, No. 7, June 1996, p. 92.

74. "'Smart' Rotor Reduces Maintenance," *AU Report*, Vol. 29, May 27, 1996, Auburn, Alabama, p. 3, & Auburn Research, 1996, p. 1.

75. "Smart Helicopter Blades," *Compressed Air*, Vol. 101, No. 4, Ingersoll-Rand Company, Washington, NJ, June 1996, p. 3.

76. "Put Smart Technology into Adaptive Composites," *Technical Alert*, Technical Insights, Inc., Englewood, NJ, 26 April 1996,



2038,

Md,

*and*
Des

No. 10,
Spring

*Insights*
p. 1.

77. "Smart Materials Make for Stealth Copters*," Army Times*, Army Times Publishing, Springfield, VA, Vol. 56, No. 39, 22 April 1996, p. 16.

78. "Solid State Rotor Tested*," Aviation Week and Space Technology*, published by McGraw-Hill, Inc. NY, NY April 15, 1996, p. 46.

79. "AU Engineers Take Lead in Developing 'Smart' Rotor," *The Opelika-Auburn News*, published by The Opelika-Auburn Publishing Company, Vol. 92, No. 88, Sunday, April 14, 1996, p. A-2. [6]

80. "Solid State Rotor System and Twist-Active Wings," *Active Sound and Vibration Control News*, published by Tech Pubs, Inc. Columbia, MD, Vol. 03, No. 4, April, 1996.

81. "Piezo Actuators," *Model Builder Magazine*, published by Gallant Models, Inc. Capistrano Beach, CA, Vol. 25, No. 7, April 1996, pp. 12, 14, 88.

82. "Technology May Give Helicopters Stealth, Survivability," *Defense News* (cover story), published by the Army Times Publishing Co., Springfield, VA, Vol. 11, No. 13, April 1 - 7, 1996, pp. 1, 58.

83. "Intelligente materialien," *P.M. Magazin* Interessantes Magazin, published by Gruner + Jahr AG & Co. Druck - und Verlagshaus Verlagsgruppe, München, Deutschland, 22 Dezember 1995, p. 108.

84. "Smart Plane," Free Flight*, The National Free Flight Society Digest*, published by the National Free Flight Society, Davis, CA, Vol. 29, No. 10, December 1995, p. 2.

85. "'Smart' Technology Enables Model Flight," *Auburn Engineering*, published by the Auburn University School of Engineering, Auburn, AL, Vol. 6, No. 2, Fall 1995, p. 6.

86. "Flight Without Flaps, "*The Kansas City Star*, published by ABC Inc., Kansas City, Missouri, Vol. 115, Sunday, September 10, 1995, p. J-6.

87. "The Unflappable Mothra," *Popular Mechanics*, published by the Hearst Corporation, New York, NY, September, 1995, p. 30.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                   42
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

88. "Smart Plane," *Discover Magazine*, published by Walt Disney Magazine Publishing Group Inc., New York, NY, August 1995, p. 29.

89. Eyes Stealthy, Flexible Airframes," *Defense News* (cover lead story), published by the Army Times Publishing Co., Springfield, VA, 29 May 1995, pp. 1 & 36.

90. "Auburn Flies Solid-State Aircraft," *Huntsville Times*, Huntsville, AL, 15 May 1995, p. D-2.

91. "Engineers Develop Futuristic Glider," *Auburn Plainsman*, published by Auburn University, Auburn, AL, 11 May 1995,  p. B-3.

92. "First Smart Materials Flight," *Inside R & D*, published by Technical Insights, Inc., Englewood, NJ, 10 May 1995, p. 1.

93. "Auburn Engineers Achieve a First in 'Smart Materials' Flight," *Auburn University News*, published by Auburn University, Auburn, AL, 28 April 1994.

94. " Auburn Engineers Achieve First Smart Materials Flight," *The Opelika-Auburn News*, published by Opelika-Auburn News, Inc., Opelika, AL,  5 May 1995, p. A-2.

95. "Materials Science: Smart Materials*," The New Illustrated Science and Invention Encyclopedia*, published by H.S. Stuttman, Inc., Westport, CT,1994, pp. 153 - 156.

96. "Ph.D. Candidate Borrows Design from the Ocean," *Kansas Engineer Magazine*, published by the University of Kansas School of Engineering, Lawrence, KS, May 1992, p. 17.

97. "Smart Materials: Creating Systems that React," *Research and Development Magazine*, Cahners Publishing, Co., Denver, CO, April 1992, pp. 54 - 60.

98. "Future Ships Could Swim Like Fish," *Popular Mechanics*, published by the Hearst Corporation, New York, NY, February, 1992 p. 12.

99. "University of Kansas Tested a Smart Missile Wing," *Speed News*, published by Airport Technology International, London, England,  7 Feb. 1992, p. 1.

100. "Smart Materials May Make for a Smoother Ride," *Business Week*, published by McGraw-Hill Inc., New York, NY, 27 January 1992, p. 71.

101. "Smart Structures Go With the Flow," *Oread Magazine*, published by the University of Kansas, Lawrence, KS, 24 January 1992, p. 2.

102. "KU Student's Tadpole Attracts National Attention," *University Daily Kansan*, published by the University of Kansas, Lawrence, KS, 17 January 1992, p. 1.

103. "Student's High-Tech Hobby Subject of Magazine Article," *Lawrence Daily Journal World*, Lawrence, KS, 9 January 1992, p. 1.

104. " Piezoelectric Elements can Guide Missiles into Targets, Keep Juice Out of Your Lap*," Research and Development Magazine*,  published by Cahners Publishing, Co., Denver, CO, November 1991, p. 102.

105. "One Day, Boats May Wiggle Like Fish*," Research and Development Magazine*, published by Cahners Publishing, Co., Denver, CO  August, 1991.

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING

43

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

### 3.3.3 SELECTED MINOR OPEN PROCEEDINGS

1. Barrett, R., "Pressurized Composite Structural Tubes," Third Prize Winner at the American Institute of Aeronautics and Astronautics Region V Conference, Saint Louis, MO, 14 April 1987.

2. Barrett, R., "A Theoretical and Experimental Investigation of an Efficient Rotor Tip-Jet Propulsion System," Third Prize Winner at the American Institute of Aeronautics and Astronautics Region V Conference, Denver, CO, 15 April 1988.

3. Barrett, R., "Active Structures Development Using Isotropic Elements to Produce Bending and Twist Deflections in Coupled and Uncoupled Substrates," Proceedings of the AIAA Region V Conference, Ames, IA, April, 1991.

4. Barrett, R., "Aeroservoelastic Characteristics of All-Moving Adaptive Flight Control Surfaces," proceedings of the 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA,  May 8 - 10, 1995, published by VPI, Blacksburg, VA. pp. 215 - 224.

5. Barrett, R. and Stutts, J., "Adaptive Composites for Active Flight Control Surfaces," proceedings of the American Society of Mechanical Engineers Winter Annual Meeting, Atlanta, GA 17 - 22 November 1996.

6. Simmons, G., Bennett, C., Matomotos, A., Barrett, R., and Rolfe, S., "18. Improving the Fatigue Performance of Drilled Holes in Steel Bridges through Use of Mechanical Treatments," Enhancement of Welded Steel Bridge Girders Susceptible to Distortion-Induced Fatigue, p. 388, January 2014.


## 3.4 SCHOLARLY PRESENTATIONS

### 3.4.1 INVITED LECTURES

1. Barrett, R., "Intelligent Rotor Blade Actuation through Directionally Attached Piezoelectric Crystals," National Runner-Up and Winner of the Southeast Region Robert Lichten Award for the Best Technical Paper at the 46th American Helicopter Society National Conference and Forum, Washington, D.C., May, 1990.

2. Barrett, R., "Active Composite Torque-Plate Fins for Subsonic Missiles," invited paper presented at the Dynamic Response of Composite Structures conference, New Orleans, LA, August 30 - September 1, 1992.

3. Barrett, R., "Aeroservoelastic Characteristics of All-Moving Adaptive Flight Control Surfaces," invited paper presented at the 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA,  May 8 - 10, 1994.

4. Barrett, R., "Aerospace Smart Structures, Engineering Education and the Coming Revolution," Invited Paper presented at the 34th Aerospace Sciences Meeting and Exhibit, Reno, NV 15 - 18 January 1996.

5. Barrett, R., "Flight Control Applications of Adaptive Aerostructures," invited lecture and associated technical exhibition adn demonstration at the NASA Langley Research Center Workshop on Enabling Technologies for Smart Aircraft Systems," May 14 - 16, Hampton, VA 1996.

6. Barrett, R., and Cook, G., "The Solid State Adaptive Rotor, Design, Development and Implications for Future Rotorcraft," (Invited) proceedings of the NATO/AGARD Flight Vehicle Integration Panel Symposium on Advances in Rotorcraft Technology, Ottawa, Canada, 27 - 30 May 1996.

7. Barrett, R., "Adaptive Aerostructures, Flight Control Configurations, Performance and Active Projects," invited colloquium at the Ohio State University School of Engineering, Columbus, Ohio 30 May 1996.

8. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control," invited colloquium at The University of Oklahoma, School of Aerospace and Mechanical Engineering, Norman OK 21 June 1996.

9. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control," invited colloquium at Vanderbilt University School of Engineering, Nashville, Tennessee, 26 September 1996.

10. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control, invited colloquium at The University of Florida School of Engineering, Gainesville, FL 25 October 1996.

11. Barrett, R., Frye, P, and Schliesman, M., Design, Development and Testing of a Solid State Adaptive Rotor, invited paper presented at the  Indian Institute of Science, Bangalore, India 11 - 14 December, 1996. Keynote Address delivered at the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 11 - 14 December 1996.

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

44

12. Barrett, R., "Adaptive Aerostructures -- Challenges for the 21st Century," invited position paper and lecture presented at the Engineering and Physical Sciences Research Council and the Institution of Mechanical Engineers First World Expert Meeting on Smart Structures, Sheffield, England, 23 - 25 February, 1997.

13. Barrett, R., "Barrel-Launched Micro Aerial Vehicles: Challenges, Designs and Opportunities," invited lecture at the Micro Air Vehicle Applications to Indigenous Targeting for Missile and Cannon Launch Platforms workshop, Aberdeen Proving Ground, Aberdeen, MD 22 April 1997.

14. Barrett, R., Adaptive Materials and Adaptive Aerostructures  Keynote/Invited Lecture delivered at the 1st European Aerospace Propulsion Conference, London, United Kingdom 8 - 9 December 1997.

15. Barrett, R., "The Solid State Adaptive Helicopter Rotor, Configurations, Design and Performance," 21st International Center for Actuators and Transducers, Smart Actuator Symposium, The Pennsylvania State University, 24 April 1997.

16. Barrett, R., "Adaptive Materials and Aerostructures in Engine Construction," Invited lecture delivered at the Aerospace Propulsion Conference, produced by H. Silver and Associates, London, UK 8 - 9 December 1997.

17. Barrett, R., "Adaptive Aerostructures -- the Coming Revolution in Aircraft Flight Control," Invited Lecture delivered at Sowerby Research Center, British Aerospace Corporation, Bristol, United Kingdom, 27 August 1997.

18. Barrett, R., "Recent Advances in Adaptive Aerostructures: Designing for Flight Control," invited paper, lecture and demonstrations at the 1st European Workshop on Smart Systems, Demonstrators, Concepts and Applications, Harrogate, UK, 6 - 8 July 1998.

19. Barrett, R., "Adaptive Aerostructures - the Coming Revolution in Aircraft Flight Control," Invited Lecture delivered at the School of Aeronautics and Astronautics, Purdue University, West Lafayette, IN, 22 October 1998.

20. Barrett, R., "Adaptive Aerostructures," invited technical lecture at the Tri-State Engineering Socities Meeting, The Engineering Societies of Alabama, Louisiana and Mississippi, Sandestin, FL 20 - 23 June 1999.

21. Barrett, R., "Adaptive Munition Design, Development and Testing," invited paper delivered at the Future Challenges in Precision Munitions Actuators and Power Technical Directors Conference, Picatinny Arsenal, NJ, 18 August 1999.

22. Barrett, R., "Range Extended Adaptive Munition Design, Development and Testing," invited paper presented to DARPA program manager Dr. Rich Wlezien, DARPA Headquarters, Arlington, VA, 31 August 1999.

23. Barrett, R., "Urban Micro Aerial Vehicle Design, Fabrication and Testing," invited lecture delivered to DARPA program manager Dr. Sam Wilson, DARPA Headquarters, Arlington, VA 23 September 1999.

24. Barrett, R., "Urban Micro Aerial Vehicle Design, Performance and Testing," invited paper presented at the 1st MAV PI Meeting, MacDill AFB, FL, 2 December 1999.

25. Barrett, R., "Range Extended Adaptive Munition Design," invited paper presented to US Army Personnel, Picatinny Arsenal, NJ 2 May 2000.

26. Barrett, R., "The Future of Combat – Guided Bullets and Micro Aerial Vehicles," briefing to the US Army Deputy Undersecretary of Defense for Acquisition and Logistics, 12 June 2000.

27. Barrett, R., "LuMAV-3A The World's Smallest Rotary-Wing UAV, Design, Fabrication, Flight Test and Performance,"invited  presentation delivered to the US Marine Corps, Army, Navy, Air Force and DARPA personnel to accompany the final flight demonstration of the program, 17 September 2000.

28. Barrett, R., "Range Extended Adaptive Munition Design," invited paper presented to US Army Personnel, Picatinny Arsenal, NJ 28 September 2000.

29. Barrett, R. and Lee, G., "Design Criteria, Aircraft Design, Fabrication and Testing of Sub-Canopy and Urban Micro-Aerial Vehicles," proceedings of the AIAA/AHS International Powered Lift Conference, Alexandria, Virginia, 1 November 2000.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                          45
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

30. Barrett, R., "Recent Advances in Adaptive Aerostructures for UAVs," Keynote Lecture at AeroIndia 2001, Yelahanka Air Force Base, India, 9 February 2001.

31. Barrett, R., "Range-Extended Adaptive Munition, Opportunities for the Hit-to-Kill (HTK) Mission," invited presentation to Dr. Mike Mattice of DARPA ATO and the HTK Working Group, Alexandria, VA, 18 April 2001.

32. Barrett, R., "Design Criteria and Future Potential for Urban Mini Aerial Vehicles," invited presentation delivered to Singapore Technologies Dynamics, 11 – 12 July 2001, Singapore.

33. Barrett, R., "Adaptive Aerostructures Demonstrators – Hover through Hypersonic," Invited  Lecture and demonstrators displayed for the technical community at the 4th European Demonstrators Conference, 10 – 15 December 2001, Edinburgh, Scotland.

