# EXHIBIT 4

# RONALD M. BARRETT

## List of Prior Engagements

1. *Silverlit Toys Manufatory Ltd. et al, v. Westminster, Inc.*, US District Court for the Eastern District of Virginia, Case No. 2:07-cv-472-JBF/JEB, 5/10 - 7/12 (patent infringement).
2. Benedictine College, Case No. 57-160-000028-14, binding arbitration, Atchison, Kansas 4/14 - 6/14 (labor dispute arbitration, T).
3. *LaRose Industries, LLC, v Capriola Corp.*, IPR 2013-00120 (JTA), 10/13 - 1/14 (Inter Partes Review).
4. *Meggitt San Juan Capistrano, Inc. v. Nie Yongzhong*, US Court of Appeals for the Ninth Circuit, No. 13-56843, 8:13-cv-00239-DOCMLG, 7/14 - 8/15 (trade secrets, D).
5. *Bethany College v. Dr. Thomas Jorsch*, National Labor Relations Boards, Case nos. 14–CA–201546 and 14–CA–201584, National Labor Relations Board, Hearing Lindsborg, Kansas, September - December 2017 (academic freedom, retaliation and employment, T).
6. *SZ DJI Technology Co. Ltd. and DJI Europe B.V. v. Autel Robotics USA LLC, and Autel Aerial Technology Co. Ltd.*, US District Court, District of Delaware, No. 16-706-LPS 8/2016 - 9/2021 (patent infringement, D).
7. *Reynard v. Washburn University of Topeka*, US District Court, District of Kansas, Case No. 5:19-CV-04012-HLT-TJJ, September 2021 - July 2022 (academic freedom and employment).
8. *Wisk Aero, LLC v. Archer Aviation*, US District Court, Northern District of California, Case No. 3:21-cv-02450-WHO, May 2021 - October 2022 (patent infringement).
9. *Wagner et al. v. Dotzenroth et al.*, US District Court, Southern District of California, Case No. 3:21-cv-00994-L-AGS, May 2021 - September 2022 (trade secrets).
10. *Moog Inc. v. Skyryse, Inc. et al.*, US District Court, Western District of New York, Case No. 1:2022cv00187, November 2022 - December 2023 (trade secrets, D).
11. *Miracle v. Hush Kansas District Court*, Case No. 5:23-cv-04056, July 2023 - Jan. 2025 (academic freedom and employment, T).
12. *Zunum Aero Inc., v. The Boeing Company*, US District Court, Western District of Washington, Seattle Division, Case No. 2:21-cv-00896-JLR, 10/23 - 5/24 (trade secrets, T).
13. *Multiple Litigants v. The Boeing Company*, US District Court, Eastern District of Virginia, 1:23-md-03072, 2/24 - 9/24 (product liability).
14. *Airspace Systems Inc., v. Axon Enterprise, Inc., and Dedrone Holdings, Inc.*, US District Court, Eastern District of Virginia, Alexandria Division, Case no. 1:24-cv-01625-CMH-LRV, 2/25 - present (patent infringement).
15. *Scientific Applications & Research Associates (SARA) v. Zipline International*, US Dist. Court N. District of California, Case No. 22-cg-4480, January 2023 - present (patent infringement).