# EXHIBIT 5

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/849,190 | 05/20/2004 | Won-ik Cho | 1793.1290 | 7296 |

21171          7590          01/05/2007
STAAS & HALSEY LLP
SUITE 700
1201 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| HINDI, NABIL Z |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2627 | |

| SHORTENED STATUTORY PERIOD OF RESPONSE | MAIL DATE | DELIVERY MODE |
|---|---|---|
| 3 MONTHS | 01/05/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

If NO period for reply is specified above, the maximum statutory period will apply and will expire 6 MONTHS from the mailing date of this communication.

PTOL-90A (Rev. 10/06)

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 10/849,190 | CHO ET AL. |
| | Examiner | Art Unit |
| | NABIL Z. HINDI | 2627 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

**A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.**
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☐ Responsive to communication(s) filed on _____.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

4) ☒ Claim(s) *1-47* is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☒ Claim(s) *32-47* is/are allowed.
6) ☒ Claim(s) *1-7,11-16,19,20 and 25-27* is/are rejected.
7) ☒ Claim(s) *8-10,17,18,21-24 and 28-31* is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

### Application Papers

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

### Priority under 35 U.S.C. § 119

12) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☒ All   b) ☐ Some * c) ☐ None of:
    1. ☒ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.
4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

Application/Control Number: 10/849,190                                                                 Page 2

Art Unit: 2627

In response to applicant's filing dated May 20, 2004. The following action is taken:

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-7, 11-16, 19, 20, and 25-27 are rejected under 35 U.S.C. 102(b) as being anticipated by Korean Patent 2002-140828.

The reference shows an optical head structure comprising: an objective lens 2 on a blade 1, a plurality of suspension wires 4, a magnetic circuit positioned on a head base 5-7, a coil positioned horizontally and divided in a vertical direction 30f.

With respect to the limitations of claims 2 and 12 see fig 21 having the coils 30f divided in a vertical direction corresponding to coil 150 of the claimed invention.

With respect to the limitations of claims 3 and 13 see fig 21 having the coil surrounding the lens holder.

With respect to the limitations of claims 4, 5, 14 and 15 see elements 30ti.

With respect to the limitations of claims 6, 7 and 16 see element 5 and 7.

With respect to the limitation of claims 20, 25 and 27 see elements 30f.

Application/Control Number: 10/849,190                                                      Page 3
Art Unit: 2627

Claims 8-10, 17, 18, 21-24, 28-31 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

None of the cited prior art shows or teaches a pair of uni-polar magnets disposed opposite to each other with respect to the blade and have the same polarity nor the use of a three stoppers as structurally claimed.

Claims 32-47 are allowed.

None of the cited prior art shows or teaches the three stoppers, the hinge 162 between the sub coils 151, 152 nor the use of a yoke having three sections as claimed.

Any inquiry concerning this communication should be directed to NABIL Z. HINDI at telephone number (571) 272-7618.

NABIL HINDI
PRIMARY EXAMINER
GROUP 2500
2627



ATTACHMENT 1(g)

| | |
|---|---|
| **LIST OF ADDITIONAL SUBMITTED DOCUMENTS** | ATTORNEY DOCKET NO. 1793.1290 — APPLICATION NO. 10/849,190 |
| | FIRST NAMED INVENTOR: Won-ik CHO, et al. |
| | FILING DATE: May 20, 2004 — GROUP ART UNIT: ~~2655~~ 2627 |

The following document(s) is/are listed in accordance with the duty of disclosure provisions of 37 CFR § 1.56, so that the Examiner may consider same should he deem any thereof to be material to examination of the subject application.

It is requested that the Examiner acknowledge his consideration of document(s) below-listed by initialling same in the space provided adjacent each such application and that the Examiner sign and date this form at the bottom thereof to confirm such consideration having been given.

This submission in no way represents an admission that any of the information listed herein constitutes prior art with respect to the subject application; and unless and until such prior art status is established, this submission is not a request that the information presented herein be printed on the face of any patent issuing from the subject application in which this information is being filed.

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION YES / NO |
|---|---|---|---|---|---|---|---|
| | AC | | | | | | |
| | AD | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)** — TRANSLATION YES / NO

| | | | |
|---|---|---|---|
| [initials] | AE | Office Action issued by the Korean Patent Office on 24 February 2005 (including English translation). | √ |

EXAMINER: [signature] Nabil Hindi    DATE CONSIDERED: 1/3/07

*EXAMINER: Initial if document considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

©2005 Staas & Halsey LLP                                                                 Revised January, 2005

[Stamp: OIPE MAY 1 2 2005 PATENT & TRADEMARK OFFICE]

Sheet 1 of 1

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY DOCKET NO. 1793.1290 | APPLICATION NO. 10/849,190 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | | FIRST NAMED INVENTOR Won-ik CHO, et al. | |
| | | FILING DATE May 20, 2004 | GROUP ART UNIT 2655 2627 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | TRANSLATION YES / NO | ABSTRACT |
|---|---|---|---|---|---|---|
| /NH/ | AG | 2000-39836 | 7/2000 | Korea | — | √ |
| /NH/ | AH | 2002-140828 | 5/2002 | Japan | — | √ |
| | AI | | | | | |
| | AJ | | | | | |
| | AK | | | | | |
| | AL | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | TRANSLATION YES / NO |
|---|---|---|---|
| | AM | | |

| EXAMINER Nabil Hindi | DATE CONSIDERED 1/3/07 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

©2005 Staas & Halsey LLP                                                Revised January, 2005





UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**Bib Data Sheet**

**CONFIRMATION NO. 7296**

| SERIAL NUMBER 10/849,190 | FILING OR 371(c) DATE 05/20/2004 RULE | CLASS 369 | GROUP ART UNIT 2627 | ATTORNEY DOCKET NO. 1793.1290 |
|---|---|---|---|---|

**APPLICANTS**
Won-ik Cho, Seoul, KOREA, REPUBLIC OF;
Byung-ryul Ryoo, Suwon-si, KOREA, REPUBLIC OF;
Young-pil Park, Seoul, KOREA, REPUBLIC OF;
No-cheol Park, Seoul, KOREA, REPUBLIC OF;

** CONTINUING DATA ** *******************************

** FOREIGN APPLICATIONS *****************************
REPUBLIC OF KOREA 2003-35005 06/02/2003

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 07/16/2004

| Foreign Priority claimed | ☑ yes ☐ no | STATE OR COUNTRY KOREA, REPUBLIC OF | SHEETS DRAWING 7 | TOTAL CLAIMS 47 | INDEPENDENT CLAIMS 8 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met | ☑ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged | Examiner's Signature   Initials | | | | |

**ADDRESS**
21171

**TITLE**
Optical pickup actuator and optical disk drive using the same and method

| FILING FEE RECEIVED 1686 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
|  | 10/849,190 | CHO ET AL. |
|  | Examiner | Art Unit |
|  | NABIL Z. HINDI | 2627 |

| Symbol | Meaning | Symbol | Meaning | Symbol | Meaning | Symbol | Meaning |
|---|---|---|---|---|---|---|---|
| ✓ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 11/5/06 | Final | Original | | Final | Original | |
|  | 1 | ✓ |  | 51 |  |  | 101 |  |
|  | 2 | ✓ |  | 52 |  |  | 102 |  |
|  | 3 | ✓ |  | 53 |  |  | 103 |  |
|  | 4 | ✓ |  | 54 |  |  | 104 |  |
|  | 5 | ✓ |  | 55 |  |  | 105 |  |
|  | 6 | ✓ |  | 56 |  |  | 106 |  |
|  | 7 | ✓ |  | 57 |  |  | 107 |  |
|  | 8 | O |  | 58 |  |  | 108 |  |
|  | 9 | O |  | 59 |  |  | 109 |  |
|  | 10 | O |  | 60 |  |  | 110 |  |
|  | 11 | ✓ |  | 61 |  |  | 111 |  |
|  | 12 | ✓ |  | 62 |  |  | 112 |  |
|  | 13 | ✓ |  | 63 |  |  | 113 |  |
|  | 14 | ✓ |  | 64 |  |  | 114 |  |
|  | 15 | ✓ |  | 65 |  |  | 115 |  |
|  | 16 | ✓ |  | 66 |  |  | 116 |  |
|  | 17 | O |  | 67 |  |  | 117 |  |
|  | 18 | O |  | 68 |  |  | 118 |  |
|  | 19 | ✓ |  | 69 |  |  | 119 |  |
|  | 20 | ✓ |  | 70 |  |  | 120 |  |
|  | 21 | O |  | 71 |  |  | 121 |  |
|  | 22 | O |  | 72 |  |  | 122 |  |
|  | 23 | O |  | 73 |  |  | 123 |  |
|  | 24 | O |  | 74 |  |  | 124 |  |
|  | 25 | ✓ |  | 75 |  |  | 125 |  |
|  | 26 | ✓ |  | 76 |  |  | 126 |  |
|  | 27 | ✓ |  | 77 |  |  | 127 |  |
|  | 28 | O |  | 78 |  |  | 128 |  |
|  | 29 | O |  | 79 |  |  | 129 |  |
|  | 30 | O |  | 80 |  |  | 130 |  |
|  | 31 | O |  | 81 |  |  | 131 |  |
|  | 32 | = |  | 82 |  |  | 132 |  |
|  | 33 | = |  | 83 |  |  | 133 |  |
|  | 34 | = |  | 84 |  |  | 134 |  |
|  | 35 | = |  | 85 |  |  | 135 |  |
|  | 36 | = |  | 86 |  |  | 136 |  |
|  | 37 | = |  | 87 |  |  | 137 |  |
|  | 38 | = |  | 88 |  |  | 138 |  |
|  | 39 | = |  | 89 |  |  | 139 |  |
|  | 40 | = |  | 90 |  |  | 140 |  |
|  | 41 | = |  | 91 |  |  | 141 |  |
|  | 42 | = |  | 92 |  |  | 142 |  |
|  | 43 | = |  | 93 |  |  | 143 |  |
|  | 44 | = |  | 94 |  |  | 144 |  |
|  | 45 | = |  | 95 |  |  | 145 |  |
|  | 46 | = |  | 96 |  |  | 146 |  |
|  | 47 | = |  | 97 |  |  | 147 |  |
|  | 48 |  |  | 98 |  |  | 148 |  |
|  | 49 |  |  | 99 |  |  | 149 |  |
|  | 50 |  |  | 100 |  |  | 150 |  |

U.S. Patent and Trademark Office                                    Part of Paper No. 20070103

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖ | 10/849,190 | CHO ET AL. |
| | Examiner | Art Unit |
| | NABIL Z. HINDI | 2627 |

| SEARCHED ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 369 | 44.11 | 1/3/07 | NH |
| | 44.14 | | |
| | 44.15 | | |
| | 44.16 | | |
| | 44.20 | | |
| | 44.21 | 1/3/07 | NH |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) || |
|---|---|---|
| | DATE | EXMR |
| West + East | 1/3/07 | NH |

| INTERFERENCE SEARCHED ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

U.S. Patent and Trademark Office — Part of Paper No. 20070103