# EXHIBIT 12

# facing
ADJECTIVE

## Etymology

### Summary

Formed within English, by derivation.

**Etymons:** face *v.*, -ing *suffix*².

< face *v.* + -ing *suffix*². Compare earlier facing *n.*

## Meaning & use

1. † Bold, audacious. Cf. face *v.* I.1a. *Obsolete.*  1564–1677

   | 1564 | Then should witti wordes in bargaining with facing othes, and pleasaunt venerous table talke, with reuiling of our enemies. &c. bee accompted damnacion.<br>W. Bullein, *Dialogue against Feuer Pestilence* (new edition) f. 7ᵛ |
   |---|---|
   | 1566 | So outragious Untruthes, so facing falshoods.<br>T. Stapleton, *Returne Vntruthes Jewelles Replie* i. 33 |
   | 1592 | Thirdly by a bold lye of a facing Deuill, shee is pulled on to her destruction.<br>G. Babington, *Certaine Comfortable Notes Genesis* (iii.) f. 15 |
   | 1624 | Who opineth..that hee may..build his saluation upon the facing impudency of euery light-skirt mountebanck.<br>R. Montagu, *Gagg for New Gospell?* Preface |
   | 1648 | The credit of your Teachers (like that of facing shifters) is but very little being well known.<br>E. Symmons, *Vindication of King Charles* (new edition) xxvii. 260 |
   | 1677 | If these pretenders are to be credited upon their own bare word, how easily will it then be for every bold, facing, confident Fellow, to rub his Forehead, to pretend to Extraordinary Gifts and Abilities.<br>L. Addison, *Modest Plea for Clergy* vii. 61 |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

Reject and manage

Accept all

|      |                                                                                                                 |
|------|-----------------------------------------------------------------------------------------------------------------|
|      | C. Hutton, *Mathematical Tables* 12                                                                             |
| 1834 | The habit of a lady of the close of Charles's reign is given on the facing page .                               |
|      | J. R. Planché, *History of British Costume* 292                                                                 |
| 1866 | The pistons attached to the facing sides of the two disks.                                                      |
|      | *Scientific American* 21 April 270/1                                                                            |
| 1878 | Each pair of facing seats..becomes a broad continuous couch.                                                    |
|      | *Chester Daily Times* (Pennsylvania) 7 October 1/4                                                              |
| 1939 | Rolling up..the tarpaulin on the facing side of the boato [sic].                                                |
|      | I. T. Sanderson, *Caribbean Treasure* iii. xii. 233                                                             |
| 1947 | One could see on the facing wall of the next room a photomosaic of the Araya and Paria Peninsulas.              |
|      | *Geographical Review* vol. 37 125                                                                               |
| 1964 | For four-hand music on one instrument, the two parts are placed on facing pages .                               |
|      | G. Read, *Music Notation* xviii. 298                                                                            |
| 1998 | Continue upwards to a gate in a facing fence and where the path splits a second time, go right.                 |
|      | *Journal* (Newcastle) (Nexis) 22 August 47                                                                      |

## Pronunciation

**BRITISH ENGLISH**

/ˈfeɪsɪŋ/

FAY-sing

▶

**U.S. ENGLISH**

/ˈfeɪsɪŋ/

FAY-sing

▶

Pronunciation keys

## Frequency

*facing* typically occurs about 0.1 times per million words in modern written English.

*facing* is in frequency band 4, which contains words occurring between 0.1 and 1 times per million words in modern written English. More about OED's frequency bands

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

## Compounds & derived words

Sort by  `Date (oldest first)`

**facing points, n.**  1846–
A set of points where lines diverge as seen from…

**north-facing, adj.**  1846–

**southward-facing, adj.**  1853–

**south-facing, adj.**  1861–

**west-facing, adj.**  1869–
That faces the west.

**facing point lock, n.**  1874–
A locking device that ensures the proper closing…

**rear-facing, adj.**  1889–

**backward-facing, adj.**  1951–

**client-facing, adj.**  1972–
a. Of, relating to, or involved in direct…

**customer-facing, adj.**  1986–
a. Of, relating to, or involved in direct…

**public-facing, adj.**  1999–
Concerned with or involving direct interaction…

About OED
Historical Thesaurus
Editorial policy
Updates
Institutional account management
Accessibility

How to use the OED
Purchasing
Help with access
World Englishes
Contribute
Oxford University Press

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

Media enquiries

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

Cookie policy      Privacy policy      Legal notice

Copyright © 2025 Oxford University Press

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049193