# EXHIBIT 13

Merriam-Webster    facing

# facing   1 of 2   noun

fac·ing   ˈfā-siŋ 🔊

Synonyms of *facing* ›

**1**  **a** : a lining at the edge especially of a garment

    **b** **facings**  **plural** : the collar, cuffs, and trimmings of a uniform coat

**2** : an ornamental or protective layer

**3** : material for facing

# facing   2 of 2   adjective

**1** : located directly across from something : **OPPOSITE**

an illustration on the *facing* page

**2** : having the front oriented toward a specified direction or location → usually used in combination

the east-*facing* windows

To maintain themselves above water, the islands must conserve their limited sand supply by moving sand to their lagoon-*facing* side as their seaward side is eroded by waves.

– Wade Graham



noun **2** ⌄    Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄

a suit with red ***facings*** at the collar and the cuffs

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** <u>Read More</u>

### Noun

So let others chase chain stores and shelf ***facings***.

– Joel Goldstein, *Forbes.com*, 13 June 2025

Coaches argue that the nuances of a team's journey—***facing*** and sometimes losing to elite competition—should play a more decisive role in determining tournament seeding.

– Sindiswa Mabunda, *Forbes*, 18 Mar. 2025

The men from Broward County ***facing*** charges are: Benjamin Tokoma Sanders, 23, of Oakland Park; Katriel Victor Marmol, 57, of Davie; and Dariel Manresa, 34, of Pembroke Pines, the DOJ said.

– Angie Dimichele, *Sun Sentinel*, 7 May 2025

One tenant was a Morgan State University student ***facing*** struggles typical of residents in the Kushner complexes.

– Alec MacGillis, *ProPublica*, 3 Apr. 2025

> See All Example Sentences for *facing*

## Etymology

MSFT_TSOPT_000049195



**noun** 2  ⌄     Example Sentences     Word History     Rhymes     Entries Near     Show More ⌄

from present participle of FACE entry 2

## First Known Use

**Noun**

1566, in the meaning defined at sense 1a

**Adjective**

1785, in the meaning defined at sense 1

## Time Traveler

**The first known use of *facing* was in 1566**

See more words from the same year

| | |
|---|---|
| basing | bracing |
| casing | chasing |
| gracing | lacing |
| pacing | placing |
| racing | spacing |
| tracing | debasing |

See All Rhymes for *facing*

MSFT_TSOPT_000049196



**noun** **2**  ⌄

Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄

facility                    **facing**                    facing brick

See All Nearby Words

**Style**  | MLA |

"Facing." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merria
m-webster.com/dictionary/facing. Accessed 14 Jul. 2025.

⧉ Copy Citation



# **facing** noun

fac·ing    ˈfā-siŋ 🔊

**1**    : a lining at the edge especially of a garment



**noun  2** ⌄    Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄

**3**    **:** material for facing

# facing *noun*

fac·ing   ˈfā-siŋ 🔊

**:** a front of porcelain or plastic used in dental crowns and bridgework to face the metal replacement and simulate the natural tooth

Thesaurus: All synonyms and antonyms for *facing*
Nglish: Translation of *facing* for Spanish Speakers

Last Updated: 21 Jun 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED



**noun** **2** ⌄          Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄



Can you solve 4 words at once?

[ **Play** ]



WORD OF THE DAY

**nuance** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre         SUBSCRIBE

MSFT_TSOPT_000049199



**noun** **2** ⌄    Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄

**'Affect' vs. 'Effect'**

**Ten Painless Ways to Improve Your Vocabulary**

**How 'Namaste' Entered The English Language**

## Quordle
Can you solve 4 words at once?

Play

## Blossom
Pick the best words!

Play



**noun** 2 ⌄    Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄



**Missing Letter**
A daily crossword with a twist

**Play**

**Challenging Words You Should Know Vol 2**
Words to the wise

**Take the quiz**

See All

Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated

MSFT_TSOPT_000049201



**noun** **2** ⌄

Example Sentences    Word History    Rhymes    Entries Near    Show More ⌄

MSFT_TSOPT_000049202