# EXHIBIT 14



Search a word or phrase

View synonyms for face-to-face ↗

American    British

# face-to-face 🔊

[**feys**-t*uh*-**feys**]    ● Phonetic (Standard)   ○ IPA

## adjective

1. with the fronts or faces toward each other, especially when close together.
2. involving close contact or direct opposition.
   *a face-to-face confrontation of adversaries.*
3. noting, relating to, or promoting interaction that takes place in person, as opposed to online interaction or electronic communications: f2f, F2F, FTF, ftf
   *face-to-face classrooms.*

Skip to ≡

NOW PLAYING

Heyday: Word of the...   Chatoyant: Word of t...   Pied-à-terre: Word o...

Ad: (10)    Skip Ad

Advertisement

Discover More

## Word History and Origins

### Origin of face-to-face[1]

Middle English word dating back to 1300–50

[ Discover More ]

## Idioms and Phrases

In each other's presence, opposite one another; in direct communication. For example, *The two chairmen sat face to face*, or *It's time his parents met the teacher face to face*. [Mid-1300s]

Confronting each other, as in *We were face to face with death during the avalanche*. [Late 1800s]

[ Discover More ]

## Example Sentences

ⓘ Examples have not been reviewed.

> These include limiting access to Pips and the health-related part of universal credit to those with "less severe" mental health conditions, and preventing claimants from receiving payments without a face-to-face assessment.

From BBC

> "No face-to-face consular assistance will be possible in an emergency and the UK government will not be able to help you if you get into difficulty in Iran," the guidance reads.

From BBC

> Only three per cent of patients under the trust's care require a face-to-face follow-up appointment after the initial photography, and some like Mrs Hayward-Lyon go on to require surgery.

From BBC

> The documents describe how once inside the resort guests will experience "adrenaline-pumping coasters", "mind-blowing spectaculars" and will "come face-to-face with incredible creatures, heroes, and villains".

From BBC

> Some have suggested that the drop in face-to-face assessments may have encouraged more applicants to come forward as they would have avoided the potential stress of an in-person appointment.

From BBC

Ad: (10)     Skip Ad

Advertisement

MSFT_TSOPT_000049204

Advertisement

Discover More

## Related Words

- eye to eye

Discover More

## When To Use

What does *face-to-face* mean?

*Face-to-face* describes an interaction that takes place in person, as opposed to over the phone or online, as in *Instead of emailing back and forth, let's meet face-to-face in my office this afternoon*. It is also commonly spelled without hyphens, as *face to face*.Sometimes the phrase is used as a noun referring to such a meeting, as in *Let's schedule a face-to-face for Friday morning*. (In this usage, the term is almost always hyphenated.)Sometimes *face-to-face* indicates direct competition or confrontation, as in *This is the first time these two players will have had a face-to-face match-up*. In this sense, the term is very similar to head-to-head, which is probably more commonly used for such situations, especially in the context of sports. This sense of the word can also be used metaphorically to refer to a direct encounter with something, especially death or something else negative.In its most literal sense, *face-to-face* describes two things or people that are positioned so that they are facing each other, often close together, as in *Please sit face-to-face with your partner for the practice interview* or *When you place these on the shelf, make sure they're face-to-face instead of back-to-back*.

**WORD OF THE DAY**
JULY 14, 2025

# heyday 🔊

[**hey**-dey]
Meaning and examples

Advertisement
Start each day with the Word of the Day in your inbox!

Ad: (10)    Skip Ad

MSFT_TSOPT_000049205

Enter your email address

Sign Up

By clicking "Sign Up", you are accepting Dictionary.com Terms & Conditions and Privacy Policies.

Quiz



Q: House music descended from a popular genre of dance music called ...

techno.

disco.

electro.

Take the full quiz.

**Go to all quizzes**

Ad: (10)                    Skip Ad

Advertisement

MSFT_TSOPT_000049206

ADVERTISEMENT

< [facet joint](facet joint)                                                                 [face towel](face towel) >

## Browse

\# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz

About

Careers

Contact us

Cookies, terms, & privacy

Do Not Sell or Share My Personal Information

Help

Ad: (10)                                                                                                     Skip Ad

Get the Word of the Day every day!

Enter your email                                    Sign

Advertisement

By clicking "Sign Up", you are accepting Dictionary.com
Terms & Conditions and Privacy Policies.

© 2025 Dictionary.com, LLC

Ad: (10) Skip Ad

Advertisement

MSFT_TSOPT_000049208