# EXHIBIT 16

# unipolar
ADJECTIVE (& NOUN)

## Etymology

### Summary

Formed within English, by compounding.

< **uni-** *comb. form* + **polar** *adj.* Compare **bipolar** *adj*....

## Meaning & use

1. *Physics.*

   1.a. Produced by or proceeding from a single magnetic pole; exhibiting or employing a single polarity (magnetic or electrical).   1806–

   | | |
   |---|---|
   | 1806 | M. Herman..has divided them into insulated bodies, into perfect and imperfect conductors, and into uni-polar and bi-polar bodies, according as their conductible property manifests itself at both, or only at one of the extremities of the pile.<br>*Philosophical Magazine* vol. 24 185 |
   | 1873 | The property produced by magnetism in transparent bodies of twisting the plane of polarization of the incident light, is, like magnetism itself, a unipolar property.<br>J. C. Maxwell, *Treatise on Electricity & Magnetism* vol. II. 7 |
   | 1878 | Platinum-plates, charged with prolonged electricity, could bring about this relapsing anæsthesia; also a single electrode of an isolated pile, that is to say, a rigorously unipolar application.<br>*British Medical Journal* 12 October 552/1 |
   | 1893 | The electrode may be applied in a 'unipolar' or in a 'bipolar' manner.<br>D. Turner, *Manual Pract. Med. Electr.* v. ii. 238 |
   | 1987 | The charge clouds in the regions between flame and each electrode are unipolar.<br>*Nature* 17 December 635/1 |
   | 2004 | The interaction of a strong electric field with the space charge near the surface of |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

Reject and manage

Accept all

**1.b.** Of apparatus: having, or operating by means of, a single magnetic pole; (of a generator or motor) involving or employing unipolar induction (= **homopolar** *adj.* 2).    1876–

| | | |
|---|---|---|
| 1876 | A unipolar magnetic needle. | |
| | *Nature* 20 July 263/2 | |
| 1883 | The remarkable machine of Messrs. Siemens and Halske, called the unipolar machine. | |
| | *Daily News* 10 September 2/2 | |
| 1920 | Unipolar machines have not been able to compete with heteropolar types. | |
| | *Whittaker's Electrical Engineer's Pocket-book* (ed. 4) 139 | |
| 1975 | The satellite Io acts as a unipolar inductor and a source of constant e.m.f. across the Io flux tube as it moves through the Jupiter magnetic field. | |
| | *Nature* 6 February 416/2 | |
| 2012 | The circuit of a unipolar stepper motor is very simple. | |
| | J. Sanchez & M. P. Canton, *Embedded Syst. Circuits & Programming* xv. 382 | |

( magnetism )  ( electrical engineering )

**2.** *Biology.*

**2.a.** Of a nerve cell: having a single process (typically an axon); (in later use also) having only one dendrite.    1853–

| | |
|---|---|
| 1853 | At the extremity of each branch, there is seated a ganglionic cell, fixed on it 'like a pear by its stalk', and hence '*unipolar*'. |
| | *Assoc. Medical Journal* 18 November 1016/1 |
| 1872 | Unipolar cells exist in some of the lower orders of animals. |
| | A. Flint, *Physiology of Man* vol. IV. i. 46 |
| 1880 | Unipolar nerve cells..are alleged to exist in the ganglia on the spinal nerves and elsewhere. |
| | H. C. Bastian, *Brain* ii. 48 |
| 1947 | The *motor neurones*..are mostly unipolar and their axons form an *efferent* or *motor nerve*. |
| | A. D. Imms, *Outline Entomology* (ed. 3) ii. 26 |
| 2005 | Unipolar brush cells have been found in many mammalian species, including macaque monkeys. |
| | A. B. Butler & W. Hodos, *Comparative Vertebr. Neuroanat.* (ed. 2) xiv. 254/2 |

( life sciences )  ( neurology )

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049625

| | |
|---|---|
| | *Natural History Review* vol. 2 102 |
| 1878 | If the rete remains broken up, then it is known as a diffuse, unipolar, or monocentric rete mirabile. |
| | F. J. Bell & E. R. Lankester, translation of C. Gegenbaur, *Elements of Comparative Anatomy* 597 |
| 1924 | The whole forming a simple rete, differing from those of Müller's unipolar type only in the fact that the individual twigs do not anastomose to form a true plexus. |
| | *Philosophical Transactions* (Royal Society) B. vol. 212 228 |
| 2009 | After leaving the rete mirabile in an unipolar rete the capillaries almost directly supply a special area of the swimbladder epithelium. |
| | B. Pelster in M. L. Glass & S. C. Wood, *Cardio-Respiratory Control Vertebr.* 71 |

