# EXHIBIT 18



HUTP-82/A032

# THE MAGNETIC MONOPOLE FIFTY YEARS LATER*

Sidney Coleman

Lyman Laboratory of Physics
Harvard University
Cambridge, Massachusetts 02138

These lectures were given at the 1981 International
School of Subnuclear Physics, "Ettore Majorana".
Versions of these lectures were also given at the
VI Brazilian Symposium on Theoretical Physics, at
Les Houches École d'été da Physique Théorique,
and at the Banff Summer Institute on Particles
and Fields.

*Research was supported in part by the U.S. National Science Foundation
under Grant No. PHY77-22864.

TABLE OF CONTENTS

         page

1. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 1

2. ABELIAN MONOPOLES FROM AFAR
  2.1 The Monopole Hoax and a First Look at Dirac's
      Quantization Condition . . . . . . . . . . . . . . . 4
  2.2 Gauge Invariance and a Second Look at the
      Quantization Condition . . . . . . . . . . . . . . . 7
  2.3 Remarks on the Quantization Condition . . . . . . . . . . . 10
  2.4 Funny Business with Angular Momentum . . . . . . . . . . . 13
  2.5 The Solution to the Spin-Statistics . . . . . . . . . . . . 19

3. NON-ABELIAN MONOPOLES FROM AFAR
  3.1 Gauge Field Theory - A Lightning Review . . . . . . . . . . 22
  3.2 The Nature of the Classical Limit . . . . . . . . . . . . 27
  3.3 Dynamical (GNO) Classification of Monopoles . . . . . . . . . 28
  3.4 Topological (Lubkin) Classification of Monopoles . . . . . . 33
  3.5 The Collapse of the Dynamical Classification . . . . . . . . 42
  3.6 An Application . . . . . . . . . . . . . . . . . . . 48

4. INSIDE THE MONOPOLE
  4.1 Spontaneous Symmetry Breakdown - A Lightning Review . . . . . 51
  4.2 Making Monopoles . . . . . . . . . . . . . . . . . . 53
  4.3 The 't Hooft-Polyakov Object . . . . . . . . . . . . . . . 58
  4.4 Why Monopoles are Heavy . . . . . . . . . . . . . . . . 60
  4.5 The Bogomol'nyi Bound and the Prasad-Sommerfield Limit . . . 62

5. QUANTUM THEORY
  5.1 Quantum Monopoles and Isorotational Excitations . . . . . . 64
  5.2 The Witten Effect . . . . . . . . . . . . . . . . . . 73
  5.3 A Little More about SU(5) Monopoles . . . . . . . . . . . 75
  5.4 Renormalization of Abelian Magnetic Charge . . . . . . . . 81
  5.5 The Effects of Confinement on Non-Abelian Magnetic Charge . . 86

FOOTNOTES AND REFERENCES . . . . . . . . . . . . . . . . . 94

MSFT_TSOPT_000049573

HUTP-82/A032

# THE MAGNETIC MONOPOLE FIFTY YEARS LATER

Sidney Coleman

Lyman Laboratory of Physics
Harvard University
Cambridge, Massachusetts  02138

## E R R A T A

The last paragraph on page 75 should be changed to:

The larger expectation value breaks SU(5) down to [SU(3) $\otimes$ SU(2) $\otimes$ U(1)]/$Z_6$.  If we realize SU(5) as $5 \times 5$ matrices, SU(3) consists of transformations on the first three coordinates, SU(2) on the last two, and U(1) of diagonal matrices of the form

$$\text{diag}(e^{2i\theta}, e^{2i\theta}, e^{2i\theta}, e^{-3i\theta}, e^{-3i\theta}). \qquad (5.23)$$

If $e^{6i\theta} = 1$, this is in SU(3) $\otimes$ SU(2); this is why we must take the quotient of the direct product by $Z_6$.  The SU(3) subgroup is ........ (continues as in original text).

On page 95, Footnote 10 should read:

This problem was solved very early on by I. Tamm, Z. Phys. <u>71</u>, 141 (1931), and my results are the same as his, although my method is somewhat different.  To my knowledge, the treatment in the literature closest to that given here is that of H. J. Lipkin, W. I. Weisberger, and M. Peshkin, Ann. of Phys. <u>53</u>, 203 (1969).

MSFT_TSOPT_000049574

THE MAGNETIC MONOPOLE FIFTY YEARS LATER

Sidney Coleman

Lyman Laboratory of Physics, Harvard University

Cambridge, Massachusetts  02138

## 1.  INTRODUCTION

This is a jubilee year.  In 1931, P. A. M. Dirac[1] founded the theory of magnetic monopoles.  In the fifty years since, no one has observed a monopole; nevertheless, interest in the subject has never been higher than it is now.

There is good reason for this.  For more than forty years, the magnetic monopole was an optional accessory; Dirac had shown how to build theories with monopoles, but you didn't have to use them if you didn't want to.  Seven years ago, things changed; 't Hooft and Polyakov[2] showed that magnetic monopoles inevitably occur in certain gauge field theories.  In particular, all grand unified theories necessarily contain monopoles.  (In this context, a grand unified theory is one in which a semi-simple internal symmetry group spontaneously breaks down to electromagnetic U(1).)  Many of us believe that grand unified theories describe nature, at least down to the Planck length.  So where are the monopoles?

As we shall see, grand unified monopoles are very heavy; a typical mass is roughly a hundred times greater than the grand unified scale.  Thus they are not likely to be made by contemporary accelerators or supernovae.  However, energy was more abundant shortly after the big bang.  As Preskill[3] pointed out, naive estimates would lead one to believe that monopoles would have been produced so copiously in the very early universe and annihilated so inefficiently subsequently that they would at the current time form the dominant contribution to the mass of the universe.

Thus the absence of monopoles is significant.  It tells us something about the extreme early universe or about extreme microphysics or about both.  Since evidence on both these subjects is in short supply, monopoles are important.

This is the last I will say in these lectures about cosmology, or indeed about any reason for studying monopoles.  We will have enough to occupy us just developing the basics of monopole theory.

I've tried in these lectures to go from the simple to the complex, from monopoles as seen at large distances to monopole internal structure, from classical physics to quantum mechanics.  Of course, I've not been able to keep rigorously to this program; for example, elementary quantum mechanics will be with us from the very beginning, although we will not deal with the full complexities of quantum field theory until the very last lecture.

The organization of these lectures is as follows:

In Section 2 I shall discuss the theory of a classical magnetic monopole as seen from the outside.  That is to say, I shall investigate only those questions that can be answered without looking at the monopole interior, without asking, for example, whether there is a real singularity at its core or only some complicated excitation of degrees of freedom that do not propagate out to large distances, like massive gauge fields.

In Section 3 I shall extend the analysis to a classical non-Abelian monopole.  I emphasize that by this I do not mean an object that has massive non-Abelian fields in its core, but one which is surrounded by massless non-Abelian gauge fields that extend out to large distances.  Since no such fields exist in nature, this may seem a silly exercise, but there are two good reasons for doing it.

MSFT_TSOPT_000049575

- 3 -

Firstly, there is a pedagogical reason. In investigating monopoles
in unbroken non-Abelian gauge theories, we will encounter mathemati-
cal structures that will be useful to us later, when we deal with
the more complicated case of spontaneous symmetry breakdown.
Secondly, there is a physical reason. Some of the monopoles that
arise in grand unified theories have colored gauge fields surround-
ing them; they are color magnetic monopoles as well as ordinary
electromagnetic monopoles. It is true that these colored fields
are damped by confinement effects at distances greater than $10^{-13}$ cm.
However, the cores of these monopoles are on the order of the grand
unification scale, something like $10^{-28}$ cm. Thus we have fifteen
orders of magnitude in which they look like non-Abelian monopoles,
plenty of room for interesting physics.

In Section 4 we shall plunge into the belly of the beast, and
see under what conditions the structures we have discovered at large
distances can be continued to small distances without encountering
singularities. This is a subject I discussed in my 1975 Erice lec-
tures[4] (coming to it from a different starting point), and although
I'll try to keep it to the minimum, there will be some unavoidable
recycling of those lectures here.

Finally, in Section 5, I'll turn to quantum mechanics and dis-
cuss things like dyonic excitations and the effects of confinement.

There's a lot that's not in these lectures. I won't deal with
cosmology, as I've said, nor will I have anything to say about the
interactions of monopoles with ordinary matter, how they make tracks
in emulsions and damp galactic magnetic fields. On a more theoret-
ical level, I won't talk about exact solutions, index theorems, or
fermion fractionalization. Finally, I've made no attempt to compose
a full and fair bibliography. If I don't refer to a paper, please
assume this is a result of ignorance and laziness, not of informed
critical judgment.[5]

Most of what I know about this subject I've learned from con-
versations with Curtis Callan, Murray Gell-Mann, Jeffrey Goldstone,

- 4 -

Roman Jackiw, Ken Johnson, David Olive, Gerard 't Hooft, and Erick
Weinberg. It is a pleasure to acknowledge my debt.

Notational conventions: As usual, Greek indices run from 0 to
3, latin indices from the middle of the alphabet from 1 to 3. When
doing ordinary vector analysis (as in all of Sec. 2), the signature
of the three-dimensional metric is (+++); when working in four dimen-
sions, the signature is (+---). I will usually set $\hbar$ and c equal to
one, although occasionally I will restore explicit $\hbar$'s when discus-
sing the approach to the classical limit. Rationalized units are
used for electromagnetism; thus, the electromagnetic Lagrange density
is $\tfrac{1}{2}(E^2-B^2)$ and there are no $\pi$'s in Maxwell's equations.

## 2. ABELIAN MONOPOLES FROM AFAR.

### 2.1 The Monopole Hoax and a First Look at Dirac's Quantization Condition

Consider some arrangement of stationary charges and currents re-
stricted to a bounded region. Outside this region there are only
stationary electromagnetic fields, vanishing at spatial infinity.
Without detailed knowledge of the distribution of charges and cur-
rents, what can we say about the exterior fields?

The answer is known by anyone who has taken a course in electro-
magnetic theory. The exterior fields are a sum of electric monopole,
magnetic dipole, electric quadrupole, etc. The successive terms in
this series fall off faster and faster at infinity; the leading term
at large distances is the electric monopole,

$$\vec{E} = \frac{e}{4\pi}\frac{\vec{r}}{r^3} , \qquad \vec{B} = 0 , \qquad (2.1)$$

where e is a real number, called the electric charge (of the system
inside the region).

This analysis depends on the assumption that the only things
inside the region are charges and currents, that is to say, that the
empty-space Maxwell's equations,

$$\vec{\nabla}\cdot\vec{B} = 0 = \vec{\nabla}\times\vec{E} + \partial\vec{B}/\partial t , \qquad (2.2)$$

remain true inside the region. If we drop this assumption, we must
add to the series above a dual series, consisting of magnetic monopole,

MSFT_TSOPT_000049576

- 5 -

electric dipole, etc. The leading term at large distances is the
magnetic monopole,

$$\vec{E} = 0 , \qquad \vec{B} = \frac{g\vec{r}}{r^3} , \qquad (2.3)$$

where g is a real number, called the magnetic charge (of the system
within the region).[6] Systems carrying non-zero magnetic charge are
somewhat confusingly also called magnetic monopoles.

As I stated in my introductory remarks, no one has ever observed
a magnetic monopole. Let us imagine, though, that we attempt to hoax
a gullible experimenter into believing he has discovered a mono-
pole. For this purpose we obtain a very long, very thin solenoid;
it is best if it is many miles long and considerably thinner than a
fermi. (This is very much a *gedanken* hoax.) We put one end of the
solenoid in the experimenter's laboratory in Geneva and the other one
here in Erice. We then turn on the current. The experimenter sees
$4\pi g$ worth of magnetic flux emanating from his lab bench; he can not
detect the fact that it is being fed in along the solenoid; he thinks
he has a monopole.

Is there any way he can tell he has been hoaxed, that his mono-
pole is a fake? Certainly not, if all he has access to are classical
charged particles, for all these see are $\vec{E}$ and $\vec{B}$, and $\vec{E}$ and $\vec{B}$ are the
same as they would be for a real monopole. (Except within the sole-
noid, but this is by assumption so thin as to be undetectable.)

However, the situation is very different if he has access to
quantum charged particles. With these, a cunning experimenter can
search for the solenoid via the Bohm-Aharonov effect.[7]

This is a variant of the famous two-slit diffraction experiment
shown in Fig. 1. Charged particles emitted by the source A pass
through the two slits in the screen B and are detected at the screen
C. As anyone who has got six pages into a quantum mechanics text
knows, the amplitudes for passage through the individual slits com-
bine coherently; the probability density at C is

$$|\psi_1 + \psi_2|^2 , \qquad (2.4)$$

where $\psi_1$ is the amplitude for passage through the first slit and $\psi_2$

- 6 -



Figure 1

that for passage through the second. If a solenoid, S, shown end on
in the figure, is placed between the slits, the probability density
at C is changed; it becomes

$$|\psi_1 + e^{ie\Phi} \psi_2|^2 \qquad (2.5)$$

where e is the charge of the particle and $\Phi$ is the flux through the
solenoid (in our case, $4\pi g$.)

Thus, by moving this apparatus about and observing the change
in the interference pattern, our experimenter can detect the solenoid,
unless eg is a half-integer,

$$eg = 0, \pm\tfrac{1}{2}, \pm 1, \ldots . \qquad (2.6)$$

In this case, the expressions (2.4) and (2.5) are identical. The
solenoid is undetected and our hoax has succeeded.

Equation (2.6) is the famous Dirac quantization condition.[1] As
we shall see, if it is obeyed, the solenoid is not only undetectable
by the Bohm-Aharonov effect, but undetectable by any conceivable
method. It can be abstracted away to nothing, becoming a mathemati-
cal singularity of no physical significance, the Dirac string; all
that is left behind is a genuine monopole. To demonstrate these as-
sertions requires a closer analysis of the physics of a charged par-
ticle moving in a monopole field, to which I now turn.

MSFT_TSOPT_000049577

- 7 -

## 2.2 Gauge Invariance and a Second Look at the Quantization Condition

Consider a spinless non-relativistic particle moving in some time-independent magnetic field (described in the usual way, by a vector potential, $\vec{A}$), and perhaps also in some scalar potential, V. The Schrödinger equation for this system is

$$i \frac{\partial \psi}{\partial t} = -\frac{1}{2m} (\vec{\nabla} - i e \vec{A})^2 \psi + V \psi \ . \tag{2.7}$$

This system has a famous invariance, gauge invariance. For our purposes, we need only consider time-independent gauge transformations:

$$\psi \rightarrow e^{-ie\chi} \psi \ , \tag{2.8a}$$

$$\vec{A} \rightarrow \vec{A} - \vec{\nabla}\chi = \vec{A} - \frac{i}{e} e^{ie\chi} \vec{\nabla} e^{-ie\chi} \ . \tag{2.8b}$$

I have written the second of these equations in a somewhat unconventional form to emphasize that the only relevant quantity is $\exp(-ie\chi)$. Thus, for example, $\chi$ and $\chi + 2\pi/e$ are different functions, but they define the same gauge transformation.[8]

After these generalities, let us turn to the case of interest, a point monopole at the origin of coordinates. We can think of this as the field of a genuine point object, or as the field of some extended object as viewed from very large distances; it doesn't matter. Of course, it is impossible to find a vector potential whose curl is the monopole field, because the monopole field is not divergenceless. However, it is possible to find a potential that does the job except for a line extending from the monopole to infinity, "the Dirac string". Such a potential is simply the potential of our hoax, in the limit that the solenoid becomes infinitely long and infinitely thin.

For example, if I arrange the string along the negative z-axis, $\vec{A}$ is given by

$$\vec{A} \cdot d\vec{x} = g(1 - \cos\theta) d\phi \tag{2.9}$$

As promised, $\vec{A}$ is ill-defined on the string, $\theta = \pi$. Let's check that it has the right curl away from the string. The computation is done most simply using the methods of tensor analysis. The only non-vanishing covariant component of A is

$$A_\phi = g(1 - \cos\theta) \ . \tag{2.10}$$

- 8 -

Thus, the only nonvanishing component of the field-strength tensor is

$$F_{\theta\phi} \equiv \partial_\theta A_\phi - \partial_\phi A_\theta = g \sin\theta \ . \tag{2.11}$$

This indeed corresponds to a radial magnetic field. To check that it has the right magnitude, we compute the flux through an infinitesimal element of solid angle:

$$F_{\theta\phi} d\theta d\phi = \frac{g}{r^2} r^2 \sin\theta d\theta d\phi \ . \tag{2.12}$$

This is the desired result, $g/r^2$ times the infinitesimal element of area.

I emphasize that I have made no attempt to define $\vec{A}$ or compute $\vec{B}$ on the string. As we shall see, there is no need to inquire into these matters.

Of course, the choice of the negative z-axis is totally arbitrary. For example, I could just as well have put the string along the positive z-axis:

$$\vec{A}' \cdot d\vec{x} = -g(1 + \cos\theta) d\phi \ . \tag{2.13}$$

It will be useful to us later to note that the two potentials we have introduced are simply related:

$$\vec{A}'(\vec{x}) = \vec{A}(-\vec{x}) \ . \tag{2.14}$$

In his classic monopole paper, Dirac showed that if the quantization condition was obeyed, the string was unobservable. The most straightforward way to demonstrate this is by showing that there is a gauge transformation that moves the string from the negative z-axis to any other desired location, that transforms the potential $\vec{A}$ into, for example, the potential $\vec{A}'$. However there are unpleasant features to this argument: the gauge transformation is necessarily singular at both the old and new locations of the string, and singular gauge transformations make people uneasy.

I will now give a refinement of this argument, due to Wu and Yang,[9] that avoids these difficulties. In the Wu-Yang construction, we never have to deal with singular gauge transformations, nor indeed with singular potentials (except, of course, at the origin, where $\vec{B}$

blows up and there is a real singularity). The price we pay for this
is the necessity of using different vector potentials in different
regions of space.

Let me define the upper region of space as the open set $\theta < 3\pi/4$
and the lower region as the open set $\theta > \pi/4$. The union of these two
regions is all of space (except for the origin of coordinates, which
is a singular point anyway). Let me define the monopole field by
using the potential $\vec{A}$ in the upper region and the potential $\vec{A}'$ in
the lower region. Thus neither potential has any singularity in its
region of validity; in each case the string lies outside the region.

This is an adaptation of a mapmaker's stratagem. There is no
way of mapping the spherical surface of the earth onto a portion of
a plane without introducing singularities. For example, in the United
Nations flag, a north polar projection, the south pole, a single point,
is mapped into the circumference of the map. However, we can easily
do the job with two maps. For example, we could use a north polar
projection for the region north of the Tropic of Capricorn, and a
south polar projection for that south of the Tropic of Cancer. The
two maps together would form a singularity-free representation of
the globe. However, we must be sure that the two maps fit together
properly, that we have not by error received a map of the northern
part of the earth and the southern part of Mars. That is to say, in
their equatorial region of overlap, the two maps must describe the
same geography.

Transposing this criterion from cartography to field theory, we
must be sure that the two vector potentials describe the same physics
in the overlap of the upper and lower regions, that is to say, that
$\vec{A}'$ is a gauge transform of $\vec{A}$. Thus, in the overlap region, we must
find $\chi$ such that

$$\vec{A} - \vec{A}' = \vec{\nabla}\chi \, . \tag{2.15}$$

This is easy:

$$(\vec{A} - \vec{A}') \cdot d\vec{x} = 2\,g\,d\phi \, . \tag{2.16}$$

Hence,

$$\chi = 2\,g\,\phi \, . \tag{2.17}$$

This is not a well-defined function in the overlap region; it is

multiple-valued. Fortunately, as I explained at the beginning of
this section, the relevant object is not $\chi$ but $\exp(-ie\chi)$. This is
single-valued if

$$eg = 0, \pm\tfrac{1}{2}, \pm 1 \ldots \, . \tag{2.6}$$

This is the Dirac quantization condition. This completes the
argument.

In principle, the singularity-free Wu-Yang description of the
monopole field is much cleaner than the Dirac description with its
singular string. However, in practice, it's an awkward business to
be continually changing gauges as one moves about. Thus, I'll mostly
work with the Dirac description in the remainder of these lectures,
and use due care with the string, just as, for example, one uses due
care with the coordinate singularities when working with polar co-
ordinates.

2.3  Remarks on the Quantization Condition

(1)  All observed electric charges are integral multiples of a
common unit; this is called charge quantization. There is no expla-
nation of this striking phenomenon in either classical or quantum
electrodynamics; nothing would go wrong if the proton charge were
$\pi$ times that of the electron, for example. One of the most attract-
ive features of Dirac's monopole theory when it was first proposed
was that it explained charge quantization. If there were monopoles
in the universe (indeed, if there was just one monopole in the uni-
verse), all electric charges would be forced to be integral multiples
of a common unit, the inverse of twice the minimum magnetic charge.

Of course, nowadays no one believes in pure electrodynamics.
We believe the electrodynamic U(1) group is part of a larger group
that suffers spontaneous symmetry breakdown. However, this explains
charge quantization only if the larger group is semi-simple. (Actu-
ally, this is overstating the case. The larger group can be the
product of a semi-simple group and a bunch of U(1) factors, as long
as the electrodynamic group lies completely in the semi-simple
factor.) As I said in the Introduction, and as I will demonstrate

MSFT_TSOPT_000049579

- 11 -

later, in this case the theory inevitably contains monopoles.

Thus the connection between monopoles and charge quantization is firmer than ever, although the details are quite different from what was originally envisaged. Both are consequences of a common cause, spontaneous breakdown of a semi-simple symmetry.

(2) Although I won't have much to say about it in these lectures, considerable effort has been devoted over the years to developing quantum electrodynamics with monopoles, a relativistic field theory with both electrically and magnetically charged fundamental particles. A peculiar feature of this theory is that one can not investigate it using diagrammatic perturbation theory, the method that is so successful for ordinary QED. This is because perturbation theory of any kind is nonsense. The two coupling constants in the theory can not simultaneously be made arbitrarily small; because of the quantization condition, as e becomes small, g becomes large.

This does not mean that the effects of virtual monopoles are necessarily large, even for very small e. Large couplings enhance the effects of virtual particles, but large masses diminish them, both through large energy denominators and through the fall-off of form factors at large momentum transfers. Thus, even very strongly coupled particles can have small effects at low energies, if they are sufficiently massive. As we shall see, this is what happens for monopoles in gauge field theories. The masses of these particles are proportional to $1/e^2$; as e goes to zero, their effects are negligible at any fixed energy.

(3) Dyons are defined to be objects that carry both electric and magnetic charge. We can imagine constructing dyons by binding together electrically and magnetically charged particles, or we can imagine them as fundamental entities, not composed of more primitive objects. In either case, we can quickly work out the properties of dyons by exploiting the invariance of Maxwell's equations under duality rotations.

A duality rotation is defined by:

- 12 -

$$\vec{E} \rightarrow \vec{E} \cos \alpha + \vec{B} \sin \alpha \; ,$$
$$\vec{B} \rightarrow -\vec{E} \sin \alpha + \vec{B} \cos \alpha \; , \qquad (2.18)$$

where $\alpha$ is a real number. It is easy to check that this is an invariance of the empty-space Maxwell equations. We describe Eq. (2.18) by saying that $(\vec{E}, \vec{B})$ is a duality vector. From Eqs. (2.3) and (2.4), $(e, 4\pi g)$ is also a duality vector.

