# EXHIBIT 19

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————————

MICROSOFT CORPORATION,

Petitioner,

v.

TS-OPTICS CORPORATION,

Patent Owner.

———————————————

PTAB Case No. IPR2025-00767

Patent No. 7,266,055

———————————————

**PETITION FOR *INTER PARTES* REVIEW
OF U.S. PATENT NO. 7,266,055 B2**

MSFT_TSOPT_000049209

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ....................................................................1

II.     MANDATORY NOTICES .......................................................1

    A.   Real Parties-in-interest ...................................................1

    B.   Related Matters................................................................1

    C.   Counsel and Service Information.....................................1

III.    REQUIREMENTS FOR *INTER PARTES* REVIEW....................2

    A.   Grounds for Standing ......................................................2

    B.   Relief Requested..............................................................2

        1.   Prior art ...................................................................2

        2.   Grounds for challenge under 35 U.S.C. §103............3

IV.     THE '055 PATENT .................................................................3

    A.   Summary ..........................................................................3

    B.   Prosecution History .........................................................5

    C.   Claim Construction ..........................................................6

    D.   Level of Ordinary Skill ....................................................6

V.      OBVIOUSNESS OF THE CHALLENGED CLAIMS ..............6

    A.   Ground 1:  Choi Alone or in view of AAPA Renders Obvious
        Claims 1-4, 7-8, 10-13, 15 and 40....................................6

        1.   Claim 1 .....................................................................8

            a.   1[pre] "An optical pickup actuator for use with an
               objective lens on a base, comprising:" ............................8

            b.   1[a]:  "a blade holding the objective lens;" ..................11

            c.   1[b]:  "a plurality of suspension wires supporting
               the blade on the base so that the blade is elastically
               movable;"........................................................................11

            d.   1[c]:  "a magnetic element positioned on the base;".....12

-i-

MSFT_TSOPT_000049210

# TABLE OF CONTENTS
## (continued)

Page

    e.    1[d]: "a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing and/or tilting direction through an interaction with the magnetic element;"...................................................13

    f.    1[e]: "wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and;"...........14

    g.    1[f]: "wherein the coil comprises a pair of first coils positioned on the blade in a first direction and facing each other with respect to the objective lens." ........................................................................15

**2.**    Claim 10....................................................................16

    a.    10[pre]: "An optical disc drive for a disc that is a recording medium, comprising:"...................................16

    b.    10[a]: "a spindle motor for rotating the disc;" .............16

    c.    10[b]: "an optical pickup for recording and/or reproducing information by emitting light onto the disc through an objective lens;" ....................................17

    d.    10[c]: "an optical pickup actuator for controlling a position of the objective lens so that the emitted light is focused on a desired position of the disc, the optical pickup actuator comprising:".......................17

    e.    10[d]: "a blade holding the objective lens,".................17

    f.    10[e]: "a plurality of suspension wires supporting the blade on a base so that the blade is elastically movable,"...................................................................18

    g.    10[f]: "a magnetic element positioned on the base, and,"...................................................................18

    h.    10[g]: "a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing direction and/or a tilting direction through interaction with the magnetic element,".........................18

MSFT_TSOPT_000049211

# TABLE OF CONTENTS
## (continued)

Page

    **i.**     10[h]: "wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and"............18

    **j.**     10[i]: "wherein the coil comprises a pair of first coils positioned on the blade in a first direction so as to face each other with respect to the objective lens." ..................................................................................18

**3.**    Claims 2/11: "…wherein the coil comprises a coil surrounding an outer surface of the blade/…wherein the coil comprises a coil positioned on the blade so as to surround an outer surface of the blade."................................18

**4.**    Claims 3/12: "…further comprising/comprises a second coil positioned vertically on a side of the blade in a second direction substantially perpendicular to the first direction, the second coil generating an electromagnetic force in a tracking direction through interaction with the magnetic element."..................................................19

**5.**    Claims 4/13: "…wherein the second coil is positioned on both sides of the blade."..........................................................21

**6.**    Claim 7: "…wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade and have the same polarity."............21

**7.**    Claims 8/15: "…wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity.".....................................25

**8.**    Claim 40:.................................................................................29

    **a.**     40[pre]: "An optical pickup actuator for use with an objective lens on a base, comprising:" .....................29

    **b.**     40[a]: "a blade holding the objective lens;"................29

    **c.**     40[b]: "a plurality of suspension wires movingly supporting the blade on the base;"................................29

MSFT_TSOPT_000049212

# TABLE OF CONTENTS
## (continued)

Page

    d.    40[c]:  "a plurality of hinges each of [sic] coupled to an end of a suspension wire;"...................................29

    e.    40[d]:  "a pair of unipolar magnets positioned on the base; and".............................................................30

    f.    40[e]:  "a plurality of coils connected to an electric circuit and interacting with the unipolar magnets to create an electromagnet force to move the blade; and".................................................................30

    g.    40[f]:  "wherein at least one of the plurality of coils is divided into subcoils and a hinge coupled to each of the plurality of suspension wires is between an adjacent pair of subcoils." ..........................31

B.    Ground 2:  The Choi-Ogata Combination Renders Obvious Claims 1-4, 7-8, 10-13, 15, 40 and 43-45. .........................................32

    1.    Claims 1 and 10: .................................................37

    2.    Claims 2-4, 7-8, 11-13 and 15: ...............................38

    3.    Claim 40 ..............................................................38

        a.    40[pre]-40[b]..............................................38

        b.    40[c]..........................................................39

        c.    40[d]..........................................................40

        d.    40[e]..........................................................41

        e.    40[f] ..........................................................41

    4.    Claim 43:  "…wherein the coils are focus and tracking coils and the electric circuit supplies current to the coils in the same direction." ..........................................42

    5.    Claim 44:  "…wherein the coils are focus and tracking coils, of which the focus coil also serves as a tilt coil and the electric circuit supplies current separately to each of the coils." ...........................................................44

MSFT_TSOPT_000049213

# TABLE OF CONTENTS
## (continued)

Page

    **6.**    Claim 45: "…wherein the coils are focus, tracking, and tilt coils and the circuit supplies current to the coils in opposite directions." .............................................................46

**C.**    Ground 3: The Choi-Ogata-Santo Combination Renders Obvious Claims 41-42.........................................................48

    **1.**    Claim 41: "…wherein the plurality of suspension wires are at least six suspension wires and the coil is divided into three or more subcoils." ................................................49

    **2.**    Claim 42: "…wherein a first hinge and a second hinge are positioned on each of a top and a bottom of one of the coils, respectively, and a third hinge is positioned between two of the subcoils." ................................................52

**D.**    Ground 4: Choi and Ikeda Render Obvious Claims 7-8 .................52

**E.**    Ground 5: The Choi-Ogata-Ikeda Combination Renders Obvious Claims 40 and 43-45 ...........................................54

**F.**    Ground 6: The Choi-Ogata-Santo-Ikeda Combination Renders Obvious Claims 41-42........................................54

**G.**    Ground 7: Ogata and Kamata Render Obvious Claims 36-38..........55

    **1.**    Claim 36 .........................................................................59

        **a.**    36[pre]: "An optical pickup actuator for use with an objective lens on a base, comprising:" ....................59

        **b.**    36[a]: "a blade holding the objective lens;" ................60

        **c.**    36[b]: "a plurality of suspension wires movingly supporting the blade on the base;"................................61

        **d.**    36[c]: "a pair of unipolar magnets positioned on the base; and;"...........................................................62

        **e.**    36[d]: "a plurality of coils positioned on the blade and interacting with the unipolar magnets to create an electromagnet force to move the blade; and;"..........63

MSFT_TSOPT_000049214

# TABLE OF CONTENTS
## (continued)

Page

    **f.**    36[e]: "an inner yoke positioned inside a cavity defined by the walls of a coil, wherein the yoke comprises three sections with each of the three sections of the yoke being parallel to a different wall of the cavity to increase an effective area facing the magnets." ......................................................64

**2.**    Claim 37: "…wherein one of the coils is divided into a plurality of subcoils that are separated from one another."......68

**3.**    Claim 38: "…wherein one of the coils is positioned to surround the sides of the blade."............................................69

**H.**    Ground 8: Kabasawa Alone or in View of AAPA Renders Obvious Claims 17, 21, 23-24 and 28.................................................69

**1.**    Claim 17 .....................................................................................69

    **a.**    17[pre]: "An optical pickup actuator for use with an objective lens on a base, comprising:" .....................69

    **b.**    17[a]: "a blade holding the objective lens;" ................71

    **c.**    17[b]: "a plurality of suspension wires supporting the blade on the base so that the blade is elastically movable;"........................................................................71

    **d.**    17[c]: "a pair of first coils positioned horizontally on the blade and disposed opposite each other with respect to the objective lens in a first direction;" ..........72

    **e.**    17[d]: "a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction; and"......................74

    **f.**    17[e]: "an inner yoke positioned on the base, the inner yoke positioned inside a cavity defined by each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction." ........................................................................74

MSFT_TSOPT_000049215

# TABLE OF CONTENTS
## (continued)

Page

2.   Claim 21: "…further comprising a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity." ........................................................................76

3.   Claim 23: "…wherein the second coil is positioned vertically on both sides of the blade in the second [direction]." ..............................................................78

4.   Claim 24 ...........................................................................79

   a.   24[pre]: "An optical disc drive for a disc that is a recording medium, comprising:" ...................................79

   b.   24[a]: "a spindle motor for rotating the disc;" .............79

   c.   24[b]: "an optical pickup for recording and/or reproducing information by emitting light focuses onto the disc through an objective lens; and;" ..............80

   d.   24[c]: "an optical pickup actuator for controlling a position of the objective lens so that the emitted light is focused on a desired position of the disc, the optical pickup actuator comprising:" ......................80

   e.   24[d]: "a blade holding the objective lens and supported on a base by a plurality of suspension wires so that the blade is elastically movable," .............81

   f.   24[e]: "a pair of first coils positioned horizontally on the blade and disposed opposite each other with respect to the objective lens in a first direction," ..........81

   g.   24[f]: "a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction, and" ......................81

   h.   24[g]: "an inner yoke positioned on the base, the inner yoke positioned inside a cavity formed by walls of each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction." .......................................................81

MSFT_TSOPT_000049216

# TABLE OF CONTENTS
## (continued)

Page

5.  Claim 28:  "The optical disc drive according to claim 24, wherein the optical pickup actuator further comprises a pair of unipolar magnets disposed opposite to each other with respect to the blade in the second direction and have the same polarity." ................................................................81

I.  Ground 9:  Miura, Alone or in View of AAPA, Combined with Kamata Renders Obvious Claims 17, 19, 23-24 and 26 ...................81

    1.  Claim 17 ...........................................................................82

        a.  17[pre].........................................................................82

        b.  17[a] ...........................................................................83

        c.  17[b] ...........................................................................83

        d.  17[c] ...........................................................................84

        e.  17[d] ...........................................................................85

        f.  17[e] ...........................................................................87

    2.  Claim 24 ...........................................................................93

        a.  24[pre].........................................................................93

        b.  24[a] ...........................................................................93

        c.  24[b] ...........................................................................94

        d.  24[c] ...........................................................................94

        e.  24[d] ...........................................................................94

        f.  24[e]-24[g] ...................................................................94

    3.  Claims 19/26:  "…further comprising a third coil positioned so as to surround the sides of the blade."...............94

    4.  Claim 23 ...........................................................................97

J.  Ground 10:  Sugiyama, Alone or in Combination with AAPA, Renders Obvious Claims 1, 3-4, 10, and 12-13. ...............................98

    1.  Claim 1 .............................................................................99

        a.  1[pre]...........................................................................99

MSFT_TSOPT_000049217

## TABLE OF CONTENTS
### (continued)

**Page**

|   |   |   |   |
|---|---|---|---|
| | **b.** | 1[a] | 100 |
| | **c.** | 1[b] | 101 |
| | **d.** | 1[c] | 101 |
| | **e.** | 1[d] | 102 |
| | **f.** | 1[e] | 104 |
| | **g.** | 1[f] | 104 |
| **2.** | | Claim 3 | 105 |
| **3.** | | Claim 4 | 107 |
| **4.** | | Claim 10 | 107 |
| | **a.** | 10[pre] | 107 |
| | **b.** | 10[a] | 107 |
| | **c.** | 10[b] | 108 |
| | **d.** | 10[c] | 108 |
| | **e.** | 10[d]-10[i] | 109 |
| **5.** | | Claim 12 | 109 |
| **6.** | | Claim 13 | 109 |

K.    Ground 11:  Sugiyama Alone or in View of AAPA, Combined with Kabasawa Renders Obvious Claims 5-6 and 14. ...... 109

1.    Claims 5/6/14: "…further comprising an inner yoke positioned on the base and positioned within a cavity defined by walls of the first coil, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction." ...... 109

**VI. DISCRETIONARY DENIAL IS NOT WARRANTED** ...... **115**

A.    §314(a) and *Fintiv* Factors ...... 115

B.    §325(d) ...... 117

**VII. CONCLUSION** ...... **118**

**CLAIMS APPENDIX** ...... **119**

-ix-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

## EXHIBIT LIST

Ex. 1001    U.S. Patent No. 7,266,055 B2 to Cho et al. ("'055 patent")

Ex. 1002    Declaration of Masud Mansuripur, Ph.D. ("Mansuripur")

Ex. 1003    Korean Patent Appl. Pub. No. 2001-0038068A to Choi et al. ("Choi")

Ex. 1004    Japanese Patent Appl. Pub. No. H4-113524A to Ogata ("Ogata")

Ex. 1005    U.S. Patent Appl. Pub. No. 2003/0007430 A1 to Ikeda et al. ("Ikeda")

Ex. 1006    Japanese Patent Appl. Pub. No. 11-203697A to Kamata ("Kamata")

Ex. 1007    U.S. Patent No. 6,344,936 B1 to Santo ("Santo")

Ex. 1008    U.S. Patent Appl. Pub. No. 2003/0067848 A1 to Kabasawa et al. ("Kabasawa")

Ex. 1009    Japanese Patent Appl. Pub. No. JP2000123386A to Miura ("Miura")

Ex. 1010    Japanese Patent Appl. Pub. No. JP200118269A to Sugiyama ("Sugiyama")

Ex. 1011    Prosecution File History of '055 Patent

Ex. 1012    U.S. Patent No. 7,817,505 B2

Ex. 1013    U.S. Patent No. 7,065,774 B2

Ex. 1014    U.S. Patent Publication No. 2008/0285423 A1

Ex. 1015    U.S. Patent No. 5,561,648

Ex. 1016    U.S. Patent No. 7,369,335 B2

Ex. 1017    European Patent Application No. EP 1675111 A2

Ex. 1018    CDCaL Median Time-to-Trial Statistics

MSFT_TSOPT_000049219

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

## I.    INTRODUCTION

The challenged claims of the '055 patent were already known in the art and would have been obvious to a person of ordinary skill in the art (POSITA).

## II.    MANDATORY NOTICES

### A.    Real Parties-in-interest

Pursuant to 35 U.S.C. §312(a)(2) and 37 C.F.R. §42.8(b)(1), the real party in interest in filing this IPR petition is Petitioner Microsoft Corporation.  Out of an abundance of caution, Petitioner further identifies Lite-On Technology Corporation as a supplier of an optical drive supplier to Petitioner.  Lite-On has not been sued by Patent Owner, however, and accordingly, there would be no time bar even if Lite-On were a real party in interest.  *See SharkNinja Operating LLC v. iRobot Corp.*, IPR2020-00734, Paper 11 at 18-20 (PTAB Oct. 6, 2020) (precedential).

