# EXHIBIT 21

# client

NOUN

## Etymology

### Summary

Of multiple origins. Partly a borrowing from French. Partly a borrowing from Latin.
**Etymons:** French *client*; Latin *client-*, *cliēns*.

< (i) **Anglo-Norman** *clyent*, *cliaunt*, **Anglo-Norman** and **Middle French** *client*, *cliant* person who employs a legal adviser (c1320 or earlier in **Anglo-Norman**, 1437 in continental **French**), person who is under the patronage or protection of another (late 14th cent., originally in specific use in Roman history),

and its etymon (ii) **classical Latin** *client-*, *cliēns* person who is under the protection or patronage of another, dependant or vassal of a foreign chief or people, in **post-classical Latin** also vassal, retainer (11th cent.), person who employs a legal adviser (from 12th cent. in British sources), participial formation < the base of *-clināre* (see **procline** *v.*).

### Notes

Compare **Spanish** *cliente* (1490), **Portuguese** *cliente* (1561), **Italian** *cliente* (first half of the 14th cent.), and also **German** *Client*, (now usually) *Klient* (first half of the 16th cent., in early use often with **Latin** inflectional endings).

## Meaning & use

1.a.  A person under the patronage or protection of another; a dependant; (sometimes) *spec.* a feudal vassal or retainer. Formerly also: †a person who tries to win the favour or patronage of an influential person (*obsolete*). Also *figurative*. Now *historical*.  a1393–

> (*a*1393)    As he [*sc.* love] is blind himself, riht so He makth his client blind also.
> J. Gower, *Confessio Amantis* (Fairfax MS.) iii. l. 160
> [Composed *a*1393]

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

Reject and manage

Accept all

MSFT_TSOPT_000049115

| | |
|---|---|
| 1532 | To..Hugh Faryngton Abbot of Redynge his pore client and perpetuall seruaunt Leonarde Cockes desyreth longe & prosperouse lyfe.
L. Cox, *Art or Crafte of Rhetoryke* sig. Aii (heading) |
| 1569 | The king was miserably compelled kneelyng on his knees to geue ouer both his crowne and scepter to the Pope of Rome..and as his client, vassall, feodary, and tenant, to receyue it of him againe.
R. Grafton, *Chronicle* vol. II. 109 |
| 1604 | Slaue, client.
R. Cawdrey, *Table Alphabeticall* at *Vassall* |
| 1630 | These Flowers are true Clients of the Sunne..in the morning, they welcome his rising..and at noone, are fully display'd, in a free acknowledgment of his bounty.
Bishop J. Hall, *Occasionall Meditations* §lv |
| 1711 | We are very Curious to observe the Behaviour of great Men and their Clients.
R. Steele, *Spectator* No. 49. ¶1 |
| 1799 | That friendship had been preserved through life on the footing of perfect equality, without feeling on either side the degrading relation of patron and client.
H. J. Pye, *Aristocrat* vol. I. i. 6 |
| 1841 | Posterity seem to follow his steps as a train of clients.
R. W. Emerson, *Essays* 1st Series (new edition) ii. 53 |
| 1865 | The liberal sees the man..not as a chance companion to life's table, but as the host, the guest, the client of God.
A. Vinet, *Outline Philos. Literature* ii. iii. 257 |
| 1918 | His eight years sojourn at Milan as the client of the Visconti..was as perplexing to his friends as it is to us.
A. Tilley, *Dawn French Renaissance* i. 10 |
| 1986 | A patron is expected to give material benefits because he can do so, while a client offers in exchange more intangible assets of loyalty and service.
S. Kettering, *Patrons, Brokers & Clients 17th-century France* 4 |
| 2007 | *Tribute* describes the traditional practice of gift exchange in peasant societies in which patron and client are engaged in bonds of reciprocity and trust.
N. van de Walle in *Patrons, Clients & Policies* ii. 51 |

(medieval history) (historical)

**1.b.** † An adherent or follower. *Obsolete.*   a1464–1724

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

| | |
|---|---|
| 1668 | The Doctrin of Galen and his Clients. |
| | N. Culpeper & A. Cole, translation of T. Bartholin, *Anatomy* (new edition) ii. viii. 114 |
| 1724 | What the rare Humanist, and polite Master said of his fine Client..is no Anticipation of your Credit. |
| | T. Wearing, *Serm. Consecration St. Andrew's Church Penrith* 3 in *Two Serm.* |

