# EXHIBIT 23

# server

NOUN

## Etymology

### Summary

Formed within English, by derivation.
**Etymons:** serve $v.^1$, -er $suffix^1$.

< serve $v.^1$ + -er $suffix^1$.

Compare earlier servant $n.$, and also servitor $n.$

### Notes

Compare **Old French** *serveor*, *serveour*, **Middle French**, **French** *serveur* servant (c1225), acolyte (1739), **Old Occitan** *servire*, *serveire* (12th cent.), both < **post-classical Latin** *servitor* servitor $n.$

The β forms show remodelling of the ending after -ier $suffix$; compare also **Anglo-Norman** *servyour*, **Old French** *servior*, **Old French**, **Middle French** *serviour* (second half of the 13th cent., or earlier) and **Middle French** (rare) *servieur* (late 14th cent.), all in the sense 'servant'.

The surname Turstamus [probably read Turstainus] *le seruier* (1197) should probably be taken as reflecting the **Anglo-Norman** noun.

## Meaning & use

### I. Senses referring to people who serve (in various senses).

**I.1.** A person who worships or shows reverence or obedience to a god or gods, the devil, an idol, etc. Cf. image server $n.$ 1. Now *archaic* and *rare* (in later use often passing into sense I.2b).     **c1400–**

> **c1400**   If any Cristen man..by Goddes lawe and ordinary dome be conuicte for a lechour or a seruer to ydols [Latin *idolis servientibus*] etc., with such one it is not to eet.
> *Trin. Oxf. 93* in R. Reilly, *Middle Eng. Summary of Bible* (Ph.D diss., Univ. of Washington) (1966) (1 Cor. v. 10) 426
>
> **1567**   He can not be a true seruer of god which serueth him not in $y^t$ spirit of his mind, & in truth.
> T. Palfreyman, *Baldwin's Treat. Morall Philos.* (new edition) iii. iv. f. 97

| | |
|---|---|
| 1592 | Thus will he serue such holow seruers of him, but euer regarde, blesse and like his true Abels and their offrings.<br>G. Babington, *Certaine Comfortable Notes Genesis* (iv.) f. 23 |
| 1678 | Jupiter..made Gods to be the Curators of men, and he made men to be the Worshippers and Servers of those Gods.<br>R. Cudworth, *True Intellectual System of Universe* i. iv. 446 |
| 1720 | The Name of the worst of Heathens, pernicious Sect, Servers of Satan.<br>T. Woolston, *Letter to Reverend Dr. Bennet* 29 |
| 1831 | No servers of idols, or idolaters, shall enter the kingdom of heaven.<br>*Jesuit* 19 March 228/1 |
| 1900 | The servers of icons..demonstrated that the doctrine of their opponents led to Judaism and Manichæism.<br>*Pilot* 3 November 551/1 |
| 2016 | Henry..was not about to take too many risks confounding the servers of graven images.<br>M. Ashton, *Broken Idols of Eng. Reformation* 194 |

(religion) (archaic)

**I.2.a.** A person who serves, performs a service for, or helps another person, organization, etc.   **a1425–**
In early use also *spec.* †a household servant (*obsolete*).

| | |
|---|---|
| *a*1425 | But Crist is among hem as a good servere.<br>J. Wyclif, *Select English Works* (1869) vol. I. 386 |
| *a*1500<br>(*a*1471) | And euer remembre olde Sarueyeres.<br>G. Ashby, *Active Policy Prince* l. 422 in *Poems* (1899) 26<br>[Composed *a*1471] |
| 1572 | He would lead thee to wene, that himself is no seruer of appetites, nor flatterer of authoritie: but hath taken this paine for conscience sake.<br>*Treat. Treasons against Q. Elizabeth* ii. f. 3ᵛ |
| 1682 | An eminent and faithful server of his King and Country in the late unhappy Wars.<br>H. Keepe, *Monumenta Westmonasteriensia* 41 |
| 1741 | Her Servants fared not the worse for being Servers.<br>J. Wilford, *Memorials & Characters* 169 |
| 1860 | Such a noisy lip-server as that pauper.<br>*All Year Round* 25 February 419 |
| 1904 | The pupils of the Academy will go forth as world workers, universal servers of men.<br>*New Cent. Path* 26 June 14/2 |
| 1991 | The prudent, courageous, skilled server of his own interest is miserable because he lacks justice.<br>A. Bloom in translation of Plato, *Republic* (ed. 2) 342 |

| | | |
|---|---|---|
| 2011 | He is a committed and selfless server of the lepers and the social rejects. | |
| | *Islamabad Dateline* (Nexis) 12 May | |

