# EXHIBIT B

| | |
|---|---|
| **From:** | Andrew Weiss <aweiss@raklaw.com> |
| **Sent:** | Friday, August 8, 2025 3:48 PM |
| **To:** | ML TS-Optics - Microsoft |
| **Cc:** | ts-optics@raklaw.com |
| **Subject:** | TS-Optics: Claim Construction Declaration |
| **Attachments:** | 250808 Shen Decl Re Claim Construction (Final).pdf; ATT00001.htm; Appx A - Shen_CV.pdf; ATT00002.htm |

[EXTERNAL EMAIL]

Counsel:

Please find the rebuttal declaration of Dr. Shen attached. Additionally, while TS-Optics does not agree with Microsoft's reasoning, TS-Optics can agree to Microsoft's proposed construction of "facing each other" in the '055 patent.

Please let us know if Microsoft would like to depose Dr. Shen about his declaration. TS-Optics is willing to forego claim construction depositions if Microsoft will also agree to this arrangement. If not, please let us know when Dr. Barrett is available for deposition.

Andrew

**Andrew Weiss**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aweiss@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.