RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TS-OPTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 8:24-cv-01974-DOC-DFM <br><br> **DECLARATION OF BENJAMIN T. WANG IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** <br><br> To be heard by Special Master via Zoom <br> Hearing Date: October 9, 2025 <br> Hearing Time: 10:00 a.m. Pacific |

I, Benjamin T. Wang, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel of record for Plaintiff TS-Optics Corporation in the above-captioned action. I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 18 is a true and correct copy of Section 2181 of the MPEP, downloaded from the U.S. Patent Office website.

3. Attached as Exhibit 19 is a true and correct copy of a printout of the Wikipedia page entitled "Low-pass filter," created on September 8, 2025.

4. Attached as Exhibit 20 is a true and correct copy of a printout of the Wikipedia page entitled "High-pass filter," created on September 8, 2025.

5. Attached as Exhibit 21 is a true and correct copy of a printout of the Wikipedia page entitled "Band-pass filter," created on September 8, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 25th day of September, 2025 at Los Angeles, California.

By: /s/ Benjamin T. Wang
     Benjamin T. Wang