DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TS-OPTICS CORPORATION,<br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br>        Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br>  Hon. David O. Carter<br>  Special Master David M. Keyzer<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION** |

NOTICE OF VIDEOCONFERENCE INFORMATION - 1

1   Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34),

2   the Special Master has set a claim construction hearing for October 9, 2025, at 10:00

3   A.M., by videoconference, as set forth in Special Master Order No. SM-1 (Dkt. 37-1).

4   The Special Master here provides revised Zoom videoconference information for this

5   claim construction hearing:

6       Webinar ID:  884 5837 7126

7       Password:  82401974

11  Dated:  September 30, 2025     By:    /s/ David Keyzer

12  David M. Keyzer
    California Bar No. 248585
    david@keyzerlaw.com
13  LAW OFFICE OF DAVID KEYZER, P.C.
    5170 Golden Foothill Parkway
14  El Dorado Hills, CA 95762
    Telephone: (916) 243-5259
15  Facsimile: (916) 404-0436

16  Special Master