RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff TS-Optics Corporation ("TS-Optics") and Defendant Microsoft Corporation ("Defendant") (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and provide as follows:

1. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled in principle, and request the Court stay all unreached deadlines for three (3) weeks so that the Parties can finalize and execute a long-form settlement agreement.

2. In furtherance of the agreement in principle, the Parties expect to file dismissal papers within the next three (3) weeks.

3. A stay in this matter would conserve the resources of the Parties and Court and ensure that the proceedings in this litigation do not compromise or interfere with the Parties' efforts to finalize the settlement.

4. This motion is not being made for the purpose of delay, but rather is made in the interest of justice, to limit expenses, and preserve judicial resources.

**RELIEF REQUESTED**

The Parties respectfully request that the Court enter a stay of all deadlines for 3 weeks in the form of the proposed order submitted concurrently with this Motion.

DATED: September 30, 2025        Respectfully submitted,

/s/ Benjamin T. Wang

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com

1

| | |
|---|---|
| 1 | Andrew D. Weiss (CA SBN 232974) |
| | aweiss@raklaw.com |
| 2 | Neil A. Rubin (CA 250761) |
| | nrubin@raklaw.com |
| 3 | Christian W. Conkle (CA SBN 306374) |
| 4 | cconkle@raklaw.com |
| | Daniel B. Kolko (CA SBN 341680) |
| 5 | dkolko@raklaw.com |
| | RUSS AUGUST & KABAT |
| 6 | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, California 90025 |
| 7 | Telephone: (310) 826-7474 |
| 8 | Facsimile: (310) 826-6991 |
| 9 | ***Attorneys for Plaintiff*** |
| | ***TS-Optics Corporation*** |
| 10 | |
| 11 | |
| | /s/ Andrew V. Devkar |
| 12 | |
| 13 | Andrew V. Devkar, CA SBN 228809 |
| | andrew.devkar@morganlewis.com |
| 14 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2049 Century Park East |
| 15 | Suite 700 |
| 16 | Los Angeles, CA 90067-3109 |
| | Telephone:  (310) 907-1000 |
| 17 | Facsimile:   (310) 907-2000 |
| 18 | |
| 19 | Natalie A. Bennett (*pro hac vice*) |
| | natalie.bennett@morganlewis.com |
| 20 | MORGAN, LEWIS & BOCKIUS LLP |
| 21 | 1111 Pennsylvania Ave. NW |
| | Washington, DC 20004-2541 |
| 22 | Telephone:  (212) 739-3000 |
| | Facsimile:   (212)739-3001 |
| 23 | |
| 24 | Karon N. Fowler, CA SBN 308145 |
| | karon.fowler@morganlewis.com |
| 25 | MORGAN, LEWIS & BOCKIUS LLP |
| 26 | 110 North Wacker Drive, Suite 2800 |
| | Chicago, IL  60606-1511 |
| 27 | Telephone: (312) 324-1000 |
| 28 | |

Facsimile: (312) 324-1001

***Attorneys for Defendant Microsoft Corporation***

**SIGNATURE CERTIFICATION**

I hereby certify that the consent of this document is acceptable to Andrew V. Devkar, counsel for Defendant Microsoft Corporation, and that I have obtained Mr. Devkar's authorization to affix his electronic signature to this document.

DATED: September 30, 2025          /s/ Benjamin T. Wang
                                    Benjamin T. Wang

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: September 30, 2025          /s/ Benjamin T. Wang
                                    Benjamin T. Wang