<pre>
 1
 2
 3
 4
 5
 6
 7
 8
</pre>

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TS-OPTICS CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |
|---|---|

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff TS-Optics Corporation ("TS-Optics") and Defendant Microsoft Corporation ("Defendant") (collectively, the "Parties").

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is ORDERED that all deadlines as to Plaintiff and Defendant are STAYED for three (3) weeks until _____, 2025, during which time the appropriate dismissal papers are to be filed with the Court.

Dated: _____

                                                          Honorable David O. Carter
                                                        UNITED STATES DISTRICT JUDGE

1