1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                          SOUTHERN DIVISION

10                                    )
                                      )
11                                    )
                                      )
12  TS-OPTICS CORPORATION,            )   Case No. 8:24-cv-01974-DOC-DFM
            Plaintiff,                )   Hon. David O. Carter
13                                    )   Special Master David M. Keyzer
         v.                           )
14                                    )
    MICROSOFT CORPORATION,            )   **NOTICE OF**
15          Defendant.                )   **HEARING DATE**
                                      )
16                                    )
                                      )
17                                    )
                                      )
18                                    )

19

20

NOTICE OF HEARING DATE - 1

1  Pursuant to the Court's March 5, 2025 Order Appointing Special Master (Dkt. 34),
2  the Special Master has set a claim construction hearing for October 9, 2025, at 10:00
3  A.M., by videoconference, as set forth in Special Master Order No. SM-1 (Dkt. 37-1).
4  The Special Master hereby **RESETS** this claim construction hearing date for
5  **October 27, 2025** at 10:00 A.M., by videoconference, with the same videoconference
6  information previously provided, which is reproduced here:
7  Webinar ID: 884 5837 7126
8  Password: 82401974

12 Dated:  October 8, 2025           By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master

NOTICE OF HEARING DATE - 2