1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** [60] |

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff TS-Optics Corporation ("TS-Optics") and Defendant Microsoft Corporation ("Defendant") (collectively, the "Parties").

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is ORDERED that all deadlines as to Plaintiff and Defendant are **STAYED** until **October 24, 2025**, during which time the appropriate dismissal papers are to be filed with the Court.

Dated:   October 3, 2025

_____
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE