RUSS AUGUST & KABAT
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*TS-Optics Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff TS-Optics Corporation and Defendant Microsoft Corporation jointly request and stipulate to dismissal of all of Plaintiff's claims in the action with prejudice and all of Defendant's counterclaims in the action without prejudice, with each party bearing its own costs, expenses and attorneys' fees.

A proposed order is attached herewith.

DATED:  October 212, 2025                Respectfully submitted,

/s/ Benjamin T. Wang

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Andrew D. Weiss (CA SBN 232974)
aweiss@raklaw.com
Neil A. Rubin (CA 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**TS-Optics Corporation**


/s/ Andrew V. Devkar

Andrew V. Devkar, CA SBN 228809
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109

1

Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Natalie A. Bennett (*pro hac vice*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (212) 739-3000
Facsimile: (212)739-3001

Karon N. Fowler, CA SBN 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

***Attorneys for Defendant Microsoft Corporation***

**SIGNATURE CERTIFICATION**

I hereby certify that the consent of this document is acceptable to Andrew V. Devkar, counsel for Defendant Microsoft Corporation, and that I have obtained Mr. Devkar's authorization to affix his electronic signature to this document.

DATED: October 22, 2025                    */s/ Benjamin T. Wang*
                                           Benjamin T. Wang

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4.

Dated: October 22, 2025                    */s/ Benjamin T. Wang*
                                           Benjamin T. Wang