1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TS-OPTICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01974-DOC-DFM<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION OF DISMISSAL** |

1  The above-captioned action having been resolved by and between the parties
2  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims
3  in the action are dismissed with prejudice and all of Defendant's counterclaims in
4  the action are dismissed without prejudice, with each party bearing its own costs,
5  expenses and attorneys' fees.
6  **IT IS SO ORDERED.**

8  Dated: _____
9                                              Honorable David O. Carter
                                            UNITED STATES DISTRICT JUDGE