34. Barrett, R., "Recent Advanced in Rotary and Fixed-Wing Uninhabited Aerial Vehicle Flight Control through Adaptive Aerostructures," invited presentation at the 35th International Center for Actuator Technology, Pennsylvania State University, University Park, Pennsylvania, 19 April 2002.

35. Barrett, R., "Range-Extended Adaptive Munition, Opportunities for the Hit-to-Kill (HTK) Mission," invited presentation to Dr. Mike Mattice of DARPA ATO and the HTK Working Group, Alexandria, VA, 13 May 2002.

36. Barrett, R., "UAV Design, Fabrication and Testing Capabilities in Auburn University's Adaptive Aerostructures Laboratory," Presentation to Lutronix Corporation, Del Mar, California 15 June 2002.

37. Barrett, R., "Advanced Adaptive Aerostructures for UAVs," invited lecture delivered to the Royal Military Academy of Belgium, 22 July 2002.

38. Barrett, R., "Advanced Adaptive Aerostructures for UAVs," invited lecture delivered to the Faculty of Aerospace Engineering, Technical University of Delft, Netherlands, 28 July 2002.

39. Barrett, R.M., "Developmental History of a New Family of Subscale, Convertible, High Performance UAVs," invited paper and lecture made at the Micro Aerial Vehicles -- Unmet Technological requirements workshop and conference, Schloß Elmau, Germany   22 - 24 September 2003.

40. Barrett, R.M., "New Designs for Convertible Subscale Adaptive UAVs and Supersonic MAVs," Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

41. Barrett, R.M., "Subscale Aircraft Design Evolution with Adaptive Materials from High Performance VTOL MAVs through Convertible UAVs," Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

42. Barrett, R.M., "Enabling Configurations and Adaptive Aerostructures for High Performance, Urban and Sub-Canopy MAVs," Novel Aircraft Designs Concepts for the 21st Century Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

43. Barrett, R., "Advanced Flexspar Actuator System," Invited Lecture, to Singapore Technologies Aerospace Corporation, Jalan Boon Lay, Singapore 3 January 2004.

44. Barrett, R., "Introduction to Adaptive Aerostructures with Practicum," Short Course and Practicum, Singapore Technologies Aerospace Corporation, ST Kinetics, ST Dynamics Jalan Boon Lay, Singapore 4 - 7 January 2004.

45. Barrett, R., "UAV Research, Development Unique Supporting Capabilities and Technologies," invited briefing to USARMY MICOM, Hunstsville, AL 25 January 2004.

46. Barrett, R., "Guided Bullet Sniper Weapon," Invited Presentation to DARPA ATO Office Manager, John Allen, Defense Advanced Research Projects Agency, Arlington, VA 25 August 2004.

47. Barrett, R., "Advanced Adaptive Flight Control Actuators for Hypersonic Munitions," Invited Presentation, delivered at Nielsen Engineering and Research (NEAR) and the Naval Surface Warfare Center, MountainView, California, 7 September 2004.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                46
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

48. Barrett, R., "National Geographic Television Channel Special 'Bullets,'" Invited Presentation and Documentary, filmed 25, 26 April 2005, first aired Sunday 18 September 2004.

49. Barrett, R., "Update on Selected Adaptive Aerostructures Topics, Programs & Technology," Invited Presentation., AFRL/MN, Eglin AFB, FL, 1 June 2005

50. Barrett, R., "Adaptive Wing Technology," Invited Lecture, Demonstrations and Program Summary, Boeing Phantom Works, Renton, Washington, 8 June 2006.

51. Barrett, R., "Adaptive Materials, Revolutionizing Aircraft Structures," Invited Lecture at the Royal Military Academy of Belgium, Brussels, Belgium, 10 February 2007.

52. Barrett, R., "Adaptive Aerostructures, An Overview," Invited Lecture at the Vrije Universiteit Brussel, Mechanics of Engineering Materials Department 13 February 2007.

53. Barrett, R., "Adaptive Aerostructures for Military Applications," Invited Lecture at the Royal Military Academy of Belgium, Sponsored by the Department of Ordnance Development, 28 March 2007.

54. Barrett, R., (Invited Lecture) "Glühareff Pressure Jet Engine: Past, Present and Future," invited, sponsored lecture at the US Air Force Research Lab (AFRL), Arnold Engineering and Development Center (AEDC), Tennessee, 20 March 2008.

55. Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Keynote Lecture at AeroIndia 2009, Yelahanka Air Force Base, India 12 February 2009.

56. Barrett, R., "Adaptive materials and aerostructures: revolutionizing uninhabited aerospace systems," (Invited Paper) Second International Conference on Smart Materials and Nanotechnology in Engineering, Proceedings Vol. 7493, Weihai, China, 8 - 11 July 2009.

57. Barrett, R., "Acoustic Vector Sensing for UAV/UAS Airborne Sense and Avoid," presentation to US Department of Justice, Office of Justice Programs, Washington, DC, 29 March 2010.

58. Barrett, R., "Tethered Hovering Platform for Law Enforcement," presentation to US Department of Justice, Office of Justice Programs, Washington, DC, 29 March 2010.

59. Barrett, R., "Billions to be $aved, Reducing USAF Legacy Fleet Aircraft Fuel Consumption," Invited Lecture presented to AMC Commander, General Vern Findley and AMC Chief Scientist Dr. Don Erbschloe Scott AFB, Illinois 28 February 2011. (Invited)

60. Barrett, R., Honea, R. (TRI Director), Bowers, A. (NASA Dryden Dep. Tech. Director), Voracek, D. (NASA Dryden Chief Technologist), Fisher, S. (President, Ikhana Corp.), White, E. (Director, Boeing Integrated Defense Systems), Anemaat, W. (President, DAR Corp.), and Roskam, J. (Emeritus Distinguished Professor), "Adaptive Aerostructures for Air Mobility Fleet Fuel Efficiency Enhancement," Invited Lecture and Juried Research Proposal presented to USAF Chief Scientist, Dr. Kevin Geiss, AMC Commander, General Vern Findley, AMC Chief Scientist Dr. Don Erbschloe and AFRL Fuel Efficiency Science Advisory Board, Scott AFB, Illinois 29 June 2011. (Invited)

61. Barrett, R., Honea, R., and Denning, M. and Cranking, P., "Supra-Hovering Armed Force Terminators (SHAFT)," invited presentation delivered to the US Special Operations Command, MacDill Air Force Base, FL 30 March 2012.

62. Barrett, R., Honea, R., "Adaptive Aerostructures for USAF Fleet Fuel Efficiency Enhancement," invited presentation delivered to the Undersecretary of the US Air Force for Fuel Efficiency, Dr. Kevin Geiss, The Pentagon, Virginia, 5 April 2012.

63. Barrett, R., Honea, R., "Adaptive Aerostructures for USAF Fleet Fuel Efficiency Enhancement," invited presentation delivered to the Deputy Director for Innovation, Mr. John Jennings, The Pentagon, Virginia 23 October 2012.

64. Barrett, R., Honea, R., and White, E., "Adaptive Aerostructures for USAF Aircraft Fuel Efficiency Enhancement," invited presentation delivered to the USAF Research Lab, Wright-Patterson Air Force Base, Dayton, Ohio, 16 November 2012.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                            47
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

65. Barrett, R., Honea, R., and White, E., "Near-Term Fuel Efficiency Enhancement of the B-52 Fleet using Smart Aerostructures," invited presentation delivered to the USAF Chief Scientist of Global Strike Command, 18 December 2012.

66. Barrett, R. and Barrett, C., " Biomimetic FAA-Certifible, Artificial Muscle Structures for Commercial Aircraft Wings," Invited Lecture and Presentation at the 7th World Congress on Biomimetics, Artificial Muscles and Nano-Bio (BAMN2013), Jeju Island, South Korea, 26 - 30 August 2013.

67. Barrett, R., and Barrett C., " Revolutionary Adaptive Aerostructures, Changing Flight via Nature's Analogs for Dramatic Fuel Savings," 1st international Conference and Exhibition on Mechanical and Aerospace Engineering, San Antonio, Texas, 30 September – 2 October 2013.

68.  Barrett, R., "FAR 23/25 Certifiable Adaptive Structures: Enabling High CLmax and Inherent Gust Rejection via Mother Nature's Example," Invited Presentation to Wichita Section of the AIAA, Wichita, Kansas, 6 November 2013.

69. Shuler, A., and Barrett, R., "Flight Demonstration of ArcFlex Weapon System Elevon Flight Control Surface," Ft. Sill, OK, 16 December 2013.

70. Barrett, R. (2015). Statistical Time and Market Predictive Engineering Design (STAMPED) Techniques for Preliminary Aircraft Sizing, CEAS2015-206. In 5th Annual Challenges in European Airspace Conference (CEAS) Conference, Delft, Holland. (Refereed) 7-11 Sept 2015

71. Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS INSPIRED BY BOTANICAL THERMOTROPISM. In Proceedings of the ASME 2016 Conference on Smart Materials, Adaptive Structures and Intelligent Systems (SMASIS) (pp. SMASIS2016-9105). Washington, D.C.: American Society of Mechanical Engineers. http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589293 September (Refereed) 18 - 20, 2016.

72. Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS: THEORY AND APPLICATION. In Proceedings of the ASME 2016 Conference on Smart Materials, Adaptive Structures and Intelligent Systems (SMASIS) (pp. SMASIS2016-9014). Washington, D.C.: American Society of Mechanical Engineers. http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589286 (Refereed) September 18 - 20, 2016.

73. Barrett, R., and Schumacher, L., "Adaptive Munitions and Convertible Weapons, Historical Overview, Army/DARPA Projects and Implications for Aerial Gunnery," presented at the USAF Munitions Directorate, AFRL/MN, 23 March 2017.

74. Barrett, R. M. (2018, January 31). "The XQ-138 and -139 Families of Convertible UAVs: Fast, Maneuverable and Durable for CUAS Missions,". US Special Forces Command, USSOCOM, ThunderDrone RPE II: Counter-Small Uninhabited Aerial Systems,, Tampa, Florida, Supported SOCOM's counterdrone efforts with display and flight demonstrations.

75. Barrett, R. M., & Schumacher, L. (2018, August 10). "Demonstration of AAA and the LCAAPS Program,". Private lecture to Boeing St. Louis personnel, St. Louis, MO. Invited lecture to multiple Boeing design professionals on utility of AAA for their LCAAPS program.

76. Barrett, R. M. (2018, November 2). Novel Aircraft Configurations: Hover-to-Dash UAVs, Flying Snitches, World's Fastest Quadcopter and the Boeing GoFly Flying Motorcycle, University of Missouri Kansas City Distinguished Lecture Series, UMKC Campus, Kansas City, MO.

77. Barrett, R. M. (2019, March 18). Statistical Time and Market Predictive Engineering Design (STAMPED) Techniques: A Useful Tool for Determining Model Fidelity of Future Products. Industry, Engineering & Management Systems Conference 2019, Clearwater, FL.

## 3.4.2 KEYNOTE LECTURES

1. Barrett, R., Frye, P, and Schliesman, M., Design, Development and Testing of a Solid State Adaptive Rotor, invited paper presented at the  Indian Institute of Science, Bangalore, India 11 - 14 December, 1996. Keynote

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                          48
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

Address delivered at the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 11 - 14 December 1996.

2. Barrett, R., Adaptive Materials and Adaptive Aerostructures  Keynote/Invited Lecture delivered at the 1st European Aerospace Propulsion Conference, London, United Kingdom 8 - 9 December 1997.

3. Barrett, R., "Recent Advances in Adaptive Aerostructures for UAVs," Keynote Lecture at AeroIndia 2001, Yelahanka Air Force Base, India, 9 February 2001.

4. Barrett, R.M., "Adaptive Aerostructures, Revolutionizing Aircraft and Weapon Designs," inaugural address to the Faculty of the Technical University of Delft, 3 September 2003, Delft, Netherlands.

5. Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Keynote Lecture at AeroIndia 2009, Yelahanka Air Force Base, India 12 February 2009.

6. Barrett, R., "Adaptive materials and aerostructures: revolutionizing uninhabited aerospace systems," (Invited Paper) Second International Conference on Smart Materials and Nanotechnology in Engineering, Proceedings Vol. 7493,  Weihai, China, 8 - 11 July 2009.

7. Barrett, R. and Barrett, C., " Biomimetic FAA-Certifiable, Artificial Muscle Structures for Commercial Aircraft Wings," Invited Lecture and Presentation at the 7th World Congress on Biomimetics, Artificial Muscles and Nano-Bio (BAMN2013), Jeju Island, South Korea, 26 - 30 August 2013.

8. Barrett, R., and Barrett C., " Revolutionary Adaptive Aerostructures, Changing Flight via Nature's Analogs for Dramatic Fuel Savings," 1st international Conference and Exhibition on Mechanical and Aerospace Engineering, San Antonio, Texas, 30 September – 2 October 2013.

9. Sinn, T., & Ronald, B. (2015). Design, Manufacturing and Test of a High Lift Secondary Flight Control Surface with Shape Memory Alloy Post-Buckled Precompressed Actuators. Actuators, 4(3), 156 - 171. http://www.mdpi.com/2076-0825/4/3/156 doi:doi:10.3390/act4030156 (Refereed, Invited) (28 July 2015)

### 3.4.3 SELECTED SHORT COURSES

1 Barrett, R., "Advanced Manufacturing Techniques for Smart Materials," short course taught as part of the Smart Materials and Systems Conference, San Diego, California, January 21-22, 1993, sponsored by the International Institute for Research, New York, NY.

2 Barrett, R., "Introduction to Basic Aerodynamics," Eisenhower Program instructor for high school teachers, Short Course, 31 July - 4 August 1995

3 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught as part of the University of Kansas Continuing Education Series, Lawrence, Kansas 10 - 12 August 1998.

4 Barrett, R., Gross, R. S., "Adaptive Stabilization and Flight Control Surface Research for Compressed Carriage," Phase II Report to McDonnell Douglas Aerospace Corporation and the USAF Armament Directorate, WL/MNAV, Eglin AFB, Florida 31 August 1998.

5 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught for H. Silver and Associates, Ltd. London, England 14 - 15 September 1998

6 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught at the Institut für Statik und Dynamik der Luft-und Raumfahrtkonstruktionen, Stuttgart, Germany 1 - 2 October 1998

7 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught at the Institut für Statik und Dynamik der Luft-und Raumfahrtkonstruktionen, Stuttgart, Germany 26 - 28 July 1999.

8 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught as part of the University of Kansas Continuing Education Series, Lawrence, Kansas 9 - 10 August 1999.

9 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught at Saab Dynamics, AB, Linköping, Sweden 7 - 10 February 2000.