(life sciences) (anatomy) (physiology)

3. *Electronics*. Of a transistor or similar device: involving conduction by charge carriers of a single polarity.    1952–

| | |
|---|---|
| 1952 | In order to distinguish between the more conventional transistors and the analog types, we propose to use the words *bipolar* and unipolar. |
| | W. Shockley in *Proceedings IRE* vol. 40 1313/1 |
| 1973 | Most integrated circuits produced in the 1960's were of the bipolar type, but production of the newer unipolar type is growing rapidly. |
| | *Scientific American* August 48/2 |
| 1981 | The FET..is an example of a unipolar device. |
| | J. C. Sprott, *Introduction to Modern Electronics* viii. 169 |
| 2011 | The unipolar semiconductor lasers, realized as quantum cascade lasers, belong to the three-level laser type. |
| | K. F. Renk, *Basics Laser Physics* (2012) xx. 371 |

(electronics)

4. *Psychiatry*. Of a mental illness: characterized by symptoms of only one category of affective disorder; *spec*. designating depression in which there is no element of mania; cf. **bipolar disorder** *n.* Also: affected by such an illness.    1965–

| | |
|---|---|
| 1965 | We..have assumed that 'middle age depressions' according to Stenbäck and 'unipolar depressions' according to Leonhard are merely different terms, which..cover the same nosographic entity. |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049626

| | | |
|---|---|---|
| 1997 | Deprenyl and phenylalanine, used together, achieved a 'full recovery' in 65 percent of patients who were suffering from clinical unipolar depression.<br>D. Singh Khalsa & C. Stauth, *Brain Longevity* xix. 397 | |
| 2009 | The unipolar patients tended to be insecure and introverted.<br>P. R. Robbins, *Understanding Depression* (ed. 2) i. 25 | |

psychiatry

**5.** *Politics.* Characterized by the dominance of a single nation.   **1990–**

| | |
|---|---|
| 1990 | It has been assumed that the old bipolar world would beget a multipolar world with power dispersed to new centers… The immediate post-Cold War world is not multipolar. It is unipolar.<br>C. Krauthammer in *Foreign Affairs* vol. 70 23 |
| 1990 | Now is the unipolar moment.<br>C. Krauthammer in *Foreign Affairs* vol. 70 24 |
| 1992 | Those who talk of a unipolar world confuse America's unmatched military might with a preponderance of real power.<br>*New York Review of Books* 9 April 40/3 |
| 1998 | In the wake of Soviet collapse, the 'unipolar' globe needed an overarching theory.<br>*Independent* 23 April i. 14/7 |
| 2003 | To be a neocon today is to believe that the optimal world is one in which the United States asserts its might and promulgates its ideas, embracing its 'unipolar' status, whether or not other nations agree.<br>*Vanity Fair* (New York) July 117/2 |
| 2014 | The Francis Fukuyama moment—when in 1989 Westerners were told that liberal democracy was the final form toward which all political striving was directed—now looks like a quaint artifact of a vanished unipolar moment.<br>*New York Review of Books* 10 July 53/1 |

politics

## Pronunciation

|  BRITISH ENGLISH  |  U.S. ENGLISH  |
|---|---|
| /juːnɪˈpəʊlə/ | /junəˈpoʊlər/ |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

Pronunciation keys

## Frequency

*unipolar* typically occurs about 0.7 times per million words in modern written English.

*unipolar* is in frequency band 4, which contains words occurring between 0.1 and 1 times per million words in modern written English. More about OED's frequency bands

Frequency data is computed programmatically, and should be regarded as an estimate.

## Compounds & derived words

Sort by  Date (oldest first)

**unipolar induction, n.**   1856–
Electrical induction in which a continuous direct...

**unipolarly, adv.**   1868–
In a unipolar way; with a single pole.

About OED
Historical Thesaurus
Editorial policy
Updates
Institutional account management
Accessibility
Contact us
Upcoming events
Case studies
Media enquiries

How to use the OED
Purchasing
Help with access
World Englishes
Contribute
Oxford University Press
Oxford Languages
Oxford Academic
Oxford Dictionary of National Biography

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049628

Cookie policy   Privacy policy   Legal notice

Copyright © 2025 Oxford University Press

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049629