Given two dyons, with electric and magnetic charges $e_i$ and $g_i$, $(i = 1,2)$, we can form two duality invariants bilinear in the charges: the inner product,

$$e_1 e_2 + 16\pi^2 g_1 g_2 \; , \qquad (2.19a)$$

and the outer product,

$$4\pi(e_1 g_2 - g_1 e_2) \; . \qquad (2.19b)$$

Any observable property of the two-dyon system must be expressible in terms of these invariants.

For example, the force a dyon fixed at the origin exerts on another, moving, dyon must be a linear function of these invariants. Thus, in the nonrelativistic limit, for example,

$$\vec{F} = (\frac{e_1 e_2}{4\pi} + 4\pi g_1 g_2)\vec{r} / r^3 + (e_1 g_2 - g_1 e_2)\vec{v} \times \vec{r} / r^3 \; , \quad (2.20)$$

where "1" is the moving dyon and "2" the fixed one. The reason is that this is the only expression that agrees with the known results for both $g_1 = g_2 = 0$ and $g_1 = e_2 = 0$.

By the same reasoning, the Dirac quantization condition for dyons is

$$e_1 g_2 - g_1 e_2 = 0, \; \pm\tfrac{1}{2}, \; \pm 1 \; \ldots \; . \qquad (2.21)$$

This equation has some bizarre solutions. For example, it is satisfied by

$$e_i = n_i e + m_i f \; ,$$
$$g_i = m_i / 2e \; , \qquad (2.22)$$

where $n_i$ and $m_i$ are integers, e is an arbitrary real number, and so is f. That is to say, it is perfectly consistent with the quantization condition for all magnetically charged particles to have fractional electric charge. (We shall see eventually that not only is it consistent, there are circumstances in which it is inevitable.)

(4) When discussing the monopole hoax, I said that the solenoid

MSFT_TSOPT_000049580

- 13 -

was invisible to classical charged particles but detectable (unless the quantization condition was satisfied) by quantum ones. However, the solenoid could also be detected by another kind of physical entity, a classical charged field. We have essentially already seen this. I have been talking about the Schrödinger equation as if it were the equation for a quantum probability amplitude (as it is), but all of our arguments would have been just as valid if $\psi$ were just a classical field like any other (as Schrödinger briefly thought it was).

Thus, Dirac's quantization condition can be a consequence of classical physics, if classical physics contains charged fields. I make this point now because we will shortly be dealing with classical field theories that do contain charged fields, Yang-Mills field theories. There we will find the quantization condition again, and I don't want you to be disoriented by worrying about what a quantum effect is doing in a purely classical context.

(There is one difference between the classical-field and quantum-particle versions of the quantization condition that has been obscured by my use of units in which $\hbar$ is one. The electric charge of a classical field, the quantity that governs the strength of its electromagnetic interactions, is very different from the electric charge of a classical particle; the two even have different dimensions. They are linked together only by the quantum wave/particle duality; $e_{field}$ is $e_{particle}/\hbar$. Thus, for fields, the condition says that ge is a half integer; for particles, that ge is a half-integral multiple of $\hbar$.)

## 2.4  Funny Business with Angular Momentum

Rotational invariance is a great simplifier of dynamical problems. For example, for a non-relativistic spinless particle moving in a central potential,

$$H = -\frac{1}{2m}\vec{\nabla}^2 + V(r) . \qquad (2.23)$$

This operator commutes with angular momentum. On a subspace of states of given total angular momentum, H simplifies to:

$$H_\ell = -\frac{1}{2m}\left(\frac{\partial^2}{\partial r^2} + \frac{2}{r}\frac{\partial}{\partial r}\right) + \frac{\ell(\ell+1)}{2mr^2} + V , \qquad (2.24)$$

- 14 -

where $\ell = 0, 1, 2 \ldots$ .

In this subsection I will extend this result to a particle moving in the field of a monopole,[10]

$$H = -\frac{1}{2m}(\vec{\nabla} - ie\vec{A})^2 + V(r) , \qquad (2.25)$$

where $\vec{A}$ is the monopole vector potential, Eq. (2.9). The first obstacle to the analysis is that the monopole potential spoils manifest rotational invariance. We will avoid this problem by introducing

$$\vec{D} \equiv \vec{\nabla} - ie\vec{A} . \qquad (2.26)$$

This is a gauge-invariant operator. Further, H is expressible in terms of $\vec{D}$ and the position operator, $\vec{r}$,

$$H = -\frac{1}{2m}\vec{D}^2 + V(r) , \qquad (2.27)$$

and these operators obey a rotationally-invariant set of commutation relations,[11]

$$[r_i, r_j] = 0 \qquad (2.28)$$

$$[D_i, r_j] = \delta_{ij} \qquad (2.29)$$

and

$$[D_i, D_j] = -ie\,g\,\epsilon_{ijk}\,r_k\,/\,r^3 . \qquad (2.30)$$

Our method will be to work as much as possible with Eqs. (2.27) to (2.30) and avoid invoking the explicit form of $\vec{A}$.

Our first step is to construct an angular momentum operator, $\vec{L}$, a vector function of $\vec{D}$ and $\vec{r}$ obeying

$$[L_i, D_j] = i\,\epsilon_{ijk}\,D_k \qquad (2.31)$$

$$[L_i, r_j] = i\,\epsilon_{ijk}\,r_k . \qquad (2.32)$$

As a consequence of these, $\vec{L}$ will automatically obey

$$[L_i, L_j] = i\,\epsilon_{ijk}\,L_k \qquad (2.33)$$

and

$$[L_i, H] = 0 . \qquad (2.34)$$

The natural guess is

$$\vec{L} \stackrel{?}{=} -i\,\vec{r} \times \vec{D} . \qquad (2.35)$$

However, this doesn't work; it has the right commutators with $\vec{r}$, but not with $\vec{D}$. The right answer turns out to be

- 15 -

$$\vec{L} = -i\,\vec{r} \times \vec{D} - eg\,\vec{r}/r \ . \tag{2.36}$$

The second term looks very strange indeed; in Rabi's immortal words about something else altogether, "Who ordered that?"

I know of three ways to answer this question. I will sketch out two of them (leaving the details as an exercise), and give the third in full.

(1) I have already given the first answer: Eq. (2.36) gives the right commutation relations. I leave the verification of this statement as an exercise.

(2) From the Heisenberg equations of motion,

$$\dot{\vec{r}} = -i\,\vec{D}/m \ . \tag{2.37}$$

Hence
$$\vec{L} = m\,\vec{r} \times \dot{\vec{r}} - eg\,\vec{r}/r \ . \tag{2.38}$$

Thus, there is angular momentum in the system even if the particle is at rest! The only possible source of this angular momentum is the angular momentum of the electromagnetic field,

$$\vec{L}_{em} = \int d^3\,\vec{x}\,\vec{x} \times (\vec{E} \times \vec{B}) \ . \tag{2.39}$$

It takes little labor to go far towards evaluating this integral. Firstly, it must be proportional to eg. Secondly, by dimensional analysis, it must be a homogeneous function of $\vec{r}$ of order zero. Thirdly, by rotational invariance, it must be proportional to $\vec{r}$, the only vector in the problem. Thus

$$\vec{L}_{em} = \beta\,eg\,\vec{r}/r \ , \tag{2.40}$$

where $\beta$ is a numerical constant. The evaluation of $\beta$ is left as an exercise.

(3) In my first physics course, I held a spinning bicycle wheel by its axis and attempted to rotate the axis. To my surprise, I felt a force orthogonal to the applied force; later I learned that this was because the system had angular momentum.

This is just what happens if we attempt to move a charged particle at rest in a monopole field. The Lorentz force moves the particle in a direction orthogonal to the initial impulse. This suggests

- 16 -

that this system also has angular momentum.

Let us attempt to compute this angular momentum by identifying its time rate of change with the external torque applied to the system. Inspired by the previous argument, let us make the *Ansatz*

$$\vec{L} = m\,\vec{r} \times \dot{\vec{r}} + \beta\,eg\,\vec{r}/r \ , \tag{2.41}$$

where $\beta$ is a constant we will fix in the course of the computation.

The equation of motion is

$$m\,\ddot{\vec{r}} = \vec{F}^{ext} + eg\,\dot{\vec{r}} \times \vec{r}/r^3 \ , \tag{2.42}$$

where $\vec{F}^{ext}$ is the external force. Using this and the identity

$$\frac{d}{dt}\,(\vec{r}/r) = \dot{\vec{r}}/r - (\vec{r}\cdot\dot{\vec{r}})\,\vec{r}/r^3 \ , \tag{2.43}$$

we find

$$\frac{d\vec{L}}{dt} = \vec{r} \times \vec{F}^{ext} + \vec{r} \times (eg\,\dot{\vec{r}} \times \vec{r})/r^3 + eg\,\beta[r^2\,\dot{\vec{r}} - (\vec{r}\cdot\dot{\vec{r}})\,\vec{r}]/r^3 . \tag{2.44}$$

Thus, if $\beta = -1$,
$$d\vec{L}/dt = \vec{r} \times \vec{F}^{ext} \ . \tag{2.45}$$

This completes the discussion of the extra term in the angular momentum. Now let us return to the analysis of the Hamiltonian (2.27).

We begin with the identity

$$\vec{D} \cdot \vec{D} = \vec{D} \cdot \vec{r}\,\frac{1}{r^2}\,\vec{r} \cdot \vec{D} - \vec{D} \times \vec{r}\,\frac{1}{r^2}\,\vec{r} \times \vec{D} \ . \tag{2.46}$$

Here I have ordered the terms such that the identity is true whatever the commutators of $\vec{D}$ and $\vec{r}$. We will analyze the two terms in this expression separately.

Because $A_r = 0$,

$$\vec{r} \cdot \vec{D} = \vec{r} \cdot \vec{\nabla} = r\,\frac{\partial}{\partial r} \ . \tag{2.47}$$

Also,
$$\vec{D} \cdot \vec{r} = \vec{r} \cdot \vec{D} + 3 \ . \tag{2.48}$$

Thus,
$$\vec{D} \cdot \vec{r}\,\frac{1}{r^2}\,\vec{r} \cdot \vec{D} = (r\,\frac{\partial}{\partial r} + 3)\,\frac{1}{r}\,\frac{\partial}{\partial r} = \frac{\partial^2}{\partial r^2} + \frac{2}{r}\,\frac{\partial}{\partial r} \ . \tag{2.49}$$

From the commutators of $\vec{r}$ and $\vec{D}$, $\vec{r} \times \vec{D} = -\vec{D} \times \vec{r}$ commutes with $r^2$.

Thus,
$$-\vec{D} \times \vec{r}\,\frac{1}{r^2}\,\vec{r} \times \vec{D} = \frac{1}{r^2}\,(\vec{r} \times \vec{D})^2 \ . \tag{2.50}$$

If we square the expression for the angular momentum, Eq. (2.36), we

MSFT_TSOPT_000049582

find

$$\vec{L} \cdot \vec{L} = -(\vec{r} \times \vec{D})^2 + e^2 g^2 .$$  (2.51)

Putting all this together, we find that on a subspace of states of given total angular momentum,

$$H_\ell = -\frac{1}{2m}\left[\frac{\partial^2}{\partial r^2} + \frac{2}{r}\frac{\partial}{\partial r}\right] + \frac{\ell(\ell+1) - e^2 g^2}{2m r^2} + V ,$$  (2.52)

where, as usual, $\ell(\ell+1)$ is the eigenvalue of $\vec{L} \cdot \vec{L}$. Because $\vec{L}$ obeys the angular-momentum algebra, we know $\ell$ must be an integer or a half odd integer, but further analysis is required to determine which values of $\ell$ actually occur.

We all know the solution to this problem when eg = 0. Representations occur with $\ell = 0, 1, 2 \dots$, and, at fixed $r$, each of them occurs only once. In elementary texts, this result is established by studying the solutions of the angular part of the wave equation. This method can certainly be extended to the case eg $\ne$ 0, but it gets a bit sticky; one has to worry about singularities at the string, or, alternatively, about patching together solutions in the two regions. Therefore, I will solve the problem here by a slightly more abstract method that avoids these difficulties.

The general problem is this: Given a space of states that transform in some specified way under rotations, to find a set of basis vectors that transform according to the irreducible representations of the rotation group. Let me remind you of some standard formulas from the theory of rotations. If we label a general rotation in the standard way, with three Euler angles, $\alpha$, $\beta$ and $\gamma$, then the states we are searching for obey

$$e^{-iL_z \alpha}\, e^{-iL_y \beta}\, e^{-iL_z \gamma}\, |\ell, m\rangle = \sum_{m'} D^{(\ell)}_{m'm}(\alpha,\beta,\gamma)|\ell, m'\rangle,$$  (2.53)

where

$$D^{(\ell)}_{m'm}(\alpha,\beta,\gamma) = e^{im'\alpha}\, d^{(\ell)}_{m'm}(\beta)\, e^{-im\gamma} ,$$  (2.54)

and $d^{(\ell)}$ is a matrix that can be found in any quantum mechanics text. (We shall not need its explicit form here.)

To warm up, let's do a case where we already know the answer, eg = 0. We are working at fixed $r$, so a complete set of basis vectors

are the eigenvectors of the angular position of the particle, which we describe in the usual way, by the two angles $\theta$ and $\phi$. Any of these states can be obtained by applying an appropriate rotation to the state where the particle is at the north pole:

$$|\theta,\phi\rangle = e^{-iL_z \phi}\, e^{-iL_y \theta}\, |\theta = 0\rangle .$$  (2.55)

(At $\theta = 0$, we don't need to specify $\phi$.) We know the states we are searching for if we know their position-space wave-functions, $\langle\theta,\phi|\ell,m\rangle$. By the previous equations,

$$\langle\theta,\phi|\ell,m\rangle = \langle\theta = 0|e^{iL_y \theta}\, e^{iL_z \phi}\, |\ell,m\rangle$$

$$= \sum_{m'} e^{im\phi}\, d^{(\ell)}_{m'm}(\theta)\, \langle\theta = 0|\ell,m'\rangle .$$  (2.56)

Thus we know everything if we know $\langle\theta = 0|\ell,m'\rangle$. These coefficients obey an important consistency condition that is a consequence of

$$e^{-iL_z \alpha}\, |\theta = 0\rangle = |\theta = 0\rangle .$$  (2.57)

This implies

$$\langle\theta = 0|\ell,m'\rangle = 0, \quad m' \ne 0 .$$  (2.58)

Thus we can construct $\langle\theta,\phi|\ell,m\rangle$ only for $\ell = 0, 1, 2, \dots$, and for each of these values of $\ell$, the solution is unique, save for an irrelevant normalization. Once we have constructed these functions, it is easy to check, using the multiplication rules for the D-matrices, that they do indeed transform in the desired way.

Now let us extend this analysis to the case eg $\ne$ 0. The commutators of $\vec{L}$ and $\vec{r}$ are the same as before, so

$$|\theta,\phi\rangle = e^{-iL_z \phi}\, e^{-iL_y \theta}\, |\theta = 0\rangle \times \text{(phase factor)} .$$  (2.59)

The phase factor depends on what gauge we are working in. Fortunately, we don't need to know its explicit form; whatever it is, the main conclusion of the previous analysis is unchanged: we know everything if we know $\langle\theta = 0|\ell,m'\rangle$. The consistency condition, Eq. (2.58), is changed, though:

$$L_z|\theta = 0\rangle = [-i\,\vec{r} \times \vec{D} - eg\,\vec{r}\,/\,r]_z|\theta = 0\rangle$$

$$= -eg|\theta = 0\rangle .$$  (2.60)

Thus,                $\langle\theta = 0|\ell,m'\rangle = 0, \quad m' \neq -eg$ .          (2.61)

and the allowed values of the total angular momentum are

$$\ell = |eg|, \; |eg| + 1, \; |eg| + 2 \cdots .$$          (2.62)

As before, each of these occurs only once.

This completes the analysis.

Remarks: (1)  The effect of the monopole is surprisingly simple. It merely changes slightly the centrifugal potential in the radial Schrödinger equation. If we can solve the Schrödinger equation for a given central potential without a monopole, we can solve it with a monopole. (2)  Because $\ell$ is always greater than or equal to $|eg|$, the centrifugal potential is always positive, and the monopole by itself does not bind charged spinless particles. As one would expect, and as we shall see in a special case, the situation is very different when the particle has spin. (3)  Dirac's quantization condition allows $eg$ to be a half integer. Thus it is possible for two spinless particles, one carrying electric charge and the other carrying magnetic charge, to bind together to make a dyon with half-odd-integral angular momentum. This is puzzling from the viewpoint of the spin-statistics theorem. I will now explain the solution of this puzzle.

## 2.5  The Solution to the Spin-Statistics Puzzle

One might think that there is nothing to be said about the connection between spin and statistics within the framework of non-relativistic quantum mechanics. This is not so; although relativistic field theory is indeed needed to show that spinless particles are bosons, nonrelativistic theory is then sufficient to deduce the statistics of composites made of these bosons. I will now show that a dyon made of a spinless electrically charged particle ("electron") and a spinless magnetically charged particle ("monopole") obeys Bose-Einstein statistics if $eg$ is integral and Fermi-Dirac statistics if $eg$ is half-odd-integral.[12]

We already know the Hamiltonian for an electron in the field of a monopole,

$$H = \frac{(\vec{p}_e - eg\,\vec{A}_D(\vec{r}_e - \vec{r}_m))^2}{2m_e} + \cdots$$          (2.63)

Here the triple dots represent possible non-electromagnetic interactions, and $A_D$ is the standard Dirac string potential,

$$\vec{A}_D(\vec{x}) \cdot d\vec{x} = (1 - \cos\theta)d\phi .$$          (2.64)

By a duality rotation, we thus know the Hamiltonian for a monopole in the field of an electron,

$$H = \frac{(\vec{p}_m + eg\,\vec{A}_D'(\vec{r}_m - \vec{r}_e))^2}{2m_m} .$$          (2.65)

Here the sign has changed because the duality rotation that takes $e$ into $g$ takes $g$ into minus $e$, and $\vec{A}_D'$ is some potential that is gauge-equivalent to $\vec{A}_D$.

To fix $\vec{A}_D'$, we consider a system made of one monopole and one electron. For any choice of $\vec{A}_D'$, $\vec{p}_e + \vec{p}_m$ is a constant of the motion, because $H$ is translationally invariant. However, because

$$m_e\,\vec{v}_e = \vec{p}_e + eg\,\vec{A}_D\,(\vec{r}_e - \vec{r}_m) ,$$          (2.66a)

and

$$m_m\,\vec{v}_m = \vec{p}_m - eg\,\vec{A}_D'\,(\vec{r}_m - \vec{r}_e) ,$$          (2.66b)

$m_e\,\vec{v}_e + m_m\,\vec{v}_m$ is a constant of the motion (as the classical equations of motion say it should be) only if

$$\vec{A}_D'(\vec{x}) = \vec{A}_D(-\vec{x}) .$$          (2.67)

This is indeed gauge-equivalent to $\vec{A}_D$. (See Sec. 2.2.)

To summarize, the correct Hamiltonian for a monopole in the field of an electron is

$$H = \frac{(\vec{p}_m + eg\,\vec{A}_D\,(\vec{r}_e - \vec{r}_m))^2}{2m_m} + \cdots$$          (2.68)

In exchanging monopoles and electrons, one changes the sign in front of the vector potential, but not the order of the terms within the vector potential.

We can now go on to the system of interest, two dyons, each made of a spinless monopole and a spinless electron. Just as when dealing

with two atoms, we describe the states of the system by a Schrödinger
wave function,

$$\psi_{A_1 A_2}(\vec{r}_1, \vec{r}_2)$$

Here the $\vec{r}$'s are the positions of the dyons, and the A's are discrete
variables that give the internal states of the dyons, spins or exci-
tation energies or whatever. Because our electrons and monopoles are
bosons, standard arguments lead to

$$\psi_{A_1 A_2}(\vec{r}_1, \vec{r}_2) = \psi_{A_2 A_1}(\vec{r}_2, \vec{r}_1) \ . \qquad (2.69)$$

We would normally say this implies that dyons are bosons. How-
ever, let us look more closely at the Hamiltonian for the two-dyon
system:

$$H = \frac{(\vec{p}_1 - eg\,\vec{A}_D(\vec{r}_1 - \vec{r}_2) + eg\,\vec{A}_D(\vec{r}_2 - \vec{r}_1))^2}{2m}$$

$$+ \frac{(\vec{p}_2 - eg\,\vec{A}_D(\vec{r}_2 - \vec{r}_1) + eg\,\vec{A}_D(\vec{r}_1 - \vec{r}_2))^2}{2m}$$

$$+ \ldots , \qquad (2.70)$$

where the triple dots represent Coulomb interactions as well as pos-
sible non-electromagnetic interactions. I hope the origin of the
terms in this equation is clear; the electron in the first dyon sees
the monopole in the second dyon, the monopole in the first dyon sees
the electron in the second dyon, etc.

Equation (2.70) looks as if it describes the most horrible
velocity-dependent forces, but there can be no such forces between
two identical dyons, for there exists a duality rotation that makes
their magnetic charges simultaneously vanish. Indeed, from Eq. (2.16),

$$\vec{A}_D(\vec{x}) - \vec{A}_D(-\vec{x}) = 2\vec{\nabla}\phi \ . \qquad (2.71)$$

Thus, if we make a gauge transformation,

$$\psi \rightarrow \psi' = e^{2\,i\,eg\,\phi_{12}}\,\psi \ , \qquad (2.72)$$

the horrible interactions disappear,

$$H \rightarrow H' = \frac{\vec{p}_1^2}{2m} + \frac{\vec{p}_2^2}{2m} + \ldots \ . \qquad (2.73)$$

But this can change the symmetry of the wave function, for when
$\vec{r}_1$ and $\vec{r}_2$ are interchanged, $\phi_{12}$ goes into $\phi_{12} + \pi$.
Hence,

$$\psi'_{A_1 A_2}(\vec{r}_1, \vec{r}_2) = e^{2\pi i\,eg}\,\psi'_{A_2 A_1}(\vec{r}_2, \vec{r}_1) \ .$$

That is to say, $\psi'$ is symmetric under interchange of the dyons if eg
is integral and antisymmetric if eg is half-odd-integral.

We thus have two descriptions of the same system. One, given by
$\psi$ and H, says that our dyons are bosons whatever their spin, but that
there are extraordinary long-range forces between them. The other,
given by $\psi'$ and H', says that there are no extraordinary forces, but
that dyons obey the statistics appropriate to their spin. These two
descriptions are connected by a gauge transformation, and therefore
make the same prediction for all observable quantities. Nevertheless,
there is no ambiguity here; it would be madness to choose the first
description when the second is available. (After all, we could use
the same gauge transformation to make any pair of fermions look like
bosons, whatever their electric or magnetic charges.) Dyons unambig-
uously obey the spin-statistics theorem.

## 3.  NON-ABELIAN MONOPOLES FROM AFAR

### 3.1  Gauge Field Theory - A Lightning Review

This subsection is a collection of definitions and formulas
from classical gauge field theory, with occasional comments. I have
inserted it here to establish notation and to remind you of some
features of the subject that will be important to us later. It is
far too compressed to be a pedagogical exposition; if you don't know
basic gauge field theory already, you won't learn it here.