### B.    Related Matters

Patent Owner, TS-Optics Corporation ("TS-Optics," or "PO") asserts that Petitioner infringes the '505 patent in a district court lawsuit captioned *TS-Optics Corp. v. Microsoft Corp.*, No. 8:29-cv-01974-DOC-DFM (C.D. Cal.) (complaint filed Sept. 12, 2024 and served Oct. 1, 2024).

### C.    Counsel and Service Information

Lead counsel:  Babak Tehranchi (Reg. No. 55,937).

Back-up counsel:  Patrick J. McKeever (Reg. No. 66,019) and Christina J. McCullough (Reg No. 58,720).

MSFT_TSOPT_000049220

These attorneys can be reached by mail at Perkins Coie LLP, 11452 El Camino Real, Suite 300, San Diego, CA 92130; by phone at (858) 720-5700; and by fax at (858) 720-5799.

Petitioners consent to electronic service. All services and communications to the attorneys listed above may be sent to:

MSFT-TSOptics-IPRService@perkinscoie.com.

A Power of Attorney is being filed concurrently.

## III. REQUIREMENTS FOR *INTER PARTES* REVIEW

### A. Grounds for Standing

The '055 patent is available for IPR and Petitioner is not barred from requesting IPR.

### B. Relief Requested

Claims 1-8, 10-15, 17, 19, 21, 23-24, 26, 28, 36-38, 40-45 are challenged under pre-AIA 35 U.S.C. § 103.

#### 1. Prior art

Petitioner relies upon the references listed in the Exhibit List, including declaration of Prof. Masud Mansuripur, Ph.D. ("Mansuripur" (Ex. 1002), and the following:

MSFT_TSOPT_000049221

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| Reference | Prior Art Under Pre-AIA 35 U.S.C. | Exhibit |
|---|---|---|
| Choi | 102(b) | 1003 |
| Ogata | 102(b) | 1004 |
| Ikeda | 102(a),(e) | 1005 |
| Kamata | 102(b) | 1006 |
| Santo | 102(b) | 1007 |
| Kabasawa | 102(a),(e) | 1008 |
| Miura | 102(b) | 1009 |
| Sugiyama | 102(b) | 1010 |

### 2.    Grounds for challenge under 35 U.S.C. §103

| Ground | Reference(s) | Challenged Claims |
|---|---|---|
| 1 | Choi alone or with AAPA | 1-4, 7-8, 10-13, 15, 40 |
| 2 | Choi+Ogata | 1-4, 7-8, 10-13, 15, 40, 43-45 |
| 3 | Choi+Ogata+Santo | 41-42 |
| 4 | Choi+Ikeda | 7-8 |
| 5 | Choi+Ogata+Ikeda | 40, 43-45 |
| 6 | Choi+Ogata+Santo+Ikeda | 41-42 |
| 7 | Ogata+Kamata | 36-38 |
| 8 | Kabasawa alone or with AAPA | 17, 21, 23-24, 28 |
| 9 | Miura (alone or with AAPA) +Kamata | 17, 19, 23-24, 26 |
| 10 | Sugiyama alone or with AAPA | 1, 3-4, 10, 12-13 |
| 11 | Sugiyama (alone or with AAPA)+Kabasawa | 5-6, 14 |

## IV.   THE '055 PATENT

### A.    Summary

The '055 patent describes an optical pickup actuator that includes a blade

holding an objective lens and supported on a base by a plurality of suspension

wires, a magnetic element on the base, and a number of coils.  Ex. 1001, Abstract.

MSFT_TSOPT_000049222

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Figures 4-7 illustrate the main embodiment and Figure 8 illustrates an alternate embodiment. *Id.*, 5:43-55. The Figure 4 actuator includes a base 100, a blade 110, yokes 171 and 190, and a pair of magnets 180. *Id.*, 6:23-38. The actuator also includes first coil 130 (tilt coils), second coil 140 (tracking coils) and third coil 150 (focusing coils) positioned on the blade. *Id.*, 6:39-40. The third coil 150 may be vertically divided into a plurality of coils. *Id.*, 6:55-57; FIG. 4.



First coil 130 includes coils 131/132 positioned horizontally on the blade 110 in the X-direction; second coil 140 is disposed on either one or two sides 113/114 in the Y-direction to generate an electromagnetic force in the tracking direction, X, due to interaction with magnets 180. *Id.*, 6:40-52.

-4-

MSFT_TSOPT_000049223

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

A pair of inner yokes 190, positioned on base 100, includes a straight side-wall 192 and a pair of bent sections 191 to improve the sensitivity in tilt and track-ing directions. *Id.*, 7:49-54; 7:64-8:54, Fig. 5; Mansuripur ¶¶26-33.



**B. Prosecution History**

The '055 patent was filed on May 20, 2004, claiming priority to Korean Pa-tent application dated June 2, 2003. Ex. 1011, 208-285. The first Office Action rejected several claims based on Korean Patent 2002-140828, indicated claims 32-47 were allowed and some dependent claims included allowable subject matter. *Id.*, 167-170. Applicant amended independent claims 1 and 11 with claims 2 and 12 limitations, respectively, and argued against the rejections. *Id.*, 151-163.

MSFT_TSOPT_000049224

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

A Notice of Allowance was issued on April 27, 2007, which did not specify the reasons for allowance. *Id.*, 142-146. Applicant then filed an information disclosure statement, and subsequently, the patent was issued on September 4, 2007. *Id.*, 23-28, 11. Post issuance, Applicant corrected a typographical error in claim 21 via a certificate of correction. *Id.*, 9-10.

### C.    Claim Construction

At this time, Petitioner does not believe construction of any term is necessary to resolve the invalidity challenges.

### D.    Level of Ordinary Skill

As of the alleged June 2, 2003, priority date of the '055 patent, a POSITA would have had a bachelor's degree in mechanical or electrical engineering and two to five years of industry experience in designing optical storage devices, disk drives or in a similar field. A POSITA could substitute additional education for experience, e.g., substituting an advanced degree relating to the mechanical design of storage systems, including optical storage devices and drives, for industry experience in a related field and vice versa. Mansuripur ¶¶16-19.

## V.    OBVIOUSNESS OF THE CHALLENGED CLAIMS

### A.    Ground 1:  Choi Alone or in view of AAPA Renders Obvious

MSFT_TSOPT_000049225

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**Claims 1-4, 7-8, 10-13, 15 and 40.**

<u>Choi</u> describes an optical pickup assembly that includes a bobbin with an objective lens, focus, tracking and tilt coils, a plurality of magnets and yokes to generate electromagnetic force that drives the objective lens. Choi, Abstract.

5      Choi's Figure 9 (below, annotated by Petitioner) shows an optical pickup assembly. *Id.*, 47.[1] It includes a base (100), and a bobbin (110) that accommodates an objective lens (111). *Id.*, 51-81, 131-135, 162-171. The assembly also includes a focusing coil (112) and tracking coils (113) that drive the objective lens in the focusing direction (A) and tracking direction (B). *Id.* The base (100) includes a first

10     set of magnets (130) and yoke (131) that interact with the current flowing through focusing (112) and tracking (113) coils. *Id.* Tilt coils (114, 114') drive the objective lens (111) in tilt directions (C, D) via interaction between the current flowing through the tilt coils (114, 114') and a second set of magnets (140, 140'). *Id.*, 142-144, 166-170.

---

[1] Citations reference line numbers in Choi. A similar convention is used when citing to Ogata, Kamata, Miura and Sugiyama references.

MSFT_TSOPT_000049226

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 of Choi
(annotated)**

Choi's objective lens (111) is elastically and movably supported on holder

(120) by an elastic support material (121).  *Id.,* Abstract, 93-95, 122-127, 182-186;

Mansuripur ¶¶43-46.

### 1.    Claim 1

a.    **1[pre][2] "An optical pickup actuator for use with an**

---

[2] Claims and associated identifiers (*e.g.*, 1[pre]) are listed in Claims Appendix.

MSFT_TSOPT_000049227

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

objective lens on a base, comprising:"

Choi discloses an optical pickup assembly (Choi, Abstract), where "an ex-
ploded perspective view of *an optical pickup assembly*"[3] is shown in Figure 9. *Id.*,
47; Fig. 9. Choi's optical pickup assembly includes "a bobbin equipped with *an
objective lens*, an elastic support material to elastically and movably support the
bobbin on *a holder fixed to a predetermined base*." *Id.*, Abstract. The optical
pickup assembly in Choi's Figure 9 includes a bobbin (blade) accommodating ob-
jective lens (111) on base (100).

-----

[3] Unless otherwise indicated, all bold/italicized emphases are added by Petitioner.

MSFT_TSOPT_000049228

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 of Choi
(annotated)**

Choi's pickup assembly includes an optical pickup actuator because it in-

cludes a bobbin with associated coils that control the position of the objective lens

and move it in focusing (A), tracking (B) and tilting (C, D) directions.  *Id.*, 162-

5    170, 131-135.  This is consistent with the '055 patent's description that an optical

-10-

MSFT_TSOPT_000049229

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

pickup actuator controls the position of an objective lens in focusing and tracking directions. Ex. 1001, 1:28-35. *See also*, Mansuripur ¶¶47-48.

### b.    1[a]: "a blade holding the objective lens;"

Choi discloses a blade (bobbin) holding objective lens (111), as shown in annotated Figure 9 (above). Choi, 131-133, 162-163, 182-186. Choi's bobbin is similar in appearance and functionality to blade 110 in the '055 patent. Ex. 1001, 6:23-24, Fig. 4 (Element 110). It would have been obvious to a POSITA that the terms bobbin (*see, e.g.,* Abstracts in Exhibits 1016, 1017), blade (*see, e.g.,* Abstracts in Exhibits 1012, 1013) and lens holder (*see, e.g.,* Abstracts in Exhibits 1014, 1015) were used interchangeably in the context of optical pickup actuators. Mansuripur, ¶¶49-50.

### c.    1[b]:  "a plurality of suspension wires supporting the blade on the base so that the blade is elastically movable;"

Choi describes a plurality of suspension wires as two elastic support material (121) that "elastically and movably" support the blade on holder (120) that is fixed to, and installed on, base (100). Choi, Abstract, 77, 132-133. 152-153, Fig. 9 (annotated above), Fig. 11 (Element 121). Additionally, using suspension wires for elastically moving the blade is applicant admitted prior art (AAPA) described in prior art Figures 1 and 2 of the '055 patent. Ex. 1001, 2:39-43; Mansuripur, ¶51.

-11-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### d.    1[c]:  "a magnetic element positioned on the base;"

Choi's optical pickup assembly includes first magnets (130) and second

magnets (140, 140'), any one or a combination of which can be construed as claim

1's magnetic element.  Choi's magnets are positioned on the base (see Fig. 9, illus-

5   trating magnets attached to yokes 131, 141, 141' on base 100) and interact with the

current flowing through focusing (112), tracking (113) and tilt (114) coils to move

the objective lens in focusing, tracking and tilt directions.  Choi, 142-144, 167-171,

Fig. 9 (annotated below); *see also*, *id*., 133-144.



**Figure 9 of Choi
(annotated)**

MSFT_TSOPT_000049231

Interpreting "a magnetic element" to encompass one or more magnetic elements is consistent with the '055 patent's explanation that its pickup assembly includes more than a single magnetic element, namely, "***a pair*** of magnets 180" that interact with focus coil (150) and/or tilt coils (130). Ex. 1001, 6:25-27; Figures 4, 5 and 7. This interpretation is confirmed by dependent claims 7 and 8 that recite "the magnetic element comprises ***a pair*** of unipolar magnets." *Id.*, 11:13-20. *See also*, Mansuripur, ¶¶52-53.

> **e.    1[d]: "a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing and/or[4] tilting direction through an interaction with the magnetic element;"**

Choi discloses this limitation because Choi's focusing coil (112) interacts with first magnets (130) to move the blade in the focusing direction (Choi, 133-135, 162-163) and its four tilt coils (114, 114') interact with second magnets (140, 140') to move the blade in tilt directions. *Id.*, 166-170, Fig. 9 (annotated above).

Choi's focusing and tilt coils are positioned horizontally on the blade because they are positioned on the blade and the direction of their windings is parallel to the top surface of the blade. *Id.*, Fig. 9. This interpretation is consistent with

---

[4] The term "and/or" is ambiguous. Nevertheless, Choi renders 1[d] obvious under any interpretation.

MSFT_TSOPT_000049232

the '055 patent, where focusing (150) and tilt coils (130) of Figures 4 and 5 are positioned horizontally on the blade.  *See* Ex. 1001, 6:39-41 and 6:55-56; Mansuripur, ¶¶54-56.

Additionally, Choi's focusing and tilts coils singly, or in combination, satisfy the claimed "***a coil***… to generate an electromagnetic force in a focusing and/or tilting direction."  Notably, the courts have interpreted that the indefinite article "a" means 'one or more' in open-ended claims with "comprising" as the transitional phrase (like claim 1 here).  *See Convolve, Inc. v. Compaq Computer Corp.,* 812 F.3d 1313 (Fed. Cir. 2016) (quoting *KCJ Corp. v. Kinetic Concepts, Inc.*, 223 F.3d 1351, 1356 (Fed. Cir. 2000)).  In fact, Element 1[f] (below) recites "***the coil comprises a pair of first coils***," which confirms that the claimed coil can include more than one coil.  Mansuripur, ¶57.

> **f.     1[e]:  "wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and;"**

Choi describes this limitation because its coil is divided into subcoils (112) and subcoils (114, 114').  See Element 1[d], *supra.*  Annotated Figure 9 below shows Choi's tilt subcoil being vertically separated from an adjacent subcoil (i.e., the focusing subcoil).  While only one tilt subcoil is annotated, the same vertical separation exists between each tilt subcoil and the focusing subcoil.  Similarly, the

-14-

MSFT_TSOPT_000049233

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

focusing subcoil is separated from an adjacent tilt subcoil in the vertical direction,

thus rendering this limitation obvious.  Mansuripur, ¶58.



**Figure 9 (partial)**

> **g.    1[f]:  "wherein the coil comprises a pair of first coils
> positioned on the blade in a first direction and facing each
> other with respect to the objective lens."**

Choi describes this limitation because its coil includes a pair of tilt coils

(114, 114') positioned on the blade, facing each other with respect to objective lens

(111).  Choi, 164-167.  As annotated Figure 9 (below) shows, Choi's pair of tilt

coils (114, 114') (a pair of first coils) are on the blade in the E-direction[5] (first di-

rection).  Mansuripur, ¶¶59-60.

---

[5] Petitioner has annotated Figure 9 to designate directions A, B and E.  Choi's Fig-

ure 9 already includes directions A and B.

-15-

MSFT_TSOPT_000049234

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 (partial)**
**(annotated to include coordinate system)**

### 2.  Claim 10

#### a.  10[pre]:  "An optical disc drive for a disc that is a recording medium, comprising:"

5    Choi teaches or suggests the preamble by describing an optical disc drive, including an optical pickup assembly, to record on the optical disc (recording medium):  "…***disk players*** that record and play information on disks…are provided with an optical pickup assembly that…***records or reproduces information***."  Choi, 91-92; Mansuripur, ¶¶26, 84-85.