**1.c.** *Roman History.* A person offering deference and certain services to someone of greater wealth or status in return for aid and protection. Cf. **patron** *n.* I.2b.    **?1520–**

| | |
|---|---|
| ?1520 | Noble men..hauynge many clyentes [Latin *multae clientelae*] and seruantes retayned with them. |
| | A. Barclay, translation of Sallust, *Cronycle of Warre agaynst Iugurth* xvii. f. xxv |
| 1561 | How should the patrone condemne his owne clientes [Latin *clientes*]? |
| | T. Norton, translation of J. Calvin, *Institution of Christian Religion* ii. xvi. f. 167 |
| 1647 | The Client..was bound by Law to contribute towards their Patrons Assessments, and the Marriages of his Daughters. |
| | R. Stapleton in translation of Juvenal, *Sixteen Satyrs* 14 |
| 1741 | Assassinated..by Pompey's clients. |
| | C. Middleton, *History of Life Cicero* vol. I. ii. 133 |
| 1834 | 'So, she is a sort of client of yours, this child,' said Clodius. |
| | E. Bulwer-Lytton, *Last Days of Pompeii* vol. I. i. ii. 11. |
| 1863 | The Greek Eupatrid or the Roman Patrician..had to court the votes of his Phyle or of his clients. |
| | *Blackwood's Edinburgh Magazine* September 290 |
| 1910 | One must not expect a Roman noble to deign always to remember the names of humble persons..and therefore a slave, known as the 'name-caller', announces each client in turn. |
| | T. G. Tucker, *Life in Roman World of Nero & St. Paul* xii. 209 |
| 1978 | By immemorial custom, each aristocratic family acted as patron to a group of plebians known as their clients. |
| | E. G. Huzar, *Mark Antony* i. 5 |
| 2010 | A patron's most lowly clients..were expected to act as his *anteambulo*, preceding their patron when he passed along the street. |
| | S. Dando-Collins, *Great Fire of Rome* iii. 37 |

[ Roman history ]  [ medieval history ]  [ medieval law ]

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

| | |
|---|---|
| 1875 | France, which was then the protector of Egypt, gave a gentle encouragement to the proposals of its client. *Saturday Review* 11 December 736/1 |
| 1899 | The Free State became the patron of the Transvaal, interesting itself for the benefit of its client in a controversy in which its own material interests were not involved. *Spectator* 21 October 565/2 |
| 1958 | This new republic will now be a client of Russia… The other Arab States..are clients of the West. *Spectator* 7 February 159/2 |
| 1991 | Russian economy could no longer afford the heavy subsidies to its clients. K. Maguire, *Politics in South Africa* iii. 69 |
| 2010 | Previously a client of Austria-Hungary, Serbia now reorientated its policy towards St Petersburg. W. Mulligan, *Origins First World War* ii. 64 |

(military)

**2.a.** A person or organization using the services of a lawyer or legal adviser.     c1400–

| | |
|---|---|
| c1400 (?a1387) | Reccheþ þei neuere Of þe cours of þe case..Nyme he a numbre of nobles oþer of shullenges, How þat clyentes acorde mede a-counteþ lytel. W. Langland, *Piers Plowman* (Huntington MS. HM 137) (1873) C. iv. l. 396 (Middle English Dictionary) [Composed ?a1387] |
| 1474 | Pletynge of a cause for his clyent. W. Caxton, translation of *Game & Playe of Chesse* (1883) ii. iii. 38 |
| 1483 (1413) | Ye wold putte your clyentes at the more cost in fyllynge of youre pourses. translation of G. Deguileville, *Pilgrimage of Soul* (Caxton) iii. iv. f. liij[v] [Composed 1413] |
| ?1518 | The lawier in pleding for his pore client Before his owne profite shulde set Justyce and ryght. A. Barclay, translation of D. Mancinus, *Myrrour of Good Maners* sig. G.v |
| 1591 | When the Clyents are come from Westminster hall. R. Greene, *Notable Discouery of Coosenage* f. 1[v] |
| a1616 | Good Counsellors lacke no Clients. W. Shakespeare, *Measure for Measure* (1623) i. ii. 99 |
| 1648 | The Clyent is discharged of his pain, Till to his cost, he do recruit again. |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049118