**I.2.b.** In religious contexts: a person who shows devotion to a god or gods by obedience, piety, charitable works, etc. Cf. sense I.1.      1574–

| | |
|---|---|
| 1574 | Oftentymes in this world there shal be the troubles that are mencioned heere, so as a man shall not bee able too discerne betweene whyte and blacke, but the best seruers of God shall bee slaundered and wronged. |
| | A. Golding, translation of J. Calvin, *Serm. on Job* xcvii. 456/2 |
| 1624 | Thoughout all his life he was a true seruer of God, and delighted only in doing the will of God, to shew his pietie. |
| | G. Williams, *Seuen Goulden Candlestickes* vii.iii. iii. 718 |
| 1728 | Those, who have made you unjustly persecute several good men from the Clergy, great servers of God, whom you have banished. |
| | W. Webster, translation of L. Maimbourg, *History of Arianism* vol. I. ii. 84 |
| 1845 | Words are weapons, better, truer, Sharper than the battle-sword! Strong against the evil doer With the server of the Lord! |
| | *11th Annual Rep. Philadelphia Female Anti-slavery Society* 11 |
| 1916 | He was a Spanish Carmelite priest, a laborious server of God. |
| | R. Mullholland, *O'Loghlin of Clare* xxvi. 197 |
| 2019 | She was a loving wife, mother, grandmother, great grandmother, neighbor, and most of all a devoted server of Christ. |
| | *Tennessean* (Nashville, Tennessee) 28 October 8a/2 |

**I.3.** A person who serves food or drink to others, *esp.* someone employed to do this, e.g. one of the waiting staff in a restaurant, cafe, etc.      c1450–

| | |
|---|---|
| c1450 | Thilke he wolde bi especial weren ministres and seruers to him and to the official at the boord and coadiutowres. |
| | translation of G. Deguileville, *Pilgrimage Lyfe Manhode* (Cambridge MS.) (1869) 15 |
| a1475 | Þe seruer hit next of alle kyn men Mays way and stondes by syde. |
| | *Boke of Curtasye* (Sloane MS. 1986) l. 532 in *Babees Book* (2002) i. 316 |
| 1545 | Payde to the servers of wyne on Easter day. |
| | in T. Wright, *Churchwardens' Accounts Ludlow* (1869) 21 |
| 1694 | As soon as the Server hath placed the Meat upon the Table, he retires. |
| | translation of L. Moréri, *Great Hist. Dictionary* at *Lovango* |
| ?1784 | For one article having eggs the server of the table, as usual, laid the cloth on every one's knee, wherewith to hold their egg in when hot. |

*Scot. Piper's Queries* 18

**1835** At a dinner there, the server overturned the salt against a person of honour.
*Mirror of Literature* 12 December 405/1

**1937** A server came and asked: 'What will you have, sir?'
R. K. Narayan, *Bachelor of Arts* vii. 66

**2015** I sat back contently watching a server pour a pear brandy into my glass.
*Hoosier Times* (Bloomington, Indiana) 28 June (Herald-Times edition) f4/4

**I.4.a.** A labourer employed to assist a tradesperson such as a bricklayer, plasterer, or thatcher, esp. by passing materials to the tradesperson while he or she works. Now *rare* and chiefly *historical*. **1483–**

**1483** [With reference to plastering.] Item, to John Hege, his server, for iij. dayes iiij.d. ob.
in J. P. Collier, *Household Books of John Duke of Norfolk & Thomas Earl of Surrey* (1844) 382