10 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught as part of the University of Kansas Continuing Education Series, Lawrence, Kansas 23 - 24 March 2000

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                      49
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

11 Barrett, R., "An Introduction to Adaptive Aerostructures and Munitions," short course taught to US Army Engineers, Picatinny Arsenal, NJ, 13 – 16 June 2000.

12 Barrett, R., "An Introduction to Adaptive Aerostructures and Munitions," short course taught to US Army Engineers, Picatinny Arsenal, NJ, 25 – 28 September 2000.

13 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught to Government of India Engineers and Program Managers, Yelahanka Air Force Base, Bangalore India, 12 – 13 February 2001.

14 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught at the Faculty of Aerospace Engineering, Delft, Netherlands, 24 – 25 March 2002.

15 Barrett, R., "An Introduction to Adaptive Aerostructures," short course taught to the Boeing Company's Wing Structures Groups, 737, 747, 757, 767 and 777 and the Phantom Works engineers, Renton, Washington, 19 – 20 August 2002.

16 Barrett, R., "Convertible UAV Design, Modeling and Development," short course taught to Singapore Technologies Aerospace, Ltd. engineers, 12 August 2003.

17 Barrett, R., "Introduction to Adaptive Aerostructures with Practicum," Short Course and Practicum, Singapore Technologies Aerospace Corporation, ST Kinetics, ST Dynamics Jalan Boon Lay, Singapore 4 - 7 January 2004.

18 Barrett, R., "Introduction to Adaptive Aerostructures," companion book to the short courses presented through the University of Kansas Continuing Education Department, Lawrence, Kansas 1998, 2000, 2002, 2005, 207-328 pp.

### 3.4.3 INVITED EXPERT PANELIST READINGS

1. Defense Advanced Research Projects Agency and the US Army Research Laboratory Micro Air Vehicle (MAV) Applications to Indigenous Targeting for Missile and Cannon Launch Platforms Invitational Workshop, Aberdeen Proving Ground, MD 22 - 23 April 1997.
2. Engineering and Physical Sciences Research Council and International Society of Mechanical Engineers 1st World Expert Meeting on Smart Structures,  Loch Lomond, Scotland, 23 - 25 February 1997. *An all-expense paid gathering, of the world's top 50 smart structures technologists. Barrett was selected as one of the top US adaptive aerostructures technologists.*
3. 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA,  May 10, 1994.

### 3.5 MINOR PRESENTATIONS: SELECTED LECTURES

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

1. Barrett, R., "Pressurized Composite Structural Tubes," Third Prize Winner at the American Institute of Aeronautics and Astronautics Region V Conference, Saint Louis, MO, 14 April 1987.

2. Barrett, R., "A Theoretical and Experimental Investigation of an Efficient Rotor Tip-Jet Propulsion System," Third Prize Winner at the American Institute of Aeronautics and Astronautics Region V Conference, Denver, CO, 15 April 1988.

3. Barrett, R., "Intelligent Rotor Blade Actuation through Directionally Attached Piezoelectric Crystals," National Runner-Up and Winner of the Southeast Region Robert Lichten Award for the Best Technical Paper at the 46th American Helicopter Society National Conference and Forum, Washington, D.C., May, 1990.

4. Barrett, R., "Active Structures Development Using Isotropic Elements to Produce Bending and Twist Deflections in Coupled and Uncoupled Substrates," Proceedings of the AIAA Region V Conference, Ames, IA, April, 1991.

5. Barrett, R., "Actuation Strain Decoupling Through Enhanced Directional Attachment in Plates and Aerodynamic Surfaces," proceedings of the First European Conference on Smart Structures and Materials, Glasgow, Scotland, 12 - 14 May 1992, edited by B. Culshaw, P. T. Gardiner, and A. McDonach, Institute of Physics Publishing, Bristol, UK 1992, pp. 383 - 386.

6. Barrett, R., "Active Composite Torque-Plate Fins for Subsonic Missiles," invited paper presented at the Dynamic Response of Composite Structures conference, New Orleans, LA, August 30 - September 1, 1992.

7. Barrett, R., "Modeling Techniques and Design Principles of a Low Aspect Ratio Active Aeroservoelastic Wing," proceedings of the SPIE 1993 Symposium on Smart Structures and Materials, Albuquerque, NM, 1 - 4 February 1993, published by the SPIE, Bellingham, WA, Vol. 1917, pp. 107 - 118.

8. Barrett, R., "Aeroservoelastic Characteristics of All-Moving Adaptive Flight Control Surfaces," invited paper presented at the 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA, May 8 - 10, 1994.

9. Barrett, R., and Farokhi, S., "On the Aerodynamics and Performance of Active Vortex Generators," proceedings of the AIAA 11th Applied Aerodynamics Conference, Monterey, CA, August 9-11, 1993, AIAA paper 93-3446, published by the American Institute of Aeronautics and Astronautics, Washington, D.C., pp. 376 - 386.

10. Barrett, R., "Design and Manufacturing of Adaptive Composites for Active Flight Control Surfaces," proceedings of the 2nd International Conference on Composites Engineering, New Orleans, LA, August 21 - 24, 1994.

11. Barrett, R., Gross, R. S., and Brozoski, F., "Missile Flight Control using Active Flexspar Actuators," proceedings of the SPIE 1995 Symposium on Smart Structures and Materials, San Diego, CA, 26 February - 3 March, 1995, published by the SPIE, Bellingham, WA, Vol. 2443, pp. 52 - 61.

12. Barrett, R., and Gross, R. S., "Super-Active Shape Memory Alloy Composites," proceedings of the SPIE 1995 Symposium on Smart Structures and Materials, San Diego, CA, 26 February - 3 March, 1995, published by the SPIE, Bellingham, WA, Vol. 2441, pp. 110 - 117.

13. Barrett, R., Brozoski, F., and Gross, R. S., "Design and Testing of Subsonic All-Moving Smart Flight Control Surfaces," proceedings of the 36th Structures, Structural Dynamics and Materials Conference, New Orleans, LA, April 10 - 12, 1995, published by the AIAA, Washington, D.C., pp. 2289 - 2296.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

51

14. Barrett, R., "Aeroservoelastic Characteristics of All-Moving Adaptive Flight Control Surfaces," proceedings of the 10th VPI&SU Symposium on Structural Dynamics and Control, Blacksburg, VA,  May 8 - 10, 1995, published by VPI, Blacksburg, VA. pp. 215 - 224.

15.  Barrett, R., "All-Moving Active Aerodynamic Surface Research," proceedings of the Society of Engineering Science 31st Annual Technical Meeting, Texas A&M University, College Station, TX, October 10-12, 1994, published by the Institute of Physics Publishing, Ltd., Techno House, Bristol, UK, Vol. 4, No. 4, June 1995, pp. 65 - 73.

16. Barrett, R., "Aerospace Smart Structures, Engineering Education and the Coming Revolution," Invited Paper presented at the 34th Aerospace Sciences Meeting and Exhibit, Reno, NV 15 - 18 January 1996.

17. Barrett, R. and Brozoski, F., "Adaptive Flight Control Surfaces, Wings, and Active Aerodynamics," proceedings of the  SPIE 1996 Symposium on Smart Structures and Materials, San Diego, CA, 26 - 29 February, 1996, published by the Society of Photo-Optical Instrumentation Engineers, Bellingham, WA, Vol. 2717, pp. 178 - 198. Featured paper in The Active Sound and Vibration Control News, published by Tech Pubs, Inc. Columbia, MD, Vol. 03, No. 4, April, 1996.

18. Barrett, R., "Flight Control Applications of Adaptive Aerostructures," invited lecture and associated technical exhibition adn demonstration at the NASA Langley Research Center Workshop on Enabling Technologies for Smart Aircraft Systems," May 14 - 16, Hampton, VA 1996.

19. Barrett, R., and Cook, G., "The Solid State Adaptive Rotor, Design, Development and Implications for Future Rotorcraft," (Invited) proceedings of the NATO/AGARD Flight Vehicle Integration Panel Symposium on Advances in Rotorcraft Technology, Ottawa, Canada, 27 - 30 May 1996.

20. Barrett, R., "Adaptive Aerostructures, Flight Control Configurations, Performance and Active Projects," invited colloquium at the Ohio State University School of Engineering, Columbus, Ohio 30 May 1996.

21. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control,"  invited colloquium at The University of Oklahoma, School of Aerospace and Mechanical Engineering, Norman OK 21 June 1996.

22. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control," lecture delivered at The Workshop and Conference on Smart Materials, Structures and Systems, Kellog Conference Center Tuskegee University, AL, 1 July 1996.

23. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control,"  invited colloquium at Vanderbilt University School of Engineering, Nashville, Tennessee, 26 September 1996.

24. Barrett, R., "Adaptive Aerostructures, The Coming Revolution in Aircraft Flight Control, invited colloquium at The University of Florida School of Engineering, Gainesville, FL 25 October 1996.

25. Barrett, R. and Stutts, J., "Adaptive Composites for Active Flight Control Surfaces," proceedings of the American Society of Mechanical Engineers Winter Annual Meeting, Atlanta, GA 17 - 22 November 1996.

26. Barrett, R., Frye, P, and Schliesman, M., Design, Development and Testing of a Solid State Adaptive Rotor, invited paper presented at the  Indian Institute of Science, Bangalore, India 11 - 14 December, 1996. Keynote Address delivered at  the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 11 - 14 December 1996.

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                52
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

27. Barrett, R., and Lee, G., "Design, Development and Testing of an Adaptive Flight Control Surface for Micro Aerial Vehicles," 1st International Conference on Emerging Technologies for Micro-Air Vehicles, Georgia Institute of Technology, Atlanta, GA 19 - 20 February 1997.

28. Barrett, R., "Adaptive Aerostructures -- Challenges for the 21st Century," invited position paper and lecture presented at the Engineering and Physical Sciences Research Council and the Institution of Mechanical Engineers First World Expert Meeting on Smart Structures, Sheffield, England, 23 - 25 February, 1997.

29. Barrett, R., and Law, D., "Design Fabrication and Testing of a New Twist-Active Wing Design," proceedings of the 5th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 1 - 5 March 1998.

30. Barrett, R., Frye, P., and Schliesman, M., "Design, Development and Testing of a Solid State Adaptive Rotorcraft," proceedings of the 4th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 3 - 6 March 1997 SPIE paper no. 3041-19, pp. 231 - 242.

31. Barrett, R., and Stutts, J., "Modeling, Design and Testing of a Barrel-Launched Adaptive Munition," proceedings of the 4th Annual Society of Photo-Optical Instrumentation Engineers Symposium on Smart Structures and Materials, San Diego, CA 3 - 6 March 1997, SPIE paper no. 3041 - 49, pp. 578 - 589.

32. Barrett, R., "Barrel-Launched Micro Aerial Vehicles: Challenges, Designs and Opportunities," invited lecture at the Micro Air Vehicle Applications to Indigenous Targeting for Missile and Cannon Launch Platforms workshop, Aberdeen Proving Ground, Aberdeen, MD 22 April 1997.

33. Barrett, R., "The Solid State Adaptive Helicopter Rotor, Configurations, Design and Performance," 21st International Center for Actuators and Transducers, Smart Actuator Symposium, The Pennsylvania State University, 24 April 1997.

34. Barrett, R., "Adaptive Aerostructures -- the Coming Revolution in Aircraft Flight Control," Invited Lecture delivered at Sowerby Research Center, British Aerospace Corporation, Bristol, United Kingdom, 27 August 1997.

35. Barrett, R., Adaptive Materials and Adaptive Aerostructures  Keynote/Invited Lecture delivered at the 1st European Aerospace Propulsion Conference, London, United Kingdom 8 - 9 December 1997.

36. Barrett, R., "Adaptive Materials and Aerostructures in Engine Construction," Invited lecture delivered at the Aerospace Propulsion Conference, produced by H. Silver and Associates, London, UK 8 - 9 December 1997.

37. Stutts, J., and Barrett, R., "Development and Experimental Validation of a Barrel-Launched Adaptive Munition," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2037.

38. Barrett, R., and Stutts, J., "Development of a Piezoceramic Flight Control Surface Actuator for Highly Compressed Munitions," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2033.

39. Clement, J., Brei, D., Moskalik, A., and Barrett, R., "Bench-Top Performance Characterization of a C-Block Driven Active Flap System," proceedings of the 39th Structures, Structural Dynamics and Materials Conference 20 - 23 April 1998, Long Beach, CA, published by the American Institute of Aeronautics and Astronautics, Washington, D.C. 1998, paper no. AIAA-98-2039.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                        53
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

40.  Barrett, R., "Recent Advances in Adaptive Aerostructures: Designing for Flight Control," invited paper,
     lecture and demonstrations at the 1st European Workshop on Smart Systems, Demonstrators, Concepts and
     Applications, Harrogate, UK, 6 - 8 July 1998.

41.  Barrett, R., "Adaptive Aerostructures - the Coming Revolution in Aircraft Flight Control," Invited Lecture
     delivered at the School of Aeronautics and Astronautics, Purdue University, West Lafayette, IN, 22 October
     1998.

42.  Barrett, R., "Adaptive Aerostructures," invited technical lecture at the Tri-State Engineering Socities
     Meeting, The Engineering Societies of Alabama, Louisiana and Mississippi, Sandestin, FL 20 - 23 June 1999.

43.  Barrett, R., "Adaptive Munition Design, Development and Testing," invited paper delivered at the Future
     Challenges in Precision Munitions Actuators and Power Technical Directors Conference, Picatinny Arsenal,
     NJ, 18 August 1999.

44.  Barrett, R., "Range Extended Adaptive Munition Design, Development and Testing," invited paper presented
     to DARPA program manager Dr. Rich Wlezien, DARPA Headquarters, Arlington, VA, 31 August 1999.

45.  Barrett, R., "Urban Micro Aerial Vehicle Design, Fabrication and Testing," invited lecture delivered to
     DARPA program manager Dr. Sam Wilson, DARPA Headquarters, Arlington, VA 23 September 1999.

46.  Barrett, R., "Urban Micro Aerial Vehicle Design, Performance and Testing," invited paper presented at the
     1st MAV PI Meeting, MacDill AFB, FL, 2 December 1999.

47.  Barrett, R., and Howard, N., "Adaptive Aerostructures for Subscale Aircraft," refereed proceedings of the
     20th Southeastern Conference on Theoretical and Applied Mechanics," Pine Mountain, GA, 17 April 2000.

48.  Barrett, R., "Range Extended Adaptive Munition Design," invited paper presented to US Army Personnel,
     Picatinny Arsenal, NJ 2 May 2000.

49.  Barrett, R., "Range Extended Adaptive Munition Design," invited paper presented to US Army Personnel,
     Picatinny Arsenal, NJ 28 September 2000.