#### Gauge Transformations

The dynamical variables in gauge field theories fall into two
classes, gauge fields and matter fields. We begin with the matter
fields, which we assemble into a big vector, $\Phi$. A gauge transforma-
tion is labeled by a function, g(x), from space-time into some com-
pact connected Lie group, G. Under such a transformation, the

MSFT_TSOPT_000049585

- 23 -

matter fields transform according to some faithful unitary representation of G, $D(g)$,

$$g(x) \in G: \phi(x) \rightarrow D(g(x))\phi(x) \ . \qquad (3.1)$$

For our purposes, it will be convenient to identify the abstract group element $g$ with the matrix $D(g)$, and write this equation as

$$g(x) \in G: \phi(x) \rightarrow g(x)\phi(x) \ . \qquad (3.2)$$

In the neighborhood of the identity of G, a group element can be expanded in a power series,

$$g = 1 + \sum_{a=1}^{\dim G} \varepsilon^a T^a + O(\varepsilon^2) \ . \qquad (3.3)$$

Here the $\varepsilon$'s are some coordinates for the group, and the $T$'s are a set of matrices called the infinitesimal generators of the group. The generators span a linear space called the Lie algebra of G. Because g is unitary, the $T$'s are anti-Hermitian

$$T^a = - T^{a\dagger} \ . \qquad (3.4)$$

(We are following mathematicians' conventions here; physicists frequently insert a factor of i in the definition of the generators, to make them Hermitian.)

For a general group element, g,

$$g T^a g^\dagger = D_{ba}^{(adj)}(g) T^b \ , \qquad (3.5)$$

where $D^{(adj)}$ is a representation of the group, called the adjoint representation, and the sum on repeated indices is implied.

The commutator of any two generators is a linear combination of generators,

$$[T^a, T^b] = c^{abc} T^c \qquad (3.6)$$

where the $c$'s are real coefficients called structure constants. They depend only on the abstract group G and not upon the particular representation we use to realize it. We will always choose the $T$'s such that

$$\mathrm{Tr}\, T^a T^b = - N \delta^{ab} \ , \qquad (3.7)$$

where N is a normalization constant. Thus,

$$c^{abc} = - N^{-1} \mathrm{Tr}[T^a, T^b] T^c \ . \qquad (3.8)$$

- 24 -

from which it follows that $c^{abc}$ is unchanged by even permutations of the indices and changes sign under odd permutations.

For example, if G is SU(2), the group of $2 \times 2$ unitary unimodular matrices, the standard choice is $T^a = - i \sigma^a/2$, where the $\sigma$'s are the Pauli spin matrices. The adjoint representation is the vector representation, N is $\frac{1}{2}$, and $c^{abc}$ is $\varepsilon^{abc}$.

### Gauge Fields

The gauge fields are a set of vector fields, $A_\mu^a$, $a = 1 \ldots \dim G$. It will be convenient for us to assemble these into a single matrix-valued vector field,

$$A_\mu = A_\mu^a T^a \ . \qquad (3.9)$$

The gauge-transformation properties of this field are defined to be

$$g(x): A_\mu \rightarrow g A_\mu g^{-1} + g \partial_\mu g^{-1} \ . \qquad (3.10)$$

If we define the covariant derivative of the matter field by

$$D_\mu \phi \equiv (\partial_\mu + A_\mu)\phi \ , \qquad (3.11)$$

then, under a gauge transformation,

$$g(x): D_\mu \phi \rightarrow g D_\mu \phi \ . \qquad (3.12)$$

The field-strength tensor, $F_{\mu\nu}$, is a matrix-valued field defined by

$$[D_\mu, D_\nu]\phi = (\partial_\mu A_\nu - \partial_\nu A_\mu + [A_\mu, A_\nu])\phi$$
$$\equiv F_{\mu\nu} \phi \ . \qquad (3.13)$$

Under a gauge transformation, the field strength transforms according to the adjoint representation of G,

$$g(x): F_{\mu\nu} \rightarrow g F_{\mu\nu} g^{-1} \ . \qquad (3.14)$$

The covariant derivative of the field strength is defined by

$$D_\lambda F_{\mu\nu} = \partial_\lambda F_{\mu\nu} + [A_\lambda, F_{\mu\nu}] \ . \qquad (3.15)$$

This transforms in the same way as F itself under gauge transformations.

Parallel to Eq. (3.9),

$$F_{\mu\nu} = F_{\mu\nu}^a T^a \ , \qquad (3.16)$$

MSFT_TSOPT_000049586

- 25 -

where

$$F_{\mu\nu}^a = \partial_\mu A_\nu^a - \partial_\nu A_\mu^a + c^{abc} A_\mu^b A_\nu^c \ . \qquad (3.17)$$

## Dynamics

The Lagrange density is

$$\mathscr{L} = \frac{1}{4Nf^2} \operatorname{Tr} F_{\mu\nu} F^{\mu\nu} + \mathscr{L}_m(\phi, D_\mu \phi) \ , \qquad (3.18)$$

where $\mathscr{L}_m$ is some invariant function,

$$\mathscr{L}_m(g\,\phi, g\,D_\mu\,\phi) = \mathscr{L}_m(\phi, D_\mu\,\phi) \ , \qquad (3.19)$$

and f is a real number, called the coupling constant. The gauge-field part of $\mathscr{L}$ can also be written as

$$\frac{1}{4Nf^2} \operatorname{Tr} F_{\mu\nu} F^{\mu\nu} = -\frac{1}{4f^2} F_{\mu\nu}^a F^{\mu\nu a} \ . \qquad (3.20)$$

If there are no matter fields, then the gauge fields obey

$$D_\mu F^{\mu\nu} = 0 \ . \qquad (3.21)$$

These are called the sourceless Yang-Mills equations.

If we define new fields, denoted by a prime, by

$$A_\mu^{a'} = f^{-1} A_\mu^a \ , \qquad (3.22)$$

and

$$F_{\mu\nu}^{'a} = f^{-1} F_{\mu\nu}^a = \partial_\mu A_\nu^{'a} - \partial_\nu A_\mu^{'a} + f\,c^{abc} A_\mu^{b'} A_\nu^{c'} \ , \qquad (3.23)$$

then

$$-\frac{1}{4f^2} F_{\mu\nu} F^{\mu\nu a} = -\frac{1}{4} F_{\mu\nu}^{'a} F^{\mu\nu'a} \qquad (3.24)$$

and

$$D_\mu \phi = \partial_\mu \phi + f A_\mu^{'a} T^a \phi \ . \qquad (3.25)$$

From these we see that f is indeed a coupling constant, absent from the quadratic terms in the Lagrangian but present in the higher-order ones.

If the gauge group is a product of factors, simple groups and U(1) groups, then it is possible to have an independent coupling constant for each factor. The gauge-field part of the Lagrangian becomes

$$-\frac{1}{4} \sum_a \frac{1}{f_a^2} F_{\mu\nu}^a F^{\mu\nu a} \ , \qquad (3.26)$$

where $f_a$ is the same for fields associated with the same factor group. Likewise, Eq. (3.25) becomes

- 26 -

$$D_\mu \phi = \partial_\mu \phi + \sum_a f_a A_\mu^{a'} T^a \phi \ . \qquad (3.27)$$

## Temporal Gauge

Temporal gauge is defined by $A_0 = 0$. To transform a gauge-field configuration into temporal gauge we need a function g(x) such that

$$g A_0 g^{-1} + g \partial_0 g^{-1} = 0 \ . \qquad (3.28)$$

A solution to this equation is

$$g^{-1}(x,t) = T \exp -\int_0^t dt' \, A_0(\vec{x}, t') \ . \qquad (3.29)$$

where T indicates the integral is time-ordered.

Temporal gauge is useful because the gauge-field part of the Lagrange density is $-\partial_0 A_i^a \partial^0 A^{ia} / 2f^2$, plus terms with no time derivatives. Thus the structure of the initial-value problem closely resembles that in a scalar field theory with non-derivative interactions, as does the form of Hamilton's equations.

The adaptation of temporal gauge does not destroy all gauge freedom; one can still make time-independent gauge transformations.

## Group Elements Associated with Paths

A path in space-time is described by a function x(s), where s goes from 0 to 1. With every such path, we associate a group element, g, defined by

$$g = P \exp -\int_0^1 ds\, A_\mu \frac{dx^\mu}{ds} \ , \qquad (3.30)$$

where P indicates the integral is path-ordered. g can also be identified with g(1), where g(s) is the solution to

$$\frac{Dg}{Ds} \equiv \frac{dg}{ds} + A_\mu \frac{dx^\mu}{ds} g = 0 \ , \qquad (3.31)$$

with the boundary condition g(0) = 1. (Note the similarity to Eqs. (3.28) and (3.29).)

Under a gauge transformation, h(x),

$$h(x) \in G: g \rightarrow h(x(1)) g\, h(x(0))^{-1} \ . \qquad (3.32)$$

This is even simpler if the path is closed, x(0) = x(1),

$$h(x) \in G: g \rightarrow h(x(0)) g\, h(x(0))^{-1} \ . \qquad (3.33)$$

MSFT_TSOPT_000049587

- 27 -

In this case, despite the fact that it is a non-local integral, g transforms just like $F_{\mu\nu}$, a local field.

For a closed path, Tr g is the famous Wilson loop factor. It is gauge invariant, and independent of where along the closed loop one chooses to start and end the path. It does depend on the particular matrix representation one uses; in the language of group theory, different representations have different characters.

For ordinary electromagnetism, the group element associated with a closed path is

$$g = \exp(ie\Phi) . \qquad (3.34)$$

where $\Phi$ is the magnetic flux passing through a surface bounded by the path. Thus, the concept of group element associated with a closed path is one possible generalization to non-Abelian theory of the concept of magnetic flux. (The obvious alternative, defining magnetic flux by integrating the magnetic field, doesn't work; one gets nowhere adding together quantities that have different gauge-transformation properties, as do non-Abelian magnetic fields at different points.)

### 3.2 The Nature of the Classical Limit

We are going to spend some time and effort investigating the properties of magnetic monopoles in classical non-Abelian gauge theories. Thus it is reasonable to begin by asking when we can expect classical physics to describe quantum reality.

Let $S(\Phi)$ be the action functional for any classical field theory, with $\Phi$ now all the fields in the theory, gauge fields or whatever. The Euclidean form of Feynman's path integral formula says that the quantum version of the theory is defined by the functional integral

$$\int (d\Phi) e^{-S(\Phi)/\hbar} . \qquad (3.35)$$

If we define new fields, $\Phi' = \Phi/\sqrt{\hbar}$, then, aside from an irrelevant normalization constant, this can be written as

$$\int (d\Phi') e^{-S(\Phi'\sqrt{\hbar})/\hbar} . \qquad (3.36)$$

This trivial transformation reveals $\sqrt{\hbar}$ to be a coupling constant; it

- 28 -

is absent from the quadratic terms in the argument of the exponential but present in the higher-order ones. The classical limit is a weak-coupling limit. Sending $\hbar$ to zero, with all coupling constants fixed, is the same as sending all coupling constants to zero (at appropriate rates), with $\hbar$ fixed.

Thus, classical gauge field theory (without symmetry breakdown), the subject of Sec. 3.1, should be a good guide to weakly-coupled quantum gauge field theory (again without symmetry breakdown). I know of two regimes in which such theories apply. One was mentioned in the introduction, quantum chromodynamics at distances less than the confinement length. Because the theory is asymptotically free, this is a regime of weak coupling. The other is the early universe. Weakly-coupled gauge fields which now have masses might well have been massless early on, when the structure of symmetry breakdown was different.

These then are the places where classical non-Abelian monopoles might be found: deep within hadrons or far in the past. Now let us see what they would look like if we found them.

### 3.3 Dynamical (GNO) Classification of Monopoles

At the beginning of Sec. 2, I described the standard series of stationary electromagnetic fields that could exist outside a black box of unknown content; the leading terms at large distances were the electric and magnetic monopole fields. The dynamical classification of monopoles, invented by Goddard, Nuyts, and Olive (GNO),[1] can be thought of as the extension of this analysis to non-Abelian gauge theories. I will now give a derivation of the GNO classification.

Just as in the electromagnetic case, the analysis will use only the equations that hold outside the black box, the sourceless field equations. Because these are difficult nonlinear equations, I will not attempt to construct a complete series of solutions, but just try to find the non-Abelian generalization of the magnetic monopole field.

I will exclude electric fields from the beginning by looking for solutions that are not just time-independent but time-reversal

MSFT_TSOPT_000049588

- 29 -

invariant (in some appropriate gauge). Time reversal is the operation

$$T: A_0(\vec{x}, t) \rightarrow -A_0(\vec{x}, -t)$$

$$\vec{A}(\vec{x}, t) \rightarrow \vec{A}(\vec{x}, -t) \qquad (3.37)$$

(The alternative definition allowed in the Abelian case, this opera-
tion times minus one, is not an invariance of the non-Abelian theory.)
Thus,                $A_0 = 0$,        $\partial_0 A_i = 0$,        (3.38)

and $F_{0i}$ vanishes.

Equation (3.38) still allows us the freedom to make time-inde-
pendent gauge transformations. I will use this freedom to make

$$A_r = 0 \qquad (3.39)$$

Just as one integrates along time lines to construct the gauge trans-
formation that takes one to temporal gauge, Eq. (3.29), one here con-
structs the required gauge transformation by integrating along radial
lines, starting, for example, at the unit sphere. Of course, this
procedure could lead to trouble at the origin, where radial lines
intersect, but this is of no concern to us; the origin is inside the
black box, where we don't want to use the field equations anyway.
Note that we still have the freedom to make gauge transformations
that depend only on $\theta$ and $\phi$, a freedom we shall use shortly.

We now assume that for large $r$, $\vec{A}$ can be expanded in powers of
$1/r$,        $\vec{A} = \dfrac{\vec{a}(\theta,\phi)}{r} + O\left(\dfrac{1}{r^2}\right)$ .        (3.40)

Because the Yang-Mills equations are non-linear, they will involve,
in general, cross terms between the leading term in this expansion
and the higher-order terms. However, only the leading term enters
into the part of the equations proportional to $1/r^3$. Thus, if we
are only interested in the leading term, as we are, it is legitimate
to ignore the higher-order terms, as we shall.

Just as in the discussion of the Abelian case, it is convenient
to write $\vec{A}$ in terms of its covariant components,

$$\vec{A} \cdot d\vec{x} = A_\theta(\theta,\phi)d\theta + A_\phi(\theta,\phi)d\phi \ . \qquad (3.41)$$

- 30 -

If the field is to be nonsingular at the north and south poles,
$A_\phi(0,\phi)$ and $A_\phi(\pi,\phi)$ must both vanish.[*]

I will now make one more gauge transformation to make

$$A_\theta = 0 \ . \qquad (3.42)$$

This transformation can be constructed by integrating along lines of
fixed $\phi$, meridians, starting from the north pole. Of course, this
choice of gauge can lead to an artificial singularity at the place
where all the meridians intersect again, the south pole. In partic-
ular, it can lead to a non-zero (and $\phi$ dependent) $A_\phi(\pi,\phi)$, that is
to say, to a Dirac-string singularity. Just as in the Abelian case,
we'll live with this singularity for the time being. When we're
done with solving the equations, we'll check that the singularity is
indeed just a gauge artifact, that the string is undetectable.

We are now in a position to (finally) use the field equations.
The field strength tensor has only one non-vanishing component,

$$F_{\theta\phi} = \partial_\theta A_\phi \ . \qquad (3.43)$$

In curvilinear coordinates, the sourceless Yang-Mills equations take
the form        $\partial_\mu \sqrt{g}\ F^{\mu\nu} + [A_\mu, \sqrt{g}\ F^{\mu\nu}] = 0$ .        (3.44)

In our case,        $\sqrt{g}\ F^{\theta\phi} = \dfrac{1}{r^2 \sin\theta} \partial_\theta A_\phi$ .        (3.45)

Thus there are two non-trivial field equations. One is

$$\partial_\theta \frac{1}{\sin\theta} \partial_\theta A_\phi = 0 \ . \qquad (3.46)$$

The general solution of this, consistent with the vanishing of
$A_\phi(0,\phi)$, is        $A_\phi = Q(1-\cos\theta)$ ,        (3.47)

where $Q$ is an arbitrary (matrix-valued) function of $\phi$. However, the
other field equation

$$\partial_\phi \sqrt{g}\ F^{\phi\theta} + [A_\phi, \sqrt{g}\ F^{\phi\theta}] = -\partial_\phi Q = 0 \ , \qquad (3.48)$$

tells us $Q$ must be a constant.

Thus, up to a gauge transformation, the non-Abelian monopole field is constructed by multiplying the Abelian monopole field by a constant matrix. That this procedure leads to non-Abelian monopoles is trivial; what is non-trivial is that it leads to all of them.

Because the non-Abelian monopole is so simply related to the Abelian one, it is easy to work out the quantization condition. We just follow the arguments of Sec. 2.2, with trivial changes. The potential with the north-pointing string is defined by

$$A'_\phi = -Q(1+\cos\theta) \ . \qquad (3.49)$$

$\vec{A}$ and $\vec{A}'$ are transformed into each other by the gauge transformation,

$$g = \exp 2Q\phi \ , \qquad (3.50)$$

which is single-valued if

$$\exp 4\pi Q = 1 \ . \qquad (3.51)$$

This is the quantization condition.

As a small consistency check, let us verify that this reduces to the correct condition when we specialize to the Abelian theory of Sec. 2. There has been a slight notational change; what we now call $\vec{A}$ we then called $-ie\vec{A}$. (See the expression for the covariant derivative, Eq. (3.11).) Thus, $Q$ becomes $-ieg$, and Eq. (3.51) becomes the Dirac quantization condition, as it should.

In high-energy theory, we tend to focus on the Lie algebra of a group and ignore its global structure; for example, we indiscriminately refer to the isospin group as SU(2) or SO(3). This is an especially bad habit in monopole theory, because the quantization condition is sensitive to the global structure of G; the allowed set of monopoles is different for SU(2) and SO(3). For example, let us suppose that $Q$ is proportional to $I_3$, the generator of rotations about the third axis in isospin space. If G is SO(3), $Q$ can be any half-integral multiple of $I_3$, because a rotation by $2\pi$ is the identity. If G is SU(2), though, only integral multiples are allowed, because a rotation by $4\pi$ is needed to get back to the identity.

There is nothing deep in this; it can all be understood in the

elementary terms of Sec. 2.1. To say G is SO(3) is to say that all particles have integral isospin, and therefore integral values of $I_3$. To say G is SU(2) is to allow half-odd integral values. With a richer set of test particles one can do a richer set of Bohm-Aharonov experiments and detect solenoids formerly undetectable.

To have some examples to use later on, let me work out the explicit form of $Q$ for some representative groups.

If G is SU(n), $Q$ must be a traceless antihermitian n×n matrix. Such a matrix can always be diagonalized by a unitary transformation, that is to say, by a constant gauge transformation. Thus

$$Q = -\frac{i}{2}\,\mathrm{diag}\,(q_1, q_2, \ldots q_n) \ . \qquad (3.52)$$

Tracelessness implies that the sum of the $q$'s is zero, while the quantization condition implies that each $q$ is an integer. Because we can arbitrarily permute the $q$'s by a gauge transformation, only the set of $q$'s is relevant, not their order.

This becomes especially simple for SU(2). Here,

$$Q = -\frac{i}{2}\,\mathrm{diag}\,(q, -q) = -\frac{i}{2}\,q\,\sigma_3 \ . \qquad (3.53)$$

We can use our freedom to permute the eigenvalues of $Q$ to insure that $q$ is always non-negative, $q = 0, 1, \ldots$ .

Some gauge field theories based upon the Lie algebra of SU(n) have for their global group, G, not SU(n), but SU(n)/$Z_n$. ($Z_n$ is the n-element finite group consisting of the nth roots of unity, that is to say, the integral powers of $\exp(2\pi i/n)$.) One example is the theory of gauge fields only, without matter fields, gluons without quarks. Gauge fields transform according to the adjoint representation of the group; two SU(n) matrices that differ only by a factor belonging to $Z_n$ will be represented by the same matrix in the adjoint representation.

To treat this case without my equations growing too long, let me introduce some *ad hoc* notation. I will denote by $Q_{\text{fund}}$ the matrix that represents a given abstract group generator in the n-dimensional fundamental representation of the group, and by $Q_{\text{adj}}$ the matrix that

represents the same generator in the $(n^2-1)$-dimensional adjoint representation. The quantization condition in the case at hand is $\exp(4\pi Q_{adj}) = 1$. This is true if and only if

$$\exp(4\pi Q_{fund}) \in Z_n \quad . \tag{3.54}$$

Thus, as before,

$$Q_{fund} = -\tfrac{1}{2} \operatorname{diag}(q_1 \ldots q_n) \tag{3.55}$$

but now

$$q_m = \frac{r}{n} + \text{integer} \quad , \tag{3.56}$$

where $r$ is an integer, independent of $m$. As before, the q's must sum to zero, and only the set of q's is relevant, not their order.

This becomes especially simple for $SU(2)/Z_2 = SO(3)$. Just as in Eq. (3.53), $Q_{fund}$ is $-\tfrac{1}{2} i q \sigma_3$, with $q \geq 0$. However, now q can be a half-integer.

### 3.4 Topological (Lubkin) Classification of Monopoles

The topological classification of monopole fields was developed almost twenty years ago by Elihu Lubkin in an important and unjustly ignored paper.[15] We begin by investigating a situation in which a black box of unknown content is surrounded by gauge fields, the same situation we studied in the dynamical classification. However, now we shall not assume the gauge fields are stationary solutions of the sourceless Yang-Mills equations, or indeed any kind of solutions to any dynamical equations. Instead, we shall associate with the gauge-field configuration a topological charge, a quantity that is unchanged by arbitrary continuous deformation of the configuration, and thus in particular is unchanged by time evolution in accordance with any sensible equation of motion.

I shall first describe Lubkin's construction and develop some of its important properties. This will involve a (very) short course in (very little) homotopy theory. No matter how low your tolerance for abstract mathematics, please pay close attention here; otherwise, you will understand nothing of what follows. After this, I shall investigate the connection of the topological classification with the dynamical classification.

 

(a)                          (b)

Figure 2

Figure 2a shows a family of closed paths lying on a sphere surrounding the black box. Each path begins and ends at the north pole; the return portions of the paths are on the back side of the sphere and can't be seen in the figure. These paths are labeled by a parameter $\tau$ that ranges from 0 to 1; the first and last paths in the family, $\tau = 0$ and 1, are trivial paths that never leave the pole. As $\tau$ goes through its range, the paths sweep around the black box, like a magician's hoop sweeping around a floating lady.

In case you have trouble visualizing this from Fig. 2a, I've drawn the identical structure in a different way in Fig. 2b. This is a south polar projection of the sphere; the north pole is represented by the circumference of the disc. The paths are the horizontal lines.

Along each path we may integrate the gauge field to obtain the group element associated with the path. In this way, from our family of paths, we obtain a path in group space, $g(\tau)$, beginning at the identity and ending at the identity. (We need not worry about encountering gauge-dependent singularities, like Dirac strings, as we sweep around the sphere. We can always make a gauge transformation to get the singularity out of our way; by Eq. (3.33), this will not affect $g(\tau)$, as long as we take care to insure that the gauge transformation is the identity at the north pole.)

The path $g(\tau)$ depends on practically everything in the problem: the sphere we choose, the details of how we construct the family of closed paths on the sphere, the time at which we do the computation

MSFT_TSOPT_000049591

- 35 -

(if our gauge field is changing with time), the gauge in which we are working. However, it depends continuously on all of these things, and therefore the associated element of the first homotopy group of $G, \pi_1(G)$, is unchanged.