10    #### b.  10[a]:  "a spindle motor for rotating the disc;"

Choi teaches or suggests this limitation because it describes a disk player that plays/records information on an optical disc (Choi, 91-92); a POSITA would have known or found obvious that optical disc drives included a spindle motor to

-16-

MSFT_TSOPT_000049235

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

rotate the disc.  Mansuripur, ¶86.  A spindle motor in an optical disc drive is also

AAPA, as described as part of conventional (prior art) devices in the '055 patent.

Ex. 1001, 1:23-27, 3:3-8; Mansuripur, ¶86.

> **c.    10[b]:  "an optical pickup for recording and/or repro-
> ducing information by emitting light onto the disc through
> an objective lens;"**

Choi describes "***an optical pickup assembly*** that … ***radiates light to the***

***disk, receives light reflected from the disk***, and records or reproduces infor-

mation." Choi, 91-92.  As explained in Element 1[pre], Choi's pickup assembly ac-

commodates an objective lens for focusing the light onto the disc.  *See e.g.*, Choi,

Abstract. Therefore, Choi teaches or suggests the claimed optical pick and objec-

tive lens similar to the '055 patent's description.  See, Ex. 1001, 6:6-11.  Addition-

ally, an optical pickup for recording/reproducing information was well-known in

the art and is AAPA.  *Id.*, 1:20-31; Mansuripur, ¶87.

> **d.    10[c]:  "an optical pickup actuator for controlling a
> position of the objective lens so that the emitted light is fo-
> cused on a desired position of the disc, the optical pickup
> actuator comprising:"**

See Element 1[pre]; *see also* Choi, 107-109, 118-119 explaining that its in-

vention strives to ensure light emitted from the objective is provided to the desired

location.

> **e.    10[d]:  "a blade holding the objective lens,"**

See Element 1[a].

-17-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

      f.     **10[e]: "a plurality of suspension wires supporting the blade on a base so that the blade is elastically movable,"**

See Element 1[b].

      g.     **10[f]: "a magnetic element positioned on the base, and,"**

See Element 1[c].

      h.     **10[g]: "a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing direction and/or a tilting direction through interaction with the magnetic element,"**

See Element 1[d].

      i.     **10[h]: "wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and"**

See Element 1[e].

      j.     **10[i]: "wherein the coil comprises a pair of first coils positioned on the blade in a first direction so as to face each other with respect to the objective lens."**

See Element 1[f].

      **3.     Claims 2/11: "…wherein the coil comprises a coil surrounding an outer surface of the blade/…wherein the coil comprises a coil positioned on the blade so as to surround an outer surface of the blade."**

Choi's pickup actuator includes a focusing coil (112) wrapping around the side surfaces (outer surface) of the bobbin (blade). Choi, 52, 133-134, 162-163, Fig. 9, Element 112. This is consistent with the '055 patent's explanation that

-18-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

focusing coil 150 surrounds the outside of the blade.  *See* Ex. 1001, 6:55-56; Fig.

4; Mansuripur, ¶61.

## FIG. 4



> 4.    Claims 3/12: "…further comprising/comprises a second coil
positioned vertically on a side of the blade in a second direction substantially
perpendicular to the first direction, the second coil generating an electromag-
netic force in a tracking direction through interaction with the magnetic ele-
ment."

Choi discloses the second coil as tracking coils (113) positioned vertically

along the sides of the blade in a second direction (B-direction) that is perpendicular

to the first direction (E-direction), as illustrated in Figure 9 (annotated below).

Choi's tracking coils (113) include two pairs of subcoils, each pair positioned ver-

tically on one sidewall of the blade; the vertically-placed pair of subcoils (113) are

separated in the second (B) direction.

MSFT_TSOPT_000049238

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 (partial)**
**(annotated to include coordinate system)**

The second coil generating an electromagnetic force in a tracking direction through interaction with the magnetic element:  Choi describes "bobbin 110 is equipped with…*a tracking coil 113* for driving the objective lens 111 in…*tracking direction (B)*; the base 100 is equipped with *a first magnet 130* and a first yoke 131 *for interaction with the current flowing through the coils* 112 and *113*."  Choi, 132-135, 182-186.  Choi further explains such an interaction "generate[s] electromagnetic force that drives the objective lens along with the current flowing through each coil." *Id.*, 124-125.  It would have been obvious to a POSITA that Choi's tracking coils generated an electromagnetic force in the tracking direction because, as their name implies, those coils drive the objective lens in the tracking

MSFT_TSOPT_000049239

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

direction through the interaction with the current flowing through those coils and

the magnetic element.  Mansuripur, ¶¶63-64.

### 5.    Claims 4/13:  "…wherein the second coil is positioned on both sides of the blade."

5    Choi's tracking coils (113) (second coil) are positioned on both sides of the

bobbin (Choi, 131-135), as shown in annotated Figure 9 (above), and annotated

Figure 11 (below).  Mansuripur, ¶65.



**Choi's Figure 11
(annotated)**

### 6.    Claim 7:  "…wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade and have the same polarity."

10    As Professor Mansuripur explains, all magnets are bipolar, having a north

pole and a south pole, and a true unipolar magnet does not exist.  Mansuripur,

¶¶66-67.  In the optical pickup actuator context, a unipolar magnet refers to using

MSFT_TSOPT_000049240

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

the magnet such that only one pole–either north or south (but not both)–faces and

interacts with a particular coil.  This type of unipolar interaction is described

in '055 patent's Figure 5 (annotated below), where north pole (N) of magnetic Ele-

ment 180 is facing, and interacting with, coils 141 and 142.  Ex. 1001, 6:19-54.

5



**Figure 5 of '055 patent
(annotated)**

This is also shown in '055 patent's Figure 2 (below), where the north pole of

each magnet 22a,b interacts with coils 12a,b.  Figure 2 also shows a bipolar inter-

action where both north and south poles of magnets 21a,b face, and interact with,

10    coils 11a,b.

-22-

MSFT_TSOPT_000049241

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2 of '055 patent
(annotated)**

Ex. 1001, 1:36-37, 1:48-52; Mansuripur, ¶¶67-70.

It is inherent and/or obvious that Choi's magnets (130) have unipolar inter-

actions with focusing coil (112).  Notably, focusing coil (112) completely wraps

5  around the blade, and when energized, produces an electromagnetic field around

the bobbin's periphery that interacts with magnets (130).  To move the bobbin in

focusing direction (A), both ends of the bobbin must move either up or down, and

this is possible only when the same polarity (either both N or both S poles) of mag-

nets (130) faces the coil (112).

-23-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9
(annotated)**

This scenario can be explained using the below diagram, where the north poles of both magnets (130) are facing coil (112) (alternatively, both south poles could be facing the coil), and the current (blue arrows) through the coil (112) is in the clockwise direction. Mansuripur, ¶¶71-77. The two sides of coil (112) facing magnets (130) (the "magnet-adjacent sides") carry their electrical currents in opposite directions relative to each other. The "unipolar" magnets (130) thus exert a Lorentz force on the magnet-adjacent sides of coil (112) in the same direction (either both up or both down)–i.e., along the A-direction depicted in Choi's Figure 9.

-24-

MSFT_TSOPT_000049243

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Depending on the current's direction (clockwise or counterclockwise), the Lorentz

force acting on coil (112) moves the bobbin (110) either up or down, in the focus-

ing direction.  This interaction is possible only with "unipolar" magnets.  *Id*.



**Illustrative Figure – Focus Coil Interaction**
**(Prepared by Petitioner)**

5          **7.    Claims 8/15:  "…wherein the magnetic element comprises a
pair of unipolar magnets disposed opposite each other with respect to the
blade in the second direction and have the same polarity."**

Choi teaches or suggests unipolar interaction between its tilt coils (114,

114') and magnets (140, 140') ("a pair of unipolar magnets") which are disposed

10   in the B-direction (second direction).  See annotated Fig. 9 of Choi below.  Choi

explains:  "interaction between the *current flowing in the tilt coils 114 and 114'*

*and the magnetic force generated by the second magnets 140 and 140'* and the

second yoke 141 and 141' *causes the tilt operation to be implemented in the di-*

*rections of arrows C and D.*"  Choi, 168-170.

-25-

MSFT_TSOPT_000049244

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 of Choi
(annotated)**

It is inherent and/or obvious that magnets (140, or 140') positioned in the second (B) direction would be in a unipolar configuration with respect to tilt coils (114/114') because each tilt coil must interact with *a single magnetic pole* of the corresponding magnet to properly move the bobbin in the tilt direction. Otherwise, if the magnets 140/140' were not "unipolar" and each had two poles facing the corresponding tilt coil 114/114', proper tilting would not occur. Mansuripur, ¶¶77-83.

-26-

MSFT_TSOPT_000049245

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

The below figure (prepared by Petitioner) further illustrates the principles behind unipolar interaction, where the pair of magnets (140) acts on coils (114), while the pair of magnets (140') acts on coils (114'). *Id.*



**Illustrative Figure – Tilt Coil Interaction
(Prepared by Petitioner)**

5        In the illustrated scenario, both magnets (140), placed on opposite sides of bobbin (110) in the second (B) direction, have the same polarity, i.e., north poles facing the coils (alternatively, both south poles could be facing the coils).  In the depicted configuration, the electric current (blue arrows) in the two subcoils (114) must be in opposite directions—one clockwise, the other counterclockwise—so

10      that the force of the magnetic field acting on coils (114) would cause them to tilt the bobbin in the tilt direction (C-direction depicted in Choi's Figure 9).  A similar

-27-

MSFT_TSOPT_000049246

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

logic applies to magnets (140') and the corresponding tilt coils (114'), as illustrated in the above figure. *Id.*

As Professor Mansuripur further explains, each of the four magnets (140, 140') must have a unipolar interaction with tilt coils (114, 114'), and each of the four magnets 140 and 140' is responsible for generating a Lorentz force via inter-actions with only a single subcoil of 114 and 114'. Notably, a POSITA imple-menting the optical pickup assembly of Choi would have had only two obvious choices in selecting the polarity of the pair of unipolar magnets 140 (and 140'): (1) select unipolar magnets with the same polarity facing the tilt coils (as shown in the above illustration), or (2) select unipolar magnets with opposite polarities (one uni-polar magnet with its N pole and the other unipolar magnet with its S pole) facing the corresponding tilt coils. In both scenarios, a POSITA would have understood that the desired tilt direction would be achieved by properly selecting the direction of the electrical current (again having only two choices–either clockwise or coun-terclockwise) driving each tilt subcoil. *Id.*

These constituted only a limited number of choices to enable interactions of the magnetic fields generated by tilt coils (114, 114') and magnets (140, 140') to effectuate tilt control, were well known to a POSITA and were obvious to try. *Id.* Therefore, a POSITA would have found it obvious to select unipolar magnets with

MSFT_TSOPT_000049247

the same poles facing the tilt coils, such as having the magnets' north poles facing

the tilt coils, as illustrated above. *Id.*

### 8.    Claim 40:

#### a.    40[pre]:  "An optical pickup actuator for use with an objective lens on a base, comprising:"

See Element 1[pre].

#### b.    40[a]:  "a blade holding the objective lens;"

See Element 1[a].

#### c.    40[b]:  "a plurality of suspension wires movingly supporting the blade on the base;"

See Element 1[b].

#### d.    40[c]:  "a plurality of hinges each of [sic] coupled to an end of a suspension wire;"

Choi describes a plurality of hinges for attaching the elastic support material

(121) (suspension wires), as shown in Figure 9 (annotated below).  Choi, 77, 132-

133; Figures 4 and 9; Mansuripur, ¶102.

-29-

MSFT_TSOPT_000049248

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 of Choi
(annotated)**

   e. **40[d]: "a pair of unipolar magnets positioned on the
base; and"**

  *See* claim 8.  For Element 40[d] in Ground 1, magnets (140, 140') of Choi

5 are construed as the pair of unipolar magnets positioned on the base.

   f. **40[e]: "a plurality of coils connected to an electric
circuit and interacting with the unipolar magnets to create an electromagnet
force to move the blade; and"**

  Choi describes a plurality of coils as tilt coils (114), and it would have been

10 obvious to a POSITA that they are connected to an electric circuit because Choi

 describes driving the coils with an electric current (Choi, 24-30, 182-182); it was

-30-

MSFT_TSOPT_000049249

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

well known and obvious that electric currents are generated by electric circuits.

Mansuripur, ¶¶104-105.  Choi further explains that the interaction between the cur-

rent flowing in tilt coils 114/114' and the magnetic force generated by the second

magnets 140/140' and the second yoke 141/141' causes the blade to move in the

5    tilt direction.  Choi, 167-170; Mansuripur, ¶¶104-105.

> **g.    40[f]:  "wherein at least one of the plurality of coils is divided into subcoils and a hinge coupled to each of the plurality of suspension wires is between an adjacent pair of subcoils."**

Choi's tilt coils (114, 114') ("one of the plurality of coils") are divided into

10   subcoils; notably, two tilt subcoils are shown in Choi's Figure 9 (annotated below),

each hinge is coupled to a suspension wire and is positioned between two adjacent

tilt subcoils (adjacent in E-direction).  Mansuripur, ¶106.

MSFT_TSOPT_000049250

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 9 of Choi (partial)**
**(annotated to include coordinate system)**

### B.    Ground 2:  The Choi-Ogata Combination Renders Obvious Claims 1-4, 7-8, 10-13, 15, 40 and 43-45.

**Ogata** describes a lens drive support that includes "an objective lens holder

5    having an objective lens that focuses a light beam on an optical recording medium,

and focus coils that drive the objective lens in the optical axis direction."  Ogata,

18-20.

Ogata finds it beneficial to divide the prior art focus coil (60) (of Figure 5)

into two subcoils separated in the optical axis (vertical) direction.  *Id*., 21-22, 84-

10    85, Fig. 1 (annotated below).

-32-

MSFT_TSOPT_000049251

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



Figure 5 of Ogata (Prior Art)

Figure 1 of Ogata (annotated)

-33-

MSFT_TSOPT_000049252

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Notably, the additional space between the separated focus coils allows placement of radial direction drive coils[6] (4) (tracking coils) onto dowels (5) (*id.*, 26-27, 151-152; Fig. 1) and attachment of leaf springs (12) (elastic members) thereto. *Id.*, 21-22, 66-78, 80-85, 104-108, 134-136, 152-154, 160-161, 170-172; Fig. 4; Mansuripur, ¶¶107-113.



**Figure 4 of Ogata**

**<u>Motivation to Combine:</u>** A POSITA would have been motivated to combine the teachings of Ogata with Choi for several reasons. First, both Choi and Ogata related to optical pickup devices that used an objective lens for focusing the

---

[6] Ogata's radial direction coils are tracking coils, as evident from positioning of those coils and Ogata's explanation that they drive the objective lens perpendicular to the optical axis. Ogata, 25; Mansuripur, ¶112.

MSFT_TSOPT_000049253

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

light onto an optical disc for reading/recording information (Choi, Abstract, 91-92;

Ogata, 29-31, 81-87) and both references sought to improve the operations of opti-

cal disc drives.  Choi, 117-119; Ogata, 104-108, 187.  Thus, a POSITA would have

been motivated to improve Choi by incorporating complementary techniques of

5    Ogata with the shared goal of improving its optical disc drive.  Mansuripur, ¶¶114-

115.

Second, Ogata's new configuration provided dowels in the space between

the separated focus subcoils for easy and accurate installation of tracking coils.