W. Cowper, *Charity* in *Poems* 195

| | |
|---|---|
| 1818 | In no civil case would a counsel have been permitted to plead his client's case in the teeth of the law.<br>W. Scott, *Heart of Mid-Lothian* xi, in *Tales of my Landlord* 2nd Series vol. II. 280 |
| 1879 | The lawyers have a saying that 'the man who pleads his own case has a fool for a client'.<br>G. C. Harlan, *Eyesight* i. 11 |
| 1914 | Even a compromise by an insolvent client of the judgment or decree obtained by the attorney will not be surveilled or interfered with by a court of equity.<br>*Southern Reporter* vol. 65 162 |
| 1970 | Until recently pro bono practitioners confined themselves to the representation of individual indigent clients.<br>*New York Times* 23 August 38/4 |
| 2014 | Contact between lawyers and their clients is covered by 'legal professional privilege'.<br>*Daily Telegraph* 7 November 12/1 |

law

**2.b.** A person who has, or seeks to have, a particular person or figure, such as the Virgin Mary or a saint, as a spiritual advocate or intercessor.   1609–

| | |
|---|---|
| 1609 | They..solicitous for us their dearest clientes, incessantly intercede before Christ's Divine Majestie.<br>*Bible* (Douay) vol. I. Preface |
| 1674 | I had thoughts of prosecuting what a devout Client of this Saint had to his honor rather scarce well designed.<br>R. Strange, *Life S. Thomas Cantilupe* 4 |
| 1765 | Go then, devout Client, go to the Heart of Jesus.<br>T. Lawson, *Devotion Sacred Heart Jesus* 73 |
| 1884 | The Christians were in imminent peril in Italy and all along the European seaboard. But the client of Mary prevailed.<br>G. Dillon, *Virgin Mother Good Counsel* i. 8 |
| 1922 | The most ardent client of Mary but follows meekly in the footsteps of her Son.<br>H. P. Smyth, *Testimony Truth* 78 |
| 1982 | As special clients of God and the saints, worshipers are also conscious of a privileged power of intercession.<br>N. Mitchell, *Cult & Controv.* ii. viii. 414 |

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

**3.a.** *gen.* A person using the services of a professional person or organization; a customer of a person or organization offering services.     1833–

| | | |
|---|---|---|
| 1833 | He called his shop an office, his customers clients. | |
| | *New Monthly Magazine* December 483 | |
| 1872 | Clients ..of the money-borrowing order. | |
| | E. Peacock, *Mabel Heron* vol. I. iii. 38 | |
| 1926 | A fortune-teller suggests to his client that a magnetized horseshoe carried in the rear pants pocket will cure his..thrombolymphangitis. | |
| | *American Mercury* July 370/2 | |
| 1977 | The advent of the general contractor..profoundly affected the historic tripartite relationship between client, designer, and craftsman. | |
| | J. Wilton-Ely in S. Kostof, *Architect* 193 | |
| 2014 | If you're only providing a couple of services, it's easy for a client to swap you out for another business. | |
| | *Daily Telegraph* 1 October (Business section) 8/3 | |

**3.b.** A person receiving support or supervision from social services. Also: a person receiving care or treatment from a counsellor or therapist.     1907–

| | |
|---|---|
| 1907 | The social worker cannot often..share in the financial, artistic, political or scientific interests of his client. |
| | *Charities & Commons* 2 November 1003/1 |
| 1925 | Aged clients of Boston social agencies. |
| | L. Eaves (title) |
| 1960 | The central themes of counselling work with all clients. |
| | L. Pincus, *Marriage* iii. 222 |
| 1991 | Social work client Mrs Slutsky.., unable to bear her adopted niece Rose's unhappiness and resulting unruliness after Mrs Slutsky married and had a baby, blamed Rose's biological father for her bad behaviour. |
| | J. Sayers, *Mothering Psychoanalysis* ii. vii. 74 |
| 2013 | Feelings that the therapist has in response to the client are called counter-transference. |
| | *Psychologies* (U.K. edition) May 98/2 |

4. Computing. A program used to access a service or data that is provided and managed     1969

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049120

Recorded earliest in *client program* at Compounds C.2.

| | |
|---|---|
| **1969** | Items covered here regularly include processing the waiting list of incoming and outgoing teletypewriter messages, including such functions as timing..and distribution of messages to ⬚client⬚ programs.<br>*Bell System Technical Journal* vol. 48 2773 |
| **1989** | With asynchronous transmission, both the ⬚client⬚ and the server can send packets to each other without waiting for replies.<br>*UnixWorld* September 106/2 |
| **1997** | The mail ⬚client⬚ is much improved and resembles Exchange or other more traditional mail packages.<br>*Internet Magazine* January 46/3 |
| **2000** | A user contacts a server via the FTP ⬚client⬚, establishes a connection, logs on to the network, requests directory listings and copies files.<br>*Computerworld* 17 April 74/2 |
| **2005** | A smartphone crammed with top-end features, including an email ⬚client⬚ and Bluetooth.<br>*Mobile Choice* 10 March 65 |
| **2011** | Notebook computers..can be used either as stand-alone computers or ⬚clients⬚.<br>G. B. Shelly et al., *Microsoft Windows* 7 i. 4 |