**1530** For a servyer to ye said maysons, 2s. 8d.
in J. Raine, *Fabric Rolls of York Minster* (1859) 135

**1578** For ij dayes' work of Rolf the mason for casting and poynting of certen decayed places aboute the Mote Halle ijs. For his server for thos ij dayes viijd.
*Treasurers' Accts.* in J. Webb, *Town Finances Elizabethan Ipswich* (1996) 53

**1605** The seruer bringing one thing, when the builder called for another.
A. Willet, *Hexapla in Genesin* (Gen. xi. 7) i. xi. 140

**1720** Laid out..for Repairing of ye House of Correcon... For 13 threave of Straw att 3d., 3s. 3d...; Thatcher and Server 2 days 3s.
in J. F. Curwen, *Kirkbie-Kendall* (1900) vii. 336

**1834** A plasterer's 'server' also sustained severe injuries.
*Bucks Herald* 17 May

**1889** Charles Dawson,..a bricklayer's server, was engaged by Mr. Owen, builder, in some work in Uxbridge-street.
*Derby Mercury* 24 July 3/1

**1931** Two men, or a man and a youth, are employed.., one as server, the other for the actual thatching. The duty of the former is to prepare the thatch, wind twine reels, sharpen pegs, carry up the thatch, and generally assist.
*Journal Ministry Agriculture* June 268

**2007** The operation..functioned with a team of three: the thatcher himself, who laid the thatch on the roof.., his yealmer and his server.
D. P. Mortlock, *Aristocratic Splendour* (e-book edition) ii

historical

**I.4.b.** *Mining.* With reference to lead-mining in Derbyshire: a person (typically a woman or child) whose job it is to load ore into a sieve or container in which it is to be washed with water. In later use *historical*.

1747–

> 1747 Serving the sive. This is always performed by some Woman, who has a Box.., into which she fills the Booss, Knockbark or whatever is to be Washt, brings it to the washer, and puts it in the Sive; this Server likewise carries away the Wash-Ore, to the Ore-Place, it being their Business.
> W. Hooson, *Miners Dictionary* sig. Sij
>
> 1811 A boy or girl, called a Server, charges the sieve, still retaining its bedding of fine Ore.
> J. Farey, *General View of Agriculture Derbyshire* vol. I. 375
>
> 1965 A boy acted as server and put fine bouse or slimes into the keeve, a shovelful at a time, scattering it into the stirring water bit by bit, until the keeve was nearly full.
> A. Raistrick & B. Jennings, *Hist. Lead Mining in Pennines* vi. 135

( mining ) ( historical )

**I.5.** In racket sports (esp. tennis), volleyball, and other games played over a net or against a wall: the player who hits or throws the ball (or shuttlecock) to start play for a point or rally. Later also (chiefly with modifying word): a player considered in terms of the quality of their serve. Somewhat *rare* before 19th cent.

1585–

> 1585 *Dator*,..a player or seruer: he that in playeng casteth the ball.
> J. Higgins, translation of Junius, *Nomenclator* 296/2
>
> 1684 At Tennis he that takes the Ball turns and winds his Body according to the motion of the Server.
> T. Hoy, translation of Plutarch, *Of Hearing* in M. Morgan et al., translation of Plutarch, *Morals* vol. I. iii. 225
>
> 1837 The player who commences, or the server, stands in the centre of the ground.
> D. Walker, *Games & Sports* 255
>
> 1879 If his opponent be a strong Server, he should wait for the service a yard or two behind the service-line.
> J. Marshall, *Lawn-tennis* 18
>
> 1935 The server can usually control the volley ball better in the under hand serve if he uses his open hand.
> *Mind & Body* October 115
>
> 1994 She is an excellent server and a very consistent all-round player.
> *Cumberland* (Maryland) *Times-News* 17 October Sports Magazine) 3/5
>
> 2015 The receiver chooses which side the server will serve to.
> *Tennishead* March 18/1

( adminton ) ( tennis )

**I.6.** *Law.* A person who formally delivers a legal document such as a summons, writ, or subpoena; *spec.* one who does this as an occupation; a process server, a bailiff.     *a*1612–