50.  Barrett, R. and Lee, G., "Design Criteria, Aircraft Design, Fabrication and Testing of Sub-Canopy and Urban
     Micro-Aerial Vehicles," proceedings of the AIAA/AHS International Powered Lift Conference, Alexandria,
     Virginia, 1 November 2000.

51.  Barrett, R., "Recent Advances in Adaptive Aerostructures for UAVs," Keynote Lecture at AeroIndia 2001,
     Yelahanka Air Force Base, India, 9 February 2001.

52.  Barrett, R., "Rotationally Adaptive Linear Actuator (RALA) Flight Control Surface – Opportunities for flight
     control of highly compressed munitions," presentation to the Flight Vehicles Branch of Eglin AFB, Florida, 5
     March 2001.

53.  Barrett, R., Burger, C., and Melian, J. P., "Recent Advances in Uninhabited Aerial Vehicle (UAV) Flight
     Control with Adaptive Aerostructures," Proceedings of the 4th European Demonstrators Conference, 10 – 15
     December 2001, Edinburgh, Scotland.

54.  Barrett, R., "Range-Extended Adaptive Munition, Opportunities for the Hit-to-Kill (HTK) Mission," invited
     presentation to Dr. Mike Mattice of DARPA ATO and the HTK Working Group, Alexandria, VA, 18 April
     2001.

55.  Barrett, R., "Design Criteria and Future Potential for Urban Mini Aerial Vehicles," invited presentation
     delivered to Singapore Technologies Dynamics, 11 – 12 July 2001, Singapore.

56.  Barrett, R., "Wind Tunnel Testing Techniques for Adaptive Munitions," presentation delivered to the US Army ARDEC, Picatinny Arsenal, NJ 15 – 16 October 2001.

57.  Barrett, R., "Adaptive Aerostructures Demonstrators – Hover through Hypersonic," Invited  Lecture and demonstrators displayed for the technical community at the 4th European Demonstrators Conference, 10 – 15 December 2001, Edinburgh, Scotland.

58.  Barrett, R.,  "An Overview of the Shipborne Countermeasure Adaptive Munition," Proceedings of the annual Guided Munitions Review meeting, Defense Advanced Research Projects Agency (DARPA), Arlington, VA, 23 April 2002.

59.  Barrett, R., "Recent Advanced in Rotary and Fixed-Wing Uninhabited Aerial Vehicle Flight Control through Adaptive Aerostructures," invited presentation at the 35th International Center for Actuator Technology, Pennsylvania State University, University Park, Pennsylvania, 19 April 2002.

60.  Barrett, R., "Range-Extended Adaptive Munition, Opportunities for the Hit-to-Kill (HTK) Mission," invited presentation to Dr. Mike Mattice of DARPA ATO and the HTK Working Group, Alexandria, VA, 13 May 2002.

61.  Barrett, R., "UAV Design, Fabrication and Testing Capabilities in Auburn University's Adaptive Aerostructures Laboratory," Presentation to Lutronix Corporation, Del Mar, California 15 June 2002.

62.  Barrett, R., "Advanced Adaptive Aerostructures for UAVs," invited lecture delivered to the Royal Military Academy of Belgium, 22 July 2002.

63.  Barrett, R., "Advanced Adaptive Aerostructures for UAVs," invited lecture delivered to the Faculty of Aerospace Engineering, Technical University of Delft, Netherlands, 28 July 2002.

64.  Barrett, R., "Twist-Active Wing Design, Fabrication and Testing," presentation delivered to the USAF Armament Directorate, WL/MNAV, Eglin AFB, FL, 11, 12 November 2002.

65.  Barrett, R., "Adaptive Aerostructures – The First Decade of Flight on Uninhabited Aerospace Systems," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2 March 2003.

66.  Barrett, R., "Design and Testing of Piezoelectric Flight Control Actuators for Hard-Launch Munitions," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2  March 2003.

67.  Knowles, G., R. Barrett and M. Valentino, "Self-Contained High Authority Control of Miniature Flight Control Systems for Area Dominance," proceedings of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 2 March 2003.

68.  Barrett, R., "Adaptive Aerostructures: Improving Militarily Enabled, High Performance Subscale UAVs," proceedings of the 12th AIAA/ASME/AHS Adaptive Structures Conference, Palm Springs, California April 2003.

69.  Barrett, R.M., "Advanced UAV and Weapon Technology Development at TU Delft," briefing to the UK and Netherlands Ministries of Defense, TU Delft Faculty of Aerospace Engineering, Delft, Netherlands 28 May 2003.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                                55
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

70. Barrett, R.M., "Developmental History of a New Family of Subscale, Convertible, High Performance UAVs," invited paper and lecture made at the Micro Aerial Vehicles -- Unmet Technological requirements workshop and conference, Schloß Elmau, Germany   22 - 24 September 2003.

71. Barrett, R.M., "New Designs for Convertible Subscale Adaptive UAVs and Supersonic MAVs," Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

72. Barrett, R.M., "Subscale Aircraft Design Evolution with Adaptive Materials from High Performance VTOL MAVs through Convertible UAVs," Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

73. Barrett, R.M., "Enabling Configurations and Adaptive Aerostructures for High Performance, Urban and Sub-Canopy MAVs," Novel Aircraft Designs Concepts for the 21st Century Invited Paper and Presentation, Advanced Course, Instituto Superior Técnico, Centro de Congressos, Lisbon, Portugal, 20 - 22 October 2003.

74. Barrett, R.M., "Advanced UAV Technologies and New Innovations for Revolutionary Weapons & Counterweapons," Briefing to NATO Defense Attachés at the TU Delft Faculty of Aerospace Engineering, TU Delft, Netherlands, 10 November 2003.

75. Barrett, R., "Advanced Flexspar Actuator System," Invited Lecture, to Singapore Technologies Aerospace Corporation, Jalan Boon Lay, Singapore 3 January 2004.

76. Barrett, R., "Introduction to Adaptive Aerostructures with Practicum," Short Course and Practicum, Singapore Technologies Aerospace Corporation, ST Kinetics, ST Dynamics Jalan Boon Lay, Singapore 4 - 7 January 2004.

77. Barrett, R., "Boeing/USAF MCMAT Kickoff Meeting and Update," presentation delivered to Boeing and USAF managers, Auburn University, Auburn, Alabama, 13 January 2004.

78. Barrett, R., "UAV Research, Development Unique Supporting Capabilities and Technologies," invited briefing to USARMY MICOM, Hunstsville, AL 25 January 2004.

79. Barrett, R., and Lee, G., "Design and testing of piezoelectric flight control actuators for hard-launch munitions," Presented at the 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2004, SPIE Paper 5390-52.

80. Barrett, R., "Adaptive aerostructures: the first decade of flight on uninhabited aerial vehicles," Presented at the 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2004, SPIE Paper 5388-19.

81. Barrett, R., "Adaptive Aerostructures, Current Update," presentation to the Design and Synthesis Group of the Faculteit Luchtvaart -en Ruimtevaarttechniek, Technische Universiteit Delft, Holland, 12 August 2004.

82. Barrett, R., "Guided Bullet Sniper Weapon," Invited Presentation to DARPA ATO Office Manager, John Allen, Defense Advanced Research Projects Agency, Arlington, VA 25 August 2004.

83. Barrett, R., "Advanced Adaptive Flight Control Actuators for Hypersonic Munitions," Invited Presentation, delivered at Nielsen Engineering and Research (NEAR) and the Naval Surface Warfare Center, MountainView, California, 7 September 2004.

84. Barrett, R., and Romkes, A. "Advanced Composite Design Techniques," presentation to National Science Foundation Manager, Mary Lynn Realff, 1 November 2004.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

85. Barrett, R., "Adaptive Materials and Structures: Transfer of Aerospace Technology to Pharmaceutical and Medical Sciences," presentation delivered at the Second Annual Missouri NanoTechnology Alliance, UMKC School of Dentistry, Kansas City, MO 12 November 2004.

86. Barrett, R., "Hybrid Insect-MEMS Systems, Insect Flight Path Control via Adaptive External Manipulation of Sensory Organs," Invited Presentation, DARPA MTO Exploratory Technical Workshop on Hybrid Insect Systems, San Francisco, CA 12 - 13 December 2004.

87. Barrett, R. and Melkert, J., "UAV Visual Signature Suppression via Adaptive Materials," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5762-14.

88. Barrett, R., Corpening, J. and Reasonover, C., "Airfoil Drag Elimination and Stall Suppression via Piezoelectric Dynamic Tangential Synthetic Jet Actuators," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5764-19.

89. Barrett, R., McMurtry, R., Vos, R., Tiso, P. and De Breuker, R., "Post-Buckled Precompressed Elements: A New Class of Flight Control Actuators Enhancing High-Speed Autonomous VTOL MAVs," Presented at the 12th Annual International Symposium on Smart Structures and Materials, San Diego, California, 6 - 10 March, 2005, SPIE Paper 5762-16.

90. Barrett, R., Vos, R., Tiso, P. and De Breuker, R., "Post-Buckled Precompressed (PBP) Actuators: Enhancing VTOL Autonomous High Speed MAVs,"  presented at the 13th Annual AIAA/ASME/AHS Adaptive Structures Conference, 18 - 21 April 2005, Austin, Texas, AIAA Paper no. 2005-2112.

91. Barrett, R., "National Geographic Television Channel Special 'Bullets,'" Invited Presentation and Documentary, filmed 25, 26 April 2005, first aired Sunday 18 September 2004.

92. Barrett, R., "Update on Selected Adaptive Aerostructures Topics, Programs & Technology," Invited Presentation., AFRL/MN, Eglin AFB, FL, 1 June 2005

93. Barrett, R., " Lightweight Flight Control, Morphing, Visual Stealth: New Adaptive Technologies Enhancing Micro and Nano Aerial Vehicles," proceedings of the Society of Automotive Engineers AeroTech International Powered Lift (IPLC) Conference and Exhibition, 6 October 2005, Dallas, Texas SAE Paper 05IPLC-40.

94. Barrett, R. and Hale, R., "Advanced Aerospace Materials and Structures," presentation delivered to Labconco, Kansas City, MO 14 October 2005.

95. Barrett, R., "Adaptive Aerostructures: Curriculum Changes Needed to Close the Aerospace Knowledge Gap," Proceedings of the 44th AIAA Aerospace Sciences Meeting and Exhibition, Reno, Nevada 9 – 12 January 2006, AIAA Paper AIAA-2006-0283.

96. Vos, R., Barrett, R., Van Tooren, M. and Krakers, L., "Post-Buckled Precompressed (PBP) Piezoelectric Actuators for UAV Flight Control," Proceedings of the 13th Annual International Symposium on Smart Structures and Materials, San Diego, California, 26 – 29 February 2006, SPIE Paper 6173-14.

97. De Breuker, R., Tiso, P., Vos, R. and Barrett, R., "Nonlinear Semi-Analytical Modeling of Post-Buckled Precompressed (PBP) Piezoelectric Actuators for UAV Flight Control," Proceedings of the 47th AIAA SDM Conference, Newport, R.I., 1 – 4 May 2006,  AIAA Paper AIAA-2006-1794.

98. Barrett, R., "Adaptive Wing Technology," Invited Lecture, Demonstrations and Program Summary, Boeing Phantom Works, Renton, Washington, 8 June 2006.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                              57
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

99. Barrett, R., "Adaptive Aerostructures: An Abundance of Continuing Education Options," American Society of Mechanical Engineers (ASME) and American Institute of Aeronautics and Astronautics (AIAA) Adaptive Structures and Materials Systems Newsletter, Summer, 2006.

100.  Barrett, R., "Adaptive Materials: A New Approach to Autopilot Actuators and Flight Control," Proceedings of the Society of Automotive Engineers (SAE) General Aviation Technology Conference and Exhibition, Wichita, Kansas 29 – 31 August, 2006, SAE Paper no. 06GATC-49.

101.  Barrett, R., "Adaptive Materials, Revolutionizing Aircraft Structures," Invited Lecture at the Royal Military Academy of Belgium, Brussels, Belgium, 10 February 2007.

102.  Barrett, R., "Adaptive Aerostructures, An Overview," Invited Lecture at the Vrije Universiteit Brussel, Mechanics of Engineering Materials Department 13 February 2007.

103.  Barrett, R., Vos, R. and De Breuker, R., "Post-Buckled Precompressed (PBP) Subsonic Micro Flight Control Actuators and Surfaces," Proceedings of the Society of Photo-Optical Instrumentation Engineers 14th Annual International Symposium on Smart Structures and Materials, No. 6525-21, San Diego, CA 19 – 22 March 2007.

104.  Barrett, R., "Adaptive Aerostructures for Military Applications," Invited Lecture at the Royal Military Academy of Belgium, Sponsored by the Department of Ordnance Development, 28 March 2007.

105.  Barrett, R., "Improvements to Commercial and General Aviation via Adaptive Aerostructures," Proceedings of the 46th American Institute of Aeronautics and Astronautics (AIAA) 7th AIAA Aviation, Technology, Integration and Operations Conference, Belfast, Northern Ireland, paper no: AIAA-2007 - 7873, 18 - 20 September 2007.

106.  Barrett, R. and Gluhareff, I., "Gluhareff Pressure Jet Engine: Past, Present and Future Opportunities," Proceedings of the 46th American Institute of Aeronautics and Astronautics (AIAA) Aerospace Sciences Meeting and Exhibit, Reno, Nevada 7 - 10 January 2008, paper no: AIAA-2008-867.

107.  Barrett, R., (Invited Lecture) "Gluhareff Pressure Jet Engine: Past, Present and Future," invited, sponsored lecture at the US Air Force Research Lab (AFRL), Arnold Engineering and Development Center (AEDC), Tennessee, 20 March 2008.

108.  Barrett, R. and Vos, R., "Design, Development and Testing of a Transonic Missile Fin Employing PBP/DEAS Actuators," Proceedings of the Smart Materials and Systems, Industrial and Commercial Applications of Smart Structures Technologies Conference, Vol. 6930, paper no: SPIE-693011, 31 March 2008.

109.  Vos, R. and Barrett, R., "Magnification of Work Output in PBP Class Actuators Using Buckling/Converse Buckling Techniques," Proceedings of the 49th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 16th AIAA/ASME/AHS Adaptive Structures Conference, Schamburg, IL 7 - 10 April 2008, paper no: AIAA-2008-1906.

110.  Barrett, R., "Hypermaneuverability and Visual Cloaking; New Adaptive Aerostructures Technologies for Uninhabited Aerial Vehicles (UAVs)," Proceedings of the Bristol International Unmanned Air Vehicle Systems (UAVS) Conference, 7 - 9 April 2008, Bristol, UK.

111.  Barrett, R. and Wu, J., "Superconducting Lightning Strike Protection System (SCALPS)," Presentation to the University of Kansas Transportation Research Institute External Advisory Board, 24 April 2008.