To explain the preceding sentence requires the promised short course in homotopy theory.[16]

For any topological space, X, a path, $x(t)$, is a continuous function from the interval $[0,1]$ into X. Let $x(t)$ and $x'(t)$ be two paths with the same endpoints, that is to say, $x(0) = x'(0)$ and $x(1) = x'(1)$. Then we say these paths are "homotopic" or "in the same homotopy class" if one can be continuously distorted into the other, keeping the endpoints fixed. Phrased in equations, $x(t)$ and $x'(t)$ are homotopic if there exists a continuous function of two variables, $F(s,t)$, $0 \le s,t \le 1$, such that

$$F(0,t) = x(t) ,$$

$$F(1,t) = x'(t) ,$$

and
$$F(s,0) = x(0) = x'(0) ,$$

$$F(s,1) = x(1) = x'(1) . \qquad (3.57)$$

An example is shown in Fig. 3. The topological space, X, is a portion of the plane with a disc (the shaded region) removed. Four paths are shown; all have the same initial and final point, $x_0$. Path C is homotopic to path D and also to the trivial path, $x(t) = x_0$ for all t. Otherwise, no two paths shown are homotopic. (I hope these statements are obvious to you, because they are rather difficult to prove analytically.)

Given two paths such that one ends where the other begins, the product of the paths is defined by first going along the first path and then going along the second. In equations,

$$x \cdot x'(t) = x(2t) , \qquad 0 \le t \le \tfrac{1}{2} ,$$

$$= x'(2t-1) , \qquad \tfrac{1}{2} \le t \le 1 . \qquad (3.58)$$

The products of homotopic paths are clearly homotopic.

- 36 -



Figure 3

The inverse of a path is defined by going along the path in the opposite direction. In equations,

$$x(t)^{-1} = x(1-t) . \qquad (3.59)$$

The product of a path and its inverse (in either order) is clearly homotopic to a trivial (i.e., constant) path. These concepts are also exemplified in Fig. 3; A is homotopic to the inverse of B.

If we consider all homotopy classes of closed paths, with fixed initial-final point, $x_0$, these operations of multiplication and inversion define a group structure. The group obtained in this way is called the first homotopy group of X, and is denoted by $\pi_1(X)$. We do not have to specify $x_0$, because $\pi_1(X)$ is independent of $x_0$, if X is connected. Proof: Let y be some path going from $x_0$ to some other point, $x_1$. Then the mapping, $x \rightarrow y \cdot x \cdot y^{-1}$, maps every closed path

MSFT_TSOPT_000049592

- 37 -

beginning and ending at $x_1$ into one beginning and ending at $x_0$ in such a way that the group operations are preserved.

For the example of Fig. 3, the homotopy classes are labeled by an integer, the winding number, the net number of times the path winds around the shaded disc. For example, path A has winding number 1, path B, -1, paths C and D, 0. The winding number of a product of paths is the sum of the winding numbers of the factors. Thus, $\pi_1$ is the additive group of the integers, sometimes called Z.

If X is connected and $\pi_1(X)$ is trivial, we say X is simply connected. It is easy to show that in this case any two paths connecting the same two points are homotopic.

This completes the first part of the short course on homotopy theory. There will be a second part to the course, on the computation of $\pi_1$ for compact Lie groups. However, even at this stage, we can understand some things about monopoles:

(1) You should now understand my cryptic statement of a few paragraphs back, that Lubkin's loop construction associates with the gauge fields outside the black box an element of $\pi_1(G)$. This element is the topological charge I referred to at the beginning of this section.

(2) We can see that the topological charge is gauge invariant. If we make a gauge transformation equal to h at the north pole, then $g(\tau)$ is transformed into $hg(\tau)h^{-1}$. Because G is connected, h can be continuously deformed to 1, and the transformed path is homotopic to the original one.

(3) Let us consider a world that contains two black boxes. We can compute the topological charge of each of the boxes, by surrounding it by a sphere that does not contain the other, or we can compute the topological charge of the total system, by surrounding both boxes by a large sphere. In the latter case, we can continuously distort the sphere into an hourglass, two spheres, each surrounding a box, connected by a tube pinched down to a point at the middle. We choose this midpoint to be the "north pole" of the distorted sphere.

- 38 -

Now, when we sweep loops about the distorted sphere, they pass first around one sphere and then around the other; the path in group space is the product of the paths for the individual spheres. Thus the topological charge of the combined system is the (group theoretical) product of the topological charges of the individual components. As a byproduct, we have produced a very indirect argument that $\pi_1(G)$ is Abelian, since it obviously doesn't matter in what order we do things. We'll shortly have a more direct demonstration of the same result.

(4) We see that the forbidden region, the black box, is essential if we are to obtain a non-trivial structure. For, if the box were not there, we could shrink the surrounding sphere to a point. In this limit, the associated element of $\pi_1$ would be the identity, because all paths on the sphere would be trivial. But, since it is an invariant under continuous transformations, if it is the identity in the limit, it must have been the identity to begin with.

If we are to obtain a non-trivial topological charge, there must be something inside the box other than just non-singular gauge fields. In Sec. 4 we shall see what that something is.

I now return to the course. As promised, I will tell you how to compute $\pi_1$ for any compact connected Lie group. The best approach to this problem is an indirect one; I'll begin by classifying all Lie groups with a given Lie algebra. Once this is done, the computation of $\pi_1$ will turn out to be trivial.

I assume you know that the Lie algebra of any compact Lie group is the direct sum of copies of certain fundamental Lie algebras. These are the Lie algebras of U(1), of the three infinite families of classical groups, SO(n), SU(n), and Sp(n), and of the five exceptional Lie groups.

For each of these, there exists a simply connected group with the given Lie algebra. For the algebra of U(1), it is R, the additive group of real numbers. For the algebras of SU(n) and Sp(2n), it is these very groups. For the algebra of SO(n), it is the double

covering of SO(n), sometimes called Spin(n). I won't worry here about the five exceptional groups; we'll never use them in these lectures.

Thus, by taking direct products of these groups, we can construct a simply connected group whose Lie algebra is isomorphic to that of a given compact connected Lie group, $G$. I will denote this group by $\bar{G}$. $\bar{G}$ is called the covering group of $G$; the reason is that it covers $G$ in the same way $SU(2)$ covers $SO(3) = SU(2)/Z_2$. To be precise, it is possible to show that $G$ is isomorphic to the quotient group $\bar{G}/K$, where $K$ is some discrete subgroup of the center of $\bar{G}$. (I remind you that the center of a group is the subgroup consisting of all elements that commute with every element of the group.) This is a standard theorem of Lie-group theory and I ask you to take it on trust.

Thus, to classify all groups with a given algebra, we have to find all the discrete subgroups of the center of $\bar{G}$. In all the cases we shall encounter, finding the subgroups will be trivial once we find the center.

The center of $\bar{G}$ is the product of the centers of its factors. All of these are easy to compute. R is Abelian, and thus all center. The center of $SU(n)$ is $Z_n$. The center of $Sp(n)$ consists of 1 and $-1$. The center of Spin(n), for even n, consists of the two elements that are mapped into 1 in $SO(n)$ and the two elements that are mapped into $-1$. For odd n, $-1$ is not in $SO(n)$, so the center of Spin(n) consists only of the two elements mapped into 1.

As an example, let me use this apparatus to work out all the groups with Lie algebras isomorphic to that of $\bar{G} = SU(2) \otimes SU(2)$. To emphasize the differences between these groups, as I construct the groups I will also describe their irreducible representations. If I describe the elements of $\bar{G}$ in the standard way, by $(g_1, g_2)$, the center consists of $(1,1)$, $(1,-1)$, $(-1,1)$ and $(-1,-1)$. This has five subgroups, and thus we have five groups with the given algebra.
(a)  K is $(1,1)$. G is $SU(2) \otimes SU(2)$. The representations of G are

of the form $D^{(s_1)}(g_1) \otimes D^{(s_2)}(g_2)$, with the D's representations of $SU(2)$ and $s_1$ and $s_2$ half-integers.
(b)  K consists of $(1,1)$ and $(1,-1)$. G is $SU(2) \otimes SO(3)$. The representations are as before; $s_1$ is a half-integer and $s_2$ an integer.
(c)  K consists of $(1,1)$ and $(-1,1)$. This is the same as the previous case with the two factors transposed.
(d)  K consists of all four elements of the center. G is $SO(3) \otimes SO(3)$. Both $s_1$ and $s_2$ are integers.
(e)  K consists of $(1,1)$ and $(-1,-1)$. This is in many ways the most interesting case. G is not a direct product. Either $s_1$ and $s_2$ are both integers or they are both half-odd-integers. This is reminiscent of the kind of structures we find in realistic theories, where the unbroken gauge group has the algebra of $SU(3)$ (color) $\otimes U(1)$ (electromagnetism), but it is not a direct product, because only particles of non-zero triality have fractional charge.

Now that we have classified the Lie groups, it is easy to compute their first homotopy groups. We reason as follows. In general, the mapping of $\bar{G}$ into $G$ is many-to-one; there is no unique element of $\bar{G}$ mapped into a given element of $G$. However, because K is discrete, for every continuous path in $G$ beginning at the identity, there is a unique <u>continuous</u> path in $\bar{G}$ beginning at the identity. If the path in $G$ is closed, that is to say, if it ends at the identity, the path in $\bar{G}$ must end at some group element that is mapped into the identity, that is to say, at some element of K. Let us consider two closed paths in $G$ such that the corresponding paths in $\bar{G}$ end at the same element of K. Because $\bar{G}$ is simply connected, the paths in $\bar{G}$ can be continuously deformed into each other; thus, so can the corresponding paths in $G$. Hence, the homotopy classes of closed paths in $G$ are in one-to-one correspondence with the elements of K. It is easy to show that the product of two closed paths corresponds to the products of the two group elements; that is to say,

that $\pi_1(G)$ is isomorphic to K.

This concludes the short course in homotopy theory. Now let us return to magnetic monopoles.

The Lubkin construction is totally gauge invariant, but carrying it through can be tedious; we have to solve an independent differential equation (or, equivalently, evaluate an independent path-ordered integral) for each value of $\tau$. Things can be simplified considerably by going to a special gauge, "string gauge".

This is very much like the gauge we used in the dynamical classification of monopoles. On each sphere of fixed r, we start at the north pole and gauge transform along meridians to make $A_\theta(\theta,\phi)$ vanish. This may induce a non-zero $A_\phi(\pi,\phi)$, a Dirac string along the south polar axis. When we did this in Sec. 2.3, we assumed the vector potential was proportional to 1/r; thus it sufficed to make the gauge transformation on some one sphere. Here, we make no such assumption, so we might have to make an independent gauge transformation on each sphere. This can induce a non-zero $A_r$, but this is no problem; $A_r$ never enters into the Lubkin construction.

We now choose our family of closed paths as shown in Fig. 4. This is a north polar projection of the sphere; the circumference of the disc is the south pole, $\theta = \pi$. The path labeled by $\tau$ goes from the north pole to the south pole along the meridian $\phi = 0$ and returns along $\phi = 2\pi\tau$.

Because $A_\theta$ vanishes,

$$g(\tau) = P \exp -\int_0^{2\pi\tau} A_\phi(\pi,\phi)\,d\phi \quad . \qquad (3.60)$$

Thus we need to evaluate the integral for only one path, an infini-



Figure 4

tesimal loop circling the Dirac string. This expression becomes especially simple for one of the Goddard-Nuyts-Olive solutions, Eq. (3.47),

$$g(\tau) = \exp(-4\pi\tau Q) \quad . \qquad (3.61)$$

This equation enables us to readily compute the topological class into which a given GNO monopole field falls. Let us begin with ordinary electromagnetism, for which G is U(1) and Q = -ieg. For eg = n/2,

$$g(\tau) = \exp(i2\pi n\tau) \quad . \qquad (3.62)$$

This winds n times around U(1) as $\tau$ goes from 0 to 1. Thus, for each element of $\pi_1$, there is one and only one monopole field. Topological charge is magnetic charge. The situation is quite different for other groups, though. For example, for SU(n), we found an infinite number of GNO monopole fields, but SU(n) is simply connected; $\pi_1$ has only a single element. Likewise, for SU(n)/$Z_n$ there are an infinite number of GNO monopole fields but only n elements in $\pi_1 = Z_n$. (As an exercise, you might want to work out which element of $Z_n$ is associated with each of the fields.)

Thus, the topological classification is in general coarser than the dynamical one. This is what one might expect; the topological classification is based on fewer assumptions than the dynamical one, and therefore should contain less information.

I've been misleading you. Not because anything I've said in the preceding paragraph is a lie, but because I have been withholding an important piece of information: most GNO monopole fields are unstable.

## 3.5 The Collapse of the Dynamical Classification

Stability analysis is trivial for an Abelian monopole, because the field equations are linear. This is not so for a non-Abelian monopole. Even at large distances, the field equations do not linearize; if the gauge fields fall off like 1/r, derivatives and commutators are of comparable magnitude, both $O(1/r^2)$.

I will now investigate small vibrations about an arbitrary SO(3) monopole field.[17] (Of course, this will also take care of SU(2) monopole fields, a subset of the SO(3) ones.) After the computation is

MSFT_TSOPT_000049595

- 43 -

done, I will discuss the extension to an arbitrary GNO monopole
field for an arbitrary gauge group. The calculation is lengthy and
I will present it in outline only; you should have no trouble filling
in the missing steps, if you're interested.

We work in temporal gauge, $A_0 = 0$, and write the gauge field as
an SO(3) monopole plus a small perturbation,

$$\vec{A} = -\tfrac{1}{2} q \, \sigma_3 \vec{A}_D + \delta \vec{A} \,, \tag{3.63}$$

where, as explained in Sec. 3.3, $q = 0, \tfrac{1}{2}, \ldots$, and $A_D$ is the Dirac
string potential, Eq. (2.64). $\pi_1(SO(3))$ is $Z_2$, so there are only
two topological classes. It is easy to check that the monopoles
with integer q's are all in one class and the ones with half-odd-
integer q's are all in the other.

We write the perturbation as an explicit $2 \times 2$ matrix,

$$\delta \vec{A} = -\tfrac{1}{2} i \begin{pmatrix} \vec{\phi} & \vec{\psi} \\ \vec{\psi}^* & -\vec{\phi} \end{pmatrix} \tag{3.64}$$

where $\vec{\phi}$ is a real vector field and $\vec{\psi}$ is a complex one. If we line-
arize the field equations in the perturbation, an easy computation
shows that $\vec{\phi}$ obeys a free wave equation,

$$-\partial_0^2 \vec{\phi} = \vec{\nabla} \times (\vec{\nabla} \times \vec{\phi}) \,, \tag{3.65}$$

while $\vec{\psi}$ obeys a more complicated equation

$$-\partial_0^2 \vec{\psi} = \vec{D} \times (\vec{D} \times \vec{\psi}) + \frac{iq\vec{r}}{r^3} \times \vec{\psi}$$
$$\equiv H \vec{\psi} \,, \tag{3.66}$$

where $\qquad \vec{D} = \vec{\nabla} - iq\vec{A}_D \,. \tag{3.67}$

(Note that q here plays the role of eg in Sec. 2.)

The stability of the system under small perturbations is deter-
mined by the eigenvalue spectrum of the differential operator H. If
H has a negative eigenvalue, the associated eigenmode has exponen-
tial time behavior, and the monopole field is unstable.

H has a large set of eigenmodes with eigenvalue zero. This is

- 44 -

a consequence of the invariance of the temporal-gauge equations of
motion under time-independent gauge transformations. We write such
a transformation as

$$g(\vec{x}) = 1 - \tfrac{1}{2} i \begin{pmatrix} \lambda(\vec{x}) & \chi(\vec{x}) \\ \chi^*(\vec{x}) & -\lambda(\vec{x}) \end{pmatrix} + \cdots \,, \tag{3.68}$$

where the triple dots indicate quadratic and higher-order terms in
$\lambda$ and $\chi$. An easy computation shows that, under this transformation,

$$\vec{\psi} \rightarrow \vec{\psi} + \vec{D}\chi + \cdots \,. \tag{3.69}$$

Since $\vec{\psi} = 0$ is certainly a solution of Eq. (3.66), so must be its
gauge transform, $\vec{\psi} = D\chi$. Thus,

$$H\vec{D}\chi = 0 \tag{3.70}$$

for arbitrary $\chi$.

We call these trivial eigenmodes gauge modes. All of the in-
teresting physics is in the physical modes, the modes that are or-
thogonal to the gauge modes. For a physical mode,

$$\int d^3x \, \vec{\psi}^* \cdot \vec{D}\chi = 0 \,, \tag{3.71}$$

for any $\chi$. Equivalently,

$$\vec{D} \cdot \vec{\psi} = 0 \,. \tag{3.72}$$

As always, rotational invariance is a great simplifier. H com-
mutes with

$$\vec{J} = \vec{L} + \vec{S} \,, \tag{3.73}$$

where, just as in Sec. 3.4,

$$\vec{L} = -i\vec{r} \times \vec{D} - q \frac{\vec{r}}{r} \,, \tag{3.74}$$

and $\vec{S}$ is the usual spin operator for vector fields, defined by

$$(\vec{a} \cdot \vec{S})\vec{b} = i\,\vec{a} \times \vec{b} \,, \tag{3.75}$$

for any two vectors $\vec{a}$ and $\vec{b}$. As explained in Sec. 2.4, the orbital
angular momentum takes on the values,

$$\ell = q, \ q+1, \ q+2 \ldots \,. \tag{3.76}$$

Thus, by the usual rules for adding angular momenta, the total angular momentum takes on the values

$$j = q-1, q, q+1 \ldots, \qquad q \geq 1,$$
$$= q, q+1 \ldots, \qquad q = 0 \text{ or } \tfrac{1}{2}. \quad (3.77)$$

(I won't bother here to keep track of how often each value of $j$ occurs.)

We can use Eq. (3.75) to purge H of cross products:

$$H = -(\vec{S} \cdot \vec{D})^2 + q \, \frac{\vec{S} \cdot \vec{r}}{r^2}. \quad (3.78)$$

It is then straightforward to use the methods of Sec. 2.4 to show that, acting on functions of definite $j$,

$$H\vec{\psi} = \left[ -\frac{\partial^2}{\partial r^2} - \frac{2}{r}\frac{\partial}{\partial r} + \frac{j(j+1) - q^2}{r^2} \right]\vec{\psi}$$
$$+ \vec{X} \, \vec{D} \cdot \vec{\psi} + \vec{D}(\vec{Y} \cdot \vec{\psi}). \quad (3.79)$$

Here $\vec{X}$ and $\vec{Y}$ are two ugly objects whose explicit form is of no interest to us, since the terms in which they occur make no contribution to the matrix element of H between physical modes. (The $\vec{X}$ term annihilates the mode on the right and the $\vec{Y}$ term the mode on the left.)

We are now home. For $q \geq 1$, $j$ can be $q-1$, and

$$j(j+1) - q^2 = -q. \quad (3.80)$$

That is to say, the centrifugal potential is attractive. This is bad news. Just how bad can be seen by computing the expectation value of H for the radial function

$$\psi = 0, \qquad\qquad r < R,$$
$$= \frac{1}{r}(\sqrt{r} - \sqrt{R})\, e^{-r/a}, \qquad r \geq R, \quad (3.81)$$

where R and a are positive numbers. The expectation value is given by

$$\langle H \rangle = \int_0^\infty r^2 \, dr \, \psi^* \left( -\frac{d^2}{dr^2} - \frac{2}{r}\frac{d}{dr} - \frac{q}{r^2} \right)\psi$$
$$= \int_0^\infty dr \, [r^2 (d\psi/dr)^2 - q\,\psi^2]$$
$$= (\tfrac{1}{4} - q)\ln a + \ldots, \quad (3.82)$$

where the triple dots denote terms that have a finite limit as a goes to infinity. For any fixed R, this expression becomes negative for sufficiently large a.

Thus, not only does H have negative eigenvalues, the existence of these eigenvalues is totally insensitive to the form of the gauge field at short distances (or, indeed, at any finite distance). This is good to know, because we don't trust our expressions at short distances, inside the black box. All the GNO monopole fields with $q \geq 1$ are unstable under arbitrarily small perturbations at arbitrarily large distances; that is to say, they decay by the emission of non-Abelian radiation.

(In case you've been worrying about it, the modes we have been studying are indeed physical modes. Taking the covariant divergence is a rotationally invariant operation. Thus if $\vec{\psi}$ has $j = q-1$, so does $\vec{D} \cdot \vec{\psi}$. But we showed in Sec. 2.4 that every non-zero scalar function has $j \geq q$. Thus $\vec{D} \cdot \vec{\psi} = 0$.)

For SO(3), there are only two stable GNO monopole fields, $q = 0$ (no monopole at all) and $q = \tfrac{1}{2}$, one for each of the two topological classes. It's reasonable that there should be at least one stable monopole in each topological class: We can't radiate away topological charge; the passage of radiation through a Lubkin sphere is just another continuous deformation. What's surprising is that there is only one stable monopole for each topological class. For SU(2), it's also true that there's only one stable monopole in each topological class. SU(2) is simply connected, so there's only one topological class, and only $q = 0$ is a SU(2) GNO solution.

Once we have gone through the hard work of the stability analysis for SO(3), there's no need to get involved with differential equations again for more general groups. For example, let me do the analysis for $SU(n)/Z_n$.

As in Eq. (3.55), we write the gauge field in terms of the $n \times n$ matrices of the fundamental representation. Writing these out in components

$$\vec{A}_{ij} = - \tfrac{1}{2} i [q_i \, \delta_{ij} \, \vec{A}_D(\vec{x}) + \delta A_{ij}] \; , \qquad (3.83)$$

where there is no sum on i.  In this expression

$$q_i = \tfrac{r}{n} + \text{integer} \; , \qquad (3.56)$$

and the q's sum to zero.  It's easy to check that $r = 0, 1 \ldots n-1$
labels the topological class of the monopole.  It's also easy to
check that $\delta A_{ij}$ obeys a differential equation identical in form to
that obeyed by $\psi$, Eq. (3.66), with the substitution

$$q \rightarrow q_i - q_j \; . \qquad (3.84)$$

Thus, the condition for infinitesimal stability is

$$q_i - q_j = 0, \pm 1 \; , \qquad \text{all } i, j \; . \qquad (3.85)$$

The only way this condition can hold is if the q's assume only
two values.  Because the q's sum to zero, one of these values must
be non-negative.  I will rearrange the q's such that the first s of
them assume this value,

$$q_i = q_1 \geq 0 \; , \qquad 1 \leq i \leq s \; , \qquad (3.86a)$$

Hence, by Eq. (3.86),

$$q_i = q_1 - 1 \; , \qquad s+1 \leq i \leq n \; . \qquad (3.86b)$$

These sum to zero only if

$$q_1 = (n-s)/n \; . \qquad (3.87)$$

Thus, $r = n-s$; once again there is one and only one stable monopole
in each topological class.

It's straightforward to extend this analysis to all of the
classical groups, and, if you can remember their definitions, to the
five exceptional Lie groups.  Alternatively, if you're skilled at
lifting weights and digging up roots, you can smash the general prob-
lem in one blow using the structure theory of Lie groups.[19]  I won't
do it either way here, but just tell you that no matter how you do
it, the answer is the same: there is only one stable GNO monopole
field for each topological class; the only stability is topological
stability.

You may find it helpful in thinking about this to consider a
simple mechanical problem that has the same property, an elastic

loop constrained to lie on the surface of a sphere.  For purposes of
this problem, an elastic loop is a system whose potential energy is
proportional to its length.  Thus to find the time-independent solu-
tions of the equations of motion is to find the closed geodesics on
a sphere.  These are the trivial geodesic (the loop bunched up at a
single point), one transit of a great circle, two transits of a great
circle, etc.  Because a sphere is simply connected, there is only one
topological class.  Here it is easy to see that the only stability
is topological stability.  If the loop is wound around the sphere,
we have but to move it ever so slightly, and it will spring away,
scrunching itself up into a single point.