Ogata, 170-172, 182-185.  Therefore, a POSITA would have been motivated to im-

10    prove Choi's device by modifying its focus coil to allow placement of dowels for

easy and accurate installation of tracking coils (113), and to improve the assembly

of the device, as Ogata explained.  *Id.*, 175-176; Mansuripur, ¶116.

Third, Ogata realized that attaching tracking coils to the surface of the focus

coil via an adhesive could produce an unstable bonding strength that changed over

15    time.  Ogata, 73-77.  Therefore, a POSITA would have found it beneficial to im-

prove Choi's configuration (which placed tracking coils (113) on top of focusing

coils (112)–see Choi's Fig. 9) by, instead, using Ogata's dowels for installation of

tracking coils to improve the long-term stability and performance of the device, as

contemplated by Ogata.  *Id.*, 106-108, 176-177; Mansuripur, ¶117.

MSFT_TSOPT_000049254

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**The Combined System**:  The combination would include Choi's optical pickup assembly, modified to separate Choi's focus coil (112) into two vertically separated subcoils and to place the hinges in the space therebetween, based on Ogata's teachings.  Placing the hinges between the two focus coils would have produced a better balance, flexibility and stability for the optical pickup.  *See* Element 40[c], *infra*; Mansuripur, ¶¶118-119, 130-131.  Furthermore, Choi's optical pickup assembly would have been modified to include four dowels (similar to Ogata's dowels (5)) to allow improved positioning of Choi's tracking coils (113).  An illustration of the modified bobbin of Choi is shown below.  *Id*.



**Modified bobbin of Choi
based on Ogata
(prepared by Petitioner)**

**Reasonable Expectation of Success:**  A POSITA would have had a reasonable expectation of success in modifying Choi's optical pickup as explained above because the same modifications were described in Ogata.  Ogata, 81-102.  Making

MSFT_TSOPT_000049255

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

the combination involved routine mechanical and electrical modifications that were well within the capabilities of a POSITA.  Mansuripur, ¶118.

### 1.    Claims 1 and 10:

Limitations 1[e]/10[h] recite:  "…the coil is divided into a plurality of sub-coils, where each subcoil is separated from an adjacent subcoil in a vertical direction."  The Choi-Ogata combination teaches or suggests this limitation because the focus coil is divided into two vertically separated subcoils, as described above and illustrated in the example figure below.



**Modified bobbin of Choi
based on Ogata
(prepared by Petitioner)**

In the Choi-Ogata combination, Choi teaches or suggests the remaining limitations of claims 1 and 10, as described in Ground 1.  *See* Sections V.A.1-2, *supra*; Mansuripur, ¶¶120-121.

MSFT_TSOPT_000049256

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### 2.     Claims 2-4, 7-8, 11-13 and 15:

<u>Claims 2/11</u>:  In the Choi-Ogata combination, the pair of vertically separated

focusing coils constitute the coil surrounding an outer surface of the blade, as illus-

trated in Ogata's Figure 1 (below) and the above figure prepared by Petitioner that

illustrates the combination.  Mansuripur, ¶122.



**Figure 1 of Ogata (annotated)**

<u>Claims 3-4, 7-8, 12-13, 15</u>:  In Choi-Ogata combination, Choi teaches or

suggests claims 3-4, 7-8, 12-13 and 15, as described in Ground 1.  See Sections

V.A.4-7, *supra*; Mansuripur, ¶123.

### 3.     Claim 40

In Choi-Ogata combination, Choi and Ogata teach or suggest elements 40[c]

and 40[f], while Choi teaches or suggests the remaining elements of claim 40.

### a.     40[pre]-40[b]

See Element 1[pre]-1[b], in Ground 1, respectively.

-38-

MSFT_TSOPT_000049257

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### b.    40[c]

Choi describes a plurality of hinges for attaching elastic support material

(121) (suspension wires).  Choi, 77, 132-133; Fig. 9 (annotated below).



**Figure 9 of Choi
(annotated)**

In the Choi-Ogata combination, the hinges would be moved to the empty

space between the two vertically separated focus coils, as shown in the modified

figure (below).

MSFT_TSOPT_000049258

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Modified bobbin of Choi
based on Ogata
(prepared by Petitioner)**

A POSITA would have found this modification obvious because Ogata

shows similarly-situated connection points (8) for attaching leaf springs (12) (sus-

5    pension wires).  Additionally, placement of hinges between the two focus coils

would have produced a better balance, flexibility, and stability of the optical

pickup.  Mansuripur, ¶¶128-131.

### c.    40[d]

See claims 7 and 8 in Ground 1.  For Element 40[d] in Ground 2, Choi's

10    magnets (130) or magnets (140/140') are construed as the pair of unipolar magnets

positioned on the base.  Mansuripur, ¶132.

-40-

### d.    40[e]

See Element 1[d] in Ground 1.  The Choi-Ogata combination includes several coils, including the vertically separated focus coils (Choi, 52, 133-134, 162-163; Ogata, 21-22, 84-85), four tracking coils (113), and four tilt coils (114, 114').  Choi, 132-135, 164-167, 182-186.  The focusing, tracking and tilt coils interact with magnets (130, 140, 140') to move the blade in the focus, tracking and tilt directions.  *Id.*, 131-135, 162-163, 166-170.  Any one or a combination of the above-mentioned set of coils or subcoils can be construed as "a plurality of coils."

It would have been obvious to a POSITA that the plurality of coils is connected to an electric circuit because Choi describes driving the coils with an electric current, and it was well known that electric currents are generated by electric circuits.  *Id.*, 24-30, 182-182; Mansuripur, ¶¶133-134.

### e.    40[f]

This Element is taught or suggested by the Choi-Ogata combination.  As explained in Element 40[c], the focus coil is divided into two vertically separated subcoils (adjacent pair of subcoils), and hinges are positioned in the space between them for connecting the elastic wires.  Mansuripur, ¶135; *see also* figure below.

-41-

MSFT_TSOPT_000049260

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Modified bobbin of Choi
based on Ogata
(prepared by Petitioner)**

### 4.    Claim 43:  "…wherein the coils are focus and tracking coils and the electric circuit supplies current to the coils in the same direction."

As explained for Element 40[e], the Choi-Ogata combination includes several coils, including the vertically separated *focus* subcoils and four *tracking* subcoils (113) that interact with magnets (130).  Choi, 52-53, 133-135, 162-163; Ogata, 21-22, 84-85.

Regarding the remaining limitations of claim 43, the phrase "the electric circuit supplies current to the coils in the same direction" recites functional limitations that should not be afforded patentable weight.  "[A]pparatus claims cover what a device is, not what a device does." *Hewlett-Packard Co. v. Bausch & Lomb Inc.*, 909 F.2d 1464, 1468 (Fed. Cir. 1990).  Additionally, this phrase is ambiguous because it is unclear whether the electric current in *all* coils, or *a subset* (at least

-42-

MSFT_TSOPT_000049261

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

two) of the coils, must be supplied in the same direction.  In all scenarios, the

Choi-Ogata combination teaches or suggests this limitation.

First, claim 43 does not require movement of the blade in a particular way.

Therefore, the claim limitations are satisfied by a system that is *capable* of supply-

5    ing electrical currents to the coils in the same direction.  In the Choi-Ogata combi-

nation, all focusing and tracking coils are capable of being driven with currents in

the same direction.  Notably, in the Choi-Ogata combination, Choi describes focus-

ing and tracking coils, and that its coils are driven by an electric current.  Choi,

122-127, 157, 168-170, 182-185; *see* Element 40[e].  It would have been obvious

10   to a POSITA that the direction of the current could be selected for each coil (and

subcoil) separately, and all the coils could be driven with the currents in the same

direction.  Mansuripur, ¶¶136-138.

Second, if this claim is construed to require driving at least two coils with

electric currents in the same direction,[7] Choi describes it.  The Choi-Ogata combi-

15   nation includes Choi's focusing coil (112) (Choi, 133-135, 162-163), which is di-

vided into two subcoils.  See Section V.B.2, *supra*.  It would have been obvious to

_____

[7] In the '055 patent, focusing subcoils 150 are supplied with currents in the same

direction to move the blade vertically up or down, depending on the direction of

the current.  Ex. 1001, 7:43-48; Mansuripur, ¶139.

MSFT_TSOPT_000049262

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

a POSITA that the two focusing subcoils (112) would be driven with currents in

the same direction (either clockwise or counterclockwise) because the two subcoils

would be generating a force in the same direction via their interactions with unipo-

lar magnets (130), thus moving the coil in the focusing direction.  Mansuripur,

5    ¶¶139-140; *see also* discussion in Ground 1, claim 7.

### 5.    Claim 44:  "…wherein the coils are focus and tracking coils, of which the focus coil also serves as a tilt coil and the electric circuit supplies current separately to each of the coils."

The phrases (1) "the focus coil also serves as a tilt coil," and (2) "the electric

10    circuit supplies current separately to each of the coils" recite functional limitations

and thus should not be afforded patentable weight.  But even if those limitations

are given patentable weight, the Choi-Ogata combination teaches or suggests claim

44.

The combination includes Choi's focusing coils (112) (divided into two sub-

15    coils per Ogata), tracking coils (113) and tilt coils (114, 114').  Choi, 133-135,

162-163; *see* claim 40, *supra*.  Choi's tilt coils (114, 114') (which could also oper-

ate as focusing coils) and tracking coils (113) render claim 44 obvious.

Notably, it would have been obvious to a POSITA that Choi's tilt coils (114,

114') (which remain functionally the same in the combination) would also be used

20    for focusing purposes.  Choi describes the interactions between tilt coils (114,

114') and magnetic elements (140, 140') can move the blade in tilt directions (C

-44-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

and/or D). *Id.*, 166-170. A POSITA would have found it obvious that by selecting the direction of electric currents in each tilt subcoil (114, 114'), the blade can also move up or down in the focusing direction due to the interaction of tilt subcoils (114, 114') with magnetic elements (140, 140') and (130). This is shown in the below illustration, where the energized tilt coils interact with the magnetic field of magnets 130/140/140' to move the bobbin up or down (depending on the direction of the currents). Mansuripur, ¶¶141-149. Accordingly, by selecting to drive all subcoils (114, 114') with electric currents in the same direction, those coils per-form a focusing function.[8]

---

[8] When using tilt coils (114, 114') for focusing function, coils 112 of the Choi-Ogata combination are not energized. Mansuripur, ¶144. Also, as explained for claim 8 in Ground 1, subcoils (114, 114') can still serve as tilt coils by selecting a different set of electric current directions in those coils. *Id.*, ¶147.

MSFT_TSOPT_000049264

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Illustrative Figure – Tilt/Focus Operation
(Prepared by Petitioner)**

The selection of magnetic poles and direction of currents that energize sub-coils (114, 114') to move the blade in tilt or focusing directions would have been known and obvious to a POSITA having a basic familiarity with the operation of optical pickup and disc drive assemblies. Mansuripur, ¶148.

Choi additionally teaches or suggests an electric circuit for supplying electric currents to the coils. Choi, 122-127, 157, 168-170, 182-185; *see also* element 40[e], *supra*. And, it would have been obvious that the electric current would be supplied separately to each coil and subcoil because it would have allowed the optical pickup assembly to separately perform focusing, tilting and tracking functions, and to move the blade in multiple directions. Mansuripur, ¶149.

**6.     Claim 45: "…wherein the coils are focus, tracking, and tilt**

-46-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**coils and the circuit supplies current to the coils in opposite directions."**

The phrase "the electric circuit supplies current to the coils in opposite direc-
tions" recites functional limitations that should not be afforded patentable weight.

Additionally, this phrase is ambiguous because it is unclear whether all or
only a subset of the coils is supplied with currents in opposite directions.  Further,
it is unclear, if there are more than two coils (e.g., three coils), how the currents
can be in opposite directions, given that a current can either flow in a clockwise or
counterclockwise direction.  Mansuripur, ¶150.

Nonetheless, all focusing, tracking and tilt coils in the Choi-Ogata combina-
tion are capable of being driven with currents in any direction–the same or oppo-
site directions.  Notably, Choi describes focusing, tracking and tilt coils that are
driven by an electric current.  Choi, 122-127, 157, 168-170, 182-185; *see* Element
40[e].  It would have been obvious that the current's direction would be selected
for each coil (and subcoil) separately, and any coil would be driven with a current
in any direction (clockwise or counterclockwise).  Mansuripur, ¶151.

Further, if this claim is interpreted to require the electric currents in two
coils to be supplied in opposite directions, the combination renders this claim obvi-
ous.  As shown in the below illustration, a POSITA would have found it obvious
that tilt subcoils (114) (and/or tilt subcoils 114') would be driven with currents in

-47-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

opposite directions to perform a movement in tilt direction C.[9]  *See* claim 8 in

Ground 1; Mansuripur, ¶152.



**Illustrative Figure – Tilt Coil Interaction**
**(Prepared by Petitioner)**

**C.    Ground 3:  The Choi-Ogata-Santo Combination Renders Obvious**
5    **Claims 41-42.**

**Santo** relates to an objective lens-driving apparatus used for recording/re-

producing information on an optical disc.  Santo, 1:3-7.

---

[9] The '055 patent describes that in some configurations "the current is supplied to

the [tilt] coils 131 and 132 in opposite directions."  Ex. 1001, 7:26-27.

-48-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

In this Petition, Santo is used for its description of multiple support wires that attach to multiple connection points (hinges) on the blade. Specifically, in Santo's Figure 10, "suspension wires 53a, 53b, 53c, and 53d are each fastened at one end to the interconnecting printed board 9a or 9b and at the other end to the wire holder 11. There are six suspension wires in total." *Id.*, 16:25-28; Fig. 10 (annotated below). While only 4 wires are visible in Figure 10, Santo explains six wires 53a to 53f are present, and each wire pair supplies electric current to a different pair of focusing and tracking coils. *Id.*, 17:4-9; Mansuripur, ¶¶153-155.



**Figure 10 of Santo
(annotated)**

10      **1.      Claim 41: "…wherein the plurality of suspension wires are**

MSFT_TSOPT_000049268

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**at least six suspension wires and the coil is divided into three or more sub-coils."**

As explained in Ground 2, the Choi-Ogata combination renders claim 40 obvious.

5         In the Choi-Ogata-Santo combination, a POSITA would have augmented the Choi-Ogata combination based on Santo to include two additional pairs of connections points (one pair on the top and one pair on the bottom of the blade's side), for a total of six connection wires.  The below figure is an illustration of the modified configuration with six connection points (hinges)[10] on the blade and six associated

10       wires movably supporting the blade on the base.  Mansuripur, ¶¶156-157.

---

[10] Only four hinges are visible in this perspective view.

MSFT_TSOPT_000049269

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Modified bobbin of Choi
based on Ogata and Santo
(prepared by Petitioner)**

In the combination, the coil is divided into three or more subcoils, including the two focusing subcoils, four tilt subcoils (114, 114') and four tracking subcoils (113).

5    The inclusion of additional hinges and suspension wires would have been obvious to a POSITA because the pickup assembly in the Choi-Ogata-Santo combination included three different types of coils (tracking, tilt and focus coils), and having six hinges and six suspension wires would have allowed each pair of suspension wires to deliver electrical current to a different set of coils, consistent with

10   Santo's description. Santo, 17:4-9. Furthermore, additional hinges and connection points would have provided a more secure and stable platform and would have distributed the weight of the blade and associated components (objective lens, coils,

MSFT_TSOPT_000049270

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

etc.) among additional support points, thus improving the performance and longev-ity of the optical pickup assembly.  Mansuripur, ¶¶158-161.