( computing )

## Pronunciation

| **BRITISH ENGLISH** | **U.S. ENGLISH** |
|---|---|
| /ˈklʌɪənt/ | /ˈklaɪənt/ |
| KLIGH-uhnt | KLIGH-uhnt |
| ▶ | ▶ |

Pronunciation keys

## Forms

### Variant forms

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

| | |
|---|---|
| Middle English | **claynt** (perhaps transmission error), **cleaunt**, **cliaunt**, **clyaunt** |
| Middle English–1600s | **clyant** |
| Middle English–1700s | **clyent** |
| Middle English– | **client** |
| 1500s | **clyante**, **clyente** |
| 1500s–1600s | **cliant** |

# Frequency

*client* is one of the 1,000 most common words in modern written English. It is similar in frequency to words like *conflict*, *deal*, *demonstrate*, *game*, and *i.e.*.

It typically occurs about 90 times per million words in modern written English.

*client* is in frequency band 6, which contains words occurring between 10 and 100 times per million words in modern written English. More about OED's frequency bands

Frequency data is computed programmatically, and should be regarded as an estimate.

### Frequency of *client, n.*, 1750–2010

\* Occurrences per million words in written English

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049122

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on the Google Books corpus of several million books printed in English between 1500 and 2010.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

For sets of homographs (distinct entries that share the same word-form, e.g. *mole*, n.[1], *mole*, n.[2], *mole*, n.[3], etc.), we have estimated the frequency of each homograph entry as a fraction of the total Ngrams frequency for the word-form. This may result in inaccuracies.

### Frequency of *client, n.*, 2017–2024

* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## Compounds & derived words

Sort by | Date (oldest first)

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049123

**cliental, n. & adj.**   1581–
An entire group or body of clients considered…

**clientry, n.**   1594–
An entire group or body of clients (in various…

**cliented, adj.**   1602–
Having or supplied with a client or clients…

**clientess, n.**   1604–
A female client.

**clientary, adj.**   1631–
Of or relating to a client or clients (in various…

**clientage, n.**   1633–
An entire group or body of clients (in various…

**cliency, n.**   1648–
The state or condition of being a client (in…

**clientship, n.**   1649–
The status or position of a dependant or client…

**clientism, n.**   1799–
A social, administrative, or political system…

**client state, n.**   1803–
A country which is dependent on another country…

**clientless, adj.**   1827–
Having no client or clients.

**client king, n.**   1842–
historical a king who is dependent on a more…

**client population, n.**   1848–

**client prince, n.**   1859–
historical a ruling prince or monarch who is…

**client list, n.**   1882–
The roster of companies or individuals to whom a…

**client group, n.**   1919–

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049124

a. That focuses on the needs or desires of the...

**clientitis, n.**     1938–

Originally and chiefly U.S. A tendency in a...

**client conference, n.**     1943–

A conference or meeting with a client or clients...

**client confidentiality, n.**     1952–

The principle that a business or an individual...

**client base, n.**     1957–

The clients or potential clients of a particular...

**client-side, adj.**     1966–

Of, relating to, or dealing with customers or...

**client-facing, adj.**     1972–

a. Of, relating to, or involved in direct...

**client–server, adj.**     1980–

Designating a computer system in which services...

**fat client, n.**     1991–

(In a client-server network) a client terminal...

**thin client, n.**     1992–

(In a client-server network) a client terminal...

About OED
Historical Thesaurus
Editorial policy
Updates
Institutional account management
Accessibility
Contact us
Upcoming events
Case studies

How to use the OED
Purchasing
Help with access
World Englishes
Contribute
Oxford University Press
Oxford Languages
Oxford Academic
Oxford Dictionary of National Biography

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049125

Cookie policy   Privacy policy   Legal notice

Copyright © 2025 Oxford University Press

Oxford University Press uses cookies to enhance your experience on our website. By selecting 'accept all' you are agreeing to our use of cookies. You can change your cookie settings at any time. More information can be found in our **Cookie Policy**.

MSFT_TSOPT_000049126