See also **process server** *n.*

| | |
|---|---|
| *a*1612 | The server of a Subpœna imprisoned, therefore Attachment against the defendant.<br>G. Carew & W. Lambarde, *Reports Chancery* (1650) 91 (margin) |
| 1745 | This Person who is only a server of Subpœnas.<br>*Tryal Mary Heath, 1744* p. xv |
| 1835 | The registrar of carriages and his assistants, and the summons servers, are paid by salaries.<br>*1st Rep. Commissioners Municipal Corporations Ireland* App. Rep. City Dublin i. 68 in *Parliamentary Papers* vol. XXVII. 79 |
| 1887 | The server was compelled to parade up and down the wharf in the hope that the fugitive would come ashore.<br>*Manchester Guardian* 29 October 7/6 |
| 1907 | Mr Balfour will, we are afraid, spend uneasy days in avoiding the servers of writs.<br>*Herald* (Melbourne) 23 August 5/8 |
| 1924 | The server admitted he did not serve the processes personally.<br>*Irish Times* 28 April 5/2 |
| 2012 | The server cannot satisfy the court that proper legal procedures for serving notice were followed.<br>S. H. Wilson, *U.S. Justice Syst.* vol. I. vii. 236 |

( law )

**I.7.** *Christian Church* (now chiefly *Roman Catholic Church* and *Anglican Church*). A person who     1620–
accompanies and assists a priest during services and ceremonies, *esp.* one who assists the celebrant at the Eucharist. Cf. **acolyte** *n.* I.1. Somewhat *rare* before 19th cent.

Typical duties of a server include acting as thurifer, holding the bible from which the priest reads the gospel, ringing the bell(s), and washing the celebrant's hands.

See also **altar server** *n.*

| | |
|---|---|
| 1620 | Iesus Christ did the office of an Acolyth [French *Acolythe*] (or a seruer of the Priest at Masse,) when he said (I am the light of the world:).<br>translation of P. Du Moulin, *Buckler of Faith* xxxv. 412 |
| 1768 | I observe the Clerk, or Server at Mass, rings a little Bell.<br>P. Baker, *Holy Altar & Sacrifice Explain'd* i. ix. 102 |
| 1835 | Timothy Brady.., when a lad, was in great esteem as a 'mass server'.<br>*Chambers's Edinburgh Journal* 22 August 235/3 |
| 1879 | Two servers in surplices kneel before the altar in silence.<br>S. Baring-Gould, *Germany* vol. II. 145 |

| | | |
|---|---|---|
| **1916** | When Mass was over, the Cardinal and his server went back to the sacristy. | |
| | *Our Young People* July 10/2 | |
| **1966** | Celebrant and servers moved slowly to the altar. | |
| | *Furrow* vol. 17 324 | |
| **2013** | 'I've always wanted to be a server,' he said, 'acolyte, crucifer, MC, I don't mind. I love All Saints' Day.' | |
| | *Church Times* 6 September 23/4 | |

( Anglican Church )  ( Roman Catholic Church )

**I.8.** Chiefly *British*. A person who serves customers in a shop or store; a shop assistant.  **1854–**

Apparently recorded earliest in *shop-server*.

Terms such as *(shop) assistant, salesperson*, etc., or in North America, *(sales) clerk* are now more usual.

| | |
|---|---|
| **1854** | Day after day.., these shop-servers must sleep either in the houses where they work, in dormitories more or less uncomfortable, or in lodgings close at hand. |
| | P. Cruikshank, *Sunday Scenes* i. 5 |
| **1881** | The work was no harder than that of the milliner, dress maker, or server behind the counter. |
| | *Times of India* 3 May 8/3 |
| **1910** | English people very often complain of the incivility of porters, the servers in shops, hotel servants, and others. |
| | A. G. Bowden-Smith, *English Student's Wander-year in Amer.* xv. 319 |
| **2003** | 'Thank you for buying our sun lotion!' says a server at the hotel shop. |
| | *Daily Telegraph* 11 October 32/4 |

( British English )