112.  Barrett, R., Arabia: Basics, Culture and Transportation Issues," Presentation to the University of Kansas Transportation Research Institute External Advisory Board, 24 April 2008.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

113.    Long, R. and Barrett, R., "Testing of a Piezoelectrically Driven Airspike System on a Projectile," American Society of Mechanical Engineers (ASME), Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Ellicott City, Maryland, 28 – 30 October 2008, SMASIS08-497.

114.    Vos, R. and Barrett, R., "Post-Buckled Precompressed Techniques in Adaptive Aerostructures: An Overview," Best Paper Competition Runner Up in the American Society of Mechanical Engineers (ASME), Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Ellicott City, Maryland, 28 – 30 October 2008, SMASIS08-458.

115.    Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Plenary Paper presented at Aero India 2009 International Seminar, Aerospace Prospectives and Trends  in Technologies, 9 February 2009.

116.    Barrett, R., "Adaptive Materials and Aerostructures: Revolutionizing Aerospace Systems," Keynote Lecture at AeroIndia 2009, Yelahanka Air Force Base, India 12 February 2009.

117.    Mark Groen; Michiel Van Schravendijk; Ronald Barrett; Roelof Vos, " Advanced control techniques for post-buckled precompressed (PBP) flight control actuators," Proceedings Vol. 7288, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 12 March 2009.

118.    Michiel Van Schravendijk, Mark Groen, Roelof Vos, Ron Barrett, " Closed-Loop Control for High Bandwidth, High Curvature Post-Buckled Precompressed Actuators." 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference 17th AIAA/ASME/AHS Adaptive Structures Conference AIAA-2009-2113, Palm Springs, California, May 4-7, 2009

119.    Barrett, R., "Adaptive materials and aerostructures: revolutionizing uninhabited aerospace systems," (Invited Paper) Second International Conference on Smart Materials and Nanotechnology in Engineering, Proceedings Vol. 7493,  Weihai, China, 8 - 11 July 2009.

120.    Vos, R. and Barrett, R., "Pressure Adaptive Honeycomb: a New Adaptive Structure for Aerospace Applications," Proceedings Vol. 7647, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7647-2B.

121.    Sinn, R. and Barrett, R., "Shape Memory Alloy Post Buckled Precompressed (SMAPBP) Actuator Concepts and Theory," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-08.

122.    Bramlette, R., and Barrett, R., "Semi-Solid State Adaptive Impedance Composites for HIRF Protection," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, March 2010, paper no. 7643-92.

123.    Cravens, S., and Barrett, R., "Ultrasonic Piezoelectric Cleaning of Acoustic Vector Sensing Elements," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-108.

124.    Brennison, M., Barrett, R., and Kerth, L., "Development & Flight Test of a Shape Memory Alloy Actuator Flight Control System," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-116.

125.    Barrett, R. and Barnhart, R., "Post-Buckled Precompressed Solid State Adaptive Rotor," Proceedings Vol. 7643, Active and Passive Smart Structures and Integrated Systems, San Diego, California, 7 - 10 March 2010, paper no. 7643-74.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                                    59
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

126.    Barrett, R., "Acoustic Vector Sensing for UAV/UAS Airborne Sense and Avoid," presentation to US
        Department of Justice, Office of Justice Programs, Washington, DC, 29 March 2010.

127.    Barrett, R., "Tethered Hovering Platform for Law Enforcement," presentation to US Department of
        Justice, Office of Justice Programs, Washington, DC, 29 March 2010.

128.    Vos, R., and Barrett, R., "Pressure Adaptive Honeycomb: Mechanics, Modeling and Experimental
        Investigation," proceedings of the 18 AIAA/ASME/AHS Adaptive Structures Conference, Orlando, Florida,
        AIAA-2010-2664, 13 April 2010.

129.    Barrett, R., "Adaptive Imaging and Guided Fuze Technologies," National Defense Industrial Association
        54th Annual Fuze Conference, Exhibition and Firing Demonstration, Kansas City, MO, 10 May 2010.

130.    Barrett, R., "Low Volume, Negligible EMI Advanced Guided Bullet and Mortar Flight Control
        Actuators," National Defense Industrial Association Joint Armaments Conference, Exhibition and Firing
        Demonstration, Dallas, TX, 19 May 2010.

131.    Barrett, R., "Hovering Precision Weapons: Enabling Precise Surgical Strike and Collocated Close Air
        Support from Tactical to Strategic Distances," National Defense Industrial Association Joint Armaments
        Conference, Exhibition and Firing Demonstration, Dallas, TX, 20 May 2010.

132.    Barrett, R., "Unmanned Aircraft Systems for Law Enforcement: Challenges, Solutions," National
        Institute of Justice Technology Conference, 14 June 2010.

133.    Sinn, T. and Barrett, R., Design, Manufacturing and Test of a High Lift Secondary Flight Control
        Surface with Shape Memory Alloy Post-Buckled Precompressed Actuators, American Society of Mechanical
        Engineers Conference on Smart Materials, Adaptive Structures and Intelligent Systems, Paper No.
        SMASIS2010-3681, September 28 - October 1, 2010.

134.    Vos, R. and Barrett, R., Applications and Mechanics of Pressure Adaptive Honeycomb, American
        Society of Mechanical Engineers Conference on Smart Materials, Adaptive Structures and Intelligent
        Systems, Paper No. SMASIS2010-3634, September 18 - 1 October 2010.

135.    Barrett, R., "Dragless Wing & Ultra-High BPR Powerplant Technologies," Invited Presentation
        Delivered to Lt. General Rusty Findlay Staff, Air Mobility Command, 25 October 2010.

136.    Barrett, R., "Tethered Hovering Platform for Law Enforcement: Challenges, Solutions," presentation to
        HiPer Technologies, Lawrence, Kansas 19 November 2010.

137.    Advanced Adaptive Aerostructures Technologies for Drag Reduction and Aircraft Performance," Invited
        Presentation at the Air Mobility Command, Air Force Research Laboratory (AMC-AFRL) Symposium on
        Innovative Aerodynamics: Potential Solutions for Improving Mobility Efficiency, Scott, Air Force Base, IL,
        1 December 2010.

138.    Barrett, R., "Pressure Adaptive Honeycomb, General Aviation Applications," presentation to Cessna
        Chief of Aircraft Design, Mr. Albert Dirkszwager, Wichita, Kansas 5 February 2011.

139.    Barrett, R. and Honea, R., "Acoustic Vector Sensing Technologies," presentation delivered to the
        DoE/National Nuclear Security Administration KC Plant, Kansas City, MO, 25 February 2011.

140.    Barrett, R., "Billions to be $aved, Reducing USAF Legacy Fleet Aircraft Fuel Consumption," Invited
        Lecture presented to AMC Commander, General Vern Findley and AMC Chief Scientist Dr. Don Erbschloe
        Scott AFB, Illinois 28 February 2011. (Invited)

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                         60
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

141.    Barrett, R., "Tethered Hovering Platform Technologies," presentation delivered to HiPer Technologies, Lawrence, Kansas 4 March 2011.

142.    Vos, R., Scheepstra, J., and Barrett, R., "Topology Optimization of Pressure Adaptive Honeycomb for a Morphing Flap," Proceedings Volume 7977 , Active and Passive Smart Structures and Integrated Systems, San Diego, California, 8 - 9 March 2011, paper no. 7977-54.

143.    Barrett, R., Barnhart, R. and Bramlette, R., "Steerable Adaptive Bullet (StAB) Piezoelectric Flight Control System," Society of Photo-Optical Instrumentation Engineers, Smart Structures and Non-Destructive Evaluation Symposium, Active and Passive Smart Structures and Integrated Systems Conference, 11 - 15 March 2012, San Diego, CA, 8341-32.

144.    Vos, R., Scheepstra, J., and Barrett, R., "Topology Design of Pressure Adaptive Honeycomb for a Morphing Fowler Flap," 52nd AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 19th AIAA/ASME/AHS Adaptive Structures Conference, AIAA-2011-2130-170, Denver, CO 4 - 7 April 2011.

145.    Barrett, R., "Competitive UAV Design Methods for Undergraduate Instruction," presentation delivered to Lockheed-Martin Advanced Design Bureau, Marietta, GA, 1 May 2011.

146.    Barrett, R., Honea, R. (TRI Director), Bowers, A. (NASA Dryden Dep. Tech. Director), Voracek, D. (NASA Dryden Chief Technologist), Fisher, S. (President, Ikhana Corp.), White, E. (Director, Boeing Integrated Defense Systems), Anemaat, W. (President, DAR Corp.), and Roskam, J. (Emeritus Distinguished Professor), "Adaptive Aerostructures for Air Mobility Fleet Fuel Efficiency Enhancement," Invited Lecture and Juried Research Proposal presented to USAF Chief Scientist, Dr. Kevin Geiss, AMC Commander, General Vern Findley, AMC Chief Scientist Dr. Don Erbschloe and AFRL Fuel Efficiency Science Advisory Board, Scott AFB, Illinois 29 June 2011. (Invited)

147.    Barrett, R., White, E. (Boeing Integrated Defense Systems), and Honea, R., "Fuel Efficiency Enhancement Technologies for Various USAF Fleets," Presentation to the USAF Air Vehicles Directorate, Wright-Patterson AFB, Ohio 16 August 2011.

148.    Barrett, R., and Honea, R., "Advanced Transportation-Related Technologies," Midwest Research Institute Global, Kansas City, MO 26 October 2011.

149.    Barrett, R., Barnhart, R. and Bramlette, R., "Steerable Adaptive Bullet (StAB) Piezoelectric Flight Control System," Society of Photo-Optical Instrumentation Engineers, Smart Structures and Non-Destructive Evaluation Symposium, Active and Passive Smart Structures and Integrated Systems Conference, 11 - 15 March 2012, San Diego, CA, 8341-32.

150.    Barrett, R., Honea, R., "Adaptive Aerostructures for USAF Fleet Fuel Efficiency Enhancement," invited presentation delivered to the Undersecretary of the US Air Force for Fuel Efficiency, Dr. Kevin Geiss, The Pentagon, Virginia, 5 April 2012.

151.    Barrett, R. and Bramlette, R., "Semi-Solid State Adaptive Impedance Composites & Coatings for Lightning Strike/HIRF Protection," presentation delivered to Boeing Chief of New Product Development, Mr. Perry Rea, Lawrence, Kansas, 16 April 2012.

152.    Barnhart, R., and Barrett, R., "Piezoelectric Adaptive Flutter Test Vane: Low Net Passive Stiffness Techniques for Deflection Amplification," 53rd AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference, 23 - 26 April 2012, Honolulu, Hawaii, paper no. AIAA 2012-1906.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                   61
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

153.    Barrett, R., " Supersonic Hovering Aerial Vehicle (SHAV): Recoverable, Strategic Reach at High Mach
        with Sub-Meter Precision," National Defense Industrial Association Joint Armaments Conference, Exhibition
        and Firing Demonstration, Seattle, Washington, 14 - 17 May 2012, No. 13655.

154.    Barrett, R., "Vortically Injected Pressurized Expandable Ramjet (VIPER) Static Thrust Generating
        Missile and Munition Jet Engine," National Defense Industrial Association Joint Armaments Conference,
        Exhibition and Firing Demonstration, Seattle, Washington, 14 - 17 May 2012, No. 13653.

155.    Barrett, R., "Solid State Guided Bullet Flight Control Actuators," National Defense Industrial
        Association Joint Armaments Conference, Exhibition and Firing Demonstration, Seattle, Washington, 14 - 17
        May 2012, No. 13654.

156.    Barrett, R., "Introduction to Adaptive Aerostructures for High Performance Aircraft," delivered to the
        Technical University of Delft, Holland, 29 May 2012.

157.    Barrett, R., "Aerospace History: Lessons to Learn from Mistakes, Screwups and Failures," delivered to
        the Technical University of Delft, Holland, 29 May 2012.

158.    Barrett, R., "Flight Control of Hard Launch Munitions via Adaptive Materials & Structures," invited
        presentation delivered to the Advanced Munition Design Group, Naval Surface Warfare Center, Dahlgren,
        Virginia, 13 August 2012.

159.    Barrett, R., "American Institute of Aeronautics and Astronautics Aircraft Design Award  Ceremony and
        Presentation," The Residence of the US Ambassador to The Netherlands, Den Haag, Holland, 24 September
        2012.

160.    Barrett, R., "American Institute of Aeronautics and Astronautics Aircraft Design Award Presentation,"
        Technical University of Delft, Holland, 24 September 2012.

161.    Barrett, R., Honea, R., "Adaptive Aerostructures for USAF Fleet Fuel Efficiency Enhancement," invited
        presentation delivered to the Deputy Director for Innovation, Mr. John Jennings, The Pentagon, Virginia 23
        October 2012.

162.    Barrett, R., Honea, R., and White, E., "Adaptive Aerostructures for USAF Aircraft Fuel Efficiency
        Enhancement," invited presentation delivered to the USAF Research Lab, Wright-Patterson Air Force Base,
        Dayton, Ohio, 16 November 2012.

163.    Barrett, R., Honea, R., and White, E., "Near-Term Fuel Efficiency Enhancement of the B-52 Fleet using
        Smart Aerostructures," invited presentation delivered to the USAF Chief Scientist of Global Strike
        Command, 18 December 2012.

164.    Barrett, R. and Barrett, C., " Biomimetic FAA-Certifiable, Artificial Muscle Structures for Commercial
        Aircraft Wings," Invited Lecture and Presentation at the 7th World Congress on Biomimetics, Artificial
        Muscles and Nano-Bio (BAMN2013), Jeju Island, South Korea, 26 - 30 August 2013.

165.    Barrett, R., and Barrett C., " Revolutionary Adaptive Aerostructures, Changing Flight via Nature's
        Analogs for Dramatic Fuel Savings," 1st international Conference and Exhibition on Mechanical and
        Aerospace Engineering, San Antonio, Texas, 30 September – 2 October 2013.

166.     Barrett, R., "FAR 23/25 Certifiable Adaptive Structures: Enabling High CLmax and Inherent Gust
        Rejection via Mother Nature's Example," Invited Presentation to Wichita Section of the AIAA, Wichita,
        Kansas, 6 November 2013.

167.    Barrett, R. (2015). Statistical Time and Market Predictive Engineering Design (STAMPED) Techniques
        for Preliminary Aircraft Sizing, CEAS2015-206. In 5th Annual Challenges in European Airspace Conference
        (CEAS) Conference, Delft, Holland. (Refereed) 7-11 Sept 2015

168.    Barrett, R. (2016). Thermally adaptive building covering field test. Procedia Engineering, 145, 26 - 33.
        http://ac.els-cdn.com/S1877705816300091/1-s2.0-S1877705816300091-main.pdf?_tid=e789cd8a-7ce5-11e6-
        a66700000aab0f01&acdnat=1474123935_d84322f1f787b76e922b6e2a2157bc65 ISBN: 978-1-5108-2461-4
        (REFEREED, INVITED)  18 May 2016

169.    Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS INSPIRED BY
        BOTANICAL THERMOTROPISM. In Proceedings of the ASME 2016 Conference on Smart Materials,
        Adaptive Structures and Intelligent Systems (SMASIS) (pp. SMASIS2016-9105). Washington, D.C.:
        American Society of Mechanical Engineers.
        http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589293 September (Refereed)
        18 - 20, 2016.