### 3.6  An Application

Topology is power.  If we understand a dynamical system in topo-
logical terms, we can often deduce its qualitative features without
messing around with detailed quantitative computations.  As an example,
I will here discuss the force between distantly separated non-Abelian
monopoles.  ("Distantly separated" only because we don't yet know
what monopoles look like at short distances.)

For distantly separated Abelian monopoles, the force can be
either repulsive or attractive, depending on whether the magnetic
charges are of like or unlike sign.  As we shall see, the situation
is different for non-Abelian monopoles; if G is semi-simple, the
force is always attractive.  ("Semi-simple" means without U(1) fac-
tors; if U(1) factors are present in G, they can produce an Abelian
repulsion that can overwhelm the attraction from the other factors.)

I will begin with SO(3) and afterwards generalize the result.
As we have just seen, for SO(3) there is only one stable monopole,

$$\vec{A} = - \tfrac{1}{2} i \sigma_3 \vec{A}_D(\vec{x}) \; . \qquad (3.88)$$

Of course, there are many gauge-equivalent ways of writing this; in
particular, minus this expression is just the same monopole in an-
other gauge.

Because of this, there are two ways of writing the field of two

monopoles $\qquad \vec{A} = -\frac{1}{2} i \sigma_3 [\vec{A}_D(\vec{x}-\vec{r}_1) \pm \vec{A}_D(\vec{x}-\vec{r}_2)]$ . $\qquad$ (3.89)

This superposition of two solutions is a solution because everything lies in a single Abelian subgroup; thus the nonlinear commutator terms in the Yang-Mills equations never appear. If we had attempted to add a monopole pointing in the 3-direction to its gauge transform pointing in the 2-direction, for example, the nonlinear terms would have made trouble. There may be other ways, less trivial than these, of putting together two monopoles, but I have been unable to find them; for purposes of this discussion, I will assume these two are the only ones.

In the Abelian case, an expression like Eq. (3.89) would be interpreted as either the superposition of two monopoles (plus sign) or of a monopole and an antimonopole (minus sign). At the risk of being repetitious, I emphasize that this is not the case here. The minus sign is simply a gauge transform of the plus sign; the two signs correspond to two different ways of putting together the same two monopoles, just as spin one and spin zero are two different ways of putting together the same pair of spin-$\frac{1}{2}$ objects.

Despite the difference in interpretation, the computation of the interaction energy stored in the magnetic field is the same as in Abelian gauge theory,

$$E_{int} \propto \pm 1/|\vec{r}_1 - \vec{r}_2| , \qquad (3.90)$$

repulsive in the plus case, attractive in the minus. The difference from the Abelian case appears when we study the field at large distances,

$$\vec{A} = -\frac{1}{2} i \sigma_3 \vec{A}_D(\vec{x}) [1 \pm 1] + O(1/r^2) . \qquad (3.91)$$

Both of these are GNO monopole fields; they have to be, because they are time-independent solutions of the Yang-Mills equations. Both are in the same topological class; they have to be, because the topological charge of a two-monopole system is always the product of the topological charges of the individual monopoles, no matter how we weave the fields together. But only one of them is stable, because there is only one stable GNO field in each topological class,

and it is the minus field.

Thus, even if we were able to put the two monopoles together in the repulsive plus configuration, they wouldn't stay there for a minute; they would emit non-Abelian radiation and settle down to the attractive minus configuration. This is much like the situation for two bar magnets, each free to pivot about its center of mass. It doesn't matter what the initial orientation of the magnets is; they will realign themselves until they are in the maximally attractive (anti-aligned) configuration. Here the realignment takes place in an internal rather than a geometrical space, but the physics is much the same.

Now let us go on to $SU(n)/Z_n$. Here we have $n$ stable monopole fields, so the two monopoles may be gauge-inequivalent. Nevertheless, as we shall see, the force is still attractive. We write the field of the two monopoles as

$$\vec{A} = Q_1 \vec{A}_D(\vec{x}-\vec{r}_1) + Q_2^P \vec{A}_D(\vec{x}-\vec{r}_2) . \qquad (3.92)$$

My notation here needs some explanation. $Q_1$ and $Q_2$ are the two $n \times n$ matrices that appear in the single-monopole fields. As before, we wish to avoid the nonlinear terms in the Yang-Mills equations, so we choose $Q_1$ and $Q_2$ to commute; this implies that they can be simultaneously diagonalized. This still leaves us the freedom to permute the eigenvalues of $Q_2$, say while keeping those of $Q_1$ fixed. We pick one arrangement of eigenvalues as the standard one, and denote the others by $Q_2^P$, where $P$ is one of the $n!$ permutations on $n$ objects. Different ways of putting together the two monopoles correspond to different choices of the permutation $P$, but, just as before, the total topological charge is independent of $P$.

Because there is only one stable GNO field for a given topological charge, most choices of $P$ will lead to unstable fields at large distances. We wish to find the energy in the unique stable configuration. For any $P$, just as before,

$$E_{int} \propto -Tr \, Q_1 Q_2^P / |\vec{r}_1 - \vec{r}_2| . \qquad (3.93)$$

- 51 -

(The minus sign is there because the Q's are anti-Hermitian.)  If we
sum over permutations,

$$\sum_P Q_2^P = (n-1)! \, \mathrm{Tr} \, Q_2 = 0 \; . \qquad (3.94)$$

Thus the energy averaged over all configurations vanishes, and there-
fore the energy in the unique stable configuration, the configuration
of minimum energy, must be negative.  Once again, the force is at-
tractive.

   If you know anything about the general theory of Lie groups, you
can see that it is trivial to generalize this argument.  The only
property of the Q's we needed was their tracelessness, and this holds
for an arbitrary semi-simple group.  (For group mavens, the precise
statement required is that only the zero element of the Cartan sub-
algebra is invariant under the Weyl group.)  Thus, even in this case,
any two monopoles attract each other.

### 4.  INSIDE THE MONOPOLE

#### 4.1  Spontaneous Symmetry Breakdown - A Lightning Review

   Up to now, we have kept our distance from the monopole.  We are
now going to open the black box, to see whether the structures we
have found at large distances can be continued down to r = 0.

   We will work in the context of gauge field theories with spon-
taneous symmetry breakdown.  These theories are the daily bread of
contemporary high-energy physics; nevertheless, I'll give a lightning
review of them here, much like the review of Sec. 3.1, but even more
compressed.  My purposes are the same as before, to establish common
notation and emphasize salient points.

   In Sec. 3.1, we divided the fields in our theory into gauge
fields and matter fields; it will now be convenient to divide the
matter fields into scalar fields (assumed, for convenience, to be all
real) and other (typically, spinor) fields.  We will change notation
slightly and use $\phi$ to denote a big vector made up of the scalar
fields only.

   We will restrict ourselves to theories for which the matter
Lagrange density is of the form

- 52 -

$$\mathcal{L}_m = \tfrac{1}{2} D_\mu \phi \cdot D^\mu \phi - U(\phi) + \ldots \; , \qquad (4.1)$$

where U is some G-invariant function and the triple dots indicate
terms involving the non-scalar matter fields.

   Up to gauge transformations, the ground states of the theory
are states for which all non-scalar fields vanish, and the scalar
fields are space-time independent and at an absolute minimum of U.
We will use quantum language for this classical situation, and refer
to the ground states as "vacua", and the ground-state value of $\phi$ as
"the vacuum expectation value of $\phi$".  We will always assume a con-
stant has been added to U such that the ground-state energy is zero.

   Let $\langle\phi\rangle$ be some (arbitrarily selected) minimum of U; then $g\langle\phi\rangle$
is also a minimum, for any g in G.  We will assume all minima of U
are of this form.  Then all the ground states are physically equiva-
lent, and with no loss of generality we can restrict ourselves to the
case in which the vacuum expectation value of $\phi$ is $\langle\phi\rangle$.  (This as-
sumption excludes interesting phenomena such as accidental degeneracy,
in which no symmetry connects the ground states, and Goldstone
bosons, in which a symmetry connects them but not a gauge symmetry.
We make the assumption here just to keep our arguments as simple as
possible; it's not difficult to extend the analysis to the more gen-
eral case.)

   We define H to be the subgroup of G that leaves $\langle\phi\rangle$ invariant,

$$h \in H \text{ iff } \qquad h\langle\phi\rangle = \langle\phi\rangle \; . \qquad (4.2)$$

We say the symmetry group G has spontaneously broken down to H.  The
gauge fields associated with H remain massless; the others combine
with some of the scalar fields to form massive vector fields.  (This
is the famous Higgs mechanism.)  The vector mass matrix is given by

$$\mu_{ab}^2 = f_a T_a\langle\phi\rangle \cdot f_b T_b\langle\phi\rangle \; , \qquad (4.3)$$

where there is no sum on repeated indices.  The scalar fields ab-
sorbed into the massive vector fields are those that correspond to
perturbations of the vacuum of the form $\delta\phi = T_a\langle\phi\rangle$.

MSFT_TSOPT_000049600

- 53 -

Had we made a different arbitrary choice of <Φ>, H would have been a different subgroup of G, although one isomorphic to our original H. Occasionally we will find ourselves working in a gauge such that the vacuum expectation value of Φ varies in space; it will be important then to remember that H varies with it.

As an example of these ideas, let G be SO(n), Φ an n-vector, and

$$U = \frac{\lambda}{4} (\Phi \cdot \Phi - c^2)^2 , \qquad (4.4)$$

where λ and c are positive numbers. The possible choices for <Φ> are all vectors of length c. If we make the choice

$$<\Phi^a> = c \, \delta^{an} , \qquad a = 1 \ldots n \qquad (4.5)$$

then H is the subgroup of rotations on the first n-1 coordinates, SO(n-1). Of the original $\frac{1}{2}n(n-1)$ gauge fields, $\frac{1}{2}(n-1)(n-2)$ remain massless; the other n-1 combine with n-1 scalar fields to become massive; one scalar field remains untouched.

In what follows, we shall make much use of this theory with n = 3. This case faintly resembles reality in that there is only one massless gauge meson, which we can identify with the photon; for this reason it was incorporated by Georgi and Glashow into an ingenious but erroneous alternative to the Weinberg-Salam model, and is sometimes called the Georgi-Glashow model.

## 4.2 Making Monopoles[19]

I will now explain how magnetic monopoles arise in spontaneously broken gauge field theories. This phenomenon was first discovered by 't Hooft and Polyakov,[2] working in the SO(3) model I've just described. It is one of the most dazzling effects in field theory; magnetic monopoles miraculously appear in theories that contain no fundamental magnetically charged fields at all.

It turns out that the non-scalar matter fields play no role in building monopoles, so, for simplicity, I will assume that we are working in a theory of gauge fields and scalar fields only. In this theory, we will study finite-energy nonsingular field configurations

- 54 -

at some fixed time. Later on, we'll worry about how these configurations evolve in time.

The energy density is

$$\theta^{00} = \frac{1}{2} \, \overline{D\Phi} \cdot \overline{D\Phi} + U(\Phi) + \text{other positive terms} . \qquad (4.6)$$

For the energy integral to converge, each of the two terms displayed must vanish at large r. To keep the argument simple, I will assume here that they are strictly zero outside some radius R,

$$U = \overline{D}\Phi = 0 , \qquad r \geq R . \qquad (4.7)$$

I stress that this is a totally bananas assumption. It is not a consequence of finiteness of the energy and it is not even true of any of the known finite-energy solutions to the field equations. I make it here for pedagogical reasons only, so I can construct an argument in which the underlying structure is not buried under analysis of how rapidly and uniformly limits are attained. I invite those of you skilled at real analysis to generalize the argument to weaker and more sensible assumptions.

Equation (4.7) implies that Φ must be at a minimum of U for r ≥ R, but it may be at different minima at different points. However, we can always gauge transform such that

$$\Phi = <\Phi> , \qquad r \geq R . \qquad (4.8)$$

We do this in two steps. First we make a gauge transformation depending only on r such that Φ is transformed to <Φ> along the north polar axis, for r ≥ R. Then, for each fixed r, we start at the north pole and transform along meridians to make Φ = <Φ> everywhere. This second step may introduce a Dirac string singularity along the south polar axis, where all meridians intersect again.

Equations (4.7) and (4.8) imply that

$$\overline{D}\Phi = \vec{A}<\Phi> = 0 , \qquad r \geq R . \qquad (4.9)$$

Thus, after we have made our gauge transformations, the only gauge fields that exist for r ≥ R are those associated with the unbroken subgroup H. Of course, this is just what we would have expected;

MSFT_TSOPT_000049601

only massless fields can extend to large distances.

Thus we have the same structure as in Sec. 3; outside of a
black box, the sphere of radius R, there is nothing but massless
gauge fields. The only change is a mild notational one; the group
we called G in Sec. 3 we now call H. Thus, outside the sphere, we
have the usual classification of field configurations by their topo-
logical charges, elements of $\pi_1(H)$.

If all there were inside the sphere were H gauge fields, then
a nonsingular field would always have trivial topological charge.
I gave the argument for this in Sec. 3.4, but let me give it again
here: With every sphere, we associate a path in group space. If we
take a sphere around a monopole and shrink it to a point, the as-
sociated path must become the constant path. Thus there are only
two possibilities. Either the path changes continuously, in which
case it was in the trivial homotopy class to begin with, or it
changes discontinuously, in which case we have encountered a singu-
larity. (Note that since the topological charge is gauge-invariant,
singularities that are mere gauge artifacts, like Dirac strings,
will not do the job; a genuine gauge-invariant singularity is needed.)

We now see what is different in the case at hand. Inside the
black box, we have G gauge fields, not just H ones, and the path may
move out of H and into the larger group G. It is quite possible for
a path that is homotopically nontrivial in H to be homotopically
trivial in G; a topological knot that can not be disentangled in the
smaller space may fall apart in the larger. In this way we can have
a nontrivial topological charge without a singularity.

This can be phrased in somewhat more abstract language. Be-
cause H is a subgroup of G, every path in H is a path in G. This
induces a mapping of $\pi_1(H)$ into $\pi_1(G)$. The kernel of this mapping
is defined, as always, as the subgroup that is mapped into the iden-
tity. Thus our result can be stated as follows:

> The condition for a nonsingular monopole
> is that the topological charge is in the
> kernel of the mapping $\pi_1(H) \to \pi_1(G)$.

We have seen that this condition is necessary. I will now
demonstrate that it is sufficient by constructing a nonsingular
finite-energy field configuration for every topological charge in
the kernel.

For any topological charge, there is a field at large dis-
tances with that charge, the appropriate GNO field,

$$\vec{A}_{GNO} \cdot d\vec{x} = Q(1 - \cos\theta)d\phi . \qquad (4.10)$$

Here, Q is the Lie algebra of H,

$$Q<\phi> = 0 , \qquad (4.11)$$

and the path

$$g(\tau) = e^{4\pi Q\tau} , \qquad 0 \le \tau \le 1 , \qquad (4.12)$$

is in the specified homotopy class.

In G, $g(\tau)$ is homotopic to the trivial path. Thus, there ex-
ists a continuous function of two variables, $g(\theta,\phi) \in G$, $\theta \in [0,\pi]$,
$\phi \in [0,2\pi]$, such that

$$g(0,\phi) = g(\theta,0) = g(\theta,2\pi) = 1 \qquad (4.13a)$$

and

$$g(\pi,\phi) = e^{2Q\phi} \qquad (4.13b)$$

We will use this to define our vector and scalar fields for $r \ge R$,

$$\phi = g<\phi> , \qquad (4.14a)$$

$$\vec{A} = g\,\vec{A}_{GNO}\,g^{-1} + g\,\vec{\nabla}\,g^{-1} . \qquad (4.14b)$$

This is simply a gauge transform of the GNO field, so it is still a
finite-energy field configuration. However, the Dirac string has
completely disappeared; all our fields are now manifestly non-
singular at all angles. The price we have paid is that we have
made the vacuum expectation value of $\phi$ angle-dependent.

It is now trivial to continue this to $r \le R$,

$$\phi(r,\theta,\phi) = \frac{r^2}{R^2}\,\phi(R,\theta,\phi) , \qquad (4.15a)$$

$$\vec{A}(r,\theta,\phi) = \frac{r^2}{R^2}\,\vec{A}(R,\theta,\phi) . \qquad (4.15b)$$

This is manifestly nonsingular and of finite energy all the way down
to $r = 0$. Note that we could not have continued things into the

MSFT_TSOPT_000049602

interior in this way if we had not first removed the string; if we
had attempted to simply scale down the GNO field, we would have
violated the quantization condition.

This completes the proof of sufficiency.

The fact that the condition is both necessary and sufficient
makes it the jewel of monopole theory, well worthy of being honored
with a box. It enables us to tell instantly, without solving a
single differential equation, whether a given theory admits non-
singular monopoles, and what kinds it admits. I will give three
examples:

(1) G is SO(3) and H is SO(2). This is the theory described at
the end of Sec. 4.1, the Georgi-Glashow model. If we identify
the unbroken subgroup with the electromagnetic group, then
large distance analysis allows eg to be 0, $\pm\frac{1}{2}$, $\pm1$, etc.
Topologically, these correspond to paths that go 2eg times
around SO(2). Only paths that go an even number of times
around SO(2) can be deformed into the trivial path in SO(3);
thus the allowed values of eg are the alternate terms in the
series, eg = 0, $\pm1$, etc.

(2) G is U(2) and H is U(1), embedded as the subgroup of U(2) that
leaves the first basis vector in the two-dimensional unitary
space invariant. This is the Weinberg-Salam model. G is
locally isomorphic to U(1) $\otimes$ SU(2), and any path that winds
around H also winds around the U(1) factor in G. Thus only
trivial topological charge is allowed, eg = 0.

(3) G is any semisimple group and H is any group with a U(1) factor.
These are the grand unified models referred to in Sec. 1.
$\pi_1$(G) is finite and $\pi_1$(H) is infinite, so the kernel of the
mapping must be infinite and the theory must contain monopoles,
as I asserted in Sec. 1. Of course, we can't tell precisely
what magnetic charges are allowed until we know the details of
the theory.

We have concerned ourselves here with finite-energy nonsingular

field configurations at fixed time. If we have a well-posed initial-
value problem, any such configuration will evolve into some solution
of the equations of motion, but it need not be time-independent.
Thus, none of our analysis demonstrates the possibility of building
time-independent monopoles. This is not important. We theorists
like time-independent solutions, but that is because they are easy
to analyze and we are lazy. If an experimenter finds a black box
surrounded by a monopole field, this is of interest whether the box
contains time-independent fields or oscillating, rotating, ergodic-
ally quivering fields.

We do know one thing about the time evolution of configurations
with nontrivial topological charge. Whatever they do, they can not
dissipate utterly, simply leak out of the box in the form of ordi-
nary radiation fields, massive or massless. This is because radia-
tion does not carry topological charge, and topological charge is
conserved. Topology is power.

4.3 The 't Hooft-Polyakov Object

Despite these sour words about time-independent solutions, I
will devote some time here to discussing the famous time-independent
monopole found in the Georgi-Glashow model, Eq. (4.4), by 't Hooft
and Polyakov.[2] Searching for general time-independent solutions is
difficult because one has to deal with many functions of three
variables; the trick is to simplify things by looking for solutions
that are symmetric under some astutely chosen subgroup of the sym-
metry group of the theory.

It turns out that a fruitful subgroup for this purpose is the
SO(3) subgroup consisting of simultaneous spatial and internal rota-
tions. Scalar fields invariant under this are necessarily of the
form

$$\phi^a = f(r^2) \frac{r^a}{r} , \qquad (4.16)$$

where the internal index a runs from 1 to 3. To keep the energy
finite at infinity, f($\infty$) must equal c. To keep the field non-
singular at r = 0, f(0) must vanish.

- 59 -

This is not only invariant under the stated SO(3) group, it is also invariant under parity, if we define $\phi$ to be pseudoscalar. The only gauge fields invariant under both these symmetries are of the form

$$A^{ia} = h(r^2) \epsilon^{iak} r_k . \tag{4.17}$$

Finiteness of the energy puts restrictions on the large-r behavior of h, but I won't bother to work them out here.

Thus finding time-independent solutions becomes a simple problem in the calculus of variations; we must minimize the energy as a functional of two functions of a single variable. This problem is not beyond the reach of either functional or numerical analysis; I hope you will find it plausible when I tell you that it is possible both to prove a solution exists and to compute this solution with good accuracy on a pocket calculator.

We have a time-independent solution, but is it a monopole? The easiest way to answer this question is to transform the solution into string gauge. From Eq. (4.16),

$$\phi(r,\theta,\phi) = g(\theta,\phi)\phi(r,\theta=0) , \tag{4.18}$$

where

$$g(\theta,\phi) = e^{T_3\phi} e^{T_2\theta} e^{-T_3\phi} , \tag{4.19}$$

and the T's are the generators of SO(3). Equation (4.18) would be true even if I left the last factor out of Eq. (4.19); I put it in so g would be well defined at $\theta = 0$.

Let us now make a gauge transformation, using $g^{-1}$:

$$\phi(r,\theta,\phi) \to g^{-1}\phi = \phi(r,\theta=0) . \tag{4.20}$$

This aligns the vacuum expectation value throughout space; in all directions, the unbroken group H is the SO(2) subgroup generated by $T_3$. Under the same gauge transformation,

$$\vec{A} \to g^{-1}\vec{A}g + g^{-1}\vec{\nabla}g . \tag{4.21}$$

Only the second term in this expression produces a Dirac-string singularity on the south polar axis. Here,

$$g(\pi,\phi) = e^{T_2\pi} e^{-2T_3\phi} , \tag{4.22}$$

- 60 -

and

$$A_\phi(\pi,\phi) \to -2T_3 . \tag{4.23}$$

Integrating this, we see that we circle the SO(2) subgroup twice when we go once around the string. This is a monopole with eg = 1, the minimal value allowed by the topological considerations of Sec. 4.2.

### 4.4 Why Monopoles are Heavy

I said in the introduction that monopoles are typically very massive. Now that we understand their topological structure we can see why this is so.

Let me begin by considering a theory in which all the heavy gauge fields have similar masses, on the order of some typical mass, $\mu$, and all of the gauge couplings are on the order of some typical coupling, e. In any non-radiant configuration, the heavy gauge fields fall off with distance like exp(-$\mu$r). Thus we expect the core of the monopole, the region in which the heavy fields are signigicant, to have a size on the order of $1/\mu$. Outside the core, only massless fields should be significant, and the monopole should look like a magnetic Coulomb field (in the Abelian case) or a GNO field (in the general case).

It is easy to estimate the energy stored outside the core. Just to be definite, let me do the computation for an Abelian monopole of magnetic charge g,

$$E_{magnetic} = \tfrac{1}{2} \int_{r>O(1/\mu)} d^3\vec{x}|\vec{B}|^2$$
$$= 2\pi g^2 \int_{O(1/\mu)}^{\infty} dr/r^2$$
$$= 2\pi g^2 O(\mu) . \tag{4.24}$$

Because the energy density of the theory is positive, the energy inside the core can only add to this. Thus,

$$m \geq O(\mu/e^2) . \tag{4.25}$$

In this order-of-magnitude form, the bound is clearly also valid

MSFT_TSOPT_000049604

for non-Abelian monopoles. Monopoles are heavy because the integral
for the electromagnetic energy of a Coulomb field is divergent at
short distances.

If we're willing to make some plausible guesses, we can replace
this inequality with an equality. If we imagine increasing the core
radius, the magnetic energy decreases. Since the monopole is in
equilibrium, this must be compensated for by an increase of the in-
ternal energy. (If the monopole is time-dependent, this is still
true, if we average over time.) Thus, it is plausible to assume
that the core energy is of the same magnitude as the magnetic energy.