### 2.    Claim 42:  "…wherein a first hinge and a second hinge are positioned on each of a top and a bottom of one of the coils, respectively, and a third hinge is positioned between two of the subcoils."

This claim is rendered obvious by the Choi-Ogata-Santo combination, as ex-plained for claim 41.  As illustrated below, the top (and bottom) pair of hinges are on top (and bottom) of the focus coils, and the middle pair of hinges is between the two focus coils.  Mansuripur, ¶162.



Focusing Coils

**Modified bobbin of Choi based on Ogata and Santo (prepared by Petitioner)**

### D.    Ground 4:  Choi and Ikeda Render Obvious Claims 7-8

Choi describes interactions between magnets (130) and (140/140') with the corresponding coils (Choi, 134-135, 168-170) without explicitly stating those inter-actions occur with unipolar magnets.  However, based on the explicit teachings of

-52-

MSFT_TSOPT_000049271

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Ikeda, a POSITA would have found unipolar interaction of magnets (130) and

(140/140') with the corresponding coils obvious.

**Ikeda** describes an objective lens driver that includes a base, a support shaft,

a pair of yokes, an objective lens, a focusing coil (24) and at least a pair of tracking

5    coils (25).  Ikeda, Abstract.



**Figure 5 of Ikeda (annotated)**

Ikeda explains:  "pairs of tracking coils 25 are fitted respectively to both side

portions 24a of a focusing coil 24 wound in a roughly prismatic form" (*id.*, ¶54),

and both focusing coil (24) and tracking coils (25) interact with the same polarity

10    (south pole) of magnetic elements 17 (see annotated Fig. 5 above).  *Id.*, ¶45:  "The

-53-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

*magnets 17 have the same pole on their surfaces facing to each other*, and their surfaces on the side of the support shaft 16 are S poles (See FIG. 5)." *See also*, *id.*, ¶¶66, 73-74, 77; Mansuripur, ¶¶163-166.

A POSITA would have been guided by the teachings of Ikeda and would have found it obvious that interaction of coils in Choi would be with magnets 130 (in claim 7) and with magnetic elements 140/140' (in claim 8) that have the same polarity. Notably, Ikeda reinforces a POSITA's understanding of Choi's optical pickup operation based on unipolar interaction as explained in Ground 1. Mansuripur, ¶167.

### E.  Ground 5:  The Choi-Ogata-Ikeda Combination Renders Obvious Claims 40 and 43-45

As in Ground 4, Ikeda corroborates the teachings of Choi and provides further obviousness confirmation that Choi's coils interact with magnets 130, 140/140' in a unipolar fashion.  In the Choi-Ogata-Ikeda combination in Ground 5, the analyses of claims 40 and 43-45 of Ground 2 are augmented by the knowledge of a POSITA, as confirmed by Ikeda, that magnets (130, 140/140') of Choi interact with the magnetic fields of tracking, focusing and/or tilt coils in unipolar fashion, in rending claims 40 and 43-45 obvious.  Mansuripur, ¶168.

### F.  Ground 6:  The Choi-Ogata-Santo-Ikeda Combination Renders

MSFT_TSOPT_000049273

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### Obvious Claims 41-42

As explained in Ground 4, Ikeda corroborates the teachings of Choi and pro-vides further obviousness confirmation that Choi's coils interact with magnets 130, 140/140' in unipolar fashion.  In the Choi-Ogata-Santo-Ikeda combination, the analyses of claims 41-42 in Ground 3 are augmented by the knowledge of a POSITA, as confirmed by Ikeda, that magnets (130) of Choi interact with the mag-netic fields of tracking and/or focusing coils in unipolar fashion.  Mansuripur, ¶169.

### G.    Ground 7:  Ogata and Kamata Render Obvious Claims 36-38

**Kamata** relates to "an actuator device for an optical pickup that records or reproduces information on a medium such as a compact disc."  Kamata, 45-56.  Kamata's optical pickup actuator includes a lens holder holding an objective lens, a focus coil, a pair of tracking coils, and a magnet and a yoke.  *Id.*, 34-37.  Kamata's yoke (Figure 2—annotated below) includes "auxiliary yokes 12 [that] are inte-grally formed on both sides of…yoke 3 whose upper end is open, and which are bent approximately at right angles to one inner wall surface 3a."  *Id.*, 119-120.

-55-

MSFT_TSOPT_000049274

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2 of Kamata (annotated)**

Kamata seeks to solve a problem associated with conventional systems with a straight yoke (e.g., Kamata's Figure 7 below), where "…magnetic flux [is] directed obliquely to the tracking coils 10 and 11 from both sides of the permanent magnet 5, so that the magnetic flux density distribution on both sides of the tracking coils 10 and 11 is in an unbalanced state." *Id.*, 68-71.



MSFT_TSOPT_000049275

Kamata's solution entails using a yoke with two bent sections (see Fig. 2) that "reduce the magnetic flux directed obliquely from the permanent magnet 5 to both the tracking coils 10 and 11." *Id.*, 121-124.  Thus, a more uniform magnetic field density around the tracking coils is generated, and the undesirable rotational movements of the lens holder are eliminated.  *Id.*, 153-155; *see also*, *id.*, 89-90; Mansuripur, ¶¶170-173.

**Motivation to Combine:**  Both Ogata and Kamata related to optical pickup devices for reading/recording information on optical discs (Ogata, 29-31, 81-87; Kamata, 45-46) and both sought to improve the operations of optical disc drives. Ogata, 104-108, 187; Kamata, 83-90.  Thus, a POSITA would have been motivated to combine the complementary teachings of these references with the shared goal of improving the operation of optical disc drives.  Mansuripur, ¶¶174-175.

Further, Kamata had recognized a problem in prior art systems that used two adjacent tracking coils (e.g., shown in Kamata's Figure 7 and also in Ogata's Figure 4):  those configurations generated an unbalanced magnetic field around the tracking coils.  Kamata, 68-71.  And Kamata proposed a solution by adding two bent sections to its inner yoke (see Figures 2 and 4) to produce a uniform field around the tracking coils and to remove the undesirable rotational movements.  *Id.*, 89-90, 121-124, 153-155.  Therefore, a POSITA would have been motivated to augment Ogata's optical drive support by incorporating an inner yoke with two

MSFT_TSOPT_000049276

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

bent sections, as taught by Kamata, to improve the magnetic field uniformity of its

tracking coils and improve the optical pickup's operation.  Mansuripur, ¶¶179-177.

**The Combined System:**  The combination would have included Ogata's op-

tical drive support modified to include Kamata's inner yoke with two bent end sec-

5    tions, as exemplified in Ogata's modified Figure 4 below.  Mansuripur, ¶179.



**Modified Figure 4 of Ogata**

**Reasonable expectation of success:** A POSITA would have had a reasona-

ble expectation of success because a very similar modification was described in

Kamata.  Kamata, 116-118.  Additionally, those modifications would have im-

10    proved the operations of Ogata's device, as explained above.  The modifications

involved routine mechanical modifications to Ogata's device that were well within

the capabilities of a POSITA.  Mansuripur, ¶¶177-178.

MSFT_TSOPT_000049277

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### 1. Claim 36

**a. 36[pre]: "An optical pickup actuator for use with an objective lens on a base, comprising:"**

Ogata describes the preamble because it describes: "[a] lens drive support, equipped with an objective lens holder having an objective lens that focuses a light beam on an optical recording medium." Ogata, 18-19. Ogata further describes a base as substrate 14. Ogata, 112: "the lens drive support is equipped with a substantially rectangular substrate 14." S*ee also*, *id.*, 114-116, 156, Figures 3 and 4; Mansuripur, ¶180.



**Figure 3 of Ogata**

-59-

MSFT_TSOPT_000049278

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 4 of Ogata (annotated)**

> **b.    36[a]:  "a blade holding the objective lens;"**

Ogata describes a blade for holding an objective lens, as illustrated in Figure 1 (annotated below).  Ogata, 112-114.  The blade accommodated focus coils 2, radial drive (tracking) coils (4), and included an opening (1) for holding an objective lens.  Ogata, 81-84, 119-125, 151-152, Fig. 1; Mansuripur, ¶181.

-60-

MSFT_TSOPT_000049279

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Ogata (annotated)**

      **c.    36[b]: "a plurality of suspension wires movingly supporting the blade on the base;"**

      Ogata describes a plurality of suspension wires as four leaf springs (12) (Ogata, 156-157) that support the blade on the base because they are connected to the blade at one end, and, on the other end, to the drum support member (13) positioned on the substrate (14) ("base"). *Id.* Accordingly, the blade is "***movable*** in the focus direction and the radial direction." *Id.*, 157-158, Fig. 4 (annotated below); Mansuripur, ¶182.

MSFT_TSOPT_000049280

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 4 of Ogata (annotated)**

      **d.    36[c]: "a pair of unipolar magnets positioned on the base; and;"**

    Ogata describes a pair of magnets (15)[11] that are positioned on substrate (14)

(base).  *See* green-annotated elements in Fig. 4 above; Ogata, 114-118.

    Ogata does not explicitly state the magnets are unipolar, but this would have

been obvious to a POSITA because the annotated magnets interacted with focus

---

[11] Ogata's Figure 4 mistakenly labels both pairs of magnets residing within and

outside of the blade with reference number 15.  Ogata's specification makes it

clear that the magnet pair positioned further out from the center should be labeled

with reference number 17.  Ogata, 114-118, 163; Mansuripur ¶183.

MSFT_TSOPT_000049281

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

coils (2) that wrapped around the blade, and the same pole of those magnets would be facing the focus coils to allow proper up/down movement of the blade.  *See*, claim 7 in Ground 1.  The unipolar interaction of tracking coils (4) with magnets (15) are further corroborated by Ikeda, as explained in Ground 4.  Mansuripur, ¶¶183-186.

### e.    36[d]:  "a plurality of coils positioned on the blade and interacting with the unipolar magnets to create an electromagnet force to move the blade; and;"

Ogata describes a plurality of coils as focus coils (2) and radial direction drive coils (4) (i.e., tracking coils) positioned on the blade.  Ogata, 126-130; Fig. 1 (annotated below).  Ogata's coils interact with magnetic elements (annotated in green in Figure 4 above) to move the blade in focusing and radial (tracking) directions.  *Id.*, 161-163; Mansuripur, ¶187.

-63-

MSFT_TSOPT_000049282

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Ogata (annotated)**

  **f. 36[e]: "an inner yoke positioned inside a cavity defined by the walls of a coil, wherein the yoke comprises three sections with each of the three sections of the yoke being parallel to a different wall of the cavity to increase an effective area facing the magnets."**

  The Ogata-Kamata combination teaches or suggests this limitation. As explained above, in the combination, Kamata's inner yoke having two bent end sections is added to the magnets that are located inside the blade of Ogata. The inner yokes in this combination are attached to substrate (14) (base) and are positioned in a cavity augmenting Ogata's original magnets.

  <u>A cavity defined by the walls of a coil</u>: To the extent PO or the Board interprets the "cavity" as a space inside a coil, the Ogata-Kamata combination teaches or suggests it in the form of the hollow region surrounded by and defined by focus coil (2) of Ogata, as illustrated below.

-64-

MSFT_TSOPT_000049283

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 4 of Ogata (annotated)**

The inner yoke (annotated in cross-hatched green in modified Figure 4 be-

low) has three sections:  a first bent section (B'), a second bent section (C'), and a

straight section (A'); each of the sections, A', B' and C', is parallel to a different

5    wall of the cavity:  walls A, B, and C, respectively, as shown below.  Mansuripur,

¶¶188-190.

-65-

MSFT_TSOPT_000049284

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



Modified Figure 4 of Ogata

In the event PO or the Board interprets the "cavity" to be part of the blade, Ogata's blade includes two hollow regions that already exist inside the blade, as shown in the annotated figure below. Each hollow region (cavity) is defined by the

5    walls of focus coils (2) because each cavity is enclosed and defined by the wall of the upper focus subcoil and the wall of the lower focus subcoil.

-66-

MSFT_TSOPT_000049285

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2**

**(Annotated Figures of JHP04113524A)**

In the combination, the inner yoke (green cross-hatched in Figure 4 below) has three sections: a first bent section (B'), a second bent section (C'), and a straight section (A'); each of the sections, A', B' and C', is parallel to a different wall of the cavity: walls A, B, and C, respectively, as shown below. Mansuripur, ¶¶191-192.



**Modified Figure 4 of Ogata**

MSFT_TSOPT_000049286

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Element 36[e] further recites: "…to ***increase*** an effective area facing the magnets," [12] which is ambiguous because it fails to specify a prior condition or structure with respect to which an increase is effectuated. *See Liberty Ammunition, Inc. v. United States*, 835 F.3d 1388, 1395 (Fed. Cir. 2016).

5      Nonetheless, this limitation is rendered obvious because the Ogata-Kamata combination's yoke has two bent sections that operate to confine and strengthen the magnetic field acting on the tracking coils, thus providing a larger effective area facing magnet 15 compared to a yoke without the bent sections (and compared to Ogata having no inner yoke at all). Kamata, 128-129; Mansuripur, ¶193.

10      **2.      Claim 37: "…wherein one of the coils is divided into a plurality of subcoils that are separated from one another."**

In the Ogata-Kamata combination, Ogata's focus coils (2) are separated from one another. *See* annotated Fig. 1 below; Mansuripur, ¶194.

---

[12] This is a functional limitation and should not be given patentable weight. *See* claim 43 in Ground 2.

-68-

MSFT_TSOPT_000049287



**Figure 1 of Ogata (annotated)**

3.     **Claim 38:  "…wherein one of the coils is positioned to sur-round the sides of the blade."**

In the Ogata-Kamata combination, Ogata's focus coils (2) surround the sides

of the blade.  *See* annotated Fig. 1 above; Mansuripur, ¶195.

H.     **Ground 8:  Kabasawa Alone or in View of AAPA Renders Obvi-ous Claims 17, 21, 23-24 and 28**

**Kabasawa** describes an optical pickup apparatus with improved resonance

characteristics appropriate for a notebook PC.  Kabasawa, Abstract.  Kabasawa's

optical pickup apparatus includes an objective lens (4), focus coils (7a,b), tracking

coils (8a-8d), yokes (13,14), and permanent magnets (15) that interact with the

coils.  *Id.*, Abstract, Table on p. 3, ¶¶43-44, 49, Fig. 1; Mansuripur, ¶196.

1.     **Claim 17**

a.     **17[pre]:  "An optical pickup actuator for use with an**

MSFT_TSOPT_000049288

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**objective lens on a base, comprising:"**

Kabasawa describes an optical pickup actuator as part of its optical pickup

apparatus that includes a base (11), accommodating a lens holder (1) for holding an

objective lens (4), and focus (7a, 7b) and tracking (8a-8d) coils that move the lens

5    holder in focus and tracking directions.  Kabasawa, Abstract, Table on p. 3, ¶¶33,

44, 48, Figs. 1-3; Mansuripur, ¶197.

Fig. 1



MSFT_TSOPT_000049289

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**b.  17[a]: "a blade holding the objective lens;"**

Kabasawa describes a blade as a lens holder (1) (see Fig. 2 below) that

"holds an objective lens 4 in the middle."  Kabasawa, Table on p. 3, ¶¶34, 44, Figs.