## II. Senses referring to things used to serve or in serving (in various senses).

**II.9.** † A pipe, channel, or conduit by which water is supplied. Cf. **serve** $v.^1$ III.38a. *Obsolete. rare.*  **1610**

| | |
|---|---|
| **1610** | The Citizens likewise..deriued rilles and servers of waters into every street. |
| | P. Holland, translation of W. Camden, *Britain* i. 248 |

**II.10.**   Something on, from, or with which food is served.

**II.10.a.** A tray or platter, esp. one used for serving food or drink in a formal setting, and typically made of metal. Cf. **salver** $n.^2$ Now somewhat *rare* (chiefly *Scottish* and *North American* in later use).  **1677–**

| | | |
|---|---|---|
| 1677 | The Water is sometimes brought in a Cup of Gold,..placed upon a large server of Gold. | |
| | J. Phillips, translation of J.-B. Tavernier, *New Relation Seraglio* xiii. 65 in translation of J.-B. Tavernier, *Six Voyages* (1678) | |
| 1727 | Pewter spoons, server, basone, and potinger. | |
| | in W. Macgill, *Old Ross-shire & Scotland* (1909) vol. I. 133 | |
| 1793 | Away flew the glasses, and down dropt the server. | |
| | J. Thomson, *Major Piper* vol. II. xxi. 150 | |
| 1821 | He took them [*sc.* letters] both in to her ladyship on the silver server. | |
| | J. Galt, *Annals of Parish* xii. 121 | |
| 1894 | My share o' the tea was brocht to me on a server. | |
| | W. D. Latto, *Tammas Bodkin: Swatches o' Hodden-Grey* xxv | |
| 1961 | 23″ round server with handles.., handsomely silver-plated on copper & beautifully chased..$8.99. | |
| | *Los Angeles Times* 8 January i2/7 | |
| 2006 | He put it on a silver server with a big lid and presented it to the Duke of Edinburgh at dinner. | |
| | *Evening News* (Edinburgh) (Nexis) 4 April 10 | |

Scottish English   North American English

**II.10.b.** Any of various pieces of cutlery or silverware designed to be used to serve specific foods; *esp.* (*a*) (chiefly *North American* and *Australian*) a utensil with a broad, flat, wedge-shaped blade, used for cutting and serving cakes, pies, etc., a cake slice; (*b*) (in *plural*) a matching spoon and fork for serving salad.   **1856–**

Frequently with modifying word indicating the type of food intended to be served; see also **cake server** *n.*, **salad servers** *n.*

| | |
|---|---|
| 1856 | The said macaroni server may be made of any suitable metal. |
| | A. L. Lincoln, *U.S. Patent 15,266* 2/2 |
| 1864 | Silver Ware... Sugar-sifters, cake-servers, crumb-scrapers, ice tongs, tea strainers. |
| | *Charles Stokes & Co.'s Illustr. Almanac of Fashion* (Philadelphia) 32 (advertisement) |
| 1872 | Salad and asparagus servers. |
| | *Standard* 11 June 8/2 (advertisement) |
| 1905 | Fish server... Cheese scoop... Berry fork... [etc.]. |
| | *Philadelphia Inquirer* 15 January (Women's Magazine section) 3/4 (advertisement) |
| 1924 | Your cake is swell, only it sticks awful. I got it out with the pie server. |
| | L. Garis, *Nancy Brandon: Enthusiast* xi. 138 |
| 1961 | Stainless servers... Assorted servers for cake, pie, salad, cheese, snacks, fish. Also carving knife, fork..can, bottle openers. |
| | *Pittsburgh Press* 29 January 27/1 (advertisement) |

| | |
|---|---|
| 1995 | Before cutting the pie.., dip the knife (or server) into hot water for a minute or two... Use this method for all frozen or chilled desserts.<br>in T. K. Woods, *Great Amer. Chocolate Contest Cookbook* 209 |
| 2006 | Add a finishing touch to a tossed salad with a fabulous pair of servers.<br>*Daily Telegraph* (Australia) (Nexis) 23 September h16 |