170.    Barrett, R. (2016). THERMALLY ADAPTIVE BUILDING COVERINGS: THEORY AND
        APPLICATION. In Proceedings of the ASME 2016 Conference on Smart Materials, Adaptive Structures and
        Intelligent Systems (SMASIS) (pp. SMASIS2016-9014). Washington, D.C.: American Society of
        Mechanical Engineers. http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2589286
        (Refereed) September 18 - 20, 2016.

171.    Richard B. Bramlette, Ronald M. Barrett-Gonzalez, Christopher Depcik, and Irina Gluhareff. "The
        Effects of Scaling on the Design and Performance of the Brayton-Gluhareff Pressure Jet Engine", 55th AIAA
        Aerospace Sciences Meeting, AIAA SciTech Forum, (AIAA 2017-0120), 8 - 12 January 2017.

172.    Richard B. Bramlette and Ronald M. Barrett-Gonzalez. "Design and Flight Testing of a Convertible
        Quadcopter for Maximum Flight Speed", 55th AIAA Aerospace Sciences Meeting, AIAA SciTech Forum,
        (AIAA 2017-0243) http://dx.doi.org/10.2514/6.2017-0243 8 - 12 January 2017.

173.    Richard B. Bramlette, Christopher Depcik, and Ronald M. Barrett-Gonzalez. "The Effects of Planar
        Symmetry and Radiative Heat Losses in a Three-Dimensional Transient CFD Simulation of Right Angle
        Flow Through a Brayton-Gluhareff Cycle Pressure Jet Engine", 55th AIAA Aerospace Sciences Meeting,
        AIAA SciTech Forum, (AIAA 2017-1539) 8 - 12 January 2017.

174.    Richard B. Bramlette, Taylor A. Johnston, and Ronald M. Barrett-Gonzalez. "Design, Construction, and
        Flight Testing of the World's Fastest Micro-Scale Quadcopter", 55th AIAA Aerospace Sciences Meeting,
        AIAA SciTech Forum, (AIAA 2017-0012) 8 - 12 January 2017.

175.    Barrett, R., and Schumacher, L., "Adaptive Munitions and Convertible Weapons, Historical Overview,
        Army/DARPA Projects and Implications for Aerial Gunnery," presented at the USAF Munitions Directorate,
        AFRL/MN, 23 March 2017.

176.    Barrett, R., "Hardened Adaptive Actuators for Terminal and Post-Impact Weapon Steering," presented to
        the Department of Energy, KC-Honeywell National Security Campus, 6 April 2017.

177.    Barrett, R. M. (2018, January 2). "Functional Construction of SAC Charter and Bylaws,". AIAA SciTech
        2018, Orlando, FL Presentation to help guide AIAA Headquarters staff and SAC in constructing bylaws  and
        charter for the "New SAC."

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                                    63
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

178.    Cadel, E., Barrett, R. M., & Friis, L. (2018). Power Generation Amplification and Stack Toughening via Compliant Layer Interdigitation. In Proceedings of the ASME 2018 Conference on Smart Materials, Adaptive Structures and Intelligent Systems Volume 2: Mechanics and Behavior of Active Materials; Structural Health Monitoring; Bioinspired Smart Materials and Systems; Energy Harvesting; Emerging Technologies San Antonio, Texas, USA, September 10–12, 2018 (Vol. 2, pp. 7). New York, NY: ASME (American Society of Mechanical Engineers).
http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716043
http://proceedings.asmedigitalcollection.asme.org/proceeding.aspx?articleid=2716043 ISBN: ISBN: 978-0-7918-5195-1

179.    Schumacher, L. N., & Barrett, R. M. (2019, May 15). Close Air Support with <190 Rounds... A Practical Approach. NDIA 62nd Annual Fuze Conference 13 – 15 May 2019. Proceedings of the NDIA 62nd Annual Fuze Conference 13 – 15 May 2019, paper no. 21776.

180.    Schumacher, L. N., & Barrett, R. M. (2019, May 15). Guided Munitions for Aerial Gunnery: Increased Mission Effectiveness and Large Cost Savings. NDIA 62nd Annual Fuze Conference, Buffalo, NY. Proceedings of the NDIA 62nd Annual Fuze Conference 13 – 15 May 2019, presentation no. 21775.

181.    Barrett, R. M., & Schumacher, L. N. (2019, May 15). Hardened, Compact and Fast: Adaptive Flight Control Actuators for Guided Hard-Launched Munitions. NDIA 62nd Annual Fuze Conference 13 – 15 May 2019, Buffalo, NY. Proceedings of the NDIA 62nd Annual Fuze Conference 13 – 15 May 2019, presentation no. 21779.

182.    Barrett, R. "Flight-Safe Discarding Sabot Ammunition: Bigger Impact, Smaller Guns, Smaller Rounds, Technical Briefing to US Special Operations Command via Bell Textron 19 January 2021.

183.    Barrett, R., and Schumacher, L., "Flight Safe Saboted Aerial Gunnery Rounds  Part I: History, Interior Ballistics, Exit Dynamics and Freeflight Aeromechanics," 64th Annual NDIA Fuze Conference, Paper No. 23607, 11 - 12 May 2021.

184.    Barrett, R., and Schumacher, L., "Flight Safe Saboted Aerial Gunnery Rounds Part II: Performance, Implications for Rotary- and Fixed-Wing Attack Aircraft and Intellectual Property Licensing Landscape," 64th Annual NDIA Fuze Conference, Paper No. 23608, 11 - 12 May 2021.

185.    Barrett, R., " Thermadapt Building Coverings: R33 Performance in 1cm of Thickness," Paper No. CEE 1504, 3rd International Conference on Advanced in Civil and Ecological Engineering Research (ACEER), 27 - 30 July 2021.

186.    Barrett, R., "Flight Safe Discarding Sabot Ammunition," NDIA Air Armament Symposium, Eglin AFB, Florida 2 - 3 November 2021.

187.    Barrett, R., and Wolf, N., "Historical Overview of Aerial Gunnery Ammunition Development 1913 - 2022," NDIA 65th Annual Fuze Conference, Renton, Washington 10 - 12 May 2022, Paper No. 24200.

188.    Barrett, R., and Wolf, N., "Flight Safe Discarding Sabot Ammunition: Configurations, Range Data, General Performance & IP Status," NDIA 65th Annual Fuze Conference, Renton, Washington 10 - 12 May 2022, Paper No. 24201.

189.    Barrett, R., and Wolf, N., "Hypersonic Aerial Gunnery Ammunition," NDIA Future Force Capabilities Exhibition and Conference, Austin, Texas 19 - 22 September 2022, Paper no. 24706.

190.    Barrett, R., and Wolf, N., "Outgunning the A-10 with an Apache or FARA: New Flight-Safe Saboted Ammunition for Attack Rotorcraft," NDIA Future Force Capabilities Exhibition and Conference, Austin, Texas 19 - 22 September 2022, Paper no. 24707.

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                      64
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 4. GRANTS AND/OR OTHER FUNDED PROJECTS



*Cumulative Career-Long External Funding of Competitive Winning Proposals in terms of Phase I and Phase II AAU Metrics for Employing Institutions using Time- Normalized Expenditure Rates*

### 4.1 EXTERNAL FUNDING

#### 4.1.1 SELECTED FUNDED PROPOSALS
*\* = funded competitive, peer reviewed project*

| | Project | Sponsor | Performance Period | Total Proposal Project Amount Attracted | AAU Phase I Indicator Funding | AAU Phase II Indicator Funding | Amount Expended as Co-I | Amount Expended as PI |
|---|---|---|---|---|---|---|---|---|
| 1 | Low Cost Attritable Aircraft Platform Sharing Phase II | The Boeing Company | 9/2018 - 5/2019 | $24,994.68 | $24,994.68 | | | $24,994.68 |
| 2 | Low Cost Attritable Aircraft Platform Sharing Phase I | The Boeing Company | 4/2018 - 11/2018 | $19,998 | $19,998 | | | $19,998 |
| 3 | Adaptive Material Actuator for Guided Hard-Launched Munitions* | US Army APCT AMRDEC | 12/8/14 -- 12/31/16 | $459,047 | $459,047 | | | $459,047 |
| 4 | MultiPlex Aircraft Fab & Testing* | Competitive, Federal, Externally Reviewed KUTRI Funding | 1/1/14 - 8/15/14 | $159,842 | $159,842 | | | $159,842 |
| 5 | Subscale MultiPlex Aircraft Fabrication and Testing* | Competitive, Federal, Externally Reviewed KUTRI Funding | 8/1/13 - 7/31/14 | $29,877 | $29,877 | | | $29,877 |

rev. 2/27/25

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                                                65
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| 6 | Pressure Adaptive Wing Surface (PAWS)* | NASA Ames | 10/11 - 8/13 | $40,000 | $40,000 | | | $40,000 |
| 7 | Adaptive Flutter Vane Testing* | Competitive, Federal, Externally Reviewed KUTRI Funding | 8/10 - 8/11 | $61,076 | $61,076 | | | $61,076 |
| 8 | MicroBlown Enabling Project for IP Protection and Project Initiation* | Competitive, Federal, Externally Reviewed KUTRI Funding | 10/09 - 5/10 | $38,000 | $38,000 | | | $38,000 |
| 9 | MicroFlown Enabling Project for IP Protection and Project Initiation* | Competitive, Federal, Externally Reviewed KUTRI Funding | 4/09 - 12/09 | $28,000 | $28,000 | | | $28,000 |
| 10 | Aircraft Energy Harvesting via Post Buckled Piezoelectric Elements* | ADMRC | 1/08 - 12/09 | $200,000 | $40,000 | | $40,000 | |
| 11 | Fatigue Performance of Skewed Steel Bridges Treated with UIT, Bolting and Composites* | Kansas DOT - KTRAN | 1/08 - 12/09 | $75,000 | | $18,750 | $18,750 | |
| 12 | Enhancement of Steel Bridge Girder Systems Subject of Distortion-Induced Fatigue* | Transporation Pooled Fund (TPF) | 1/09 - 12/10 | $892,496 | | $218,750 | $218,750 | |
| 13 | Fatigue Enhancement of Undersized, Drilled Crack-Stop Holes* | Competitive, Federal, Externally Reviewed KUTRI Funding | 1/08 - 9/09 | $82,090 | $82,090 | | | $41,045 |
| 14 | Superconducting Aircraft Lightning Strike Protection Project* | US DOT | 1/2008 - 12/09 | $110,000 | $110,000 | | | $110,000 |
| 15 | Development of Adaptive Electrostrictive Nanocomposites* | ADMRC | 1/2008 - 12/09 | $200,000 | | $200,000 | | $200,000 |
| 16 | Modified Rainbow Arc Entropy Pulse Generating Glider* | US Army/SMDC/ Radiance Tech. | 4/06 - 9/08 | $200,000 | $200,000 | | | $200,000 |
| 17 | Constrained Layer Damping (CoLD) Fatigue Fuse Structural Fatigue Elimination (extension) * | Competitive, Federal, Externally Reviewed KUTRI Funding | 1/06 - 12/08 | $50,000 | $50,000 | | | $12,500 |

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                66
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | Constrained Layer Damping (CoLD) Fatigue Fuse Structural Fatigue Elimination* | Competitive, Federal, Externally Reviewed KUTRI Funding | 1/06 - 12/08 | $172,500 | $172,500 | | | $43,125 |
| 19 | Undergraduate Research | KUCR | 8/05 - 12/05 | $1,200 | | $1,200 | | $1,200 |
| 20 | Shape Memory Alloy Flight Control Surfaces* | Nielsen Engineering and Research (NEAR)/USN | 9/05 - 3/06 | $35,000 | $35,000 | | | $35,000 |
| 21 | Miniature Cruise Missile Airframe Technology (MCMAT) Phase II* | Boeing/USAF AFRL | 7/05 - 12/07 | $225,260 | $225,260 | | | $225,260 |
| 22 | Miniature Cruise Missile Airframe Technology (MCMAT) Phase I* | Boeing/USAF AFRL | 9/04 - 6/05 | $74,740 | $74,740 | | | $74,740 |
| 23 | XQ-138 Fab. and Testing in the Adaptive Aerostructures Laboratory and Other Research* | ST Aerospace | 9/00 - 5/03 | $14,000,000 | | $14,000,000 | $371,000 | |
| 24 | Development of Curved Adaptive Missile Fin* | USA AMCOM | 6/02 - 9/02 | $50,000 | $50,000 | | | $50,000 |
| 25 | Active Thunder Control Surfaces for Miniaturized Munitions* | Qortek/USAF WL/MNAV | 8/01 - 9/03 | $187,483 | $187,483 | | | $187,483 |
| 26 | Miniature Interceptor Technology Testbed* | Space and Missile Defense Command | 2/99 - 10/99 | $65,000 | $65,000 | | | $65,000 |
| 27 | Phase I Range-Extended Adaptive Munition* | DARPA & US Army Aberdeen Proving Ground, Maryland | 12/98 - 6/99 | $90,000 | $90,000 | | | $90,000 |
| 28 | Phase II Range-Extended Adaptive Munition* | DARPA & US Army Aberdeen Proving Ground, Maryland | 7/99 - 10/02 | $135,000 | $135,000 | | | $135,000 |
| 29 | Aerodynamic Characterization of a Micro Aerial Vehicle* | DARPA, Alexandria, Virginia | 3/99 - 10/99 | $96,401 | $96,401 | | $96,401 | |
| 30 | Materials EPSCoR * | NSF/Auburn | 9/95 - 7/98 | $48,681 | $48,681 | | $48,681 | |
| 31 | C-Block Rotor Flaps* | Army Research Office | 9/96 - 8/99 | $92,546 | $92,546 | | | $92,546 |