Now let us go on to a theory which has many mass scales. This
typically occurs when there is a hierarchy of symmetry breakdown,

$$H \subset G_1 \subset G_2 \subset G_3 \ldots ,$$ (4.26)

with an associated hierarchy of masses

$$\mu_1 \ll \mu_2 \ll \mu_3 \ldots ,$$ (4.27)

where $\mu_i$ is the typical mass of a gauge field in $G_i$ (but not $G_{i-1}$).
For example, in the grand unification model of Georgi and Glashow,[20]
SU(5) breaks down to SU(3) (color) ⊗ U(2) (electroweak); the gauge
fields associated with this get masses on the order of $10^{14}$ GeV.
U(2) in turn breaks down to U(1), as in the Weinberg-Salam model;
the gauge fields here get masses on the order of $10^2$ GeV.

Associated with the sequence (4.26), there is a sequence of
mappings

$$\pi_1(H) \to \pi_1(G_1) \to \pi_1(G_2) \ldots .$$ (4.28)

We can build a monopole with any topological charge that is eventu-
ally mapped into the identity. Let us suppose this first happens
at the group $G_i$. Then the monopole field remains Coulombic down to
distances of the order of $1/\mu_i$, and the monopole mass obeys

$$m \gtrsim O(\mu_i/e^2) .$$ (4.29)

As before, if we're willing to make some plausible guesses, this
inequality can be replaced by an equality.

As an example, in the Georgi-Glashow grand unified theory, we

have to go to SU(5), as we saw in Sec. 4.3; thus the monopole mass
is on the order of $10^{16}$ GeV, or $10^{-8}$ grams.

Of course, it's possible for different elements of $\pi_1(H)$ to be
mapped into the identity at different stages of the hierarchy; this
gives the possibility of a wide variety of monopole mass scales.
For example, consider a theory in which SU(3) breaks down to its
real subgroup, SO(3), at some large mass scale; at a much smaller
scale, SO(3) breaks down to SO(2) in the familiar way. This has
monopoles with both integral and half-odd-integral values of eg, the
latter much heavier than the former.

### 4.5 The Bogomol'nyi Bound and The Prasad-Sommerfield Limit

We have derived rough estimates of monopole masses. For cer-
tain theories, it is possible to derive a rigorous lower bound, the
Bogomol'nyi bound.[21] I will give the derivation here for the Georgi-
Glashow model; it can readily be extended to any theory in which the
scalar fields transform according to the adjoint representation of
the gauge group.

We write the energy of the theory as

$$E = \tfrac{1}{2}\int d^3x \left[ \vec{E}^a \cdot \vec{E}^a + \vec{B}^a \cdot \vec{B}^a + (D_0\,\phi^a)^2 + \vec{D}\,\phi^a \cdot \vec{D}\,\phi^a + \tfrac{\lambda}{2}(\phi^a\phi^a - c^2)^2 \right] .$$ (4.30)

Here the vectors indicate spatial transformation properties and
the indices internal symmetry ones. Also, $E^a$ and $B^a$ are defined as
in electromagnetism,

$$E_i^a = F_{0i}^a , \qquad B_i^a = \tfrac{1}{2}\varepsilon_{ijk}F_{jk}^a ,$$ (4.31)

and we have rescaled the fields as in Eq. (3.23), so there is no
coupling constant in the expression for the energy.

To derive the bound, we shall need two properties of the mag-
netic field. One is

$$\vec{D}\cdot\vec{B}^a = 0 .$$ (4.32)

This is a consequence of the Jacobi identity for covariant differenti-
ation. The other is

$$\lim_{r\to\infty}\int d^2S\,\vec{n}\cdot\vec{B}^a\,\phi^a = 4\pi\,g\,c ,$$ (4.33)

where $d^2S$ is the usual element of surface area and $\vec{n}$ is the outward-pointing normal. This is most easily seen to be true by going to the gauge introduced in Sec. 4.2, where, at large distances,

$$\phi^a = \langle \phi^a \rangle = \delta^{a3} c \ , \qquad (4.34)$$

and the only surviving component of $\vec{B}^a$ is $\vec{B}^3$, a magnetic monopole field.

We are now ready to go.

$$E \geq \tfrac{1}{2} \int d^3 x (\vec{B}^a \cdot \vec{B}^a + \vec{D}\phi^a \cdot \vec{D}\phi^a)$$

$$= \tfrac{1}{2} \int d^3 x (\vec{B}^a \pm \vec{D}\phi^a)^2$$

$$\mp 4\pi g c \ , \qquad (4.35)$$

by integration by parts and Eqs. (4.32) and (4.33). Thus

$$E \geq |4\pi g c| \ , \qquad (4.36)$$

the desired result.

Because g is $O(1/e)$ and $\mu$ is $O(ce)$, the right-hand side of this equation is $O(\mu/e^2)$, consistent with the arguments of Sec. 4.4. Actually, this is evidence for nothing but dimensional analysis; once we have discarded the scalar coupling constant, $\lambda$, the only quantity we can build with the dimensions of energy is $\mu/e^2$.

It is actually possible to saturate the bound in an appropriate limit, first studied by Prasad and Sommerfield.[22] In deriving the bound, we discarded three of the five terms in Eq. (4.30). Two of them, the $E^2$ term and the $(D_0\phi)^2$ term, automatically vanish if we assume time-reversal invariance. We make the third one, the scalar potential, vanish by going to the limit $\lambda \to 0^+$. Phrased less formally, we eliminate all $\lambda$-dependent terms from the equations of motion, but retain the boundary condition that $\phi^a \phi^a = c^2$ at large distances.

In this limit, Eq. (4.35) is an equality, not an inequality, and we can saturate the bound if we can find solutions of

$$\vec{B}^a \pm \vec{D}\phi^a = 0 \ , \qquad (4.37)$$

where the sign in this equation depends on the sign of g. As a bonus, any solution of Eq. (4.36) is also a time-independent solution of the equations of motion; a minimum of the energy functional is *a fortiori* a stationary point.

Equation (4.37) is a first-order differential equation, and considerably easier to analyze than the second-order equations of motion. I don't have time to give that analysis here, or even to describe its main results in any detail. However, it turns out that the equation does have solutions, and, delightfully, not just single-monopole solutions but also many-monopole ones. This is not so incredible as it may seem. In the Prasad-Sommerfield limit, the scalar field becomes massless, and therefore it is possible for many monopoles to exist in static equilibrium, their scalar attraction balancing their magnetic repulsion.

## 5.  QUANTUM THEORY

### 5.1  Quantum Monopoles and Isorotational Excitations[19]

In Sec. 3.2, I argued that a quantum field theory should most closely resemble the corresponding classical theory in the limit of weak coupling. In this section, I will build on this observation to develop a quantitative approximation scheme for theories whose classical limits possess time-independent monopole solutions.[23]

For definiteness, we'll work with the Georgi-Glashow model,

$$\mathcal{L} = -\frac{1}{4} f_{\mu\nu}^a F^{\mu\nu a} + \frac{1}{2} D_\mu \phi^a \cdot D^\mu \phi^a$$

$$- \frac{\lambda}{4} (\phi^a \cdot \phi^a - c^2)^2 \ . \qquad (5.1)$$

We define new variables by $\phi' = \phi f$, $c' = cf$, and $\lambda' = \lambda/f^2$. In terms of these,

$$\mathcal{L} = \frac{1}{f^2} \Big[ -\frac{1}{4} F_{\mu\nu}^a F^{\mu\nu a} + \frac{1}{2} D_\mu \phi'^a D^\mu \phi'^a$$

$$- \frac{\lambda'}{4} (\phi'^a \cdot \phi'^a - c'^2) \Big] \ . \qquad (5.2)$$

I propose to study this theory in the limit of small f, with e' and $\lambda'$ held fixed. This is the classical limit, as discussed in

- 65 -

Sec. 3.2; the relevant quantity in the quantum theory is $\mathscr{L}/\hbar$, so the limit of small f with fixed $\hbar$ is the same as the limit of small $\hbar$ with fixed f. Also, when things are written in this way, the classical monopole solution is independent of f; a factor that multiplies the total Lagrangian divides out of the equations of motion. (We will use these redefined parameters for the rest of this discussion, so I'll drop the primes from now on.)

The theory is especially easy to work with in temporal gauge, $A_0 = 0$,

$$\mathscr{L} = \frac{1}{f^2}\left[\frac{1}{2}\partial_0 \vec{A}^a \cdot \partial_0 \vec{A}^a + \frac{1}{2}\partial_0 \phi^a \partial_0 \phi^a + \text{terms without time derivatives}\right].$$  (5.3)

Thus the canonical momentum density conjugate to $\phi^a$ is

$$\pi^a = f^{-2} \partial_0 \phi^a ,$$  (5.4)

that conjugate to $A^a$ is

$$\vec{\pi}^a = f^{-2} \partial_0 \vec{A}^a ,$$  (5.5)

and the Hamiltonian is given by

$$f^2 H = \frac{1}{2} f^4 \int [\vec{\pi}^a \cdot \vec{\pi}^a + \pi^a \pi^a] d^3\vec{x} + V ,$$  (5.6)

where V is minus the integral of the terms without time derivatives in Eq. (5.3)  The classical monopole solution is a stationary point of the functional V; indeed, if the monopole is stable (as we shall assume it is), it is a local minimum of V. I emphasize that all powers of f are explicitly displayed in Eq. (5.6); V is independent of f.

Equation (5.6) defines a peculiar Hamiltonian from the viewpoint of ordinary perturbation theory. Firstly, there is an explicit $f^2$ on the left-hand side of the equation. Of course, this is a trivial peculiarity; if we can find an expansion for the energy eigenfunctions and eigenvalues of $f^2 H$, we can find one for those of H. Secondly, the small parameter multiplies the kinetic energy, the term quadratic in canonical momenta, rather than the potential energy, the term independent of canonical momenta. This is very strange; have we ever encountered such a system before?

- 66 -

Yes, we have. For this is the situation for a diatomic molecule:

$$H = \frac{\vec{P}^2}{2M} + V(r) ,$$  (5.7)

where M is the reduced nuclear mass.  The standard expansion in the study of the spectra of diatomic molecules uses as the small parameter 1/M, the coefficient of the kinetic energy.  Of course, our system is not exactly a diatomic molecule.  What it is exactly is a polyatomic molecule,

$$H = \sum_{i=1}^{N} \frac{\vec{P}_i^2}{2M_i} + \vec{V}(\vec{r}_1 \ldots \vec{r}_N) .$$  (5.8)

To be precise, it is an infinitely polyatomic molecule, where all the nuclei have mass $1/f^4$.  Thus the problem of constructing quantum monopoles is one that was solved completely fifty years ago.

I will now explain this solution, first by reminding you of the familiar results for a diatomic molecule, then by telling you the trivial extension to a polyatomic molecule, and, finally, by making the even more trivial transcription of this extension into the language of field theory.

For the diatomic molecule, we assume the interatomic potential is as shown in Fig. 5.  The minimum of V is at $r = r_0$, and $V(r) = E_0$.  The first three approximations to the low-lying energy eigenstates and their eigenvalues are shown in Table 1.



Figure 5

- 67 -

Table 1

The Diatomic Molecule

| Order of Approximation | Energy Eigenstate | Energy Eigenvalue |
|---|---|---|
| 0 | $|r_0, \theta, \phi\rangle$ | $E_0$ |
| 1 | $|n, \theta, \phi\rangle$ | $+(n+\tfrac{1}{2})\sqrt{V''(r_0)/M}$ |
| 2 | $|n, \ell, m\rangle$ | $+\ell(\ell+1)/2M r_0^2 + \ldots$ |

As we see from the table, the proper expansion parameter for energy eigenvalues is $1/\sqrt{M}$; this will become $f^2$ in the field-theory problem. (The right-hand side of the table is cumulative; that is to say, the energy in first order is the sum of the first two entries, etc.) I will now explain the origin of the table.

In zeroth order, we neglect the kinetic energy altogether. The particle sits at the bottom of the potential well, in an eigenstate of the position operator, $\vec{r}$. The magnitude of the position is fixed at $r_0$, but the angular position is arbitrary. This is not much like the real spectrum revealed by molecular spectroscopy; in particular, there is a totally spurious infinite angular degeneracy. As we shall see, this degeneracy is lifted only in second order.

In first order, we begin to see the effects of the vibration of the particle about its equilibrium position. Since M is very large, the particle does not vibrate very far, and, to first order, we can replace the potential near equilibrium by a harmonic potential,

$$V(r) = E_0 + \tfrac{1}{2} V''(r_0)(r - r_0)^2 . \qquad (5.9)$$

The energy eigenfunctions are now harmonic-oscillator wave functions in $r$, but still angular delta-functions. They are labeled by the usual oscillator excitation number, n, and have the usual oscillator energy. These are the famous vibrational levels of molecular spectroscopy.

It is only in second order that we begin to see the effects of rotation; this is because the zeroth-order moment of inertia of the

- 68 -

molecule is $M r_0^2$. The degeneracy in angle is removed; angular eigenstates are replaced by angular-momentum eigenstates,

$$|n, \ell, m\rangle = \int d\Omega \, Y_{\ell m}(\theta, \phi) |n, \theta, \phi\rangle , \qquad (5.10)$$

and a rigid-rotator term is added to the energy. These are the famous rotational levels of molecular spectroscopy. Note that the rotational structure involves no properties of V that have not entered earlier approximations. In addition, we begin to see the effects of departures from the harmonic approximation, Eq. (5.9). I have indicated these terms (vibrational-vibrational coupling) in the table by triple dots. They depend on the detailed form of V (in particular, on its third and fourth derivatives at $r_0$). Unlike the rotational term, they do not affect the qualitative features of the problem, nor do the higher terms in the expansion.

The extension of all this to a polyatomic molecule is trivial. Unless the equilibrium configuration of the molecule is one in which all the nuclei are aligned, the equilibrium configurations are labeled, like the positions of a rigid body, by three Euler angles rather than two polar angles. As a consequence of this, the rotational spectrum, once it appears in second order, will be that of a rigid body, rather than a rigid rotator. Also, there are many ways to vibrate about equilibrium, and the single integer n is replaced by a string of integers $n_i$, one for each normal mode.

It is straightforward to transcribe this to field theory; the only question is what replaces the rotational spectrum. The zeroth-order molecular energy eigenstates were rotationally degenerate because the classical equilibrium state was not invariant under rotations. We will have similar phenomena in field theory whenever the classical equilibrium state, the monopole, is not invariant under the unbroken symmetry group of the theory. How rich a "rotational spectrum" we have depends on how assymetric the monopole is, how many solutions we can generate by application of the symmetry group.

At the very minimum, the monopole solution is not translationally invariant, so we have at least a three-parameter family of time-

Table 2

The Quantum Monopole

| Order of Approximation | Energy Eigenstate | Energy Eigenvalue |
|---|---|---|
| 0 | $\|\vec{r}\rangle$ | $V_0/f^2$ |
| 1 | $\|n_1, n_2 \ldots \vec{r}\rangle$ | $+ \sum_i \omega_i(n_i + \frac{1}{2})$ |
| 2 | $\|n_1, n_2 \ldots \vec{P}\rangle$ | $+ \frac{f^2 \vec{P}^2}{2V_0} + \ldots$ |

independent solutions, labeled by the position of the center of the
monopole, $\vec{r}$. I have constructed Table 2 on the assumption this is
the only degeneracy.

This is very much a transcription of Table 1. The small param-
eter 1/M, the coefficient of the kinetic energy in Eq. (5.7), has
been replaced by the small parameter $f^4$, the coefficient of the
kinetic energy in Eq. (5.6), and all the eigenvalues have been
divided by $f^2$, because of the $f^2$ on the left in Eq. (5.6), but other-
wise the right-hand columns in the two tables are almost identical.

Now let's go through the table in detail.

To zeroth order, the energy eigenstates are eigenstates of the
field operators, with eigenvalues given by the classical solutions
to the field equations. In equations,

$$\phi_{op}^a(\vec{x})\|\vec{r}\rangle = \phi_{cl}^a(\vec{x}-\vec{r})\|\vec{r}\rangle , \qquad (5.11)$$

where "op" indicates an operator and "cl" the classical solution.
Of course, a similar equation holds for $\vec{A}^a$. $V_0$ is the value of the
functional V at the monopole solution. We see that to leading order
the monopole mass is proportional to $1/f^2$, something we already knew
on other grounds.

In first order, we have a sum over normal modes, the eigenmodes
of classical small vibrations about the monopole solution. Of course,
we have a system with an infinite number of degrees of freedom, so
we can have continuum eigenmodes as well as discrete ones; for these

the sum should be replaced by an integral. As usual when passing
from particle mechanics to field theory, we reinterpret harmonic-
oscillator excitation numbers as meson normal-mode occupation numbers.
The state where all n's vanish is an isolated monopole; states with
nonvanishing n's correspond to one or more mesons bound to the mono-
pole (discrete eigenmode) or passing by the monopole (continuum
eigenmode). To this order, there is no sign of meson-meson interac-
tions in the energy because meson-meson interactions are of order $f^2$;
Their effects are analogous to the vibrational-vibrational coupling
in the molecule, and, like it, they are lurking behind the three dots
in the second-order energy.

There is a first-order correction to the mass of the monopole,
$\Sigma \frac{1}{2}\omega_i$. This sum is divergent, but, at least in a renormalizable the-
ory, the difference between it and the corresponding sum for the
vacuum state is finite and is a genuine correction to the classical
monopole mass.

In second order, the degeneracy is lifted. Because the degener-
acy is caused by translational invariance, not rotational invariance,
the energy eigenstates are not angular-momentum eigenstates, as in
Eq. (5.10), but linear-momentum eigenstates,

$$\|n_1 \ldots \vec{P}\rangle = \int \frac{d^3\vec{r}}{(2\pi)^{3/2}} e^{i\vec{P}\cdot\vec{r}} \|n_1 \ldots \vec{r}\rangle . \qquad (5.12)$$

By a fluke, we know the form of the second-order energy without hav-
ing to do any computations; the expression in the table just comes
from

$$\sqrt{\vec{P}^2 + M^2} = M + \frac{f^2 \vec{P}^2}{2V_0} + O(f^4) . \qquad (5.13)$$

Now let us relax our assumption that the only degeneracy is
translational. There can be either further geometrical degeneracy
or internal-symmetry degeneracy.

Geometrical degeneracy leads to a spectrum resembling that of
molecular physics. If the monopole solution is not spherically sym-
metric, but does have an axis of rotational symmetry, the classical
solutions are labeled by two polar angles, and in second order the

MSFT_TSOPT_000049609

- 71 -

system develops a rigid-rotator spectrum, like the diatomic molecule.
If the system has no axis of symmetry at all, three Euler angles are
required, and the spectrum is a rigid-body spectrum, like that of
the polyatomic molecule. Interesting variations on these phenomena
can appear if the classical solution is invariant under some discrete
subgroup of O(3). For example, if there is both an axis of rotational
symmetry and an orthogonal plane of reflection symmetry, the odd
angular momenta do not appear in the rotator spectrum.

Internal-symmetry degeneracy occurs if the classical solution
is not invariant under H, the unbroken subgroup of G. As always, the
second-order energy eigenstates are linear combinations of the eigen-
states of the field operators. However, now the linear combinations
transform as irreducible representations of H, rather than the trans-
lation or rotation group. The "rotational spectrum" lies in internal-
symmetry space, and "rotational levels" carry H quantum numbers. I
will call these states "isorotational levels". (Spin is to isospin
as rotation is to isorotation.)

To compute the energies of the isorotational levels requires
knowing the form of the kinetic energy operator acting on wave-
functions restricted to the surface of minima of V. This is a gen-
eralization of the most straightforward way of solving the rigid
rotator, by analyzing the angular part of the Laplace operator. We
don't need to do the computation to see that the H-singlet state is
always the lowest level; this state has a constant wave-function, and
is always annihilated by any generalized Laplace operator, whatever
its detailed form.[a]

As an example, let us consider the 't Hooft-Polyakov monopole.
To avoid confusion caused by a spatially-dependent H, we will work
in the string gauge defined in Eqs. (4.19-21); $\phi$ points everywhere
in the 3-direction, and H is everywhere the SO(2) subgroup of rota-
tions about the 3-axis. As usual, we identify this with the group
of electromagnetism. The fields in the theory consist of a neutral
scalar, a neutral massless vector (the photon), and positively and

- 72 -

negatively charged massive vectors. The monopole solution is invari-
ant under H only if the charged fields vanish everywhere. But they
can not; if all charged fields vanish, the electromagnetic field
obeys the free Maxwell equations, and a monopole field at large dis-
tances implies a gauge-invariant singularity at the origin. Note
that this argument is independent of the details of the model; it is
true for any magnetic monopole in any spontaneously broken gauge
field theory.[25]

Thus the zeroth order eigenstates are labeled not just by the
position of the center, r, but also by a complex number of modulus
one, exp(i$\alpha$), the value of the charged field at some standard point.
Under SO(2) rotations,

$$e^{-iQ_{op}\lambda} \; |e^{i\alpha}, \vec{r}\rangle = |e^{i(\alpha+e\lambda)}, \vec{r}\rangle \;, \qquad (5.14)$$

where I have normalized the electric charge operator, $Q_{op}$, such that
the charged field has charge e. The isorotational levels are

$$|m, \vec{P}\rangle = \int_0^{2\pi} \frac{d\alpha}{\sqrt{2\pi}} \; e^{-im\alpha} \int \frac{d^3\vec{r}}{(2\pi)^{\frac{3}{2}}} \; e^{-i\vec{P}\cdot\vec{r}} \; |e^{i\alpha}, \vec{r}\rangle \;, \qquad (5.15)$$

where m is an integer and I have suppressed the vibrational quantum
numbers. These are charge eigenstates as well as momentum eigen-
states,

$$Q_{op}|m, \vec{P}\rangle = m \, e \, |m, \vec{P}\rangle \;. \qquad (5.16)$$

The monopole has brought forth dyons.[26]

I emphasize that these are not fundamental dyons; they are in-
evitable, not optional, and their properties are computable, not
adjustable. Neither are they bound states of a monopole and a
charged meson; their excitation energies are proportional to $f^2$,
while the meson mass is O(1). For the same reason, the dyons are
stable, at least until very high m; they can not de-excite by emit-
ting a charged meson.

Only the last of these statements is not true in general. In a
theory with a hierarchy of symmetry breakdown and mass scales, $f^2$
times a large mass scale may still be much greater than the masses

MSFT_TSOPT_000049610

- 73 -

of the light particles in the theory. If these light particles carry
the proper quantum numbers, the dyons may all decay into the ground-
state monopole.

### 5.2 The Witten Effect

There is a famous CP-violating term that can be added to the
Lagrangian of a gauge field theory, the θ-term,

$$\mathscr{L}' = \frac{\theta}{32\pi^2}\, \varepsilon^{\mu\nu\lambda\sigma}\, F^a_{\mu\nu} F^a_{\lambda\sigma} \; , \qquad (5.17)$$

where θ is a real number, and the fields are normalized as in Sec.
3.1. This term is a total derivative, so it has no effect on the
equations of motion; nevertheless, it has profound effects on the
physics of the theory. How this comes about is part of the theory
of instantons, which I have no intention of reviewing here. However,
I will need one result of this theory: θ is an angle, that is to say,
all physical phenomena are periodic functions of θ with period 2π.