1 and 2; *see also* Element 1[a] in Ground 1 regarding the terminology blade and

5   lens holder.  Mansuripur, ¶¶49-50, 198.



**Figure 2 of Kabasawa
(Annotated)**

**c.  17[b]: "a plurality of suspension wires supporting the**

MSFT_TSOPT_000049290

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

blade on the base so that the blade is elastically movable;"

Kabasawa describes a plurality of suspension wires: "three suspension wires 3a, 3b, 3c per one side," that attach lens holder 1 to a suspension holder 2. Kabasawa, Table on p. 3, ¶44, Figs. 2 and 3.



**Figure 3 of Kabasawa**
**(Annotated)**

5    Furthermore, all suspension wires are elastic, and the middle suspension wire is made more flexible than the top and bottom ones. *Id.*, ¶¶46, 47; Mansuripur, ¶¶199-200.

              **d.    17[c]:  "a pair of first coils positioned horizontally on**
10  **the blade and disposed opposite each other with respect to the objective lens in a first direction;"**

Kabasawa describes a pair of first coils as focus coils (7a,b) shown in annotated Figure 1 below. *See* Kabasawa, Abstract, Table on p. 3, ¶44. Focus coils

MSFT_TSOPT_000049291

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

(7a,b) are positioned horizontally on the blade and are opposite each other with respect to the objective lens (i.e., element labeled 4).  *Id.*



**Figure 1 of Kabasawa
(Annotated)**

Focus coils (7a,b) are positioned in the first direction (see annotated Fig. 1 above), and are wound in the horizontal direction, as further illustrated in Kabasawa's Figure 6.  *See also* Ground 1, Element 1[d], for explanation of "horizontal" configuration of the coils.  Mansuripur, ¶¶201-202.

-73-

MSFT_TSOPT_000049292

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Fig. 6



**e.    17[d]:  "a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction; and"**

Kabasawa describes a second coil as tracking coils (8a-8d), positioned on a side of lens holder (1) in a second direction (see annotated Figs. 1 and 6 above) that is perpendicular to the first direction.  Kabasawa, Abstract, Table on p. 3, ¶44.  Specifically, coil pair (8a,b) is positioned in the second direction (and so is coil pair (8c,d)).  Mansuripur, ¶203.

**f.    17[e]:  "an inner yoke positioned on the base, the inner yoke positioned inside a cavity defined by each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction."**

Kabasawa describes an inner yoke as yoke (14) positioned inside the cavity defined by focus coil (7a) and/or focus coil (7b) (first coils).  Kabasawa, Table on p. 3, ¶49, Fig. 1.  As annotated Figure 1 below shows, yoke (14) in each cavity has two walls (i.e., each green-highlighted element) that are opposite the tracking coils

-74-

MSFT_TSOPT_000049293

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

(8a,b) and coils (8c,d) (second coil); the walls are separated from each other in the

second direction, as annotated below.  Mansuripur, ¶204.



**Figure 1 of Kabasawa
(Annotated)**

Alternatively, "a pair of first walls" can be construed by selecting one wall

5  from each of the two green-highlighted inner yoke sections, as shown in the anno-

tated Figure 1 below.  The pair of first walls (highlighted in red) is disposed oppo-

site the second coil (tracking coils (8c,d)) and the walls are separated from each

other in the second direction.  *Id.*, ¶205.

-75-

MSFT_TSOPT_000049294

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Kabasawa
(Annotated)**

## 2.  Claim 21: "…further comprising a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity."

Kabasawa describes a pair of magnets (15) disposed opposite each other in the second direction–shown in annotated Figure 1 below.  Kabasawa, Table on p. 3, ¶49, Fig. 1.  Magnets (15) interact with focus coils (7a,b) and with tracking coils (8a-8d).  Kabasawa, ¶49.

-76-

MSFT_TSOPT_000049295

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Kabasawa**
**(Annotated)**

It would have been obvious to a POSITA that Kabasawa's magnets (15) were unipolar (i.e., had a single pole facing the focus and tilt coils) for the same reasons discussed in Ground 1. See Section V.A.6-7. Mansuripur, ¶¶206-207. For example, it would have been obvious that the magnets interacted with focus coils (7a,b) in a unipolar fashion as explained in Ground 1, claim 7.

MSFT_TSOPT_000049296

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### 3.     Claim 23: "…wherein the second coil is positioned vertically on both sides of the blade in the second [direction]."

Kabasawa discloses this claim because, as shown in Figure 1 (annotated below), coils (8a,b) (and similarly (8c,d)) are positioned vertically on both sides of the blade in the second direction.  Kabasawa, Abstract, ¶¶44, 50, Fig. 1; s*ee also* Fig. 6 showing vertical positioning of tracking coils; Mansuripur, ¶¶208-209.



**Figure 1 of Kabasawa
(Annotated)**

-78-

MSFT_TSOPT_000049297

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

Fig. 6



### 4.    Claim 24

**a.    24[pre]:  "An optical disc drive for a disc that is a recording medium, comprising:"**

5    Kabasawa teaches or suggests this limitation because it describes an optical disk apparatus for reproducing/recording information in an optical disk recording medium, such as a CD.  Kabasawa, ¶¶2, 4 - 5, 20, 33, Fig. 1; Mansuripur, ¶210.

**b.    24[a]:  "a spindle motor for rotating the disc;"**

Kabasawa teaches or suggests a spindle motor for rotating the disc because it 10    describes a "rapidly rotating" optical disk, wherein light beams reflected from the recorded pits on the disk are detected to read those recorded bits.  Kabasawa, ¶¶5-8.  It would have been obvious to a POSITA that a spindle motor would be used to rotate the disc because a spindle motor was a routine and known element for causing a disk to rotate in a disk drive.  Additionally, a spindle motor for rotating the

MSFT_TSOPT_000049298

disc is AAPA and was described in the '055 patent as part of prior art systems. Ex. 1001, 1:21-26; 3:5-8; Mansuripur, ¶211.

### c.    24[b]: "an optical pickup for recording and/or reproducing information by emitting light focuses onto the disc through an objective lens; and;"

Kabasawa teaches or suggests an optical pickup for recording and/or reproducing information because it describes an "***optical pickup apparatus***" including various optical components for recording/reproducing information on optical storage media through an objective lens. Kabasawa, Abstract, ¶¶33, 43, Fig. 1; *see also* Element 24[pre]. Kabasawa's objective lens (4) (see Element 17[b], *supra*) transmits light to the optical disc. *Id.*, ¶¶5-8, 20, 26, 43; Fig. 1. Therefore, Kabasawa teaches or suggests the claimed optical pickup and objective lens similar to the '055 patent's description. See, Ex. 1001, 6:6-11. It would have been obvious that the objective lens focuses the light onto the recorded medium because Kabasawa describes focusing coils and other techniques for improving "focus characteristics." Kabasawa., ¶56; *see also*, *id.*, ¶¶17, 44. Additionally, this limitation is obvious as an AAPA. *See* Ex. 1001, 1:20-46; Mansuripur, ¶¶212-214.

### d.    24[c]: "an optical pickup actuator for controlling a position of the objective lens so that the emitted light is focused on a desired

MSFT_TSOPT_000049299

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

position of the disc, the optical pickup actuator comprising:"

Kabasawa describes an optical pickup actuator as explained in Element

17[pre], *supra*. Kabasawa's objective lens focuses the light on a desired position

of the disc, as explained in Element 24[b]; Mansuripur, ¶215.

**e.    24[d]: "a blade holding the objective lens and supported on a base by a plurality of suspension wires so that the blade is elastically movable,"**

See Elements 17[a], 17[b], *supra*.

**f.    24[e]: "a pair of first coils positioned horizontally on the blade and disposed opposite each other with respect to the objective lens in a first direction,"**

See Element 17[c], *supra*.

**g.    24[f]: "a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction, and"**

See Element 17[d], *supra*.

**h.    24[g]: "an inner yoke positioned on the base, the inner yoke positioned inside a cavity formed by walls of each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction."**

See Element 17[e], *supra*.

**5.    Claim 28: "The optical disc drive according to claim 24, wherein the optical pickup actuator further comprises a pair of unipolar magnets disposed opposite to each other with respect to the blade in the second direction and have the same polarity."**

See Claim 21, *supra*.

**I.    Ground 9: Miura, Alone or in View of AAPA, Combined with**

-81-

MSFT_TSOPT_000049300

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### Kamata Renders Obvious Claims 17, 19, 23-24 and 26

**Miura** strives to make the "whole optical pickup of an optical disk drive thinner while maintaining an excellent dynamic characteristic of an object lens driving device." Miura, Abstract. Miura's optical pickup apparatus includes an objective lens (1), two focus coils (3), tracking coils (4), tilt coil (9), and inner yokes (50b, 51b). *Id.*, Abstract, 233-234, Figs. 5-6; Mansuripur, ¶221.

### 1.    Claim 17

### a.    17[pre]

Miura describes an optical pickup actuator (see Figures 5, 6 annotated below) that includes a tilting coil (9) for tilting objective lens (1), and magnets (6c,d) for generating magnetic flux acting on tilting coil (9) arranged on the fixed section (base). Miura, 293-297; Mansuripur, ¶222.



**Figure 5 of Miura
(annotated)**

**Figure 6 of Miura
(annotated)**

MSFT_TSOPT_000049301

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**b.    17[a]**

Miura describes a blade as lens holder (2) holding an objective lens (1).

Miura, claim 1, Fig. 5 (annotated below); Mansuripur, ¶¶, 49-50, 223.  *See also* Element 1[a] in Ground 1 for discussion of terms blade and lens holder.



**Figure 5 of Miura**
**(annotated)**

5

**c.    17[b]**

Miura describes a plurality of suspension wires as elastic support members (8) (see annotated Fig. 5 below) that make the blade elastically movable.  Miura, 220-223; see also, *id.*, 32-33; Mansuripur, ¶224.

MSFT_TSOPT_000049302

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura
(annotated)**

### d.    17[c]

Miura describes a pair of first coils as focus coils (3) initially described in
connection with Figure 1, and also illustrated in Figures 5 and 6.  *See* Miura, 339;
*see also*, *id*., 220.  As Figure 5 (below) shows, focus coils (3) (pair of first coils)
are positioned horizontally on the blade, opposite each other with respect to objec-
tive lens (1) in a first direction.  Mansuripur, ¶225.  *See also* Ground 1, Element
1[d], for explanation of "horizontal" configuration of coils.

MSFT_TSOPT_000049303

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura
(annotated)**

e.     **17[d]**

Miura describes a second coil as tracking coils (4) (see annotated Figs. 5 and

6 below).  The two tracking coils (4) on the left side of lens holder (1) are con-

5    strued as the second coil positioned vertically on the (left side of) lens holder

(blade) and positioned in the second direction perpendicular to the first direction.

Additionally, or alternatively, the tracking coils on the right of lens holder (1) can

be construed as the claimed second coil.  Mansuripur, ¶226.

MSFT_TSOPT_000049304

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura
(annotated)**



**Figure 6 of Miura
(annotated)**

-86-

MSFT_TSOPT_000049305

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### f.　　17[e]

Miura describes an inner yoke as yokes (50b) and/or (51b) positioned inside the cavity defined by each of the focus coils 3 (first coils) (see annotated Figures 5 and 6 below).  *See also*, Miura, 298-299, and Abstract (explaining internal yokes (50b,51b) having walls extending in the direction of the objective lens's optical axis).



**Figure 5 of Miura**
**(annotated)**

MSFT_TSOPT_000049306

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 6 of Miura
(annotated)**

Miura's inner yoke arguably includes a pair of first walls that are disposed opposite the second coil (tracking coils 4) and are separated in the second direction (see annotated Fig. 5 of Miura below).

-88-

MSFT_TSOPT_000049307

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura
(annotated)**

Notably, during the prosecution of the '055 patent, the examiner relied on Japanese Patent 2002-140828 ("JP-828") to reject the then-pending claim 6 that recited an inner yoke with a pair of first walls.  Ex. 1011, 169.  JP-828 shows an inner yoke 7 in its Figure 21 (annotated below). *Id.*, 205.  The examiner rejected claim 6 based on elements 5 (magnet) and Element 7 (yoke) of JP-828. *Id.*, 169.  If the Board agrees with the examiner's interpretation, Miura's inner yoke, as shown above, included a pair of first walls like JP-828.

-89-

MSFT_TSOPT_000049308

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 21 of JP2002-140828
(annotated)**

Otherwise, this limitation would have been obvious based on the Miura-Kamata combination.  As explained in Ground 7, Kamata's optical pickup actuator includes "a magnet and a yoke having opposing surfaces facing each other with the focus coil and tracking coil therebetween."  Kamata, 36-37; *see also* Fig. 2 (annotated below).

-90-

MSFT_TSOPT_000049309

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2 of Kamata (annotated)**

Kamata overcomes the shortcomings of prior systems (*id.*, 68-71) by using a

yoke with two bent sections (see Fig. 2) that "reduce the magnetic flux directed

obliquely from the permanent magnet 5 to both the tracking coils 10 and 11." *Id.*,

5    121-124.  Accordingly, a more uniform magnetic field density around the tracking

coils is generated, and undesirable rotational movements of the lens holder are

eliminated.  *Id.*, 153-155; *see also*, *id.*, 89-90.

In the combination, a POSITA would have found it obvious to replace

Miura's inner yoke with Kamata's inner yoke having bent side walls.  The inner

10    yoke would have included a pair of first walls separated in the second direction

(see below illustration).  Mansuripur, ¶¶227-231.

-91-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Illustration - Figure 5 of Miura
Combined with Inner Yoke of Kamata**

A POSITA would have been motivated to make this combination because
Kamata had recognized a problem in prior systems that used two adjacent tracking
coils (e.g., those in Kamata's Figure 7; also in Miura's Figure 5) that generated an
5    unbalanced magnetic field around the tracking coils. *Id.*, 68-71. And Kamata pro-
posed a solution by adding two bent sections to its inner yoke (see Fig. 2) to pro-
duce a uniform field around the tracking coils and remove the undesirable rota-
tional movements. Kamata, 89-90, 121-124, 153-155. Therefore, a POSITA
would have been motivated to augment the optical pickup of Miura by

-92-

incorporating an inner yoke with two bent sections, as taught by Kamata, to im-

prove the magnetic field uniformity of Miura's tracking coils and improve the op-

eration of the optical pickup. Mansuripur, ¶232.

Making the modifications involved routine mechanical modifications that

5    were well within the capabilities of a POSITA. *Id.*, ¶233.

### 2.    Claim 24

#### a.    24[pre]

Miura teaches or suggests the preamble because it describes an "an objective

lens drive apparatus used in an optical disc apparatus" (Miura, 93-94), where ob-

10    jective lens "concentrates an optical beam on an optical disc." *Id.*, 29. Miura's op-

tical beam spot is focused by objective lens (1) on the optical disc's ***recording sur-***

***face*** track (*id.*, 252-253), conveying to a POSITA that Miura's optical pickup is for

a recording medium (optical disc). Mansuripur, ¶234.

#### b.    24[a]

15    Miura teaches or suggests this limitation because it describes tracking coils

in an optical disc drive (Miura, 249-253), thus conveying to a POSITA that track-

ing the recorded information on a rotating disk would be needed, and a spindle mo-

tor would have been an obvious and known element for rotating such a disk. Man-

suripur, ¶235. Additionally, a spindle motor is AAPA and was described in

-93-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

the '055 patent as part of prior art systems.  Ex. 1001, 1:21-26; 3:5-8.  Mansuripur,

¶235.