( Australian English )  ( North American English )

**II.10.c.** Originally and chiefly *North American*. A piece of dining-room furniture designed to provide a surface on which food and drink are placed for serving out.    1908–

Sometimes used interchangeably with *buffet* and *sideboard*, though typically used with reference to smaller, more formal pieces of furniture with tall legs and limited storage or display space.

| | |
|---|---|
| 1908 | The [Dining Room] Suite consists of six leather box seat dining chairs, buffet, china closet, server, and a magnificent round-top table.<br>*Washington Post* 7 October 9/4 |
| 1937 | Small buffet or server from Drexel.<br>*American Home* April 62/3 |
| 1980 | For your dining room—a lovely server in glowing pecan finish.<br>*Janesville* (Wisconsin) *Gazette* 31 December 12/2 (advertisement) |
| 2014 | Though the top of this server always commands attention (that's where the food is), the heart of this piece's design is in its legs.<br>C. Schwarz et al., *Classic Amer. Furniture* 104/2 |

( North American English )

**II.11.a.** In the mathematical theory of queuing: a system, process, person, etc., that performs a service which must be queued for.    1951–

| | |
|---|---|
| 1951 | It is more convenient to introduce another variable $w^*$ equal to $w$ if $w > 0$, and equal to minus the time the server was unemployed if $w = 0$.<br>*Journal Royal Statistical Society.* B. vol. 13 174 |
| 1972 | Queuing models for computer networks evolved from similar models for message-switched communication systems which are generalized from the well-established theory of single-server queues.<br>*Proceedings IEEE* vol. 60 1386/2 |
| 1995 | When the servers are not identical, more than $2K - 1$ linear equations are required to be solved.<br>*Performance Eval.* vol. 21 186 |
| 2017 | The analysis of multi-server queueing systems generally assume the servers to be homogeneous. |

D. Efrosinin et al. in A. Dudin et al., *Information Technol. & Math. Modelling* i. 14

( mathematics )

II.11.b. *Computing*. Originally: a program designed to provide other programs with access to a resource, service, etc., over a computer network. In later use also: a computer used to provide other computers with access to a resource, service, etc., over a computer network.   1969–

Recorded earliest as a modifier. In later use frequently with modifying word, as *application server*, *file server*, *web server*, etc.

| | |
|---|---|
| 1969 | When messages come from the server -host, the DEL program would translate them to the user-host character set and print them.<br>J. Rulifson, *DEL* (Network Working Group: RFC 5) in *ietf.org* (accessed 27 Feb. 2018) |
| 1973 | A protocol for initial connection specifies how programs desiring services (users) can connect to programs providing service ( servers ).<br>R. H. Thomas, *Resource Sharing Executive for ARPANET* 19 |
| 1980 | Access to other peripherals is obtained via ' servers ' (eg for files, hard copy, names, time and messages) connected to the communications system.<br>*Times* 4 March 18/5 |
| 1995 | We elected to focus here strictly on *file* servers ..as opposed to application servers .<br>*PC Magazine* 27 June 168/1 |
| 2015 | It has also created a portfolio of servers to help IT organizations triple compute capacity and efficiency.<br>*Wall Street Journal* 7 March b4/6 |

( computing )

## Phrases

† **server of (the) time(s)**: a person who adapts their views or behaviour to suit prevailing circumstances or fashion; cf. **time-server** *n.* 2. *Obsolete*.   1554–1888

[Compare **time-server** *n.* 2.]

| | |
|---|---|
| 1554 | Hereby verely shall ye be knowen what ground ye are, fruteful, or vnfruteful constant, or seruers of the tyme: Good Gospel hearers be not suche as will be tost aboute with euery wynde.<br>T. Sampson, *Letter to Trew Professors* sig. Biij^v |
| 1671 | A cunning Server of Times, was expressed by a Hedge-hog, because this Creature..changeth its dwelling with the weather.<br>M. D'Assigny in translation of P. Gautruche, *Poetical History* iii. ii. 185 |
| ?5 | No I will ne'er a Courtier be, Or hated Server of the Times ; For he is far from Liberty That's forc'd to flatter Princes Crimes.<br>W. Dawson, *Poems Several Occasions* 15 |

| 1843 | The Earl of Northumberland.., a true server of the times, who had sided with all parties, now judged it discreet to remain neutral. |
| --- | --- |
|  | E. Bulwer-Lytton, *Last of Barons* (Amer. edition) xi. v. 208/2 |
| 1888 | He [*sc.* President Cleveland]..has become..a mere server of the times. |
|  | *Boston Daily Advertiser* 17 August 4/1 |