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                    67
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | WIDT Phase II* | McDonnell Douglas & USAF Armament Div., Eglin Air Force Base, FL | 6/96 - 8/98 | $93,811 | $93,811 | | | $93,811 |
| 33 | Barrel-Launched Adaptive Munition Extended Range BLAMER* | AFOSR | 1/96 - 12/96 | $25,000 | $25,000 | | | $25,000 |
| 34 | Rotationally Active Flutter Test Surface, RAFTS* | NASA Dryden | 2/96 - 2/98 | $48,000 | $48,000 | | | $48,000 |
| 35 | WIDT Phase I* | McDonnell Douglas & USAF Armament Div., Eglin Air Force Base, FL | 9/95 - 5/96 | $35,814 | $35,814 | | | $35,814 |
| 36 | Compressed Mk 83* | USAF Armament Div., Eglin Air Force Base, FL | 9/95 - 8/97 | $132,925 | $132,925 | | | $132,925 |
| 37 | Super-Active Shape-Memory Alloy Composites* | Auburn University Research Grant-in-Aid | 5/95 - 5/96 | $5,000 | $5,000 | | | $5,000 |
| | | | Totals: | $17,961,167 | $2,956,086 | $14,451,285 | $793,582 | $2,776,869 |

## 4.1.2 PROPOSALS UNDER REVIEW

1. Passively Dynamic Prandtl-tailored Aerocompliant δ₃ PAH Wingtip Extensions
   Submitted to NASA HQ
   7 May 2018, 23 pages                          PI: Ron Barrett
   Investigators:  C. Zheng, Z.J. Wang            Funding Level: $6,854,841 total
   Status: pending                                Performance period: 5/19 – 7/20

2. Dynamically Aerocompliant PAH Flaps and Prandtl-tailored δ₃ PAH Wingtip Extensions
   Submitted to NASA HQ
   7 May 2017, 23 pages                          PI: Ron Barrett
   Investigators:  C. Zheng, Z.J. Wang            Funding Level: $3,571,321 total
   Status: pending                                Performance period: 5/19 – 7/22

## 4.1.3 OTHER PROPOSALS SUBMITTED
SELECTED FULLY DEVELOPED PROPOSALS AND RESEARCH PROJECTS

1. Kansas University Bioinspired Center for Flight Research
   Submitted to AFOSR
   March 2014, 47 pages                          PI: Ron Barrett
   Investigators:  R. Honea, M. Denning et al.    Funding Level: $425,000
   Status: declined                              Performance period: 8/14 – 8/17

2. Development of Aircraft Design Modeling Tools for Dynamically Aerocomoliant Pressure Adaptive Wings
   Submitted to NASA HQ

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                    68
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | |
|---|---|
| March 2014, 47 pages | PI: Ron Barrett |
| Investigators: R. Honea, M. Denning et al. | Funding Level: $1,807,930 |
| Status: declined | Performance period: 8/14 – 8/17 |

| | |
|---|---|
| 3. Fuel Efficiency Enhancement Techniques for Retrofit of the KC-135 Fleet | |
| Submitted to US Air Force Material Command | |
| April 2013, 47 pages | PI: Ron Barrett |
| Investigators: R. Honea, M. Denning et al. | Funding Level: $39,000,000 |
| Status: declined | Performance period: 8/13 – 8/18 |

| | |
|---|---|
| 4. Supersonic Hovering Air Vehicle Initiation Study | |
| Submitted to DARPA TTO | |
| March 2013, 27 pages | PI: Ron Barrett |
| Investigators: R. Honea, M. Denning et al. | Funding Level: $1,800,000 |
| Status: declined | Performance period: 8/13 – 8/16 |

| | |
|---|---|
| 5. Pressure Adaptive Wing Surface | |
| Submitted to NASA Ames | |
| March 2011, 29 pages | PI: Ron Barrett |
| Investigators: | Funding Level: $40,000 |
| Status: awarded | Performance period: 7/8/11 – 7/7/13 |

| | |
|---|---|
| 6. Enhancement of Welded Steel Girders Susceptible to Distortion-Induced Fatigue | |
| Submitted to KDOT | |
| February 2012, 32 pages | PI: S. Rolfe |
| Investigators: R. Barrett, A. Matamoros, C. Bennett | Funding Level: $892,496 |
| Status: awarded | Performance period: 10/11 – 9/14 |

| | |
|---|---|
| 7. Fatigue Enhancement of Undersized Drilled Crack-Stop Holes | |
| Submitted to KUTRI | |
| March 2011, 7 pages | PI: R. Barrett |
| Investigators: R. Barrett, A. Matamoros, C. Bennett | Funding Level: $82,090 |
| Status: awarded | Performance period: 10/11 – 9/14 |

| | |
|---|---|
| 8. Design, Development and Testing of Active Dynamically Aerocompliant Pressure Adaptive Wing Structures (PAWS) | |
| 15 August 2012, 26 pages | PI: Ron Barrett |
| Investigator: | Funding Level: $1,125,000 total |
| Status: declined | Performance period: 8/01 – 9/03 |

| | |
|---|---|
| 9. Piezoelectronically Activated THUNDER Control Surfaces for Miniaturized Munitions | |
| 1 September 2002, 19 pages | PI: Ron Barrett (100%) |
| Investigator: | Funding Level: $187,483 total |
| Status: awarded | Performance period: 8/01 – 9/03 |

| | |
|---|---|
| 10. Development of a Miniature Interceptor Technology Testbed Phase I | |
| Submitted to: US Army Space and Missile Defense Command | |
| 8 December 1998, 10 pages | PI: Ron Barrett (100%) |
| Investigator: | Funding Level: $65,000 total |
| Status: awarded | Performance period: 2/99 - 10/99 |

| | |
|---|---|
| 11. 50 Caliber Range-Extended Adaptive Munition, Phase I | |
| Submitted to: Defense Advanced Research Projects Agency (DARPA) & Lutronix Corporation | |
| 1 December 1998, 9 pages | PI: Ron Barrett (100%) |
| Investigator: | Funding Level: $90,000 total |
| Status: awarded | Performance period: 12/98 - 6/99 |

| | |
|---|---|
| 12. Shipborne Countermeasure Range Extended Adaptive Munition | |
| Submitted to: Defense Advanced Research Projects Agency (DARPA) & Lutronix Corporation | |
| 24 October 1995, 9 pages | PI: Ron Barrett (90%) |

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING                                                69
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

Investigators: A. Ahmed (5%) & R.S. Gross (5%)      Funding Level: $900,000 total
Status: awarded to Lutronix, subcontract negotiated w/AU      Performance period: 7/99 - 10/02

13. Aerodynamic Characterization of a Micro Aerial Vehicle
    Submitted to: Defense Advanced Research Projects Agency (DARPA) & Lutronix Corporation
    8 December 1998, 10 pages                         PI: A. Ahmed (90%)
    Investigator:  R.S. Gross (10%)                   Funding Level: $96,401 total
    Status: awarded                                   Performance period: 3/99 - 10/99

14. Smart Materials for Transport Control
    Submitted to: The National Science Foundation
    8 July 1994, 148 pages                            PI: Ralph Zee
    Investigators: Jeff Fergus, Bill Gale, Xiao Feng Yang, Bor Jang, Kamalan Bhat, Jeff Fergus, Daryush Ila, Gregg Janowski,
    Shaik Jeelani, Ashok Kumar, Hassan Mahfuz, Hossein Maleki, German Mills, Douglas Rigney, James Rigsbee, Mara
    Rizzatti, Uday Vaidya, Garvin Wattuhewa, Robert Zimmerman, Ron Barrett
    Funding Level: $998,236 for three years ($48,681 so far for Barrett)
    Status: awarded                                   Performance period: 9/95 - 7/98

15. Rotationally Adaptive Flutter Test Surface
    Submitted to: NASA Dryden Flight Test Center
    24 October 1995, 25 pages                         PI: Ron Barrett (90%)
    Investigator: R.S. Gross (10%)                    Funding Level: $48,000 total over two years
    Status: awarded                                   Performance period: 2/96 - 1/98

16. Barrel-Launched Adaptive Munition Experimental Round Research
    Submitted to: The U. S. Air Force Office of Scientific Research & Wright Laboratory Armament Directorate
    16 October 1995, 25 pages                         PI: Ron Barrett (90%)
    Investigator: Don Spring (10%)                    Funding Level: $25,000 for one year
    Status: awarded                                   Performance period: 1/96 - 12/96

17. Adaptive Stabilization and Flight Control Surface Research for Compressed Carriage
    Air-to-Ground Weapons, Phase I
    Submitted to: McDonnell Douglas Aerospace Corporation
    26 April, 1995, 22 pages                          PI: Ron Barrett (80%)
    Investigator: Don Spring (20%)                    Funding Level: $35,814 for 10 months
    Status: awarded:                                  Performance period: 9/95 - 5/96

18. Adaptive Stabilization and Flight Control Surface Research for Compressed Carriage, Phase II
    Submitted to: McDonnell Douglas Aerospace Corporation
    26 April, 1995, 24 pages                          PI: Ron Barrett (90%)
    Investigator: R.S. Gross                          Funding Level: $93,811 for 22 months
    Status: awarded                                   Performance period: 10/96 - 8/98

19. Development of a Balanced, Active Rotor Blade Flap System using Piezoceramic C-Block Actuators
    Submitted to the U.S. Army Research Office, Structural Mechanics Branch
    1 April 1995,  34 pages                           PI: Ron Barrett (50%)
    Co-PI: D. Brei, Univ. of Michigan, Ann Arbor (50%)    Funding Level: $182,490 over three years
    Status: awarded                                   Performance period: 5/96 - 5/99

20. Shape-Memory Alloy Artificial Muscle Research
    Submitted to: Auburn University, under the Research Grant-in-Aid Program
    31 January 1995, 10 pages                         PI: Ron Barrett (90%)
    Investigator: R.S. Gross (10%)                    Funding Level: $6,000 for 1 year
    Status:  awarded                                  Performance period: 6/95 - 6/96

21. Low Drag, Low Observable Compressed Air-to-Ground Smart Weapons Research
    Submitted to the USAF Armament Directorate, Weapons Flight Mechanics Branch
    29 December 1994, 27 pages                        PI: Ron Barrett (85%)
    Co-PIs: John Cochran (5%), Don Spring (10%)       Funding Level: $132,925 over two years

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING    70
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

| | |
|---|---|
| Status: awarded | Performance period: 9/95 - 8/97 |

| | |
|---|---|
| 22. Active Torque-Plate Research for a Solid State Rotor System<br>Submitted to the National Science Foundation<br>14 June 1993, 19 pages<br>Funding Level: $55,546 | <br><br>PI: Ron Barrett<br>Status: selected for award |

| | |
|---|---|
| 23. Inflatable Smart Missile Wing Design Evaluation, Phase II<br>Submitted to the U.S. Air Force Armament Directorate<br>28 December 1992, 52 pages<br>Co-Investigator: R. Barrett<br>Status: awarded | <br><br>PI: S. Farokhi<br>Funding Level: $750,000<br>Performance period: 5/93 - 5/95 |

| | |
|---|---|
| 24. Advanced Low-Cost Smart Missile Fin Technology Evaluation, Phase I<br>Submitted to the U.S. Air Force Armament Directorate, WL/MNAV<br>10 January 1992, 19 pages<br>Funding Level: $50,000<br>Status: awarded | <br><br>PI: Ron Barrett<br><br>Performance period: 6/93 - 12/93 |

| | |
|---|---|
| 25. Inflatable Smart Missile Wing Design Evaluation, Phase I<br>Submitted to the U.S. Air Force Armament Directorate, WL/MNAV<br>10 January 1992, 19 pages<br>Co-Investigator: R. Barrett<br>Status: awarded | <br><br>PI: S. Farokhi<br>Funding Level: $50,000<br>Performance period: 5/92 - 11/92 |

## 4.2 INTERNAL FUNDING

| Project | Sponsor | Performance Period | Total Amount | AAU Phase I Indicator | AAU Phase II Indicator | Amount as PI |
|---|---|---|---|---|---|---|
| SAE AeroDesign | KUTRI | 10/11 - 9/12 | $12,585 | $12,585 | | $12,585 |

## 5. HONORS AND AWARDS FOR RESEARCH

### 5.1 INTERNATIONAL RESEARCH AWARDS

1.  **Winner of the AIAA Abe Zarem Research and Mentorship Award:** Vos, R. and Barrett, R., "Magnification of Work Output in PBP Class Actuators Using Buckling/Converse Buckling Techniques," *Proceedings of the 49th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics and Materials Conference,* Schamburg, IL 7 - 10 April 2008, paper no: AIAA-2008-1906.

2.  **First Place Winner,** American Institute of Aeronautics and Astronautics International Research Paper Competition, Bramlette, R. and Leurck, R., "A Method for Control Surface Deflection Utilizing Piezoceramic Bimorph Actuators," April 2004.

3.  Barrett, R., "The Flexspar Solid State Adaptive Stabilator," winner of the *1998 Discover Award for Aviation and Aerospace,* Discover Magazine's top award for new innovations in the fields of Aviation and Aerospace Industries.



### 5.2 DOMESTIC RESEARCH COMPETITION AWARDS

1.  **First Place Winner,** American Institute of Aeronautics and Astronautics Region II Research Paper Competition, Bramlette, R. and Leurck, R., "A Method for Control Surface Deflection Utilizing Piezoceramic Bimorph Actuators," April 2004.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING                                                    71
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

2.    **Second Place Winner,** American Institute of Aeronautics and Astronautics Southeast Region Student Paper Competition,, Brennison, M. "Development and Flight Test of a Shape Memory Alloy Actuator Flight Control System," April 2004.

3.    **Third Place Winner,** American Institute of Aeronautics and Astronautics Southeast Region Student Paper Competition, Brennison, M. "The Reduction of Friction In Pipes and Tubing by Use of Advanced Silane," April 2002.

4.    **First Place Winner,** American Institute of Aeronautics and Astronautics Southeast Region Student Paper Competition, Padgett, D., "Design, Development and Testing of a Shape-Memory-Alloy Aircraft Tail Boom," April 2002.

5.    **First Place Winners,** AIAA Southeast Region Student Paper Competition, Corpening, J., and Reasonover, C., "An Experimental and Analytical Investigation of Boundary Layer Reattachment using Tangential Piezoelectric Synthetic Jet Actuators," April 2001.

6.    **Second Place Winner,** AIAA Southeast Region Student Paper Competition, Law, David, "An Experimental and Analytical Investigation of an Active Wing Using Root Twist Manipulation," 11 April 1998.

7.    **Third Place Winners,** AIAA Southeast Region Student Paper Competition, Phillip Frye and Michael Schliesman, "Design and Testing of a Flight Controller for a Solid State Adaptive Rotor Helicopter," 11 April 1997.



**Demonstration of Jet Engine for K-12 Students and educators**

## 5.3 KU SPECIFIC RESEARCH COMPETITION AWARDS

1.    **1st Place Winner,** Graduate Research Competition Award, Bonet, Eric, "Bridge Repair Utilizing Plastics and Stitches," the University of Kansas Graduate School, April 2014.

2.    **2nd Place Winner** in Oral Competition, Graduate Engineering Association, 7th Annual Research Competition, Bonet, Eric, "Stitched Bridge Repair," 11 April 2014.