Witten showed that for Abelian monopoles the θ-term has a strik-
ing influence on the dyon spectrum.[27] I will give here a derivation
of the Witten effect which shows that it is independent of the dy-
namics of the heavy fields inside the monopole. The heavy fields
are important only in that they insure that a monopole exists in the
first place; everything that happens afterwards involves only the
fields outside the monopole, the ordinary electromagnetic fields.
Had I the courage, I could have discussed the Witten effect in Sec. 2.

Let me write out the θ-term, totally ignoring the heavy fields.
That is to say, we replace $F^a_{\mu\nu}$ by a single field $F_{\mu\nu}$, where

$$F_{0i} = e\,E_i \; , \qquad F_{ij} = e\,\varepsilon_{ijk} B_k \; , \qquad (5.18)$$

and $\vec{E}$ and $\vec{B}$ are the conventionally normalized electric and magnetic
fields. In terms of these,

$$\mathscr{L}' = \frac{\theta e^2}{4\pi^2}\, \vec{E}\cdot\vec{B} \; . \qquad (5.19)$$

We now write these fields as ordinary electromagnetic fields
(for simplicity assumed static) plus a monopole background:

- 74 -

$$\vec{E} = \vec{\nabla}\phi \; ,$$
$$\vec{B} = \vec{\nabla}\times\vec{A} + g\vec{r}/r^3 \; . \qquad (5.20)$$

where $\vec{A}$ and $\phi$ are the conventional vector and scalar potentials.
(We will generalize to dyon backgrounds shortly.) We find

$$L' = \int d^3\vec{r}\,\mathscr{L}'$$
$$= \frac{e^2 g\theta}{\pi}\int d^3\vec{r}\,\phi(\vec{r})\delta^{(3)}(\vec{r}) \; , \qquad (5.21)$$

by integration by parts.

This is the standard coupling of the scalar potential to an
electric charge of magnitude $e^2 g\theta/\pi$ localized at the monopole. In
the presence of the θ-term, magnetic charge induces electric charge.

We can understand this in a rough way. If we had added an $\vec{E}\cdot\vec{E}$
term to the Lagrange density, it would have represented a dielectric
constant, a term that would make a given electric charge induce a
(typically shielding) additional electric charge. A $\vec{B}\cdot\vec{B}$ term would
have a similar effect on magnetic charge. Thus it is not surprising
that an $\vec{E}\cdot\vec{B}$ term causes magnetic charge to induce electric charge.
The problem with this argument is that the effect is not re-
ciprocal; if we add an electric monopole background, its contribution
to L' vanishes upon integration by parts. However, this makes it
easy to extend things to dyons. In the presence of the θ-term, the
dyon charges are given by

$$Q = e(m + eg\,\theta/\pi) \; , \qquad (5.22)$$

with m an integer. This violates CP, but not the quantization con-
dition. (See the discussion after Eq. (2.22).)

Because eg is always a half-integer, when θ increases by 2π, the
original series of charges is recreated, with each term moving 2eg
places forward. With the methods used here, we can't say anything
about the θ dependence of dyon energies, but Witten has looked into
the interior of the monopole, and he reports that by the time a dyon
has replaced another, its energy has become that appropriate to its
new charge. In a word, θ is an angle; physics is a periodic function

MSFT_TSOPT_000049611

of $\theta$ with period $2\pi$. This is a charming result, considering that
instantons never entered the argument.

## 5.3  A Little More About SU(5) Monopoles

In the earlier parts of these lectures, I've made some comments
about the monopoles that occur in the SU(5) theory of Georgi and
Glashow. We'll now look a little more closely at these objects.[28]
There are two reasons for doing this. Firstly, the SU(5) theory is
in itself interesting. It is the simplest of a family of grand uni-
fied theories, one of which might well describe reality, at least at
energies below the Planck mass. Secondly, the theory is sufficiently
rich in its structure to serve as a good example of the interplay of
many of the fundamental ideas of monopole theory.

I'll begin by summarizing the relevant features of the theory.
The theory is a gauge field theory with gauge group SU(5). This is
a simple group, so there is only one coupling constant, f; f is on
the order of e, the ordinary electromagnetic coupling. (It is not
precisely e both because of Clebsch-Gordon coefficients and because
of renormalization effects in going from large distances, where e is
defined, to $10^{-28}$ cm, where monopoles live.)

All we will need to know about the scalar fields in the theory
is that their interactions are such that there are two mass scales,
or, equivalently, two scales of scalar vacuum expectation value.

The larger expectation value breaks SU(5) down to SU(3) $\otimes$ SU(2)
$\otimes$ U(1). If we realize SU(5) as $5 \times 5$ matrices, SU(3) consists of
transformations on the first three coordinates, SU(2) on the last
two, and U(1) of diagonal matrices of the form

$$\mathrm{diag}(e^{2i\theta}, e^{2i\theta}, e^{2i\theta}, e^{3i\theta}, e^{-3i\theta}) . \qquad (5.23)$$

None of these (except the identity) are in SU(3) $\otimes$ SU(2), so the group
really is the direct product, not just something locally isomorphic
to it. The SU(3) subgroup is identified with color; the SU(2) $\otimes$ U(1)
subgroup with the group of the Weinberg-Salam model. As a result of
this symmetry breakdown, twelve of the original twenty-four gauge

fields acquire masses on the order of $10^{14}$ GeV. (It is only at these
high mass scales that the color gauge coupling is comparable in
strength to the electroweak ones.) These superheavy mesons trans-
form as the $(3,\bar{2}) \oplus (\bar{3},2)$ representation of SU(3) $\otimes$ SU(2).

The smaller vacuum expectation value breaks the group down fur-
ther, to SU(3) (color) $\otimes$ U(1) (electromagnetism); as a result of
this symmetry breakdown, three gauge fields acquire masses on the
order of $10^2$ GeV. The electromagnetic group is generated by

$$Q_{em} = -i \, \mathrm{diag}(\tfrac{1}{3}, \tfrac{1}{3}, \tfrac{1}{3}, -1, 0) , \qquad (5.24)$$

where the generator has been normalized such that the proton has
unit charge. The factors of $\tfrac{1}{3}$ are a sign that the theory contains
fractionally charged particles: quarks, of course, but also the super-
heavy vector mesons. Because of these factors,

$$\exp(2\pi Q_{em}) \neq 1 . \qquad (5.25)$$

We have to go three times as far,

$$\exp(6\pi Q_{em}) = 1 . \qquad (5.26)$$

Exp$(2\pi Q_{em})$ is an SU(3) matrix though, so really the group H is not
SU(3) $\otimes$ U(1) but SU(3) $\otimes$ U(1)/$Z_3$. This is just a fancy way of saying
that only particles of non-zero triality have fractional charge.
(cf. example (e) at the end of Sec. 3.4.)

In addition to these gauge symmetries, the theory possesses a
continuous global internal symmetry which, when all the dust of sym-
metry breakdown has settled, leads to the conservation of the dif-
ference of baryon and lepton number, B - L. (B and L are not sepa-
rately conserved; the theory famously predicts proton decay.)

We already know some things about this theory. We know that it
has monopoles (Sec. 4.2), that the masses of these monopoles are of
order $10^{16}$ GeV and their cores of order $10^{-28}$ cm in size (Sec. 4.4),
and that they have a spectrum of isorotational excitations, dyons,
with a level spacing on the order of $10^{12}$ GeV (Sec. 5.1).

Now let us look at the monopoles in more detail. At large

MSFT_TSOPT_000049612

- 77 -

distances, the monopole field must be of the standard form,

$$\vec{A} = Q \vec{A}_D ,\qquad (5.27)$$

where $Q$ is a generator of $SU(3) \otimes U(1)$. One's first thought is that because the theory contains fractionally charged particles, $g = \frac{1}{2} e$ is not allowed; $g = \frac{3}{2} e$ is needed. Indeed, $Q = Q_{em}/2$ does not satisfy the quantization condition;

$$Q = 3 Q_{em} / 2 \qquad (5.28a)$$

is needed, as we see from Eqs. (5.25) and (5.26).

(Let me raise and lay a spectre. All fractionally charged particles are confined; for example, we can not separate the components of quark-antiquark pair by more than roughly $10^{-13}$ cm. In using confined particles to derive the quantization condition, are we not making an error? No, we are not. The Dirac string is infinitely thin and infinitely long. We can imagine bringing the pair to within $10^{-24}$ cm of the string, a thousand light years from the monopole, and diffracting the quark around the string while holding the antiquark fixed. Confinement is irrelevant to this point.)

However, there is a second possibility,[29]

$$Q = (Q_{em} + Q_Y) / 2 \qquad (5.28b)$$

where $Q_Y$ is the generator of color hypercharge,

$$Q_Y = -i \operatorname{diag}(\tfrac{2}{3},\ -\tfrac{1}{3},\ -\tfrac{1}{3},\ 0,\ 0) . \qquad (5.29)$$

Thus,

$$Q = -i \operatorname{diag}(1,\ 0,\ 0,\ -1,\ 0) / 2 , \qquad (5.30)$$

and the quantization condition is satisfied.

This is a combination of an electromagnetic monopole and a chromomagnetic monopole. Colorless particles, like leptons and hadrons, see only the electromagnetic field, and find $g = \frac{1}{2} e$. However, because all fractionally charged particles are colored, a fractionally charged particle sees both the electromagnetic and the chromomagnetic field, and the combined effect of these two fields renders the string undetectable.

- 78 -

Of course (5.28a) and (5.28b) are not the only monopole fields there are. Up to a gauge transformation, the solution of the quantization condition and the non-Abelian stability condition is

$$Q = -i \operatorname{diag}(r,\ s,\ s,\ -r-2s,\ 0) / 2 , \qquad (5.31)$$

where $r$ and $s$ are integers such that

$$r-s = 0,\ \pm1 . \qquad (5.32)$$

Because $SU(3)$ is simply connected, the only topological charge is the Abelian magnetic charge, $r+2s$.

We can estimate the energies of these configurations by the method of Sec. 4.4. The energy stored in the field outside the core is proportional to

$$- \operatorname{Tr} Q^2 = s^2 + \tfrac{1}{2}(r+s)^2 . \qquad (5.33)$$

The nontrivial monopole of lowest energy is $r = 1$, $s = 0$, the combination monopole, Eq. (5.28b). If we take Eq. (5.33) dead seriously as an estimate of energy, it is easy to show that every other nontrivial monopole has more than enough energy to decay into an appropriate number of combination monopoles. For example, the pure electromagnetic monopole, Eq. (5.28a), with $r = s = 1$, has six times the energy of a combination monopole, and is thus unstable to decay into three such objects, the minimum number needed to conserve topological charge.

(Another spectre: In our energy estimate we neglected factors of coupling constants. By treating the color coupling constant as if it were the same as the electromagnetic coupling constant, are we not making an error? No, we are not. The two couplings are indeed very different at large distances, but they are the same at $10^{-29}$ cm, near the monopole core, and this is the region that dominates the energy integral.)

Dokos and Tomaras[28] have constructed a combination monopole that is a time-independent solution of the field equations; their method is a transposition of the 't Hooft-Polyakov construction to an appropriate $SU(2)$ subgroup of $SU(5)$.

For our purposes, all we need to know about this solution is

MSFT_TSOPT_000049613

its degeneracy, for this suffices to determine the spectrum of iso-rotational levels. It turns out that one of the superheavy vector fields, $X^a$ ($a = 1, 2, 3$) is nonzero in the Dokos-Tomaras solution. This field is a color 3, with electric charge $-4/3$ and B-L = $-2/3$. Further, once the value of this field at some standard point is given, the solution is uniquely determined.

Since any complex 3-vector can be turned into any other of the same magnitude by an SU(3) matrix, the manifold of solutions is in one-to-one correspondence with the set of all unit complex three-vectors,

$$X^a \, \bar{X}_a = 1 \, , \qquad (5.34)$$

and the problem of constructing the isorotational levels is the problem of constructing the functions of these vectors that trans-form as irreducible representations of the symmetry group.

This is easily done. A complete set of functions on the mani-fold consists of all monomials in X and $\bar{X}$. We can write these as tensors,

$$X^{a_1 \cdots a_n}_{b_1 \cdots b_m} = X^{a_1} \cdots X^{a_n} \, \bar{X}_{b_1} \cdots \bar{X}_{b_n} \, . \qquad (5.35)$$

These tensors are almost the objects that form the basis space for the irreducible representation of SU(3) called (n,m). The only dif-ference is that the irreducible tensors are traceless. However, it is straightforward to subtract the trace from these expressions. Because of Eq. (5.34), the tensors of lower rank we obtain by taking the traces are not new functions, just objects already constructed as monomials of lower degree. To compute the electric charge and (B-L) assignments of these tensors is trivial; we just get n-m times the contribution of a single X.

Thus: The isorotational levels transform as the representation (n,m) of color SU(3), with each representation occurring once and only once. These levels have an electric charge of 4(m-n)/3 and a B-L of 2(m-n)/3. Note the coupling of charge excitation to color excitation. These are chromodyons.

Let us look more closely at the physics of chromodyons. To

begin with, I will ignore the existence of fermions.

Given two levels with the same value of m-n, the higher can always decay into the lower by the emission of massless color gluons. (The fact that the gluons are confined is irrelevant. They are con-fined at $10^{-13}$ cm and the decay takes place at $10^{-28}$ cm; worrying about the effects of gluon confinement on the decay of a chromodyon is like worrying about the effects of the walls of the laboratory on the de-cay of a radioactive nucleus.) Thus we expect only one stable level for a given m-n. These levels can not decay by the emission of superheavy vector mesons, because their excitation energy is too low; they can not decay by the emission of color gluons because these do not carry charge; they can not decay by the emission of Weinberg-Salam gauge mesons because these do not carry color; they are stable.

Although they are stable, they are colored (except for the ground state monopole). Thus an (n,m) chromodyon and an (m,n) chromodyon will form a colorless pair, bound together by the confin-ing force. The fate of this pair depends on the interaction between its components at short distances. (Although not so short that the cores overlap.)

This is dominated by the magnetic interaction. If the compo-nents have opposite Abelian magnetic charge, that is to say, if they are excitations of monopole and antimonopole, the magnetic force is attractive and the components will annihilate each other.

A short computation is needed if the components have the same Abelian charge; we have to worry about the competition between Abelian repulsion and non-Abelian attraction, as explained in Sec. 3.6. If we represent the field of one monopole by a matrix $Q_1$ and the other by a matrix $Q_2$, the magnetic interaction energy is pro-portional to $- \operatorname{Tr} Q_1 Q_2 / r_{12}$. We can always choose our gauge so

$$Q_1 = - i \operatorname{diag}(1, 0, 0, -1, 0) / 2 \, . \qquad (5.36)$$

$Q_2$ can be any matrix obtained from this by permutation on the first three entries (the color entries). We minimize the interaction energy by choosing

$$Q_2 = -i \, \text{diag}(0, 1, 0, -1, 0) / 2 \, , \qquad (5.37)$$

but even at the minimum the energy is still positive. Abelian repulsion wins over non-Abelian attraction.

Thus we have a system composed of two particles with an attractive interaction between them at large distances and a repulsive interaction at short distances. This is the diatomic molecule again, not as an analogy this time but as the real thing, with the full panoply of vibrational and rotational levels, though on a somewhat larger energy scale than is usual in molecular physics.

But all of this is mere fantasy. In the real world there are light fermions, quarks and leptons, and all the chromodyons can decay to the ground-state monopole by emitting quark-lepton pairs. Pity.

### 5.4 Renormalization of Abelian Magnetic Charge

Some years ago, in a famous series of papers, Julian Schwinger generalized quantum electrodynamics to include fundamental magnetic monopoles.[30] In the course of this work, he investigated the renormalization of magnetic charge. Even though fundamental monopoles are not our primary interest, I'll review Schwinger's results here for later comparison with ours.

Schwinger found that a necessary condition for consistent quantization of the theory was

$$e_0 g_0 = n_0 / 2 \, , \qquad (5.38)$$

where $e_0$ and $g_0$ are the bare coupling constants, the parameters that appear in the Lagrangian of the theory, and $n_0$ is an integer. (In fact, at first Schwinger argued that $n_0$ had to be even, but this point is irrelevant to the issues at hand, and I'll ignore it here.) The standard arguments for the Dirac quantization condition have nothing to do with the fundamental or composite character of the monopoles; they tell us that

$$eg = n/2 \, , \qquad (5.39)$$

where $e$ and $g$ are the physical coupling constants and $n$ is an integer. The analysis of electric charge renormalization proceeds much as

in ordinary electrodynamics. Because there are magnetic currents as well as electric ones, the propagator for the unrenormalized electromagnetic field is expressed as an integral over three spectral weight functions rather than one; however, there is still only one photon, and only one single-photon pole term. Thus there is no problem in following the usual path, defining $Z_3$ to be the coefficient of this term and showing that

$$e = Z_3^{\frac{1}{2}} e_0 \, . \qquad (5.40)$$

As usual, the spectral representation implies that if the theory is nontrivial, $Z_3$ is strictly less than one.

The analysis of magnetic charge renormalization is trivially obtained by performing the duality rotation that exchanges E and B. The spectral weight functions change places but the photon remains the photon. Thus $Z_3$ is unchanged and

$$g = Z_3^{\frac{1}{2}} g_0 \, . \qquad (5.41)$$

Hence,

$$eg = Z_3 \, e_0 \, g_0 \, . \qquad (5.42)$$

This is the origin of Schwinger's statement that $Z_3$ is a rational number.

This is for fundamental monopoles. Our interest, though, is in composite monopoles, like the 't Hooft-Polyakov object. Is Eq. (5.42) still true for these? Clearly not, but neither is it false; it is meaningless. In a theory of composite monopoles, $e_0$ still appears as a parameter in the Lagrangian, but $g_0$ is nowhere to be found.

Nevertheless, all is not lost. If we define $e_\lambda$ as the quantity that gives the strength of the interaction between an electron and a tiny test charge at distance $\lambda$, then $e_0$ is the limit of $e_\lambda$ as $\lambda$ goes to zero. This suggests that we define $g_\lambda$ in a similar way, as the parameter that gives the strength of the interaction between a monopole and a tiny test current loop at distance $\lambda$. In this case, though, we can not send $\lambda$ to zero; once $\lambda$ is smaller than the size of the monopole core there is no unambiguous way to separate electromagnetism from the larger non-Abelian structure in which it is em-

bedded, no unambiguous way to define the current loop. However, until we get to the core there is no problem. Thus we can ask how $e_\lambda$ and $g_\lambda$, for $\lambda$ larger than the core radius, are related to $e$ and $g$, their large-distance limits. This is not the same question as that addressed by Schwinger, but it is an interesting one; there is plenty of room for large renormalization effects between infinite distance and the monopole core.

However, there is no room for renormalization effects caused by virtual monopoles. For weak coupling, monopole Compton wavelengths are much smaller than monopole geometrical sizes. (That is to say, monopoles are much heavier than massive vector mesons.) Thus, at the distance scales we are working at, between $\lambda$ and infinity, the effects of virtual monopoles are negligible. (I emphasize that "weak coupling" here does not mean merely "to lowest order in $e$". If we think in terms of an expansion in powers of $\hbar$, the effects of virtual monopoles are barrier-penetration effects and are exponentially suppressed.) Thus, for our purposes, it is completely legitimate to replace the full theory by a simplified one in which the only dynamical variables are the electromagnetic field and the fields of ordinary charged particles.

For notational simplicity, we will restrict ourselves to the case in which the only charged field is a Dirac electron; the generalization is trivial. The theory we will study is defined by

$$\mathcal{L} = -\frac{1}{4}(\partial_\mu A_\nu - \partial_\nu A_\mu)^2 + \frac{1}{2\alpha}(\partial_\lambda A^\lambda)^2$$
$$+ \bar{\psi}(i\slashed{\partial} - e_\lambda \slashed{A} - e_\lambda g_\lambda \slashed{A}_D - m_0)\psi$$
$$+ e_\lambda J_\mu(A^\mu + g_\lambda A_D^\mu) . \qquad (5.43)$$

This expression requires some explanation. Firstly, as to notation: All fields are unrenormalized, $\alpha$ is the usual gauge-fixing parameter, $A_D^\mu = (0, \vec{A}_D)$ is the standard Dirac monopole potential, and $J^\mu$ is an external c-number conserved current,

$$\partial_\mu J^\mu = 0 , \qquad (5.44)$$

which we will use to construct test charges and current loops. Secondly, as to physics: This is supposed to contain only the degrees of freedom which are relevant at distances larger than $\lambda$. Thus, although it is not indicated explicitly, the theory is supposed to be cut off in some gauge-invariant way (say, with regulator fields) at $\lambda$. It is for this reason that the bare coupling constants are taken by $e_\lambda$ and $g_\lambda$, and also why the monopole is replaced by an external Dirac potential.

I emphasize that Eq. (5.43) is not intended to give an exact description of the theory at distances greater than $\lambda$. It is certainly possible to construct an effective Lagrangian that would give such a description, but it would be much more complicated, full of nonlocal and nonpolynomial interactions. Equation (5.43) is intended only to give a simple model of the relevant physics.

Arguments which by now should be excessively familiar show that the string singularity in the monopole potential is undetectable only if $e_\lambda g_\lambda$ is a half-integer. I will therefore assume that this is the case. It is not at all clear at this stage that this implies that $eg$ is a half-integer, but we have a well-defined Lagrangian, so let's just go ahead and calculate.

To warm up, let us make sure that our test apparatus is properly calibrated by computing the effects of the external current far from the monopole, or, equivalently, with $g_\lambda$ set equal to zero. In this case, the vacuum-to-vacuum transition matrix element is

$$\langle 0|S|0\rangle = 1 - \frac{e_\lambda^2}{2}\int d^4 x \, d^4 y \, J^\mu(x) J^\nu(y) T\langle 0|A_\mu(x) A_\nu(y)|0\rangle + O(J^4) . \qquad (5.45)$$

I emphasize that this is not an (illegitimate) expansion in powers of $e_\lambda$; it is an expansion in powers of $J^\mu$. There is nothing wrong with this; the interactions with $J^\mu$ are gauge-invariant and thus incapable of detecting the Dirac string whatever the magnitude of $J^\mu$, so long as it is conserved. (This is just another way of saying that there is no quantization condition for classical charged particles.) The relevant object in Eq. (5.45) is the propagator for the un-

MSFT_TSOPT_000049616

- 85 -

renormalized field,

$$T<0|A_\mu(x)A_\nu(y)|0> = Z_3^\lambda D_{\mu\nu}^0(x-y) + \cdots, \qquad (5.46)$$

where $D_{\mu\nu}^0$ is the free propagator, the triple dots indicate terms that fall off at large distances more rapidly than the term displayed, and the superscript is on $Z_3$ to remind you of its cutoff-dependence. Thus, two distantly separated current elements interact as they would in free electromagnetism, with interaction strength given by

$$e_\lambda^2 Z_3^\lambda = e^2. \qquad (5.47)$$

This is famously the right result.

Let us now return to nonzero $g_\lambda$. There is now a linear term in the transition matrix element,

$$<0|S|0> = 1 - i e_\lambda \int d^4 x \, J^\mu(x)[g_\lambda A_\mu^D(x) + <0|A_\mu(x)|0>] + O(J^2). \qquad (5.48)$$

I emphasize that $|0>$ is now the ground state of the theory computed to zeroth order in $J^\mu$ but to all orders in the external monopole field. We wish to calculate eg in the same way we calculated $e^2$ in the preceding paragraph. This can be done if the total integral in Eq. (5.48) has the same form as its first term when the support of the current is far from the monopole; we can then identify the co-efficient of the total expression with eg. In equations,

$$<0|S|0> - 1 \xrightarrow[\text{large distance}]{?} - i e g \int d^4 x \, J^\mu(x) A_\mu^D(x) + O(J^2). \qquad (5.49)$$

I've put a question mark here because we don't yet know that things will have the right form in this limit. (Let's hope they do; if they don't, we're in real trouble.)