### c.    24[b]

Miura teaches or suggests an optical pickup because Miura strives to "pro-

5   vide an objective lens drive apparatus that is capable of making the entire ***optical***

***pickup*** thinner."  Miura, 15-16; *see also*, *id.*, 121-122.  Miura also describes an ob-

jective lens (1) (see Element 17[b], *supra*) that "concentrates an optical beam on an

optical disc" (*id.*, 29, 252-253), conveying to a POSITA that Miura's optical

pickup is for recording/reproducing information via the focused light.  Therefore,

10  Miura teaches or suggests the claimed optical pick and objective lens similar to

the '055 patent's description.  See, Ex. 1001, 6:6-11.  Additionally, this limitation

is obvious as AAPA.  *See Id.*, 1:20-46.  Mansuripur, ¶236.

### d.    24[c]

See Element 17[pre], *supra*.

15  ### e.    24[d]

See Elements 17[a], 17[b], *supra*.

### f.    24[e]-24[g]

See Element 17[c]-17[e], respectively.

### 3.    Claims 19/26: "…further comprising a third coil positioned

MSFT_TSOPT_000049313

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

so as to surround the sides of the blade."

Miura describes a third coil as tilt coil (9).  See Figs. 5, 6 below.  The combination with Kamata does not affect the placement of Miura's tilt coil, and thus original Figures of Miura are used to illustrate the tilt coil's position.



Figure 5 of Miura
(annotated)

Figure 6 of Miura
(annotated)

5

A POSITA would have found it obvious that Miura's tilt coil (9) surrounds the sides of the blade because the tilt coil very clearly surrounds the top and bottom sides ("the sides") of the lens holder (blade) (annotated in red below).

MSFT_TSOPT_000049314

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura
(annotated)**

Additionally, Miura's Figure 6 (annotated below) shows a front ***cross-sectional view*** (Miura, 294-295), where all three coil types (focus (3), tracking (4) and tilt (9)) are visible.  A POSITA would have found it obvious that tilt coil (9) fully wraps around the lens holder because otherwise it would not have been visible in the cross-sectional view of Figure 6; and because a continuous loop of wire wrapping around the lens holder would be needed, otherwise it cannot carry the electric current.  Mansuripur, ¶¶242-244.

-96-

MSFT_TSOPT_000049315

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



Figure 6 of Miura
(annotated)

### 4.    Claim 23

Miura discloses this claim in its Figure 6 (above) and Figure 5 (annotated

below), where one pair of tracking coils (4) (second coils) are positioned vertically

5  on two (both) sides of the lens holder (1) (blade) in the second direction.  Specifi-

cally, the two tracking coils on the left side are placed vertically and are separated

in the second direction, and the two tracking coils on the right side are placed verti-

cally and are separated in the second direction.  The combination with Kamata

does not affect the placement of the tracking coils, and thus Miura's original Fig-

10  ure 5 is used to illustrate the tracking coils' position.  Mansuripur, ¶245.

MSFT_TSOPT_000049316

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 5 of Miura**
**(annotated)**

### J.        Ground 10:  Sugiyama, Alone or in Combination with AAPA, Renders Obvious Claims 1, 3-4, 10, and 12-13.

<u>Sugiyama</u> relates to an objective lens-driving device for reading/writing in-

formation on an optical disk.  Sugiyama, Abstract.  Sugiyama's device includes

"an objective lens 4, a focusing coil 6, a tracking coil 7, and a lens holder 5, a fixed

section 8 that supports the movable section by means of elastic support members

9."  *Id*., Fig. 1; Mansuripur, ¶246.

-98-

MSFT_TSOPT_000049317

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Sugiyama**

### 1.    Claim 1

#### a.    1[pre]

Sugiyama describes an optical pickup actuator because it describes "an ob-

jective lens drive for use in an optical disc device" that includes a base (1a) and ac-

commodates an objective lens (4) (Sugiyama, 93, 183-193; Figs. 1, 2–annotated

below), which moves in the tracking, focusing and tilt directions due to the force

generated by the respective coils. *Id.*, 28-35, 147-158; Mansuripur, ¶247.

MSFT_TSOPT_000049318

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2 of Sugiyama
(annotated)**

### b.    1[a]

Sugiyama discloses a blade as a lens holder (5), accommodating an objective

lens (4).  Sugiyama, 17-18, 148-149, 151-152; Fig. 1 (annotated below), Fig. 2 (an-

5    notated above); Mansuripur, ¶248.



**Figure 1 of Sugiyama
(annotated)**

-100-

MSFT_TSOPT_000049319

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### c.    1[b]

Sugiyama discloses this element as a plurality of elastic support members (9) supporting the movable part (lens holder/blade) on base (1a).  Sugiyama, 152-154, *see also* Figs. 1, 2 (annotated below), *id.*, 207-212; Mansuripur, ¶249.



**Figure 1 of Sugiyama
(annotated)**



**Figure 2 of Sugiyama
(annotated)**

### d.    1[c]

Sugiyama discloses this element as four magnetic elements (2, 3, 11, 12) positioned on base (1a) (on yokes of the base).  Sugiyama, 201-203; *see also*, Figures 1 and 2.  All magnetic Elements (2, 3, 11, 12) can be construed as the magnetic element.  However, Element 1[d] only requires interactions with magnetic elements (2) and (3), as explained below.[13]  Mansuripur, ¶250.

---

[13] Dependent claim 3 further requires interactions with magnetic elements (11, 12).

MSFT_TSOPT_000049320

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**e.    1[d]**

Sugiyama discloses this limitation as two focus coils (6) and two tilt coils

(13) positioned on the blade.  Sugiyama, 191-195, Figs. 1, 3 (annotated below).



**Figure 1 of Sugiyama
(annotated)**

MSFT_TSOPT_000049321

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 3 of Sugiyama**
**(annotated)**

Sugiyama's focus and tilt coils are positioned horizontally on the blade because they are positioned on the blade, with windings parallel to the blade's top surface. See Ground 1, Element 1[d], *supra*.

5    Sugiyama's teaches or suggests focus (6) and tilt (13) coils interact with magnetic elements (2) and (3) to generate an electromagnetic force because focus (6) and tilt (13) coils are positioned across from magnetic elements (2) and (3). See Sugiyama, Figs. 1, 3. Sugiyama also explains "…the signal from **the tilt drive circuit supplies an adequate tilt current to tilting coil 13,** making it possible to tilt

10    the movable section." *Id.*, 237-240; *see also*, *id.*, 229-230. Mansuripur, ¶¶251-253.

-103-

MSFT_TSOPT_000049322

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

###### f.    1[e]

Sugiyama's coil is divided into subcoils:  focus coil (6) and tilt coil (13) that are vertically separated.  Sugiyama, 191-195:  "A set of ***focusing coils 6*** is arranged symmetrically around the center of objective lens 4 … In addition, ***<u>below said focusing coils 6</u>, tilting coil 13, with a winding axis approximately coaxial with focusing coil 6, is adjacently arranged***."  *See also*, *id.*, Fig. 3 (annotated below).  Accordingly, each focus subcoil is vertically separated from an adjacent tilt subcoil, and vice versa.  Mansuripur, ¶254.



**Figure 3 of Sugiyama
(annotated)**

###### g.    1[f]

Sugiyama's coil includes a first pair of coils:  a pair of focus coils (6), positioned on lens holder (5) in a first direction facing each other with respect to the

MSFT_TSOPT_000049323

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

objective lens (4), as shown in Figure 1 (annotated below); *see also*, Sugiyama,

191-192.  Mansuripur, ¶255.



**Figure 1 of Sugiyama**
**(annotated)**

### 2.    Claim 3

5          Sugiyama discloses the second coil as tracking coils (7) positioned vertically

along the sides of the blade, as shown in Sugiyama's Figure 1 (annotated below).

*See also*, Sugiyama, 192-193.

MSFT_TSOPT_000049324

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Sugiyama
(annotated)**

Figure 2 (annotated below) illustrates tracking coils (7), positioned vertically on lens holder (5) (blade), facing magnetic elements (11, 12), and generating a force to effectuate tracking.  Sugiyama, 30-35, 192-193, 201-205, 311; Fig. 2.

5    Thus, Sugiyama teaches or suggests that tracking coils (7) generate an electromagnetic force in a tracking direction through interaction with magnetic Element (11, 12).  Mansuripur, ¶¶256-259.

MSFT_TSOPT_000049325

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 2 of Sugiyama
(annotated)**

### 3. Claim 4

Sugiyama discloses this claim because tracking coils (7) are positioned on both sides of the blade, as illustrated in Figures 1 and 2 (annotated above). Mansuripur, ¶260.

### 4. Claim 10

#### a. 10[pre]

Sugiyama teaches or suggests the preamble because it describes "an objective lens drive apparatus that keeps the relative angle between an objective lens and an optical disc constant at all times, and enables stable writing to and reading from an optical disc." Sugiyama, Abstract. An optical disc is a recording medium. Mansuripur, ¶261.

#### b. 10[a]

Sugiyama teaches or suggests this limitation by describing an objective lens driving device for writing/reading information to/from an optical disc. Sugiyama,

-107-

MSFT_TSOPT_000049326

Abstract. A POSITA would have known and found it obvious that optical disc

drives included a spindle motor to rotate the disc. Furthermore, a spindle motor in

an optical disc drive is AAPA. Ex. 1001, 1:23-27, 3:3-8; Mansuripur, ¶262.

### c.    10[b]

5    Sugiyama teaches or suggests this limitation by describing an objective lens

drive apparatus for use in an optical disc device (Sugiyama, Abstract, 64-65) where

"the light beam can be narrowed down by increasing the NA of the objective lens

4." *Id.*, 109-112; see also Ex. 1001, 6:6-11 having a similar description. Addition-

ally, an optical pickup focusing light through an objective onto the disc for record-

10   ing/reproducing information was well-known in the art and was AAPA. *Id.*, 1:20-

31; Mansuripur, ¶263.

### d.    10[c]

See Element 1[pre], *supra*, describing Sugiyama's optical pickup actuator

accommodating an objective lens. Sugiyama further renders this limitation obvi-

15   ous because its pickup actuator controls the objective lens's position by moving it

in tracking, focusing and tilt directions via the force generated by the respective

coils. Sugiyama, 154-158, 190-200. Sugiyama also describes "an objective lens

that concentrates an optical beam on an optical disc." *Id.*, 148-149; *see also*, *id.*,

142-145; Mansuripur, ¶264.

MSFT_TSOPT_000049327

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

### e.    10[d]-10[i]

See Element 1[a]-1[f], respectively, in Ground 10.

### 5.    Claim 12

See Claim 3, *supra.*

### 6.    Claim 13

See Claim 4, *supra.*

### K.    Ground 11:  Sugiyama Alone or in View of AAPA, Combined with Kabasawa Renders Obvious Claims 5-6 and 14.

### 1.    Claims 5/6/14:  "…further comprising an inner yoke positioned on the base and positioned within a cavity defined by walls of the first coil, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction."

As explained in Ground 8, Kabasawa's optical pickup apparatus includes an objective lens (4), a focus coil (7a, b), tracking coils (8a-8d), yokes (13,14), permanent magnets (15), and an inner yoke (14) inside a cavity defined by focus coil (7a,b) (first coils).  Kabasawa, Abstract, Table on p. 3, ¶¶43-44, 49, Fig. 1 (annotated below).

Kabasawa's yoke (14) has a pair of first walls (highlighted in green) opposite the tracking coils (second coil) and separated from each other in the second direction.  *See* discussion in Ground 8, Element 17[e].

-109-

MSFT_TSOPT_000049328

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Kabasawa
(Annotated)**

An alternate interpretation of the pair of walls is also shown in red in the figure below.  *See* discussion in Ground 8, Element 17[e].  Mansuripur, ¶¶173-276.

MSFT_TSOPT_000049329

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Kabasawa
(Annotated)**

As shown in Ground 10, Sugiyama renders base claims 3, 4 and 12 obvious, and discloses tracking coils (7) that interact with magnets (11, 12). Sugiyama, ¶28; Fig. 1 (annotated below).

-111-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Figure 1 of Sugiyama
(annotated)**

**Sugiyama-Kabasawa Combination**:  A POSITA would have replaced

Sugiyama's tracking coils (7) and associated magnets (11, 12) with four tracking

coils (8a-8d) and associated magnets (15) of Kabasawa; the combination would

also have included inner yoke (14) of Kabasawa, as illustrated below.  Mansuripur,

¶¶277-278.

-112-

MSFT_TSOPT_000049331

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767



**Modification of
Sugiyama with Kabasawa**

The combination's inner yoke would be positioned on the base and within
the cavity defined by walls of the first coil (i.e., Sugiyama's focus coil (6)); the in-
ner yoke would have a pair of first walls (i.e., the two green yoke components

5    within each focus coil cavity, or two walls of the green component in the alternate
mapping).  Further, the pair of first walls would be disposed opposite the second
coil (tracking coils) and separated from each other in the second direction, as

-113-

MSFT_TSOPT_000049332

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

shown in the above rendering.  Mansuripur, ¶279; *see also* Ground 8, Element

17[e].

    A POSITA would have found this combination obvious because Sugiyama

and Kabasawa both describe an optical pickup in an optical disc drive with focus

5    and tracking coils, and therefore a POSITA would have understood that their com-

plementary and related teachings could be combined.

    Furthermore, the use of multiple tracking coils and an inner yoke that im-

proved the magnetic field's uniformity was known in the art and was described in

Kabasawa and elsewhere.  *See, e.g.*, Kamata in Ground 7.  Therefore, using Kaba-

10    sawa's tracking coil and inner yoke was one alternative to what Sugiyama de-

scribed, and a POSITA would have found this combination obvious to try.

    Additionally, a POSITA would have found it advantageous to include four

tracking coils (instead of Sugiyama's two) to provide better and more accurate

tracking control because each tracking coil could be energized separately to effec-

15    tuate a more precise and controlled movement of the actuator, with stabilized

weight balance and low structural resonance.  Kabasawa, Abstract; ¶53.

    Further, by providing four tracking coils displaced from the center of the fo-

cusing coils that interacted with a corresponding inner yoke within the cavity, the

tracking coils would receive the effect of the magnetic field only at one side,

20    thereby improving the tracking operation.

MSFT_TSOPT_000049333

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

The combination with Kabasawa would have also simplified the design be-

cause Sugiyama's magnets (2, 3) would not be needed. The four magnets (anno-

tated in green in above figure) exerted forces on both focusing coils (6), both tilt

coils (13), and all four tracking coils. By choosing the orientations of the north and

5    south poles of the four magnets, the desired forces would be exerted on all coils.

This is because the directions of electric currents in each of the four tracking coils

(purple) could be controlled independently from those in the focus and tilt coils,

and also independently from the directions of currents in other tracking coils. Se-

lection of the direction of the currents and polarity of the magnets would have all

10    been obvious and known to a POSITA, and amounted to a small set of selectable

values.

Additionally, the combination involves basic mechanical and electrical mod-

ifications, well within the capabilities of a POSITA, with a reasonable expectation

of success. *See also*, Mansuripur, ¶¶280-287.

15   **VI.    DISCRETIONARY DENIAL IS NOT WARRANTED**

   **A.    §314(a) and *Fintiv* Factors**

   **Factor 1: Potential for Stay**: Petitioner intends to move for a stay if IPR is

instituted. This factor is neutral because the Board need not speculate as to the

likelihood of the court or special master entering a stay after institution. *See*

20    *Western Digital v. Kuster*, IPR2020-01391, Paper 10 at 9 (Feb. 16, 2021).