# Pronunciation

**BRITISH ENGLISH**

/ˈsəːvə/

SUR-vuh

▶

**U.S. ENGLISH**

/ˈsərvər/

SURR-vuhr

▶

Pronunciation keys

# Forms

## Variant forms

*α. See* serve v.[1] *and* -er suffix[1].

*β.*

| late Middle English | **sarueyere, surveour** |
| --- | --- |
| 1500s | **servyer** |

# Frequency

*server* is one of the 5,000 most common words in modern written English. It is similar in frequency to words like *childhood*, *complain*, *essence*, *initiate*, and *twice*.

It typically occurs about 30 times per million words in modern written English.

*server* is in frequency band 6, which contains words occurring between 10 and 100 times per million words in modern written English. More about OED's frequency bands

uency data is computed programmatically, and should be regarded as an estimate.

## Frequency of *server, n.*, 1750–2010

\* Occurrences per million words in written English

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on the Google Books corpus of several million books printed in English between 1500 and 2010.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

For sets of homographs (distinct entries that share the same word-form, e.g. *mole*, n.[1], *mole*, n.[2], *mole*, n.[3], etc.), we have estimated the frequency of each homograph entry as a fraction of the total Ngrams frequency for the word-form. This may result in inaccuracies.

## Frequency of *server, n.*, 2017–2024

\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## Compounds & derived words

Sort by  Date (oldest first)

**image server, n.**   1531–
Computing. A server (server, n. II.11b) used to…

**saint server, n.**   1563–

**time-server, n.**   1566–
disparaging. A person who out of self-interest…

**mistress-server, n.**   1609

**turn-server, n.**   1611–1710
A person motivated by self-interest. See to serve…

**process server, n.**   a1616–
A person who serves processes (process, n. I.5b)…

**eye-server, n.**   a1626–
= eye-servant, n.

**altar server, n.**   1826–
A person who serves at an altar, a priest's…

**writ-server, n.**   1832–
A person who formally delivers a writ or other…

**vent-server, n.**   1876–

**cake server, n.**   ?1891–
A kitchen utensil with a broad, flat…

**ad servers, n.**   1907–

MSFT_TSOPT_000049187

A large spoon and fork for serving salads.

**multiserver, adj.**    1956–
Computing. Involving or supporting more than one...

**file server, n.**    1979–
In a network or other multi-user system: a device...

**client–server, adj.**    1980–
Designating a computer system in which services...

**domain name server, n.**    1982–
A server that provides a domain name service...

**server architecture, n.**    1985–
The conceptual structure or design of a server; a...

**proxy server, n.**    1988–
A server that filters requests between a client...

**server-side, adj.**    1988–
That is implemented, processed, or hosted on a...

**server farm, n.**    1991–
A collection of a large number of servers, used...

**server rack, n.**    1992–
A rack or chassis capable of housing several...

**staging server, n.**    1993–
A server (server, n. II.11b) that handles...

**web server, n.**    1993–
A program that provides and manages access over...

**server certificate, n.**    1995–
A data file that is stored on a web server and...

**server blade, n.**    1998–
A circuit board designed to be used as a server...

About OED
Historical Thesaurus
Editorial policy

How to use the OED
Purchasing
Help with access
World Englishes

Institutional account management

Accessibility

Contact us

Upcoming events

Case studies

Media enquiries

Contribute

Oxford University Press

Oxford Languages

Oxford Academic

Oxford Dictionary of National Biography

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

Cookie policy    Privacy policy    Legal notice

Copyright © 2025 Oxford University Press