3.    **3rd Place Winner** in Poster Competition, Graduate Engineering Association 7th Annual Research Competition, Bonet, Eric, "Stitched Bridge Repair," 11 April 2014.


## 6. SERVICE RECORD

### 6.1 UNIVERSITY OF KANSAS SERVICE

### 6.1.1 DEPARTMENTAL SERVICE ACTIVITIES

- Minority/Native/Underrepresented Outreach Coordinator
- Departmental K-12 Coordinator (flying aircraft, running jet engines, launching rockets etc.)
- Departmental Study Abroad Advisor (just under a dozen students a year participate in this program as we have very active exchanges between TU Delft, several institutions in Germany and around the world)
- Leader, DARPA Proposal and Project XVTOL Team
- Leader, KUAE NASA Learn Proposal Team
- Strategic Planning Committee Member
- AIAA Student Chapter Advisor
- SAE Student Chapter Advisor
- Departmental AIAA Coordinator for Propulsion, Space & Aircraft Design Wins with media and KBOR
- Handled multiple challenging sexual assault and discrimination cases for undergrad and graduate students in KUAE
- Coordinated the media contacts and releases centered on the Department's Design Competition wins Chair, Departmental Publicity and Recruiting Committee
- Co-Organizer of many activities including the Department Open-House, E-Day and Christmas
- Director of the Adaptive Aerostructures Laboratory
- Member, Departmental Curriculum Committee
- Member, Departmental Facilities and Equipment Committee

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

- Member, Departmental Graduate Admissions Committee
- Member, Departmental Research Committee
- Member, Departmental Scholarship Committee
- Member, Departmental Student Awards Committee

**6.1.2 SCHOOL SERVICE ACTIVITIES**

- Engineering Senate Executive Committee (ESEC) Member, then Chair
- LEEP 2 Design Room Advisory Group Member
- Member, CEAE Fatigue and Fracture Working Group
- SoE FAA COE Working Group
- Phase II Library and Student Support Committee
- Guest Lecturer, BioE 801, 29 October 2013
- Guest Lecturer on India Travel to the India Impact Study Abroad Program, 24 November 2013
- Engineering Expo Coordinator for AIAA/SAE AeroDesign

**6.1.3 UNIVERSITY SERVICE ACTIVITIES**

- American Association of University Professors (AAUP) Chapter President, Committee A Chair
- Member, Planning and Resources Committee 2016 - 2019
- University Senator 2014 - 2017
- Service on University-level Restricted Research Committee
- Guest Lecturer and Jury Member in multiple Architecture Studio classes for W. Lesnikowsky
- Assisted multiple Industrial Design projects under L. Rake
- Collaborated with W. Meyer on Engineering Entrepreneurship Program with School of Business
- Secretary of the KU Chapter of the American Association of University Professors
- Coordinated the Investigation into Administrative Malfeasance in the Falsification of Vetted Promotion and Tenure Rules
- Coordinator of the petition to require Governance compliance with the Sunshine Laws of the State of Kansas

**6.2 PROFESSIONAL SERVICE BEYOND ACADEMIA**
**6.2.1 ASSOCIATE EDITORSHIPS AND EDITORIAL BOARD MEMBERSHIPS**

1. Editor-in-Chief, Journal of Aviation Technology
2. Editorial Board of the Journal of Aerospace Sciences and Technologies
3. Editorial Board of the Journal of Aeronautics and Aerospace Engineering
4. Associate Editor of the International Journal of Aerospace Engineering

**6.2.2 TECHNICAL PAPER AND PROPOSAL REVIEWER OF ADAPTIVE AEROSTRUCTURES AND UAVS**

1. American Institute of Aeronautics and Astronautics Structural Dynamics and Materials Conferences.
2. American Institute of Aeronautics and Astronautics Journal
3. American Institute of Aeronautics and Astronautics Journal of Aircraft
4. Journal of Vibration and Acoustics
5. ASME Journal of Dynamic Systems, Measurement and Control, New York, NY
6. Journal of Intelligent Material Systems and Structures, Bristol, England.
7. Journal of Smart Materials and Structures, IOP Publishing Limited, Bristol, England.

RONALD M. BARRETT PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

8.  International Journal of Aerospace Engineering (TOAEJ)
9.  Journal of Frontiers in Aerospace Engineering (FAE)
10. Journal of Materials Processing Technology
11. Journal of Mechanical Design
12. Czech Science Foundation
13. South Eastern Conference on Theoretical and Experimental Mechanics
14. 1996 International Mechanical Engineering Conference and Exposition, Atlanta, GA.


### 6.2.3 TECHNICAL AND STANDING COMMITTEE MEMBERSHIPS & CHAIRMANSHIPS

• Recipient of the AIAA Sustained Service Award 2024
• American Institute of Aeronautics and Astronautics Student Activities Committee (SAC, Chair)
• American Institute of Aeronautics and Astronautics Aircraft Design Technical Committee (ADTC)
• American Institute of Aeronautics and Astronautics Adaptive Structures Technical Committee (ASTC)
• American Institute of Aeronautics and Astronautics Pre-College Committee


### 6.2.4 PROPOSAL REVIEWER ON ADAPTIVE AEROSTRUCTURES, MISSILES, MUNITIONS & UAVS

• Defense Experimental Program to Stimulate Competitive Research (DEPSCoR).
• National Research Council, National Materials Advisory Board, Washington, D., 20418
• US Air Force Office of Scientific Research, Bolling AFB, DC 20332
• Department of Energy, Office of Energy Research, Washington, D., 20585
• Army Research Office, Structural Mechanics Branch, Research Triangle Park, NC 27709


### 6.2.5 STATE-LEVEL SERVICE ACTIVITIES

• Past President American Association of University Professors (AAUP) State of Kansas Conference
• Discrimination Task Force Chairperson, KSAAUP
• Coordinator, MO-KS AAUP Joint Meeting and Fall Conference
• KSAAUP Sound Governance Award Committee Member
• Invited Lecture to BCAAUP on Defending Against Administrative Bullying, 14 November 2013
• KSAAUP Observer, Dismissal Hearing, Benedictine College, Atchison, Kansas, 6 December 2013
• Coordinator, State of Kansas First Higher Education Policy Conference


### 6.2.6 COMMUNITY SERVICE

Hundreds of events 1993 – present at K-12 schools, Haskell Indian Nations University, churches, Cub Scout troops & community organizations… See the "Rocket Ron" page on Facebook to see some of the many outreach events supported. <https://www.facebook.com/profile.php?id=100063673681882>

### 6.2.7 TECHNICAL ASSISTANCE FOR INTERNATIONAL COMPANIES

1.  NiellTech Manufacturing, Xiamen, China, worked on support of intellectual property claims.

2.  Silverlit Toy Manufactory, Hong Kong, worked on support of a large collection of patents centered on micro helicopters and the infringement of Silverlit's rights by other companies.

3.  Micro-Autonomous Systems, LLC Consulting work on the convertible uninhabited aerial vehicles for the toy industry and defense, fabrication and flight testing.

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

74

4. Lutronix Corporation, Inc. Consulting work on guided munitions, fabrication and flight testing for the toy and defense industries.

5. QorTek Corporation, Williamsport, Pennsylvania Consulting work on the design of missile fin actuators was performed.

6. Schafer Corporation, Huntsville, Alabama Consulting work on the design of hypersonic interceptor and flight adaptive flight control actuator design was performed and is currently ongoing.

7. Saab Dynamics AB, Linköping, Sweden Consulting work on the design, development and testing of adaptive aerostructures for missiles and munitions was performed and is currently ongoing.

8. Aerotech Engineering and Research, Lawrence, Kansas Consulting work on the application of smart tetrahedral vortex generator placement, and applications were conducted. Consulting work on applications of smart structures and materials to inflatable smart missile wings was also performed in support of U.S. AFContract FO8630-92-C-0027.

9. Boeing/McDonnell Douglas Missile Systems, St. Louis, Missouri  Smart missile fin design parameters as well as manufacturing and analysis techniques were explained in several presentations. Arrangements of aeroservoelastic surfaces including subsonic and supersonic missile fins and wings were laid out for the Tomahawk, HARM, and Phoenix. Advanced control concepts including dynamic lift enhancement and aft-fin stabilization were illustrated. A prototype smart missile fin was demonstrated.

10. Corporate Headquarters, General Dynamics, St. Louis, Missouri Presentations were delivered in support of newly acquired rights to U.S. Patent 5,440,193 on directionally attached piezoelectric (DAP) actuator elements for smart structures. The presentations outlined the operating principles and analysis techniques. Several beam specimens as well as the first smart missile fin were demonstrated.

11. Defense Initiatives Office, General Dynamics, Washington, D. The fundamentals of DAP analysis, design and manufacturing techniques were laid out for various types of weapon systems and platforms. Assistance on a proprietary study of brilliant weapon systems and nanostructures was given.

12. Convair Division, General Dynamics, San Diego, California The fundamentals of integrating smart structures and materials into the Tomahawk missile were delivered. The first smart missile wing was demonstrated. Performance enhancement estimations showed substantial improvements in operational characteristics.

13. Valley Systems Division, Ontario, and Data Systems Division, Pomona, California, General Dynamics Presentations on smart structures applications on the Stinger missile were delivered. The applications included seeker assembly and platform stabilization as well as smart missile fin integration.

14. Fort Worth Division, General Dynamics, Fort Worth, Texas The stealth enhancement properties of active/solid state flight control were explained.  An evaluation of the suitability of smart structures to the A-12 and future advanced aircraft was conducted. (Mr. Michael Love (817) 777-2141 and Mr. William Rogers

15. The University of Maryland, College Park Consulting in support of the DAP patent prosecution was conducted.


**6.2.8 SELECTED INTERNATIONAL CONFERENCES ORGANIZED**

1. Co-Organizer, Smart Materials and Nanostructures, Weihai, China July 2009.
2. Co-Organizer, ASME Smart Materials Adaptive Structures and Intelligent Systems, October 2008, Baltimore, MD.
3.  Co-Organizer and Program Committee Member for the First European Micro Air Vehicle Conference and Flight Competition, EMAV 2004, Braunschweig, Germany, sponsored by the German Institute of Navigation, Deutscher Aero Club, e.V., Deutsche Gesellschaft für Luft-und Raumfahrt – Lilienthal-Oberth e.V. (DGLR), July 2003.
4. Co-Organizer for Aero India 2001Technical Seminar on "Unmanned Air Vehicles – Emerging Technologies," Bangalore, India 7 – 9 February 2001.
5. Co-Organizer for the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 7 - 10 July 1999.
6. Co-Organizer for the 4th European Conference on Smart Structures and Materials, Harrogate, UK, 6 - 8 July 1998,

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING
DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

7.  Co-Organizer for the Society of Photo-Optical Instrumentation Engineers First Annual Far East and Pacific Rim Conference on Smart Materials and Structures, and Micro-Electromechanical Machines, Bangalore, India, 11 - 14 December 1996.


## 6.2.9 SELECTED INTERNATIONAL CONFERENCE SESSIONS CHAIRED

1.  Session Chair of many, Many AIAA conferences… (too many to keep track of)
2.  Session Chair for the Smart Structures and Integrated Systems Conference of the Society of Photo-Optical Instrumentation Engineers 11th Annual International Symposium on Smart Structures and Materials, San Diego, California, March, 2003.
3.  Session Chair for the Adaptive Composites Session in the International Conference on Composites Engineering, New Orleans, Louisiana, August 21 - 24, 1994.
4.  Session Chair for the Aircraft Applications in the Smart Structures and Integrated Systems Conference (3329) of the SPIE 5th Annual International Symposium on Smart Structures and Materials, Monday, 2 March 1998 (for T. Weisshaar).


## 6.2.10 DESCRIPTION OF INTERNATIONAL EXTENSION PROGRAM

My international extension program is in full swing and has been underway for years. The major thrust is through extension teaching of my short courses on adaptive aerostructures and Subscale Convertible UAV Design. Short courses and invited lectures have been delivered to many international corporations and Government agencies, including:

| | | |
|---|---|---|
| • Saab Aircraft Corporation | • Swedish Ministry of Defense | • NASA |
| • Rolls-Royce Military Aero Engines | • British Aerospace | • Boeing |
| • Singapore Technologies Engineering | • The Royal Netherlands Air Force | • US Navy |
| • Indian Ministry of Defense | • Aeronautical Society of India | • US Air Force |
| • British Ministry of Defense | • German Ministry of Defense | • DARPA |
| • Royal Air Force | • German Army | • DASA |
| • Universität Stuttgart | • GEC-Marconi | • Raytheon Corporation |
| • Bofors Corporation | • General Dynamics | • US Army |

**RONALD M. BARRETT** PROFESSOR OF AEROSPACE ENGINEERING

DIRECTOR OF THE ADAPTIVE AEROSTRUCTURES AND AIRCRAFT DESIGN LABORATORIES, UNIVERSITY OF KANSAS, LAWRENCE

## 7. REFERENCES

**Auburn University**
Professor Emeritus David A. Cicci
Aerospace Engineering Department
211 Aerospace Engineering Bldg.
Auburn University, AL 36849-5338          (334) 844-6820          dcicci@eng.auburn.edu

**The University of Kansas**
Distinguished Professor Emeritus Jonathan Clark
Callaly Castle, Callaly, Alnwick, NE66 4TA
United Kingdom                    +44 (0)1665 574 083          ck98ck@yahoo.com

**South Dakota School of Mines and Technology**
Professor Albert Romkes
Mechanical Engineering Department
CM 167, South Dakota School of Mines and Technology
Rapid City, South Dakota 57701          605-394-2255          albert.romkes@sdsmt.edu

**Technical University of Delft**
Professor Roeland De Breuker
Section Head, Aerospace Structures
The Technical University of Delft
Faculty of Aerospace Engineering
Kluyverweg 1
2629HS Delft, The Netherlands          +31 15 27 85627          R.DeBreuker@tudelft.nl

Professor Roelof Vos
Aircraft Design
The Technical University of Delft
Faculty of Aerospace Engineering
Kluyverweg 1
2629HS Delft, The Netherlands          +31 15 27 85643          R.Vos@tudelft.nl

**Industry**
Dr. Richard Bramlette
Senior Aerospace Design Engineer
NexGen Aeronautics
4030 Spencer St. #108
Torrance, CA 90503          T (310) 626-8361  C (334) 663-4364  F (310) 891-2825          rbramlette@nextgenaero.com

**URM In Industry** (reference for outreach to underrepresented students)
Ms. Lauren Fitzpatrick Shanks, PMP, CSM, MBA
Founder and CEO of Keep WOL
3128 E Vallejo Dr
Gilbert, AZ 85298          (913) 669-2031          lauren@keepwol.com