The equation of motion for $A_\mu$ implies that

$$<0|A_\mu(x)|0> = - i e_\lambda \int d^4 y \, D_{\mu\nu}^0(x-y)<0|J^\nu(y)|0>. \qquad (5.50)$$

The object on the right is the matrix element of a gauge-invariant operator; thus, despite the Dirac string, it is rotationally invari-ant and CP invariant. (Note that this would not be true if we had foolishly attempted to expand things in powers of the monopole field.)

- 86 -

By rotational invariance,

$$<0|\bar\psi \gamma^0 \psi|0> = f(r^2), \qquad (5.51)$$

and

$$<0|\bar\psi \gamma^i \psi|0> = r^i g(r^2), \qquad (5.52)$$

for some functions f and g. CP invariance implies f vanishes. The conservation equation

$$\partial_\mu <0|\bar\psi \gamma^\mu \psi|0> = 0, \qquad (5.53)$$

implies g vanishes. Thus Eq. (5.49) is satisfied trivially, and

$$eg = e_\lambda g_\lambda. \qquad (5.54)$$

This is in striking contrast to Eq. (5.42), but, as I have explained, the contradiction is only apparent; despite the appearance of similar symbols, the two equations are answers to different questions in dif-ferent theories.

Equation (5.54) is very satisfying. Monopole theory says that eg must be a half integer, but a modern field theorist would ask, "eg defined at what distance scale?" The answer is, "At any distance scale, from infinity down to the monopole core. It doesn't matter."

## 5.5  The Effects of Confinement on Non-Abelian Magnetic Charge

We have analyzed the renormalization of Abelian magnetic charge, computed the electromagnetic monopole field at large distances in terms of the electromagnetic monopole field just outside the monopole core. To complete the analysis, we should now extend the argument to non-Abelian magnetic charge, and compute, for example, the chromo-magnetic monopole field at large distances from the grand unified monopoles of Sec. 5.3. But such a computation would be folly. We know very well that there is no chromomagnetic monopole field at large distances; there is no chromodynamic field of any kind propor-tional to any inverse power of distance. Because of confinement, all chromodynamic forces fall off exponentially with distance, with a coefficient given by the lightest hadron mass. (If we ignore fermions, as we have been doing, this would be the glueball mass.)

This leads to an apparent paradox. For grand unified monopoles,

the simultaneous existence of chromomagnetic and electromagnetic mono-
poles was necessary to keep the Dirac string undetectable; when we
diffracted a fractionally charged particle around the string, the
chromomagnetic phase factor was needed to cancel the electromagnetic
one. (I remind you that the fact that fractionally charged particles
are themselves confined is irrelevant to this point, as we showed in
Sec. 5.3.) But at large distances the chromomagnetic monopole field
disappears, while the electromagnetic one does not. Does this mean
that at large distances the Dirac string is observable?

To ask this question is to be carried away by the momentum of
my own rhetoric. Of course, the string can not become observable;
confinement does not spoil gauge invariance. Nevertheless, we would
like to understand how effects that fall off exponentially with dis-
tance are nevertheless able to produce a distance-independent phase
factor. The remainder of this section is devoted to this problem.

Although the relevant group for grand unified monopoles is
$SU(3) \otimes U(1)/Z_3$, to keep things simple I will work here with $SO(3)$,
the smallest non-Abelian group. The extension is trivial. I shall
first give general arguments and then back them up with explicit
computations in a highly simplified but exactly soluble two-dimen-
sional model.

The Lubkin construction associates a path in group space, $g(\tau)$,
with every sphere in ordinary space; the homotopy class of this path
tells us whether the sphere contains a monopole. Although the homo-
topy class is gauge-invariant, the path itself is not. When investi-
gating tricky questions in gauge field theory, it's wise to work as
much as possible with gauge-invariant entities. Thus I will work
with the Wilson loop factor,

$$W(\tau) = \tfrac{1}{2} \operatorname{Tr} g(\tau) . \qquad (5.55)$$

Although the loop factor is independent of the gauge, it does
depend on the particular matrix representation we use to realize
the group. For the problem at hand, it will turn out to be advan-
tageous to choose the spin-$\tfrac{1}{2}$ representation of $SO(3)$, that is to say,

to choose g to be an element of $SU(2)$. This is a double-valued re-
presentation, so there is a binary ambiguity in computing the loop
factor. We will eliminate this ambiguity by adopting the convention
that $g(0) = 1$, so $W(0) = 1$. Of course, we could have chosen the op-
posite convention, $g(0) = -1$, in which case $W(\tau)$ would everywhere
have been replaced by $-W(\tau)$.

The behavior of W tells us whether our sphere contains a mono-
pole. If $g(\tau)$ is in the trivial homotopy class, $W(1) = W(0) = 1$.
Figure 6a shows this behavior for a typical field of this class, the
zero field. If $g(\tau)$ is in the nontrivial homotopy class, $W(1) =
-W(0) = -1$. Figure 6b shows this behavior for a typical field of
this class, the GNO monopole field. Phrased in terms of W, our
problem is to understand how effects that fall off exponentially with
distance are nevertheless able to produce a distance-independent
change in W.

But this formulation is not quite right. Confinement is a quan-
tum effect, and in quantum theory, W is an operator. Except in the
leading semi-classical approximation (which does not display confine-
ment) the one-monopole state is not an eigenstate of W. The object
we must study is <W>, the expectation value of W.

Of course, for a small sphere, one whose radius is much less
than the confinement length, the semi-classical approximation is
valid, and Fig. 6 gives accurate plots of <W> for the vacuum and the
one-monopole state. But for a large sphere, one whose radius is much
greater than the confinement length, even the graph for the vacuum,
Fig. 6a, is wrong. As our loop sweeps around a large sphere, it neces-
sarily becomes, at the half-way point, a loop of large area, and there-





Figure 6

- 89 -

fore <W> becomes very small, because of Wilson's area law. This is
sketched in Fig. 7a. The sketch is very much not to scale. $\langle W(\frac{1}{2})\rangle$
is $O(\exp-\pi K r^2)$, where K is the string tension. This is so small
that if the graph were drawn to scale you couldn't see that $\langle W(\frac{1}{2})\rangle$
wasn't zero.

Our problem is solved. The monopole does not need to produce
a distance-independent change in <W>. The area law reduces <W> from
1 to a small positive value. All the monopole field has to do is
make a small additional change to bring <W> to a small negative value.
The area law then brings <W> back to -1. This is sketched in Fig. 7b.
I emphasize that the right side of this graph represents the same
physics as the left side; the evolution of negative values of <W> can
be deduced from that of positive values by a change of convention.

It's amusing to note that if we had defined W using an integer-
spin representation of SO(3), we would not have had the area law, but
neither would we have had a test for monopoles.

This concludes the general arguments. Now, as promised, I'll
do some explicit computations in a two-dimensional Euclidean gauge
theory.

Two-dimensional gauge theories have two big advantages. One is
that they are easy to work with. This is basically because they have
very few degrees of freedom; in Minkowski space, there is no radia-
tion field, just a Coulomb field. The other is that they trivially
display confinement. In one spatial dimension, even ordinary Abelian
electrodynamics yields a linear potential. For our purposes, they
have one big disadvantage; they don't possess monopoles. I will take





Figure 7

- 90 -

care of this by studying SO(3) gauge field theory not on flat two-
space but on a two-dimensional sphere. Ordinary two-dimensional
Euclidean field theory can be thought of as obtained from four-
dimensional theory by holding z and t fixed, leaving x and y to vary.
Likewise, the spherical two-dimensional theory can be obtained by
holding t and r fixed, leaving θ and φ to vary. The monopole is in
the part of space we have discarded, near r = 0, but its effects are
still felt on the sphere we have retained.

Now let's make this more precise. We are dealing with an SO(3)
gauge field theory on a sphere. Just as in Sec. 3, we will go to
string gauge, so $A_\theta$ vanishes everywhere. In general, this gauge in-
troduces a Dirac string singularity at the south pole, a nonzero
$A_\phi(\pi, \phi)$. We define g(φ), an element of SU(2), by

$$\frac{dg}{d\phi} = - A_\phi(\pi, \phi) g(\phi) ,$$   (5.56)

and

$$g(0) = 1 .$$   (5.57)

Then, for the string singularity to be just a gauge artifact,

$$g(2\pi) = \pm 1 .$$   (5.58)

The plus sign corresponds to no monopole (inside the sphere), the
minus sign to a monopole. If we choose our Lubkin loops as in Fig.
4,

$$W(\tau) = \frac{1}{2} \text{Tr } g(2\pi\tau) .$$   (5.59)

The Euclidean action, $S_E$, is the conventional one, restricted
to the sphere,

$$S_E = - \frac{1}{f^2} \int \text{Tr } F_{\theta\phi} F^{\theta\phi} \sqrt{g} \, d\theta \, d\phi$$

$$= - \frac{1}{r^2 f^2} \int \text{Tr } (\partial_\theta A_\phi)^2 \frac{d\theta \, d\phi}{\sin \theta} ,$$   (5.60)

by Eqs. (3.43) and (3.45).

As always, the expectation value of a gauge-invariant observable,
𝒪, is given by the ratio of two functional integrals,

$$\langle \mathcal{O} \rangle = \frac{\int (d A_\phi) \mathcal{O} \, e^{-S_E}}{\int (d A_\phi) \, e^{-S_E}} .$$   (5.61)

MSFT_TSOPT_000049619

We will compute $\langle \mathbb{O} \rangle$ in the absence (presence) of a monopole by integrating over all gauge field configurations with $g(2\pi) = +1 \ (-1)$. This guarantees from the very beginning that $\langle W \rangle$ will have the appropriate behavior, $\langle W(1) \rangle = \pm 1$.

We will begin with the denominator in Eq. (5.61); the extension to the numerator will be straightforward. We write $A_\phi$ as a sum,

$$A_\phi = \hat{A}_\phi + \tfrac{1}{2}(1-\cos\theta)A_\phi(\pi,\phi) . \qquad (5.62)$$

Thus,

$$\hat{A}_\phi(0,\theta) = \hat{A}_\phi(\pi,\theta) = 0 . \qquad (5.63)$$

This separation diagonalizes $S_E$:

$$S_E = \hat{S} + S_1 , \qquad (5.64)$$

where

$$\hat{S} = \frac{Tr}{r^2 f^2} \int d\theta \, d\phi \, \frac{(\partial_\theta \hat{A}_\phi)^2}{\sin\theta} , \qquad (5.65)$$

and

$$S_1 = -\frac{Tr}{2r^2 f^2} \int_0^{2\pi} d\phi [A_\phi(\pi,\phi)]^2$$

$$= -\frac{Tr}{2r^2 f^2} \int_0^{2\pi} d\phi [g^{-1} \, dg/d\phi]^2 . \qquad (5.66)$$

Our theory has been revealed as the sum of two independent systems. One, described by $\hat{S}$, is a two-dimensional field theory, but it is a trivial one; the dynamical variables obey linear boundary conditions, and the action is a quadratic functional of these variables. The other, described by $S_1$, is a nontrivial system, but it is a one-dimensional one. That is to say, it is not a Euclidean field theory at all, but simply the imaginary-time version of an ordinary mechanical system, with $\phi$ the imaginary time.

In fact, it is a very well-studied mechanical system. The states of the system are labeled by elements of the rotation group, that is to say, by sets of three Euler angles. The system is a rigid body with one point fixed, or more properly, since $g$ is an element of $SU(2)$ and not $SO(3)$, it is the double covering of a rigid body; half-odd-integral angular momenta are allowed as well as integral ones.

If we consider motions near $g = 1$,

$$g = 1 - i \, \epsilon^a \sigma^a / 2 + O(\epsilon^2) , \qquad (5.67)$$

then

$$S_1 = \frac{1}{4r^2 f^2} \int \frac{d\epsilon^a}{d\phi} \frac{d\epsilon^a}{d\phi} \, d\phi + O(\epsilon^3) , \qquad (5.68)$$

from which we see that the rigid body is isotropic; it has equal principal moments of inertia,

$$I_1 = I_2 = I_3 \equiv I = 1/(2r^2 f^2) . \qquad (5.69)$$

This enables us to analyze the system totally for all values of $r$. However, the answer is especially simple for very small $r$ and very large $r$, so I will restrict myself to these two cases here.

For very small $r$, $f^2 r^2 \ll 1$, the functional integral is dominated by the stationary points of the action, the solutions of the classical equations of motion. For a rigid body, these are steady rotations about a fixed axis, for example, the positive 3-axis,

$$g = \exp(-\tfrac{1}{2}\omega\sigma_3 \, \phi) , \qquad (5.70)$$

with $\omega$ an arbitrary non-negative constant, the angular velocity. (It's a good thing the moments of inertia turned out to be all equal; otherwise we'd be worrying about force-free precession.) Of these motions, the dominant one is the one of minimum action, that is to say, minimum $\omega$, consistent with the boundary conditions. In the absence of a monopole, the boundary conditions are $g(0) = g(2\pi) = 1$. The dominant motion is $\omega = 0$, and the corresponding vector potential is $A_\phi = 0$. In the presence of a monopole, the boundary conditions are $g(0) = 1$, $g(2\pi) = -1$. The dominant motion is $\omega = 1$, and the corresponding vector potential is

$$A_\phi = -\tfrac{1}{4}\sigma_3 (1-\cos\theta) , \qquad (5.71)$$

the GNO monopole field. At small distances, quantum field theory looks like classical physics, just as it should.

To study large $r$, we need the energy eigenstates and eigenvalues for the (doubly covered) isotropic rigid body. These are discussed

- 93 -

in standard texts,[31] so I will merely give the results here. The
eigenstates are of the form $|j,m,m'\rangle$, where $j = 0, \frac{1}{2}, 1 \ldots$, and $m$
and $m'$ individually range from $-(2j+1)$ to $2j+1$ by unit steps. The
eigenvalues are given by

$$H|j,m,m'\rangle = E_j|j,m,m'\rangle , \qquad (5.72)$$

where

$$E_j = j(j+1)/2I ,$$

and $I$ is the moment of inertia. In any one of these states, the
amplitude for finding the system in the configuration labeled by the
group element $g$ is

$$\langle g|j,m,m'\rangle = (2j+1)^{\frac{1}{2}} D_{mm'}^{(j)} (g) , \qquad (5.73)$$

where $D$ is the usual representation matrix.

We are now ready to go. The contribution of the rigid body to
the functional integral is

$$\int (dg)e^{-S_1} = \langle g = \pm 1|e^{-2\pi H}|g = 1\rangle , \qquad (5.74)$$

by Feynman's path-integral formula. Inserting a complete set of
energy eigenstates,

$$\langle g = \pm 1|e^{-2\pi H}|g = 1\rangle = \sum_{mm'j} (2j+1) D_{mm'}^{(j)}(\pm 1) D_{mm'}^{(j)*}(1) e^{-2\pi E_j}$$

$$= \sum_j (2j+1)^2 (\pm 1)^{2j} e^{-\pi j(j+1)/I} . \qquad (5.75)$$

This is exact. For large $\tau$, $f^2 r^2 \gg 1$, this expression is domi-
nated by the first term in the series, $j = 0$, which is totally in-
sensitive to the presence or absence of the monopole. To see the
monopole at all, we have to retain the second term, $j = \frac{1}{2}$. We find

$$\int (dg)e^{-S_1} = 1 \pm 4e^{-3\pi f^2 r^2/2} . \qquad (5.76)$$

The effect is miniscule.

Of course, this is just the denominator of the equation for
the expectation value of an operator, Eq. (5.61), but similar reason-
ing applies to the total expression. A particularly easy case to
work out is the expectation value of the action itself,

- 94 -

$$\langle S_E \rangle = \langle \hat{S} \rangle + \langle S_1 \rangle$$

$$= \langle \hat{S} \rangle + f^2 \frac{d}{df^2} \ell n \int (dg)e^{-S_1}$$

$$= \langle \hat{S} \rangle \mp 6\pi f^2 r^2 e^{-3\pi f^2 r^2/2} , \qquad (5.77)$$

where, as before, I've dropped terms exponentially small compared to
the terms retained. Another easy computation is

$$\langle W(\tau) \rangle = e^{-3\pi f^2 r^2 \tau/2} \pm e^{-3\pi f^2 r^2 (1-\tau)/2} , \qquad (5.78)$$

where again I've retained only the leading terms. (Here I've left
the details of the calculation as an exercise.) This expression has
a very simple physical interpretation; it is the sum of the area
factors for the two areas into which the loop divides the sphere.

All of this is in perfect agreement with our general reasoning.
At small distances, everything looks like classical physics; at
large distances, all effects of the monopole are miniscule, but
nevertheless the monopole makes $\langle W \rangle$ go from +1 to -1.

Gravity theorists say, "A black hole has no hair." What this
means is that a black hole has limited hair; the only things that
stick out of a black hole are massless gauge fields associated with
strictly conserved quantities, the gravitational fields associated
with total energy and angular momentum, and the electromagnetic
fields associated with total electric and magnetic charge.

Chromodynamic forces are short-range forces, because of confine-
ment. Nevertheless, topological charge is strictly conserved, and
can be computed from chromodynamic effects at arbitrarily large dis-
tances. These two statements would be in contradiction in classical
physics, but are perfectly compatible in quantum mechanics, as we
have seen. Problem for the student: Can a black hole have colored
hair?

### Footnotes and References

1. P. A. M. Dirac, Proc. Roy. Soc. (London) Ser. A, 133, 60 (1931).
2. G. 't Hooft, Nucl. Phys. B79, 276 (1974). A. M. Polyakov, JETP

MSFT_TSOPT_000049621

- 95 -

Lett. 20, 194 (1974).

3. J. Preskill, Phys. Rev. Lett. 43, 1365 (1979).

4. S. Coleman, "Classical Lumps and Their Quantum Descendants", in
   *New Phenomena in Subnuclear Physics*, edited by A. Zichichi
   (Plenum, 1977).

5. Ref. 4 has a more extensive bibliography. See also the reviews
   of P. Goddard and D. Olive, Rep. Prog. Phys. 41, 1357 (1978),
   and E. Amaldi and N. Cabibbo, in *Aspects of Quantum Theory*,
   edited by A. Salam and E. Wigner (Cambridge Univ. Press, 1972).

6. Note that there is no $4\pi$ in the definition of magnetic charge.

7. Y. Aharonov and D. Bohm, Phys. Rev. 115, 485 (1959).

8. This is a truism for non-Abelian gauge theories, where everyone
   thinks of gauge transformations as labeled by functions from
   space-time into the gauge group. For the Abelian theory at hand,
   the gauge group is U(1), and the function into the group is
   $\exp(-ieX)$.

9. T. T. Wu and C. N. Yang, Nucl. Phys. B107, 365 (1976).

10. This problem was solved very early on by I. Tamm, Z. Phys. 71,
    141 (1931), and my results are the same as his, although my
    method is somewhat different.

11. These commutators are not so innocuous as they seem. If we at-
    tempt to verify the Jacobi identity for three D's, we obtain,
    instead of zero, a term proportional to $\delta^{(3)}(r)$. This is no
    real problem, for two reasons. Firstly, we don't believe the
    monopole field all the way down to the origin; it's just the
    long-range part of something that is more complicated at short
    distances. (In Sec. 4 we'll see what that something is.)
    Secondly, even if we believe the field all the way down to the
    origin, there is, as we shall see, a centrifugal barrier in *all*
    partial waves that keeps the particle away from the origin.

12. The analysis given here follows that of A. Goldhaber, Phys. Rev.
    Lett. 36, 1122 (1976). Goldhaber's work was stimulated by in-
    vestigations by R. Jackiw and C. Rebbi (*ibid.*, 1116) and by

- 96 -

    P. Hassenfratz and G. 't Hooft (*ibid.*, 1119).

13. P. Goddard, J. Nuyts, and D. Olive, Nucl. Phys. B125, 1 (1977).

14. I'm being very sloppy here about singularities. Here's a more
    careful argument: We define a gauge-field configuration to be
    locally non-singular in some region if the region is the union
    of a family of open sets, such that in each set the gauge field
    is non-singular and such that in the intersection of any two
    sets the gauge fields in the two sets are connected by a non-
    singular gauge transformation. It is possible to show that a
    gauge-field configuration that is locally non-singular in all
    of space except for the origin is gauge-equivalent to one that
    is non-singular (in the ordinary sense) everywhere except for
    the south polar axis. (This theorem is proved in Ref. 4.)
    That is to say, if all singularities, other than ones at the
    origin, are gauge artifacts, then they can all be shoved onto
    the Dirac string by an appropriate choice of gauge.

15. E. Lubkin, Ann. Phys. (N.Y.) 23, 233 (1963). See especially
    Sec. XV.

16. A somewhat longer (though still hopelessly vulgar) course can
    be found in Ref. 4, together with references to the mathematical
    literature.

17. This stability analysis was first done by R. Brandt and F. Neri,
    Nucl. Phys. B161, 253 (1979).

18. W. Nahm and D. Olive (private communication, summer 1979).

19. The work described here is drawn from many sources; for refer-
    ences, see Ref. 4.

20. H. Georgi, and S. L. Glashow, Phys. Rev. Lett. 32, 438 (1974).

21. E. Bogomol'nyi, Sov. J. Nucl. Phys. 24, 449 (1976). S. Coleman,
    S. Parke, A. Neveu, and C. Sommerfield, Phys. Rev. D15, 544
    (1977).

22. M. Prasad and C. Sommerfield, Phys. Rev. Lett. 35, 760 (1975).

23. Much of this section is blatant plagiarism from Ref. 4. (Copy-
    right holder take note!)

- 97 -

24. Actually, one can avoid this computational horror by group-
theoretic tricks, just as we did for the Laplace operator in
Sec. 2.

25. This note is for experts only. The discussion in the text leaves
the impression that the detailed computation of the isorotational
spectrum is easier than it is. There are technical complications
associated with gauge invariance. These can all be dealt with,
but they make the calculation lengthier than it would be if they
weren't around. For example, in temporal gauge, there are many
invariances of the Hamiltonian that do not leave the monopole
solution unchanged, to wit, time-independent gauge transforma-
tions. No one in his right mind expects these to lead to iso-
rotational levels. However, to demonstrate this, and to dis-
entangle the spurious excitations from the genuine ones, re-
quires fiddling around with the subsidiary condition that is the
bane of temporal-gauge quantization. Subsidiary conditions can
be avoided by working in Coulomb gauge, for example, where none
are needed, but then the form of the Hamiltonian is more compli-
cated, and this makes things messy. (For a careful Coulomb-
gauge treatment of the dyons discussed immediately below, see
E. Tomboulis and G. Woo, Nucl. Phys. B107, 221 (1976).

26. These dyons were first discovered by B. Julia and A. Zee, Phys.
Rev. D 11, 2227 (1975), using quite different methods from these.

27. E. Witten, Phys. Lett. 86B, 283 (1979).

28. C. Dokos and T. Tomaras, Phys. Rev. D 21, 2940 (1980).

29. This trick was discovered by G. 't Hooft, Nucl. Phys. B105, 538
(1976) and by E. Corrigan, D. Olive, D. Fairlie, and J. Nuyts,
Nucl. Phys. B106, 475 (1976).

30. J. Schwinger, Phys. Rev. 144, 1087; 151, 1048; 151, 1055 (1966).

31. For example, see L. Landau and E. Lifshitz, *Quantum Mechanics*
(3rd ed.)(Pergamon, 1977) p. 410.

MSFT_TSOPT_000049623