-115-

MSFT_TSOPT_000049334

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

**Factor 2: Trial Date**: The litigation trial date is currently set for August 24,

2026, which is more than a year away.  A final written decision would issue within

months of that date.  Even "an early trial date" is "non-dispositive" and simply

means "the decision whether to institute will likely implicate other factors," which,

5   here, weigh against denial.  *Fintiv*, Paper 11 at 5, 9.  In view of Petitioner's *Sotera*

stipulation, any prior art raised or reasonably could have been raised in this IPR

proceeding will not be tried in district court even if the present trial date sticks.

Notably, the Board has recently instituted IPRs based on narrower stipulations

even for a Petition filed closer to the trial date.  *See, e.g., Samsung Display v.*

10   *Pictiva Displays*, IPR2024-01222, Paper 12 at 6-9 (Mar. 6, 2025) (instituting IPR

where final written decision was due seven months after trial date).  Median time-

to-trial in the relevant district is 28.4 months.  Ex. 1018.

**Factor 3: Limited Investment in District Court Litigation**: This factor

strongly favors institution because the district court litigation is in its infancy.  The

15   Court just entered a scheduling order on February 25, 2025, Patent Owner just

served its infringement contentions on March 28, 2025, and Petitioner has not

served its invalidity contentions.  *Samsung*, IPR2024-01222, Paper 12 at 7

(reasoning factor 3 favored institution even where petition filed five months after

infringement contentions).  Moreover, Petitioner has diligently prepared and filed

20   this Petition more than six months before the one-year deadline.  *See id.*

-116-

MSFT_TSOPT_000049335

**Factor 4: Issue Overlap**: Petitioner stipulates that, if trial is instituted, Petitioner will not pursue invalidity in the litigation on any ground raised or that could have been reasonably raised in this Petition.  The Board has found this type of broad stipulation "addresses concerns of duplicative efforts and potentially

5  conflicting decisions [and] ensures that an *inter partes* review is a 'true alternative' to the district court proceeding."  *Sotera*, IPR2020-01019, Paper 12 at 19 (Dec. 1, 2020) (precedential); *see also Samsung*, IPR2024-01222, Paper 12 at 7 (factor 4 favored institution in view of petitioner's *Sand Revolution* stipulation).

**Factor 5: Party Overlap**: Although the parties are the same, this factor is

10  neutral given the minimal issue overlap (Factor 4).  *See Apple v. Maxell*, No. IPR2020-00204, Paper 21 at 6-7 (Dec. 15, 2020).

**Factor 6: Additional Factors Favor Institution**: The strength of Petitioner's challenges on the merits further weighs in favor of institution.  *See Fintiv*, Paper 11 at 14–15.

15      In sum, taking a "holistic view," the *Fintiv* factors favors institution.

**B.      §325(d)**

None of the Petition's prior art was cited or considered during the original examination.  Further, this Petition is neither cumulative, nor provides overlapping arguments with those in the original examination, because the Petition's grounds

20  show all limitations of challenged claims are obvious.  Additionally, this Petition is

-117-

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

accompanied by the expert testimony of Prof. Mansuripur, which the Office lacked

during the prosecution.

## VII.  CONCLUSION

Petitioner requests institution of an IPR and cancellation of the challenged

5    claims.


Dated:  March 31, 2025              Respectfully submitted,


                                    */Babak Tehranchi/*
PERKINS COIE LLP                    Lead Counsel
11452 El Camino Real, Suite 300     Babak Tehranchi, Reg. No. 55,937
San Diego, CA 92130
Telephone:  (858) 720-5700          Back-up Counsel
Fax:  (858) 720-5834                Patrick J. McKeever, Reg. No. 66,019
                                    Christina J. McCullough, Reg No. 58,720

                                    Attorneys for Petitioner

MSFT_TSOPT_000049337

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

# CLAIMS APPENDIX

| CLAIM 1 | |
|---|---|
| 1[pre] | An optical pickup actuator for use with an objective lens on a base, comprising: |
| 1[a] | a blade holding the objective lens; |
| 1[b] | a plurality of suspension wires supporting the blade on the base so that the blade is elastically movable; |
| 1[c] | a magnetic element positioned on the base; |
| 1[d] | a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing and/or tilting direction through an interaction with the magnetic element; |
| 1[e] | wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and; |
| 1[f] | wherein the coil comprises a pair of first coils positioned on the blade in a first direction and facing each other with respect to the objective lens. |
| **CLAIM 2** | |
| 2 | The optical pickup actuator according to claim 1, wherein the coil comprises a coil surrounding an outer surface of the blade. |

MSFT_TSOPT_000049338

| CLAIM 3 |
|---|

| 3 | The optical pickup actuator according to claim 1, further comprising a second coil positioned vertically on a side of the blade in a second direction substantially perpendicular to the first direction, the second coil generating an electromagnetic force in a tracking direction through interaction with the magnetic element. |
|---|---|

| CLAIM 4 |
|---|

| 4 | The optical pickup actuator according to claim 3, wherein the second coil is positioned on both sides of the blade. |
|---|---|

| CLAIM 5 |
|---|

| 5 | The optical pickup actuator according to claim 3, further comprising an inner yoke positioned on the base and positioned within a cavity defined by walls of the first coil, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction. |
|---|---|

| CLAIM 6 |
|---|

| 6 | The optical pickup actuator according claim 4, further comprising an inner yoke positioned on the base and positioned within a cavity defined by walls of the first coil, wherein the inner yoke has a pair of first |
|---|---|

-120-

MSFT_TSOPT_000049339

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

|  | walls disposed opposite the second coil and separated from each other in the second direction. |
|---|---|
| **CLAIM 7** | |
| 7 | The optical pickup actuator according to claim 1, wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade and have the same polarity. |
| **CLAIM 8** | |
| 8 | The optical pickup actuator according to claim 3, wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity. |
| **CLAIM 10** | |
| 10[pre] | An optical disc drive for a disc that is a recording medium, comprising: |
| 10[a] | a spindle motor for rotating the disc; |
| 10[b] | an optical pickup for recording and/or reproducing information by emitting light onto the disc through an objective lens; |
| 10[c] | an optical pickup actuator for controlling a position of the objective lens so that the emitted light is focused on a desired position of the disc, the optical pickup actuator comprising: |

-121-

MSFT_TSOPT_000049340

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| 10[d] | a blade holding the objective lens, |
|---|---|
| 10[e] | a plurality of suspension wires supporting the blade on a base so that the blade is elastically movable, |
| 10[f] | a magnetic element positioned on the base, and, |
| 10[g] | a coil positioned horizontally on the blade to generate an electromagnetic force in a focusing direction and/or a tilting direction through interaction with the magnetic element, |
| 10[h] | wherein the coil is divided into a plurality of subcoils, where each subcoil is separated from an adjacent subcoil in a vertical direction, and |
| 10[i] | wherein the coil comprises a pair of first coils positioned on the blade in a first direction so as to face each other with respect to the objective lens. |
| **CLAIM 11** | |
| 11 | The optical disc drive according to claim 10, wherein the coil comprises a coil positioned on the blade so as to surround an outer surface of the blade. |
| **CLAIM 12** | |
| 12 | The optical disc drive according to claim 10, wherein the optical pickup actuator further comprises a second coil positioned vertically on |

MSFT_TSOPT_000049341

Petition for *Inter Partes* Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| | |
|---|---|
| | a side of the blade in a second direction substantially perpendicular to the first direction, the second coil generating an electromagnetic force in a tracking direction through interaction with the magnetic element. |
| **CLAIM 13** | |
| 13 | The optical disc drive according to claim 12, wherein the second coil is positioned on both sides of the blade. |
| **CLAIM 14** | |
| 14 | The optical disc drive according to claim 12, wherein the optical pickup actuator further comprises an inner yoke positioned on the base and placed inside the first coil, and wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction. |
| **CLAIM 15** | |
| 15 | The optical disc drive according to claim 12, wherein the magnetic element comprises a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity. |
| | |

-123-

MSFT_TSOPT_000049342

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| CLAIM 17 | |
|---|---|
| 17[pre] | An optical pickup actuator for use with an objective lens on a base, comprising: |
| 17[a] | a blade holding the objective lens; |
| 17[b] | a plurality of suspension wires supporting the blade on the base so that the blade is elastically movable; |
| 17[c] | a pair of first coils positioned horizontally on the blade and disposed opposite each other with respect to the objective lens in a first direction; |
| 17[d] | a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction; and |
| 17[e] | an inner yoke positioned on the base, the inner yoke positioned inside a cavity defined by each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction. |
| CLAIM 19 | |
| 19 | The optical pickup actuator according to claim 17, further comprising a third coil positioned so as to surround the sides of the blade. |

MSFT_TSOPT_000049343

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| CLAIM 21 | |
|---|---|
| 21 | The optical pickup actuator according to claim 17, further comprising a pair of unipolar magnets disposed opposite each other with respect to the blade in the second direction and have the same polarity. |
| **CLAIM 23** | |
| 23 | The optical pickup actuator according to claim 17, wherein the second coil is positioned vertically on both sides of the blade in the second [direction]. |
| **CLAIM 24** | |
| 24[pre] | An optical disc drive for a disc that is a recording medium, comprising: |
| 24[a] | a spindle motor for rotating the disc; |
| 24[b] | an optical pickup for recording and/or reproducing information by emitting light focuses onto the disc through an objective lens; and; |
| 24[c] | an optical pickup actuator for controlling a position of the objective lens so that the emitted light is focused on a desired position of the disc, the optical pickup actuator comprising: |
| 24[d] | a blade holding the objective lens and supported on a base by a plurality of suspension wires so that the blade is elastically movable, |

MSFT_TSOPT_000049344

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| 24[e] | a pair of first coils positioned horizontally on the blade and disposed opposite each other with respect to the objective lens in a first direction, |
|---|---|
| 24[f] | a second coil positioned vertically on a side of the blade in a second direction perpendicular to the first direction, and |
| 24[g] | an inner yoke positioned on the base, the inner yoke positioned inside a cavity formed by walls of each of the first coils, wherein the inner yoke has a pair of first walls disposed opposite the second coil and separated from each other in the second direction. |
| **CLAIM 26** | |
| 26 | The optical pickup drive according to claim 24, wherein the optical pickup actuator further comprises a third coil positioned so as to surround the sides of the blade. |
| **CLAIM 28** | |
| 28 | The optical disc drive according to claim 24, wherein the optical pickup actuator further comprises a pair of unipolar magnets disposed opposite to each other with respect to the blade in the second direction and have the same polarity. |

-126-

MSFT_TSOPT_000049345

Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| CLAIM 36 | |
|---|---|
| 36[pre] | An optical pickup actuator for use with an objective lens on a base, comprising: |
| 36[a] | a blade holding the objective lens: |
| 36[b] | a plurality of suspension wires movingly supporting the blade on the base; |
| 36[c] | a pair of unipolar magnets positioned on the base; and; |
| 36[d] | a plurality of coils positioned on the blade and interacting with the unipolar magnets to create an electromagnet force to move the blade; and; |
| 36[e] | an inner yoke positioned inside a cavity defined by the walls of a coil, wherein the yoke comprises three sections with each of the three sections of the yoke being parallel to a different wall of the cavity to increase an effective area facing the magnets. |
| CLAIM 37 | |
| 37 | The optical pickup actuator according to claim 36, wherein one of the coils is divided into a plurality of subcoils that are separated from one another. |
|  |  |

-127-

MSFT_TSOPT_000049346

Case 8:24-cv-01974-DOC-DFM    Document 56-20    Filed 09/04/25    Page 140 of 144
Page ID #:2117
Petition for Inter Partes Review of U.S. Pat. No. 7,266,055
PTAB Case No. IPR2025-00767

| CLAIM 38 | |
|---|---|
| 38 | The optical pickup actuator according to claim 36, wherein one of the coils is positioned to surround the sides of the blade. |
| **CLAIM 40** | |
| 40[pre] | An optical pickup actuator for use with an objective lens on a base, comprising: |
| 40[a] | a blade holding the objective lens; |
| 40[b] | a plurality of suspension wires movingly supporting the blade on the base; |
| 40[c] | a plurality of hinges each of [sic] coupled to an end of a suspension wire; |
| 40[d] | a pair of unipolar magnets positioned on the base; and |
| 40[e] | a plurality of coils connected to an electric circuit and interacting with the unipolar magnets to create an electromagnet force to move the blade; and |
| 40[f] | wherein at least one of the plurality of coils is divided into subcoils and a hinge coupled to each of the plurality of suspension wires is between an adjacent pair of subcoils. |
| | |

-128-

MSFT_TSOPT_000049347

| CLAIM 41 | |
|---|---|
| 41 | The optical pickup actuator according to claim 40, wherein the plurality of suspension wires are at least six suspension wires and the coil is divided into three or more subcoils. |

| CLAIM 42 | |
|---|---|
| 42 | The optical pickup actuator according to claim 40, wherein a first hinge and a second hinge are positioned on each of a top and a bottom of one of the coils, respectively, and a third hinge is positioned between two of the subcoils. |

| CLAIM 43 | |
|---|---|
| 43 | The optical pickup actuator according to claim 40, wherein the coils are focus and tracking coils and the electric circuit supplies current to the coils in the same direction. |

| CLAIM 44 | |
|---|---|
| 44 | The optical pickup actuator according to claim 40, wherein the coils are focus and tracking coils, of which the focus coil also serves as a tilt coil and the electric circuit supplies current separately to each of the coils. |
| | |

MSFT_TSOPT_000049348

| CLAIM 45 | |
|---|---|
| 45 | The optical pickup actuator according to claim 40, wherein the coils are focus, tracking, and tilt coils and the circuit supplies current to the coils in opposite directions. |

MSFT_TSOPT_000049349

## CERTIFICATION OF WORD COUNT UNDER 37 C.F.R. § 42.24(d)

Pursuant to 37 C.F.R. § 42.24(d), the undersigned hereby certifies that the word count for the foregoing *Petition for Inter Partes Review* of U.S. Patent No. 7,266,055 totals 13,996, excluding the parts exempted by 37 C.F.R. § 42.24(a). Accordingly, this Petition is under the word count limit of 14,000 words.

This word count was calculated by using the built-in word-count tool in Microsoft Word 2016, the software used to prepare the document.

Dated:  March 31, 2025

PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone:  (858) 720-5700
Fax:  (858) 720-5834

Respectfully submitted,

*/Babak Tehranchi/*

Lead Counsel
Babak Tehranchi, Reg. No. 55,937

Back-up Counsel
Patrick J. McKeever, Reg. No. 66,019
Christina J. McCullough, Reg No. 58,720

Attorneys for Petitioners

-131-

MSFT_TSOPT_000049350

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing PETITION

FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,266,055 and supporting

materials (Exhibits 1001-1018 and Power of Attorney) have been served this 31st

day of March 2025, by FedEx® delivery service on Patent Owner at the

correspondence address for the attorney of record for the '055 patent shown in

USPTO PAIR:

STAAS & HALSEY LLP
1201 NEW YORK AVENUE, N.W., SUITE 700
WASHINGTON, DC 20005


Dated:  March 31, 2025                    By: */Anita Chou /*
                                               Anita Chou
                                               Paralegal

MSFT_TSOPT_000049351